**<u>Exhibit C</u>**

**Cash Flow Diagram**

