**Exhibit A**

**Proposed Order**

------------------------------------------------------------ x
                              :

In re                              :                            Chapter 11
                              :
**24 HOUR FITNESS**             :                            Case No. 20–11558
**WORLDWIDE, INC.,** *et al.*,   :
                              :
                    Debtors.[1]   :                            **(Joint Administration Requested)**
                              :
------------------------------------------------------------ x

## ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH, (II) GRANTING A LIMITED WAIVER OF BANKRUPTCY RULE 6006(f)(6), AND (III) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of 24 Hour Fitness Worldwide, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order (i) authorizing the Debtors to (a) reject the Club Leases, each effective *nunc pro tunc* to the Petition Date and (b) abandon any Remaining Property, (ii) granting a limited waiver of the numerosity requirement of Bankruptcy Rule 6006(f)(6), and (iii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference from the United States*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

*District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Club Leases identified on **Schedule 1** attached hereto are hereby rejected *nunc pro tunc* to the Petition Date.

3. The Debtors do not waive any claims that they may have against any counterparty to the Club Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Club Leases.

4. The Debtors are authorized to abandon any Remaining Property located at the Underperforming Clubs free and clear of all liens, claims, encumbrances, interests, and rights of third parties.

5. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Club Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Club Leases is limited to the remedies available under any applicable

termination provision of such Club Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

6. The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion, and the rejection of the Leases authorized by this Order complies with the requirements of Bankruptcy Rule 6006(f).

7. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

8. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

9. Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

10. Notwithstanding Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry.

11. Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Leases are prohibited from setting off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties to the Leases as a security deposit or pursuant to another similar arrangement, or owed to the Debtors by any of the counterparties under the Leases or other agreements between the same parties, without the Debtors consent or further order of this Court.

12. Any proofs of claim for damages in connection with the rejection of the Club Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these chapter 11 cases, if any, and (b) thirty (30) days after entry of this Order.

13. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

14. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

                                                  UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

# Schedule of Club Leases to Be Rejected

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 1. | 713 | 14 Dundee Rd LLC<br>1 West Dundee Road, Suite 200<br>Buffalo Grove, IL 60089 | 24 Hour Fitness USA Inc | 45 East Dundee Road<br>Buffalo Grove, IL 60089 | June 15, 2020 |
| 2. | 617 | 16000 Pines Retail Investments, LLC<br>2665 South Bayshore Drive, Suite 1020<br>Coconut Grove, FL 33133 | 24 Hour Fitness USA Inc | 16000 Pines Boulevard<br>Pembroke Pines, FL 33082 | June 15, 2020 |
| 3. | 449 | 17017 Ventura, LLC<br>17027 Ventura Blvd, 2nd Floor<br>Encino, CA 91316 | 24 Hour Fitness USA Inc | 17017 Ventura Blvd<br>Encino, CA 91316 | June 15, 2020 |
| 4. | 356 | 21614 Tomball LLC<br>832 Southampton Drive<br>Palo Alto CA 94303 | 24 Hour Fitness USA Inc | 21614 Tomball Parkway<br>Houston TX 77070 | June 15, 2020 |
| 5. | 719 | 24 Mount Prospect LLLP<br>4683 Chabot Drive, Suite 220<br>Pleasanton, CA 94588 | 24 Hour Fitness USA Inc | 1480 S Elmhurst Road<br>Mount Prospect, IL 60056 | June 15, 2020 |
| 6. | 349 | 2ML Atascocita, LLC<br>952 Echo Ln., Suite 314<br>Houston TX 77024 | 24 Hour Fitness USA Inc | 7068 FM 1960 East<br>Humble TX 77346 | June 15, 2020 |
| 7. | 285 | 33 Journal Square Owner LLC<br>3 East 44th St Ste B-1<br>New York, NY 10017 | 24 New York LLC | 912-920 Bergen Avenue<br>Jersey City, New Jersey 07306 | June 15, 2020 |
| 8. | 662 | 460 South College Avenue LLC<br>1712 Topaz Drive<br>Loveland, CO 80537 | 24 Hour Fitness USA Inc | 460 South College Avenue<br>Fort Collins, CO 80524 | June 15, 2020 |
| 9. | 801 | 5 Points Partners LP<br>301 University Ave, Suite 100<br>Sacramento CA, 95825 | 24 Hour Fitness USA Inc | 5114 Arden Way<br>Carmichael, CA 95608 | June 15, 2020 |
| 10. | 117 | 5307 Sepulveda Boulevard LLC<br>9045 Corbin Avenue Ste 270<br>Northridge, CA 91324 | 24 Hour Fitness USA Inc | 1335 West Avenue P<br>Palmdale, CA 93551 | June 15, 2020 |
| 11. | 296 | A&J Properties LLC<br>5820 Ave N<br>Brooklyn NY 11234 | 24 New York LLC | 1728 Sheepshead Bay Road<br>Brooklyn, NY 11235-3605 | June 15, 2020 |
| 12. | 229 | ACRE Investment Co, LLC<br>4683 Chabot Dr., Suite 220<br>Pleasanton CA 94588 | 24 Hour Fitness USA Inc | 4440 E. Tropicana Ave<br>Las Vegas, NV 89121 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 13. | 627 | AGRE River Bridge Owner, LLC<br>4500 PGA Boulevard, Suite 400<br>Palm Beach Gardens, FL 33418 | 24 Hour Fitness USA Inc | 6846 Forest Hill Blvd.<br>Greenacres, FL 33413 | June 15, 2020 |
| 14. | 709 | Alessandro Group LLC<br>730 El Camino Way, Ste 200<br>Tustin, CA 92780 | 24 Hour Fitness USA Inc | 23750 Alessandro Blvd<br>Moreno Valley, CA 92553 | June 15, 2020 |
| 15. | 305 | Alkitsa Investments Ltd Inc<br>11811 North Freeway, Suite 202<br>Houston TX 77060 | 24 Hour Fitness USA Inc | 5721 Westheimer Rd.<br>Houston TX 77057 | June 15, 2020 |
| 16. | 354 | Allen Fitness, LP<br>1748 W Katella Avenue, Suite 206<br>Orange CA 92867 | 24 Hour Fitness USA Inc | 510 N Watters Road<br>Allen TX 75013 | June 15, 2020 |
| 17. | 611 | Annapolis Towne Center at Parole LLC<br>7 Giralda Farms<br>Madison NJ 7940 | 24 Hour Fitness USA Inc | 200 Harker Place<br>Annapolis MD 21401 | June 15, 2020 |
| 18. | 11105 | Apple Way Market LLC<br>101 SW Main Street, Suite 1210<br>Portland, OR 97204 | RS FIT NW LLC | 8235 SW Apple Way<br>Portland, OR 97225 | June 15, 2020 |
| 19. | 711 | ARC PTSCHIL001 LLC<br>650 5th Avenue, 30th Floor<br>New York, NY 10019 | 24 Hour Fitness USA Inc | 141 N Barrington Road<br>Schaumburg, IL 60194 | June 15, 2020 |
| 20. | 353 | A-S 108 Friendswood Crossing, LP<br>8827 W Sam Houston Parkway N, Suite 200<br>Houston TX 77040 | 24 Hour Fitness USA Inc | 130 W Parkwood Ave<br>Friendswood TX 77546 | June 15, 2020 |
| 21. | 392 | A-S 76 Hwy 290-Bingle, L.P.<br>8827 W Sam Houston Parkway N, Suite 200<br>Houston TX 77040 | 24 Hour Fitness USA Inc | 12708 Northwest Freeway<br>Houston TX 77092 | June 15, 2020 |
| 22. | 690 | A-S 86 FM 1960-Veterans Memorial LP<br>8827 W Sam Houston Parkway N, Ste. 200<br>Houston TX 77040 | 24 Hour Fitness USA Inc | 4425 FM 1960 Rd West<br>Houston TX 77068 | June 15, 2020 |
| 23. | 71 | AVG Chula Vista, LLC<br>9595 Wilshire Blvd., #700<br>Beverley Hills CA, 90212 | 24 Hour Fitness USA Inc | 320 Third Avenue<br>Chula Vista, CA 91910 | June 15, 2020 |
| 24. | 443 | AVG Puyallup LLC<br>9595 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90212 | 24 Hour Fitness USA Inc | 301 37th Avenue SE<br>Puyallup, WA 98374 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 25. | 515 | BAI Park Place LP<br>720 East Palisade Avenue, Suite 201<br>Englewood Cliffs NJ, 07632 | 24 Hour Fitness USA Inc | 4300 Sonoma Blvd #408<br>Vallejo, CA 94589 | June 15, 2020 |
