**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
24 HOUR FITNESS                                              :    Case No. 20–11558 (KBO)
WORLDWIDE, INC., et al.,                                     :
                                                             :
                              Debtors.[1]                    :    (Joint Administration Requested)
                                                             :
                                                             :
------------------------------------------------------------ x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR <u>TELEPHONIC HEARING ON JUNE 16, 2020 AT 12:15 P.M. (PREVAILING EASTERN TIME)</u> BEFORE THE HONORABLE KAREN B. OWENS, BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM <u>NO. 3, WILMINGTON, DELAWARE 19801</u>**

> **This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom. All parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration. PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: 24 Hour Fitness Worldwide, Inc. 20-11558-KBO**
> **Time: June 16, 2020 12:15 P.M. Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting:**
> https://debuscourts.zoomgov.com/j/1613329477
>
> **Meeting ID: 1613329477**
> **Password: 096817**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

1. Voluntary Petitions:

    A. 24 Hour Fitness Worldwide, Inc. [Case No. 20-11558]

    B. 24 Hour Holdings II LLC [Case No. 20-11559]

    C. 24 Hour Fitness United States, Inc. [Case No. 20-11560]

    D. 24 Hour Fitness USA, Inc. [Case No. 20-11561]

    E. 24 Hour Fitness Holdings LLC [Case No. 20-11562]

    F. 24 San Francisco LLC [Case No. 20-11563]

    G. 24 New York LLC [Case No. 20-11564]

    H. 24 Denver LLC [Case No. 20-11565]

    I. RS FIT Holdings LLC [Case No. 20-11566]

    J. RS FIT CA LLC [Case No. 11567]

    K. RS FIT NW LLC [Case No. 11568]

## First Day Declaration

2. Declaration of Daniel Hugo in Support of Debtors' Chapter 11 Petitions and First Day Relief [Filed 6/15/20] (Docket No. 4)

    **Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

## First Day Administrative and Procedural Motions

3. Motion of Debtors for Entry of Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Filed 6/15/20] (Docket No. 3)

    **Status**: This matter is going forward.

4. Motion of Debtors for Entry of Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (B) Redact Certain Personally Identifiable Information for Individual Creditors and Interest Holders, and (C) Omit Members and Guests from the Creditor Matrix, (II) Approving Manner of Notifying Members and Guests of Commencement of Chapter 11 Cases and (III) Granting Related Relief [Filed 6/15/20] (Docket No. 5)

    **Status**: This matter is going forward.

5. Application of Debtors for Appointment of Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Filed 6/15/20] (Docket No. 6)

   **Status**: This matter is going forward.

## First Day Motions Pertaining to Operations and Related Issues

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Participating in Existing Cash Management System and Using Bank Accounts and Business Forms and (B) Continue Intercompany Transactions; (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims; and (III) Granting Related Relief [Filed 6/15/20] (Docket No. 8)

   **Status**: This matter is going forward for entry of an interim order.

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs, and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [Filed 6/15/20] (Docket No. 19)

   **Status**: This matter is going forward for entry of an interim order.

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief [Filed 6/15/20] (Docket No. 9)

   **Status**: This matter is going forward for entry of an interim order.

9. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, (IV) Authorizing the Debtors to Honor Obligations to Payment Processors in the Ordinary Course of Business, and (V) Granting Related Relief [Filed 6/15/20] (Docket No. 10)

   **Status**: This matter is going forward for entry of an interim order.

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 6/15/20] (Docket No. 13)

    **Status**: This matter is going forward for entry of an interim order.

11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Shippers, Warehousemen, Lienholders, and

    (B) 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Filed 6/15/20] (Docket No. 11)

    **Status**: This matter is going forward for entry of an interim order.

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations to Critical Vendors and (II) Granting Related Relief [Filed 6/15/20] (Docket No. 12)

    A. Supplemental Declaration of Daniel Hugo in Support of the Debtors' Critical Vendors Motion [Filed 6/15/20] (Docket No. 14)

    **Status**: This matter is going forward for entry of an interim order.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Continue to Maintain Their Surety Bond Program and (C) Honor All Insurance and Surety Obligations, (II) Modifying the Automatic Stay, and (III) Granting Related Relief [Filed 6/15/20] (Docket No. 15)

    **Status**: This matter is going forward for entry of an interim order.

14. Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests In, and Claims Against, the Debtors and (B) Claims of Certain Worthless Equity Deductions[Filed 6/15/20] (Docket No. 16)

    **Status**: This matter is going forward for entry of an interim order.

## First Day Motion Pertaining to Financing

15. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 6/15/20] (Docket No. 17)

    A. Declaration of Tyler W. Cowan in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 6/15/20] (Docket No. 18)

**Status**: This matter is going forward for entry of an interim order.

Dated: June 15, 2020  **PACHULSKI STANG ZIEHL & JONES LLP**
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice* admission pending)
Ryan Preston Dahl (*pro hac vice* admission pending)
Kevin Bostel (*pro hac vice* admission pending)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*