## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I served or caused to be served the foregoing *The AVG Entities' Notice of and Demand for Adequate Protection for Interests in Real Property Pursuant to 11 U.S.C. Section 363(e)* by CM/ECF upon those parties registered to receive such electronic notifications in these cases and by First-Class Mail upon those parties listed on the attached service list.

                                                        */s/ Victoria A. Guilfoyle*
                                                  Victoria A. Guilfoyle, Esq. (DE Bar No. 5183)

**SERVICE LIST**

| | |
|---|---|
| 24 Hour Fitness Worldwide, Inc.<br>Attn: Dan Hugo<br>12647 Alcosta Blvd., Suite 500<br>San Ramon, CA 94583 | Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock; Ryan Preston Dahl; Kevin Bostel; Kyle R. Satterfield; Jackson Que Alldredge; Alexander P. Cohen; Jacob Mezei; Sarah Schnorrenberg; Ramsey W. Scofield<br>767 Fifth Avenue<br>New York, New York 10153 |
| Pachulski Stang Ziehl & Jones LL<br>Attn: Laura Davis Jones<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801 | Covington & Burling LLP<br>Attn: Ronald Hewitt; Martin E. Beeler; Todd A. Mortensen<br>620 Eighth Avenue<br>New York, New York 10018 |
| Pepper Hamilton LLP<br>Attn: David M. Fournier<br>Hercules Plaza, Suite 1500<br>1313 N. Market Street<br>Wilmington, Delaware 19899-1709 | O'Melveny & Myers LLP<br>Attn: Daniel S. Shamah; Diana M. Perez; Adam P. Haberkorn; John J. Rapisardi; Adam C. Rogoff<br>7 Times Square<br>New York, New York 10036 |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins; Michael J. Merchant; David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Office of The United States Trustee<br>Attn: Linda Casey<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 |
| Wells Fargo<br>Attn: Lindsey Widdis<br>150 East 42nd St, 40th Floor<br>New York, NY 10017 | Kellermeyer Bergensons Services<br>Attn: Elva De La Torre<br>1575 Henthorne Drive<br>Maumee, OH 43537 |
| Veritas Media Group LLC<br>Attn: Jason Ballance<br>1111 Broadway 3rd floor<br>Oakland, CA 94607 | Axiom Construction Company LLC<br>Attn: Brian Melton<br>1219 Wunsche Loop<br>Spring, TX 77373 |
| Raymond Construction Inc.<br>Attn: Dawn Quin<br>4407 N. Beltwood Parkway # 106<br>Dallas, TX 75244 | DGC Capital Contracting<br>Attn: Maureen Mcfadden<br>506 South 9th Ave<br>Mount Vernon, NY 10550 |
| Club Resource Group Inc. | AT Kearney Inc |

