Marc C. Forsythe – California State Bar No. 153854
Charity J. Manee – California State Bar No. 286481
Ryan S. Riddles – California State Bar No. 298745
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmanee@goeforlaw.com
rriddles@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for RU Rainbow Blvd Las Vegas, NV, LLC
which is a subsidiary of RW Holdings NNN REIT
Operating Partnership, LP, a sub of RW Holdings NNN REIT., Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

In re:

24 HOUR FITNESS WORLDWIDE, INC.,

Debtor and Debtor in Possession.

Case No.  20-11558-KBO

Chapter 11 Proceeding

**REQUEST FOR SPECIAL NOTICE**

No Hearing Date Required

**PLEASE TAKE NOTICE** that Goe Forsythe & Hodges LLP, counsel to landlord RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. ("Landlord"), in the bankruptcy case of 24 HOUR FITNESS WORLDWIDE, INC. ("Debtor") requests notice of any adversary proceeding, contested or uncontested matter therein, including all notice required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, Debtor or any other parties in interest.

/ / /

/ / /

/ / /

1

Landlord requests that all such pleadings, notices, and other papers or communications be directed to Landlord and its counsel, as follows:

> **RU Rainbow Blvd Las Vegas, NV, LLC**
> **which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP,**
> **a subsidiary of RW Holdings NNN REIT., Inc.**
> **120 Newport Center Drive**
> **Newport Beach, CA 92660**
>
> **Marc C. Forsythe – California State Bar No. 153854**
> **GOE FORSYTHE & HODGES LLP**
> **18101 Von Karman, Suite 1200**
> **Irvine, CA 92612**
> **mforsythe@goeforlaw.com**
> **Telephone: (949) 798-2460**
> **Facsimile: (949) 955-9437**

Landlord also requests that the above addresses be included in the mailing list that the debtor is required to maintain and promptly furnish under Federal Bankruptcy Rule 1007-2.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel for Landlord, as set forth above, be electronically served with copies of all papers filed with the bankruptcy court, all reports and statements submitted to the Office of the United States Trustee, and all notices, orders, applications, plans, disclosure statements, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise.

Date: June 26, 2020               Respectfully Submitted by:

                                            **GOE FORSYTHE & HODGES LLP**

                                            By: /s/Marc C. Forsythe
                                                Marc C. Forsythe, Attorneys for
                                                RU Rainbow Blvd Las Vegas, NV, LLC
                                                which is a subsidiary of RW Holdings NNN
                                                REIT Operating Partnership, LP, a
                                                subsidiary of RW Holdings NNN REIT.,
                                                Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 26, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 26, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Karen B. Owens, USBC, 824 North Market Street, 6th Floor, Wilmington, DE 19801

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2020 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Chase Alvord**  calvord@tousley.com
- **Yelena E. Archiyan**  yelena.archiyan@akerman.com
- **Jody C. Barillare**  jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Willliam J. Barrett**  william.barrett@bfkn.com
- **Ian Connor Bifferato**  cbifferato@tbf.legal, mstewart@tbf.legal
- **Karen C. Bifferato**  kbifferato@connollygallagher.com
- **Jason Binford**  Jason.binford@oag.texas.gov
- **Dustin Parker Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Charles J. Brown**  cbrown@gsbblaw.com
- **David W. Carickhoff**  dcarickhoff@archerlaw.com
- **Linda J. Casey**  Linda.Casey@usdoj.gov
- **Vikrama S. Chandrashekar**  vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com
- **Eboney Cobb**  ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Jeffrey Lawrence Cohen**  jcohen@lowenstein.com, kwaldron@lowenstein.com
- **Mark D. Collins**  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Katie Comstock**  katie@levy-law.com, melissa@levy-law.com
- **Kelly M. Conlan**  kconlan@connollygallagher.com
- **Andrew S. Conway**  Aconway@taubman.com
- **John D. Demmy**  john.demmy@saul.com, robyn.warren@saul.com
- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Mark W. Eckard**  meckard@reedsmith.com
- **Jamie Lynne Edmonson**  jedmonson@rc.com, lshaw@rc.com
- **James Frederick Evers**  jevers@dcca.hawaii.gov
- **Justin Cory Falgowski**  jfalgowski@burr.com
- **William P. Fennell**  william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;yosina.lissebeck@fennelllaw.com
- **Niclas A. Ferland**  nferland@barclaydamon.com
- **Reno F.R. Fernandez**  reno@macfern.com, samantha@macfern.com
- **David M. Fournier**  fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
- **Edward M. Fox**  emfox@seyfarth.com
- **Thomas Joseph Francella**  TFrancella@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;thomas-francella-6506@ecf.pacerpro.com
- **Craig Solomon Ganz**  ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
- **Stephen Brett Gerald**  sgerald@wtplaw.com, trogers@wtplaw.com;clano@wtplaw.com
- **Ronald E Gold**  rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com
- **Karen M. Grivner**  kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
- **Victoria A. Guilfoyle**  guilfoyle@blankrome.com
- **Emily Margaret Hahn**  ehahn@abernathy-law.com
- **Bryan J Hall**  bhall@blankrome.com
- **Jeffrey Mark Hawkinson**  jhawkinson@jpclaw.com
- **William A. Hazeltine**  Bankruptcy001@sha-llc.com
- **Leslie C. Heilman**  heilmanl@ballardspahr.com, ambroses@ballardspahr.com
- **Jarret P. Hitchings**  jphitchings@duanemorris.com
- **Courtney J Hull**  bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Lawrence M. Jacobson**  lmj@gfjlawfirm.com
- **Ryan T. Jareck**  rjareck@coleschotz.com, fpisano@coleschotz.com

