# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>24 Hour Fitness Worldwide, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11558 (KBO)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Cullen D. Speckhart, Esq. of Cooley LLP, to represent the Official Committee of Unsecured Creditors of 24 Hour Fitness Worldwide, Inc. et al., above-captioned cases.

Date: June 28, 2020  
Wilmington, Delaware

/s/ *Brya Keilson*  
Brya Keilson (DE #4643)  
Morris James LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  
Tel: (302) 888-6800; Fax: (302) 571-1750  
Email: bkeilson@morrisjames.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Virginia, New York, and Missouri, and am admitted to practice in the United States District Courts for the Eastern District of Virginia, the Southern District of New York ane Southern of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Fund* revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

228796167 v1

Date: June 28, 2020 /s/ Cullen D. Speckhart
Cullen D. Speckhart, Esq.
*Admitted to practice in New York, Virginia, Missouri and Texas*
*Not admitted to practice in DC, supervised by members of DC bar*
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800; Fax: (202) 842-7899
Email: cspeckhart@cooley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.