| 26. | 297 | Basser Kaufman 222 LLC<br>151 Irving Place<br>Woodmere NY 11598 | 24 New York LLC | 1675 Sunrise Hwy<br>Bay Shore, NY 11706-6028 | June 15, 2020 |
| 27. | 278 | Belmar Commercial Owner LP<br>c/o Belmar Shopping Center<br>464 S Teller St<br>Lakewood, CO 80226 | 24 Denver LLC | 360 South Teller Street<br>Lakewood, CO 80226 | June 15, 2020 |
| 28. | 280 | Belmar Commercial Owner LP<br>c/o Belmar Shopping Center<br>464 S Teller St<br>Lakewood, CO 80226 | 24 Denver LLC | 1450 South Abilene Street<br>Aurora, CO 80012 | June 15, 2020 |
| 29. | 350 | Berkadia Commercial Mortgage LLC<br>c/o WP Carey<br>50 Rockefeller Plaza 2nd Floor, New York, NY 10020 | 24 Hour Fitness USA Inc | 11798 Oswego Street<br>Englewood, CO 80112 | June 15, 2020 |
| 30. | 505 | Betty Jean Louie III Limited Parnership<br>667 Grant Ave.<br>San Francisco CA, 94108 | 24 Hour Fitness USA Inc | 375A North Capitol Avenue<br>San Jose, CA 95133 | June 15, 2020 |
| 31. | 403 | BHF, A California Limited Partnership<br>1748 W. Katella Ave Suite 206<br>Orange, CA 92867 | 24 Hour Fitness USA Inc | 20202 Ballinger Way NE, Space A-10<br>Seattle, WA 98155 | June 15, 2020 |
| 32. | 951 | Black Cherry LLC<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | 24 Hour Fitness USA Inc | 2770 South Colorado Boulevard<br>Denver, CO 80222 | June 15, 2020 |
| 33. | 11102 | Bloch Schoolhouse LLC<br>1200 112th Ave NE, Suite A-101<br>Bellevue, WA 98004 | RS FIT NW LLC | 5045 River Road N<br>Keizer, OR 97303-5398 | June 15, 2020 |
| 34. | 289 | BMS Realty Co - V0000414100<br>100 Cedar Ave<br>Hewlett Bay Park NY 11557 | 24 New York LLC | 945 Kings Highway<br>Brooklyn NY 11223 | June 15, 2020 |
| 35. | 728 | BP/CGCenter II LLC<br>599 Lexington Avenue, Suite 1800<br>New York NY 10022 | 24 Hour Fitness USA Inc | 153 E 53rd Street<br>New York NY 10022 | June 15, 2020 |
| 36. | 736 | Brixmor SPE 2 LLC<br>3901 Bellaire Boulevard<br>Houston TX 77025 | 24 Hour Fitness USA Inc | 4054 Nesconoset Highway<br>East Setauket NY 11733 | June 15, 2020 |
| 37. | 391 | BT Carrollton, LP<br>200 Dryden Road, Suite 2000<br>Dresher PA 19025 | 24 Hour Fitness USA Inc | 3050 Josey Lane<br>Carrollton TX 75006 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 38. | 957 | Capital Mall Land LLC<br>625 Black Lake Blvd<br>Olympia, WA 98502 | 24 Hour Fitness USA Inc | 621 Black Lake Blvd SW<br>Olympia, WA 98502 | June 15, 2020 |
| 39. | 630 | Catalina Shoppes FLA, LLC<br>8903 Glades Road, Suite A-14<br>Boca Raton, FL 33434 | 24 Hour Fitness USA Inc | 1775 N Congress Avenue<br>Boynton Beach, FL 33426 | June 15, 2020 |
| 40. | 732 | Cedar-Carmans LLC<br>44 South Bayles Avenue, Suite 304<br>Port Washington NY 11050 | 24 Hour Fitness USA Inc | 941 Carmans Road<br>Massapequa NY 11758 | June 15, 2020 |
| 41. | 337 | Centennial Properties Denver, LLC<br>999 West Riverside<br>Spokane, WA 99201 | 24 Hour Fitness USA Inc | 4650 W 120th Avenue<br>Broomfield, CO 80020 | June 15, 2020 |
| 42. | 614 | Centennial Square LLC<br>820 Morris Turnpike, Suite 301<br>Short Hills NJ 7078 | 24 Hour Fitness USA Inc | 1327 Centennial Ave<br>Piscataway NJ 8854 | June 15, 2020 |
| 43. | 727 | CIM/225 5th Avenue (NY), LLC<br>6922 Hollywood Boulevard, Suite 300<br>Bethesda MD 20814 | 24 Hour Fitness USA Inc | 225 Fifth Avenue<br>New York NY 10010 | June 15, 2020 |
| 44. | 962 | Coastal Serhoe<br>PO Box 1393<br>Yakima, WA 98907 | 24 Hour Fitness USA Inc | 11014 19th Ave SE, Suite 4<br>Everett, WA 98208 | June 15, 2020 |
| 45. | 113 | Copperwood Square IA, LLC<br>1234-B E. 17th Street<br>Santa Ana, CA 92701 | 24 Hour Fitness USA Inc | 240 North Brand Blvd.<br>Glendale, CA 91203 | June 15, 2020 |
| 46. | 212 | CRICQ Plano Trust<br>65 Ledgeside Lane<br>Plymouth NH 3264 | 24 Hour Fitness USA Inc | 4600 West Park Blvd<br>Plano, TX 75093-2233 | June 15, 2020 |
| 47. | 653 | CSRA 5901 Golden Triangle Master Lessee, LLC<br>10900 Nuckols Road, Suite 200<br>Glen Allen VA 23060 | 24 Hour Fitness USA Inc | 5901 Golden Triangle Blvd.<br>Fort Worth TX 76244 | June 15, 2020 |
| 48. | 959 | DDR MCH West LLC<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | 24 Hour Fitness USA Inc | 7720 N Academy Blvd.<br>Colorado Springs, CO 80920 | June 15, 2020 |
| 49. | 265 | Doral Court Retail Investments<br>2665 South Bayshore Drive, Suite 1020<br>Coconut Grove, FL 33133 | 24 Hour Fitness USA Inc | 8700 NW 36th St #301<br>Doral, FL 33166 | June 15, 2020 |
| 50. | 48 | DS Fountain Valley LP<br>200 E.Baker Street, Ste 100<br>Costa Mesa, CA 92626 | 24 Hour Fitness USA Inc | 18305 Brookhurst Street<br>Fountain Valley, CA 92780 | June 15, 2020 |