| | |
|---|---|
| Attn: Jennifer<br>1875 N. Macarthur Drive<br>Tracy, CA 95376 | Attn: John Fiorentino<br>227 West Monroe Street<br>Chicago, IL 60606 |
| Muscle Foods USA<br>Attn: Mike Banisch<br>P.O. Box 791126<br>Baltimore, MD 21279-1126 | Epsilon Agency LLC<br>Attn: Sekinat Fakoya<br>3787 Momentum Place<br>Chicago, IL 60689-5337 |
| Cumming Construction Company Inc<br>Attn: Adam Lopes<br>1483 East 3850 South<br>St. George, UT 84790 | Staples Contract & Commercial LLC<br>Attn: Steve Seignious<br>PO Box 70242<br>Philadelphia, PA 19176-0242 |
| Cal Select Builders, Inc.<br>Attn: Gail Newton<br>23253 La Palma Ave<br>Yorba Linda, CA 92887 | SMA Architects PC<br>Attn: Nacy Meier<br>115 W Main St<br>Allen, TX 75013 |
| PCM Sales Inc<br>Attn: Hillarie Rubin<br>4995 Murphy Canyon Rd., Ste. 300<br>San Diego, CA 92123 | Keono<br>Attn: Erika Dobrotka<br>205 E. Butterfield Rd # 166<br>Elmhurst, IL 60126 |
| Precor Inc.<br>Attn: Janine<br>20031 142nd Ave. NE<br>Woodinville, WA 98072-4002 | Microsoft Corporation<br>Attn: Taimah Vaber<br>6100 Neil Road<br>Reno, NV 89511-1137 |
| 600 Broadway Partners LLC<br>Attn: Alex Adjmi<br>1412 Broadway 3rd floor<br>New York, NY 10018 | 225 5th Avenue NY LLC<br>Attn: Legal Department<br>6922 Hollywood Boulevard, Suite 900<br>Bethesda, MD 20814 |
| Colorado Pool Systems<br>Attn: Patrick Kitowski<br>2801 Youngfield Street, Suite 260<br>Golden, CO 80401 | Radius Global Solutions LLC<br>Attn: Erica Doshi<br>7831 Glenroy Rd<br>Edina, MN 55439 |
| Wiedenbach-Brown Co., Inc.<br>Attn: Scott King<br>22901 La Palma Avenue<br>Yorba Linda, CA 92887 | Piranha Industries<br>Attn: Gail Spencer<br>2801 Youngfield St, Suite 260<br>Golden, CO 80401 |
| Palomar Fitness Partner LP<br>c/o Pacific Development Partners | 1680 Kapiolani LLC<br>Attn: John Stokke, Property Manager |

Case 20-11558-KBO    Doc 200-1    Filed 06/22/20    Page 4 of 5

Attn: Janet Tanasugarn
11601 Wilshire Blvd., Suite 2110
Los Angeles, CA 90025

3810 Katella Avenue
Los Alamitos, CA 94583

Annapolis Towne Center at Parole LLC
c/o PGIM Real Estate
Attn: Michael Harrington
7 Giralda Farms
Madison, NJ 07940

BP-CGCenter I LLC
Attn: Robert Selsam
599 Lexington Avenue Suite 1800
New York, NY 10022

Hoist Fitness Systems
Attn: Jason Evenskaas
11900 Community Road
Poway, CA 92064

Costco Wholesale
Attn: Stacy Wells
P.O. Box 34331
Seattle, WA 98124

Morris Nichols Arsht & Tunnell
Attn: Derek C. Abbott
1201 N. Market Street
Wilmington, DE 19899

Weil Gotshal & Manges LLP
Attn: David R. Singh
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Collins Collins Muir & Stewart LLP
Attn: Bradley J Doucette; Edward J. Riffle
1100 El Centro St
South Pasadena, CA 91030

EScribers LLC
352 Seventh Avenue, Suite #604
New York, NY 10001

Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
New York, NY 10020

Allen Matkins Leck Gamble Mallory Natsis
Attn: Ivan M. Gold
Three Embarcadero Center
12th Floor
San Francisco, CA 94111-4074

Latham & Watkins LLP
Attn: James S. Ktsanes; Richard A. Levy
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

Chaffetz Lindsey LLP
Attn: Alan Lipkin
1700 Broadway
33rd Floor
New York, NY 10019

Barclay Damon LLP
Attn: Ilan Markus
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

AKERMAN LLP
Attn: John E. Mitchell
2001 Ross Avenue, Suite 3600
Dallas, TX 75201

Law Offices of Kevin S. Neiman, PC
Attn: Kevin S. Neiman
999 18th Street, Suite 1230 S

Prime Clerk LLC
One Grand Central Place
60 East 42nd St, Suite 1440

<div style="columns:2">

Denver, CO 80202

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1385

Reed Smith LLP
Attn: Eric A. Schaffer
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

New York, NY 1016

Ballard Spahr LLP
Attn: Katherine E. Anderson Sanchez
1 E. Washington Street
Suite 2300
Phoenix, AZ 85004

</div>