- **Monique D. Jewett-Brewster**   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Laura Davis Jones**   ljones@pszjlaw.com, efile1@pszjlaw.com
- **Laura Davis Jones**   ljones@pszjlaw.com
- **Gary M. Kaplan**   gkaplan@fbm.com, calendar@fbm.com
- **Eve Helen Karasik**   ehk@lnbyb.com
- **Susan E. Kaufman**   skaufman@skaufmanlaw.com
- **Peter J Keane**   pkeane@pszjlaw.com
- **Peter J. Keane**   pkeane@pszjlaw.com, r93029@notify.bestcase.com
- **Steven W. Kelly**   skelly@s-d.com, penningtonv@s-d.com
- **David M. Klauder**   dklauder@bk-legal.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Jordan A Lavinsky**   jlavinsky@hansonbridgett.com
- **Tara LeDay**   bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com,alocklin@mvbalaw.com;kmorriss@mvbalaw.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Alexander Kin-Yip Lee**   alex@macfern.com
- **Raymond Howard Lemisch**   rlemisch@klehr.com
- **Joseph H Lemkin**   jlemkin@stark-stark.com
- **Lawrence A. Lichtman**   LLichtman@honigman.com
- **Kevin M Lippman**   klippman@munsch.com, pmoore@munsch.com
- **Kenneth Listwak**   listwakk@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
- **Andrew L Magaziner**   bankfilings@ycst.com
- **Garvan F. McDaniel**   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **Michael Joseph Merchant**   merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Curtis S. Miller**   csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Timothy T Mitchell**   dkrm@aol.com, donna@rashtiandmitchell.com
- **Byron Z Moldo**   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- **Vanessa P. Moody**   vpeck@goulstonstorrs.com
- **Nancy J. Newman**   nnewman@hansonbridgett.com
- **Jason Nunnermacker**   jnunnermacker@adgmlaw.com
- **Thomas Onder**   tonder@stark-stark.com, ereid@stark-stark.com
- **Kristen N. Pate**   bk@brookfieldpropertiesretail.com
- **Raymond M. Patella**   rpatella@kraemerburns.com
- **Morgan L. Patterson**   morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Jennifer Lynn Pruski**   jpruski@trainorfairbrook.com
- **David T Queroli**   queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Evan Rassman**   erassman@regerlaw.com
- **Patricia A. Redmond**   predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;rross@stearnsweaver.com;mfernandez@stearnsweaver.com;jless@stearnsweaver.com;mharder@stearnsweaver.com
- **Patrick J. Reilley**   preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Laurel D. Roglen**   roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Douglas B. Rosner**   drosner@goulstonstorrs.com
- **Edward M. Ross**   eross@rcblaw.com
- **John C. Roy**   casey.roy@oag.texas.gov
- **Paul A. Rubin**   prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

- **Daniel S. Shamah**    dshamah@omm.com
- **Luke A. Sizemore**    lsizemore@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- **Owen M. Sonik**    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **Michael St. James**    ecf@stjames-law.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Matthew O Talmo**    mtalmo@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com
- **Ronald Mark Tucker**    rtucker@simon.com, bankruptcy@simon.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **John R. Weaver**    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- **Helen Elizabeth Weller**    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **David W deBruin**    ddebruin@gawthrop.com, codonnell@gawthrop.com
-