| 51. | 43 | DS Properties 17 LP<br>200 E. Baker Street, Ste #100<br>Costa Mesa CA, 92626 | 24 Hour Fitness USA Inc | 140A Alamo Plaza,<br>Alamo CA 94507 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 52. | 167 | Edward F. Plant c/o Harman Asset Management<br>PO Box 2463<br>La Jolla CA, 92307-2463 | 24 Hour Fitness USA Inc | 7680 Girard Avenue, Suite 200<br>La Jolla, CA 92037 | June 15, 2020 |
| 53. | 533 | Facchino LaBarbera Tennant Station LLC<br>873 Blossom Hill Road<br>San Jose, CA 95123 | 24 Hour Fitness USA Inc | 850 Tennant Station<br>Morgan Hill, CA 95037 | June 15, 2020 |
| 54. | 342 | FIT (UT) QRS 14-92, Inc.<br>50 Rockefeller Plaza, 2nd Floor<br>New York, NY 10020 | 24 Hour Fitness USA Inc | 1121 E Ashton Avenue<br>Salt Lake City, UT 84106 | June 15, 2020 |
| 55. | 291 | Fordham Associates LLC - V0000414102<br>112 West 34th Street, Suite 2106<br>New York NY 10120 | 24 New York LLC | 2503 Grand Concourse<br>Bronx, New York 10468 | June 15, 2020 |
| 56. | 958 | Fourth Plain Portland Shopping Center LLC<br>PO Box 10<br>Scottsdale, AZ 85252 | 24 Hour Fitness USA Inc | 2913 NE 72nd Drive<br>Vancouver, WA 98661 | June 15, 2020 |
| 57. | 393 | Frisco Fitness LP<br>1748 W Katella Avenue, Suite 206<br>Orange CA 92867 | 24 Hour Fitness USA Inc | 3865 Preston Road<br>Frisco TX 75034 | June 15, 2020 |
| 58. | 905 | FSP-South Flower Street Associates, LLC<br>515 S. Flower Street, Suite 3200<br>Los Angeles, CA 90071 | 24 Hour Fitness USA Inc | 505 S. Flower Street, Level B<br>Los Angeles, CA 90071 | June 15, 2020 |
| 59. | 712 | Geneva Crossing Carol Stream IL LLC<br>1551 South Washington Avenue, Suite 402A<br>Piscataway, NJ 08854 | 24 Hour Fitness USA Inc | 560 S Schmale Road<br>Carol Stream, IL 60188 | June 15, 2020 |
| 60. | 738 | GGP Staten Island Mall LLC<br>350 N Orleans Street, Suite 300<br>Chicago IL 60654 | 24 Hour Fitness USA Inc | 2655 Richmond Ave<br>Staten Island NY 10314 | June 15, 2020 |
| 61. | 868 | Giavista Investment LLC<br>8 Gondoliers Bluff<br>Newport Beach CA, 92657 | 24 Hour Fitness USA Inc | 324 Sycamore Avenue<br>Vista, CA 92083 | June 15, 2020 |
| 62. | 752 | GP Partners NC LLC<br>301 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 | 24 Hour Fitness USA Inc | Village at Research Park<br>(W. Mallard Creek Church Rd & Senator Royal Pl)<br>Charlotte, NC | June 15, 2020 |
| 63. | 685 | GRI Woodlands Crossing, LLC<br>4350 East West Highway, Suite 400<br>Bethesda MD 20814 | 24 Hour Fitness USA Inc | 10860 Kuykendahl Road<br>The Woodlands TX 77381 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 64. | 433 | HAI Murray Gym LLC<br>PO Box 3309<br>Logan, UT 84323 | 24 Hour Fitness USA Inc | 5684 South 900 East<br>Murray, UT 84121 | June 15, 2020 |
| 65. | 645 | Hanover 3201 Realty LLC<br>210 Hudson Street, Suite 400<br>Jersey City NJ 7311 | 24 Hour Fitness USA Inc | 30 Sylvan Way<br>Whippany NJ 07981 | June 15, 2020 |
| 66. | 940 | Hawaiian Gardens Lakewood Retail VIII, LLC<br>730 El Camino Way, Suite 200<br>Tustin, CA 92780 | 24 Hour Fitness USA Inc | 12120 Carson Street<br>Hawaiian Gardens, CA 90716 | June 15, 2020 |
| 67. | 654 | Heights Plaza, LLC<br>975 Route 22 West<br>North Plainfield NJ 07060-3622 | 24 Hour Fitness USA Inc | 459 Route 17<br>Hasbrouck Heights NJ 07604 | June 15, 2020 |
| 68. | 952 | Highland Shopping Center, LLC<br>2800 156th Ave SE, Suite 120<br>Bellevue, WA 98007 | 24 Hour Fitness USA Inc | 4110 NE 4th St, Ste B<br>Renton, WA 98059 | June 15, 2020 |
| 69. | 355 | Highlands Fitness, L.T.D.<br>1748 W Katella Avenue, Suite 206<br>Orange, CA 92867 | 24 Hour Fitness USA Inc | 333 Dad Clark Drive<br>Littleton, CO 80126 | June 15, 2020 |
| 70. | 718 | HSG Algonquin LLC<br>225 West Hubbard, 4th Floor<br>Chicago, IL 60654 | 24 Hour Fitness USA Inc | 1621 South Randall Road<br>Algonquin, IL | June 15, 2020 |
| 71. | 710 | HSG-KRE Oak Lawn Property Owner LLC<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL 60181 | 24 Hour Fitness USA Inc | SWC 95th & Pulaski<br>Oak Lawn, IL | June 15, 2020 |
| 72. | 684 | IA Cypress CyFair LP<br>3025 Highland Parkway, Suite 350<br>Downers Grove IL 60515 | 24 Hour Fitness USA Inc | 25632 Highway 290<br>Cypress TX 77429 | June 15, 2020 |
| 73. | 692 | IA League City Bay Colony LP<br>3025 Highland Parkway, Suite 350<br>Downers Grove IL 60515 | 24 Hour Fitness USA Inc | 2765 Gulf Freeway South<br>League City TX 77573 | June 15, 2020 |
| 74. | 266 | IVT Southern Royal Palm Beach, LLC<br>3025 Highland Parkway, Suite 350<br>Downers Grove, IL 60515 | 24 Hour Fitness USA Inc | 11001-11161 Southern Boulevard<br>Royal Palm Beach, FL | June 15, 2020 |
| 75. | 294 | Jacques Straus and Evelyn Wells Trustees<br>PO Box 656<br>Yonkers, NY 10702-0656 | 24 New York LLC | 298 West 231st St.<br>Brooklyn NY 10463 | June 15, 2020 |
| 76. | 608 | JDN Real Estate - Freehold LP<br>3300 Enterprise Parkway<br>Beachwood OH 44122 | 24 Hour Fitness USA Inc | 326 West Main Street<br>Freehold NJ 7728 | June 15, 2020 |

DOCS_DE:229127.2 00162/001

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 77. | 661 | JSW Greeley LLC<br>15233 Ventura Boulevard, Suite 316<br>Sherman Oaks, CA 91403 | 24 Hour Fitness USA Inc | 3001 S 23rd Ave<br>Greeley, CO | June 15, 2020 |
| 78. | 549 | KA&N Industries<br>35 Baywood Terrace<br>San Rafael CA 94901 | 24 Hour Fitness USA Inc | 6155 Neil Road<br>Reno NV 89511-1134 | June 15, 2020 |
| 79. | 553 | Kimco East Bank 689 Inc.<br>500 North Broadway, Suite 201, PO Box 9010<br>Jericho, NY 11753 | 24 Hour Fitness USA Inc | 4100 South Parker Road<br>Aurora, CO 80014 | June 15, 2020 |
| 80. | 79 | Kimridge Development Group<br>2935 N. Beverly Glen Cir, Ste 358<br>Los Angeles CA 90078 | 24 Hour Fitness USA Inc | 4480 East Charleston Blvd<br>Las Vegas, NV 89104 | June 15, 2020 |
| 81. | 632 | Kimzay of Florida, Inc.<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY 11042 | 24 Hour Fitness USA Inc | 15 West Crystal Lake St.<br>Orlando, FL 32806 | June 15, 2020 |
| 82. | 124 | La Paz Shopping Center LP<br>2603 Main Street, Ste 210<br>Irvine, CA 92614 | 24 Hour Fitness USA Inc | 25252 McIntyre Street, Ste A<br>Laguna Hills, CA 92653 | June 15, 2020 |
| 83. | 377 | Lakeline Austin Fitness, L.P.<br>1748 W Katella Avenue, Suite 206<br>Orange CA 92867 | 24 Hour Fitness USA Inc | 13802 N Hwy 183<br>Austin TX 78750 | June 15, 2020 |
| 84. | 189 | Lakeshore Land Lessee PT LLC<br>18101 Von Karman Avenue, Suite 1220<br>Irvine, CA 92612 | 24 Hour Fitness USA Inc | 18007 Von Karman Avenue<br>Irvine, CA 92612 | June 15, 2020 |
| 85. | 961 | Lakha Kent Properties, LLC<br>10400 NE 4th Suite 2200<br>Bellevue, WA 98004 | 24 Hour Fitness USA Inc | 12922 SE Kent Kangley Road<br>Kent, WA 98030 | June 15, 2020 |
| 86. | 612 | Ledgewood Investors LLC<br>1041 US Highway 202/206<br>Bridgewater NJ 8807 | 24 Hour Fitness USA Inc | 461 Route 10 Unit #01<br>Ledgewood NJ 7852 | June 15, 2020 |
| 87. | 323 | LRIC Lewisville LLP<br>4311 Oak Lawn, Suite 370<br>Dallas TX 75219 | 24 Hour Fitness USA Inc | 724 West Main Street<br>Lewisville TX 75067 | June 15, 2020 |
| 88. | 917 | LTG Sourth Hills, LLC<br>1418 S. Azusa Ave, Ste 23<br>West Covina, CA 91791 | 24 Hour Fitness USA Inc | 1422 Azusa Avenue<br>West Covina, CA 91791 | June 15, 2020 |
| 89. | 547 | Lyons Market Street, LLC<br>30 Inverness Way<br>Hillsborough, CA 94010 | 24 Hour Fitness USA Inc | 2145 Market Street<br>San Francisco, CA 94114 | June 15, 2020 |
| 90. | 613 | M&M at North Brunswick, LLC<br>1260 Stelton Road<br>Piscataway NJ 8854 | 24 Hour Fitness USA Inc | 1500 Livingston Ave<br>North Brunswick NJ 8816 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 91. | 428 | M-4, LLC<br>1201 Pacific Ave, Suite 1400<br>Tacoma, WA 98402 | 24 Hour Fitness USA Inc | 915 Auburn Way North<br>Auburn, WA 98002 | June 15, 2020 |
| 92. | 336 | Magna Investments & Development, Ltd<br>P.O. Box 65827<br>Salt Lake City, UT 84165-0827 | 24 Hour Fitness USA Inc | 10365 South 1300 East<br>Sandy, UT 84094 | June 15, 2020 |
| 93. | 701 | Maionchi/Launderland 24th Street Family Partnership, LP<br>250 Avila Street<br>San Francisco CA, 94123 | 24 Hour Fitness USA Inc | 3800 24th Street, Suite #2<br>San Francisco, CA 94114 | June 15, 2020 |
| 94. | 166 | Mani Anand Vjay Sawh, LLC<br>15565 Sleepy Creek Rd.<br>El Cajon CA, 92021 | 24 Hour Fitness USA Inc | 2893 Green Valley Parkway<br>Henderson, NV 89014 | June 15, 2020 |
| 95. | 121 | Mesa Verde Associates<br>3315 Fairview Road<br>Costa Mesa, CA 92626 | 24 Hour Fitness USA Inc | 1600 Adams Avenue<br>Costa Mesa, CA 92626 | June 15, 2020 |
| 96. | 344 | Metroplex Plaza LP<br>1901 Avenue of the Stars, Suite 855<br>Los Angeles CA 90067 | 24 Hour Fitness USA Inc | 2407 West Airport Freeway<br>Irving TX 75062 | June 15, 2020 |
| 97. | 369 | Mockingbird Park, Ltd<br>4455 LBJ Freeway, Suite 812<br>Dallas TX 75244 | 24 Hour Fitness USA Inc | 5706 East Mockingbird Lane<br>Dallas TX 75206 | June 15, 2020 |
| 98. | 704 | MRE Commercial Real Estate<br>6001 Shellmound Street, #825<br>Emeryville CA, 94608 | 24 Hour Fitness USA Inc | 1775 Solano Avenue<br>Berkeley, CA 94707 | June 15, 2020 |
| 99. | 628 | MS Shopping Center LLC<br>845 NE 79 St<br>Miami, FL 33138 | 24 Hour Fitness USA Inc | 20851 South Dixie Highway<br>Miami, FL 33189 | June 15, 2020 |
| 100. | 557 | Norman H. Scheiner<br>130 Throckmorton<br>Mill Valley CA, 94941 | 24 Hour Fitness USA Inc | 3137 West Benjamin Holt Drive<br>Stockton, CA 95219 | June 15, 2020 |
| 101. | 173 | North Halstead Associates, LLC<br>1099 18th Street, Suite 2900<br>Denver, CO 80202 | 24 Hour Fitness USA Inc | 465 North Halstead Street<br>Pasadena, CA 91107 | June 15, 2020 |
| 102. | 681 | North Richland Fitness, LP<br>1748 W Katella Avenue, Suite 206<br>Orange CA 92867 | 24 Hour Fitness USA Inc | 6601 Northeast Loop 820<br>North Richland Hills TX 76180 | June 15, 2020 |
| 103. | 519 | NorthPoint Investors, Inc.<br>2211 Stockton Street<br>San Francisco, CA 94133 | 24 Hour Fitness USA Inc | 350 Bay Street<br>San Francisco, CA 94133 | June 15, 2020 |
| 104. | 273 | Oceanview 1, LLC<br>303 Sacramento Street, Third Floor<br>San Francisco, CA 94111 | 24 San Francisco LLC | 3951 Alemany Blvd<br>San Francisco, CA 94132 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 105. | 128 | Olive Drive Partners<br>3939 Bernard St., Suite 1<br>Bakersfield, CA 93306 | 24 Hour Fitness USA Inc | 3633 Rosedale Highway<br>Bakersfield, CA 93308 | June 15, 2020 |
| 106. | 11104 | Pacific Realty Associates, L.P.<br>15350 S.W. Sequoia Parkway, Suite 300<br>Portland, OR 97224 | RS FIT NW LLC | 15575 SW Sequoia Pkwy, Ste 100<br>Tigard, OR 97224 | June 15, 2020 |
| 107. | 535 | Pacific Resources Associates<br>15350 S.W. Sequoia Parkway, Suite 300<br>Portland OR, 97224 | 24 Hour Fitness USA Inc | 1090 North Main Street<br>Manteca, CA 95336 | June 15, 2020 |
| 108. | 914 | Parkway Center, LLC<br>100 City Parkway, Suite 140<br>Las Vegas NV 89106 | 24 Hour Fitness USA Inc | 100 City Parkway, Suite 160<br>Las Vegas NV 89106 | June 15, 2020 |
| 109. | 307 | Pavilion West<br>7517 Campbell Rd., Suite 601<br>Dallas TX 75248 | 24 Hour Fitness USA Inc | 7622 Campbell Road<br>Dallas TX 75248 | June 15, 2020 |
| 110. | 623 | Pembroke Miami Fitness, LP<br>1748 W Katella Avenue, Suite 206<br>Orange, CA 92867 | 24 Hour Fitness USA Inc | 8333 Pines Blvd.<br>Pembroke Pines, FL 33024 | June 15, 2020 |
| 111. | 935 | Peninsula Retail Partners IV, LLC<br>417 29th Street<br>Newport Beach, CA 92663 | 24 Hour Fitness USA Inc | 11896 Amargosa Road<br>Victorville, CA 92392 | June 15, 2020 |
| 112. | 11103 | PK I Gresham Town Fair LLC<br>2429 Park Avenue<br>Tustin, CA 92606 | RS FIT NW LLC | 400 NW Eastman Parkway<br>Gresham, OR 97030 | June 15, 2020 |
| 113. | 271 | PK II Brookvale SC LP<br>3333 New Hyde Park Road Suite #100<br>New Hyde Park NY, 11042-0020 | 24 San Francisco LLC | 35630 Fremont Boulevard<br>Fremont, CA 94536 | June 15, 2020 |
| 114. | 680 | Platform Cedar MT, LLC<br>4220 Shawnee Mission Parkway, Suite 200 B<br>Fairway KS 66205 | 24 Hour Fitness USA Inc | 213 N Highway 67<br>Cedar Hill TX 75104 | June 15, 2020 |
| 115. | 682 | Princeton Plaza<br>96 N Third Street, Suite 275<br>San Jose CA 95112 | 24 Hour Fitness USA Inc | 12400 N IH 35 Svc. Road Southbound<br>Austin TX 78753 | June 15, 2020 |
| 116. | 274 | PWR17 - 691 W Hampden Ave, LLC<br>5221 N O'Connor Blvd., Suite 600<br>Irving, TX 75039 | 24 Denver LLC | 3435 S Inca Street<br>Englewood, CO 80110 | June 15, 2020 |
| 117. | 299 | Realty Income<br>11995 El Camino Real<br>San Diego CA, 92130 | 24 New York LLC | 589 Tuckahoe Rd<br>Yonkers, NY 10710 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 118. | 677 | Rising Sail Westlake, LLC<br>8827 W Sam Houston Parkway N, Suite 200<br>Houston TX 77040 | 24 Hour Fitness USA Inc | 19734 Saums Road<br>Houston TX 77084 | June 15, 2020 |
| 119. | 116 | Robert N. Ruggles<br>220 Montgomery St., #421<br>San Francisco, CA 94104 | 24 Hour Fitness USA Inc | 4302 Gosford Road<br>Bakersfield, CA 93313 | June 15, 2020 |
| 120. | 11106 | ROIC Oregon LLC<br>8905 Towne Centre Drive, Suite 108<br>San Diego, CA 92122 | RS FIT NW LLC | 14800 SE Sunnyside Road<br>Happy Valley, OR 97015 | June 15, 2020 |
| 121. | 373 | Round Rock Fitness, LP<br>1748 W Katella Avenue, Suite 206<br>Orange CA 92867 | 24 Hour Fitness USA Inc | 1208 N Interstate 35 Ste 300<br>Round Rock TX 78681 | June 15, 2020 |
| 122. | 402 | RPAI Lakewood, LLC<br>2021 Spring Road, Suite 200<br>Oak Brook, IL 60523 | 24 Hour Fitness USA Inc | 5919 Lakewood Town Center Blvd<br>Lakewood, WA 98499-6513 | June 15, 2020 |
| 123. | 751 | RRPV 601 Midtown Raleigh LP<br>4801 PGA Boulevard<br>Palm Beach Gardens, FL 33418 | 24 Hour Fitness USA Inc | 601 E Six Forks Road<br>Raleigh, NC 27609 | June 15, 2020 |
| 124. | 664 | RSD Partners LLC<br>2150 West 29th Avenue, Suite 410<br>Denver, CO 80211 | 24 Hour Fitness USA Inc | 2650 W Belleview Ave<br>Littleton, CO 80123 | June 15, 2020 |
| 125. | 210 | RU Rainbow Blvd Las Vegas NV LLC<br>3090 Bristol Street, Suite 550<br>Costa Mesa, CA 92626 | 24 Hour Fitness USA Inc | 601 S Rainbow Blvd<br>Las Vegas, NV 89145-6243 | June 15, 2020 |
| 126. | 621 | S&C Venture, a Florida Joint Venture<br>1261 20th Street<br>Miami Beach, FL 33139 | 24 Hour Fitness USA Inc | 2982 Grand Ave.<br>Miami, FL 33133 | June 15, 2020 |
| 127. | 737 | Salisbury Partners LLC<br>3000 Marcus Avenue<br>Lake Success NY 11020 | 24 Hour Fitness USA Inc | 2000 Hempstead Turnpike<br>East Meadow NY 11554 | June 15, 2020 |
| 128. | 903 | Santa Susana GRF2, LLC<br>973 Lomas Santa Fe Drive<br>Solana Beach, CA 92075 | 24 Hour Fitness USA Inc | 2350 Tapo Street<br>Simi Valley, CA 93063 | June 15, 2020 |
| 129. | 68 | Second & S.M. Blvd. Associates, LLC<br>12381 Wilshire Blvd., Ste 201<br>Los Angeles, CA 90025-2058 | 24 Hour Fitness USA Inc | 1417 Second Street<br>Santa Monica, CA 90401 | June 15, 2020 |
| 130. | 293 | Selv Enterprises LLC - V0000414104<br>8537 N.W. 77th Street<br>Tamarac FL 33321 | 24 New York LLC | 1921 86th St.<br>Brooklyn, NY 11214 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY- LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 131. | 735 | Seritage SRC Finance LLC 500 Fifth Avenue, Suite 1530 New York NY 10110 | 24 Hour Fitness USA Inc | 195 N Broadway Hicksville NY 11801 | June 15, 2020 |
| 132. | 714 | Seritage SRC Finance LLC 500 Fifth Avenue, Suite 1530 New York, NY 10110 | 24 Hour Fitness USA Inc | 1601 N Harlem Avenue Chicago, IL 60707 | June 15, 2020 |
| 133. | 715 | Seritage SRC Finance LLC 500 Fifth Avenue, Suite 1530 New York, NY 10110 | 24 Hour Fitness USA Inc | 4035 North Cicero Avenue Chicago, IL 60641 | June 15, 2020 |
| 134. | 716 | Seritage SRC Finance LLC 500 Fifth Avenue, Suite 1530 New York, NY 10110 | 24 Hour Fitness USA Inc | 3340 Mall Loop Road Joliet, IL 60431 | June 15, 2020 |
| 135. | 717 | Seritage SRC Finance LLC 500 Fifth Avenue, Suite 1530 New York, NY 10110 | 24 Hour Fitness USA Inc | 2 Orland Square Drive Orland Park, IL 60462 | June 15, 2020 |
| 136. | 215 | SF TX LP 50 Rockefeller Plaza, 2nd Floor New York NY 10020 | 24 Hour Fitness USA Inc | 2100 Plaza Parkway Bedford, Texas 76021 | June 15, 2020 |
| 137. | 431 | SFP 24 Hour Taylorsville LLC 376 East 400 South, Suite 120 Salt Lake City, UT 84111 | 24 Hour Fitness USA Inc | 5766 South 1900 West Taylorsville, UT 84129 | June 15, 2020 |
| 138. | 601 | Shapell Norcal Rental Properties LLC 39650 Liberty Street, Suite 490 Fremont, CA 94538 | 24 Hour Fitness USA Inc | 301 Jacklin Road Milpitas, CA 95035 | June 15, 2020 |
| 139. | 671 | Sienna Cypress LLC 3 Riverway, Suite 1100 Houston TX 77056 | 24 Hour Fitness USA Inc | 9026 Sienna Crossing Drive Missouri City TX 77071 | June 15, 2020 |
| 140. | 99 | Sierra Town Center Holdings LLC 8375 W. Flamingo Rd., Ste. 200 Las Vegas NV 89147 | 24 Hour Fitness USA Inc | 2106 West Craig Road North Las Vegas NV 89031 | June 15, 2020 |
| 141. | 66 | Silverado Ranch Centre II, LLC 10655 Park Run Drive, Ste 160 Las Vegas NV 89144 | 24 Hour Fitness USA Inc | 9875 S Maryland Parkway Las Vegas NV 89123 | June 15, 2020 |
| 142. | 901 | Skolem Group, LLC 650 W. Duarte Rd, Ste. 1088 Arcadia, CA 91007 | 24 Hour Fitness USA Inc | 9750 Central Avenue Montclair, CA 91763 | June 15, 2020 |
| 143. | 438 | SouthGlenn Property Holdings, LLC 5750 DTC Parkway, Suite 210 Greenwood Village, CO 80111 | 24 Hour Fitness USA Inc | 6839 South Vine Street Centennial, CO 80122 | June 15, 2020 |
| 144. | 319 | SSS Highland Plaza, LLC 6100 Corporate Drive, Suite 288 Houston TX 77036 | 24 Hour Fitness USA Inc | 1550 S Mason Road Katy TX 77450-4558 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 145. | 803 | Star-West Solano LLC<br>1350 Travis Blvd<br>Fairfield, CA 94533 | 24 Hour Fitness USA Inc | 1519 Gateway Blvd.<br>Fairfield, CA 94533 | June 15, 2020 |
| 146. | 858 | STC GardenWalk, LLC<br>10722 Beverly Blvd., Ste. P<br>Whittier, CA 90601 | 24 Hour Fitness USA Inc | 400 W. Disney Way<br>Anaheim, CA 92802 | June 15, 2020 |
| 147. | 853 | Temecula Town Center Owner, LLC<br>4340 Von Karman Avenue, Suite 110<br>Newport Beach CA, 92660 | 24 Hour Fitness USA Inc | 27520 Ynez Road Anchor 8<br>Temecula, CA 92591 | June 15, 2020 |
| 148. | 558 | The Harry and Jeanette Weinberg Foundation, Inc.<br>3660 Waialae Avenue, Suite 400<br>Honolulu, HI 96816-3260 | 24 Hour Fitness USA Inc | 150 Hana Highway<br>Kahului, HI 9632 | June 15, 2020 |
| 149. | 863 | The Irvine Company LLC<br>101 Innovation Drive<br>Irvine, CA 92617 | 24 Hour Fitness USA Inc | 517 Spectrum Center Drive<br>Irvine, CA 92618 | June 15, 2020 |
| 150. | 561 | The Round Owner LLC<br>810 NW Marshall Street, Suite 300<br>Portland, OR 97209 | 24 Hour Fitness USA Inc | 4145 SW Watson Avenue<br>Beaverton, OR 97005 | June 15, 2020 |
| 151. | 912 | TKG Murrietta Plaza LLC<br>211 North Stadium Blvd Suite 201<br>Columbia MD, 65203 | 24 Hour Fitness USA Inc | 40396 Murrieta Hot Springs Road<br>Murrieta, CA 92563 | June 15, 2020 |
| 152. | 283 | Tri-State Commercial Realty LLC<br>429 Sylvan Ave<br>Englewood Cliffs NJ 07632 | 24 New York LLC | 189 Route 46 West<br>Saddle Brook, NJ 07663 | June 15, 2020 |
| 153. | 74 | Trop 2015 Holdings LLC<br>8350 W. Sahara Avenue, Ste. 210<br>Las Vegas NV 89117 | 24 Hour Fitness USA Inc | 5035 West Tropicana Ave<br>Las Vegas NV 89103 | June 15, 2020 |
| 154. | 817 | Tysons West Retail, LLC<br>8405 Greensboro Drive, 8th Floor<br>McLean VA 22102 | 24 Hour Fitness USA Inc | 1500 Cornerside Blvd.<br>Vienna VA 22182 | June 15, 2020 |
| 155. | 609 | Village 35, LP<br>3 Manhattanville Road, Suite 202<br>Purchase NY 10577 | 24 Hour Fitness USA Inc | 835 Highway 35<br>Middletown NJ 7748 | June 15, 2020 |
| 156. | 643 | VNO Wayne Towne Center LLC<br>210 Route 4 East<br>Paramus NJ 7652 | 24 Hour Fitness USA Inc | 133 Route 23<br>Wayne NJ 7470 | June 15, 2020 |
| 157. | 481 | Weingarten Nostat Inc<br>2600 Citadel Plaza Drive Suite 125<br>Houston TX, 77008 | 24 Hour Fitness USA Inc | 641 South Rancho Santa Fe Road<br>San Marcos, CA 92078 | June 15, 2020 |

| # | CLUB NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 158. | 624 | Weingarten Realty Inv. 2600 Citadel Plaza Drive Suite 125 Houston TX, 77008 | 24 Hour Fitness USA Inc | 8400 Mills Drive Miami, FL 33183 | June 15, 2020 |
| 159. | 168 | Wilmington Victorville LLC 2100 W. 7th Street Fort Worth, TX 76107 | 24 Hour Fitness USA Inc | 16200 Bear Valley Road Victorville, CA 92395 | June 15, 2020 |
| 160. | 689 | WMC Fund, LLC 1990 NE 163rd Street, Suite 209 North Miami Beach FL 33162 | 24 Hour Fitness USA Inc | 5946 Fairmont Parkway Pasadena TX 77505 | June 15, 2020 |
| 161. | 644 | Woodbridge Avenel, LLC 112 West 34th Street, Suite 2106 New York NY 10120 | 24 Hour Fitness USA Inc | 1624 St Georges Avenue Avenel NJ 07001 | June 15, 2020 |
| 162. | 816 | Woodmore Towne Centre LLC 1919 West Street, Suite 100 Annapolis MD 21401 | 24 Hour Fitness USA Inc | 9450 Ruby Lockhart Blvd. Lanham MD 20706 | June 15, 2020 |
| 163. | 864 | WRI West Gate South, L.P. PO Box 924133 Houston, TX 77292-4133 | 24 Hour Fitness USA Inc | 6731 Westminser Blvd., Ste 113 Westminster, CA 92683 | June 15, 2020 |
| 164. | 516 | Ygnacio Center Owner, LLC 2033 N. Main Street Suite 210 Walnut Creek CA, 94596 | 24 Hour Fitness USA Inc | 2033 N. Main Street Walnut Creek, CA 94596 | June 15, 2020 |