# Exhibit C



J. Robin Lindley, Partner

2229 San Felipe Road, Suite 1000
Houston, Texas 77019
Main:  713-225-4500
Fax:    713-225-3719
www.buckkeenan.com
lindley@buckkeenan.com

April 13, 2020

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd, Suite 500
San Ramon, CA 94583
Attn:  Property Administration

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn: Legal Department

24 Hour Fitness USA, Inc                                     *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn:  Construction

Re:     24 Hour Fitness Lease dated May 16, 2018 (the "Lease") between BRE Retail Residual
        Owner 1 LLC ("Landlord") and 24 Hour Fitness USA, Inc. ("Tenant") covering the
        Premises at the Jester Village Shopping Center, Houston, Texas

To Whom It May Concern:

        The undersigned represents Landlord regarding the matters set forth herein.  Any defined
terms used herein and not otherwise defined shall have the meaning set forth in the Lease.

        Landlord has recently received correspondence from five separate subcontractors asserting
claims for unpaid invoices arising from Tenant's construction of the Initial Improvements.  Four
of the letters provide notice of the subcontractors' intent to file liens against Landlord's interests
in the Premises and demands that Landlord withhold payment of amounts owed the general
contractor.  One of the letters, from Texas A&M Concrete, LLC ("TAMC"),  includes a copy of a
filed affidavit claiming a lien. Copies of the subcontractors' correspondence are attached for your
convenience.

        It is Landlord's position that Landlord has no liability for amounts owed any contractor or
subcontractor for Tenant's construction of the Initial Improvements. It is also Landlord's position
that its ownership interests in the Premises are not subject to any lien claims. Nonetheless,

**BUCK KEENAN LLP**

April 13, 2020
Page 2

Landlord expects that Tenant will comply with its obligations under the Lease to keep the Premises free and clear from any mechanic's lien filings.  In that regard, Landlord requests that Tenant comply with its obligations under section 9.3 of the Lease and discharge the TAMC lien within forty-five (45) days of this notice. Furthermore, Landlord insists that Tenant resolve any outstanding claims and secure the required affidavits from the general contractor and all Major Subcontractors before Landlord is able to pay over any remaining Initial Improvements Allowance, including Retainage, to Tenant.

No delayed action or inaction by Landlord in exercising any of its rights or remedies under the Lease shall operate as a waiver of any of its rights or remedies, and Landlord expressly reserves the right to take action or exercise remedies available to it under the Lease at law, or in equity, now or at any time in the future as Landlord may determine in its sole discretion.

If you have any questions regarding this matter, please direct them to the undersigned.

Yours very truly,

J. Robin Lindley

JRL/tlw

Cris W. Craft
Attorney at Law
20501 Katy Freeway, Suite 214
Katy, TX 77450



9414 8118 9956 2450 6716 62



$5.90
US POSTAGE
FIRST-CLASS
FROM 77450
APR 01 2020
stamps.com

Bre Retail Residual Owner I, LLC dba Brixmor
1525 Faraday Ave, Suite 350
Carlsbad CA 92008-7372



**BAKER LIEN SOLUTIONS**

20.501 Katy Freeway Ste. 214
Katy, TX 77450

4/1/2020

**Sent Certified Mail RRR#**
**9414811899562450671662**
Bre Retail Residual Owner I, LLC dba Brixmor
1525 Farday Ave, Suite 350
Carlsbad, CA 92008

**Sent Certified Mail RRR#**
**9414811899562450694555**
Bre Retail Residual Owner I, LLC dba Brixmor
1 Fayette St Ste 150
Conshohocken, PA 19428

**Sent Certified Mail RRR#**
**9414811899562450698119**
Axiom DR Construction, LLC
dba Axiom Construction Company, LLC
c/o Richard Otwell
1219 Wunsche Loop
Spring, TX 77373

Re: Lien Affidavits for Mechanic's Lien Contractual Retainage for materials and/or labor furnished by Texas A&M Concrete, LLC, to the project located at 1513 W 18th St Houston, TX TX 77008.

To all those listed above:

We hereby transmit to you by Certified Mail, Return Receipt Requested One(1) accurate copy each of Two(2) Lien Affidavits for Mechanic's Lien Contractual Retainage on behalf of Texas A&M Concrete, LLC in connection with the above-referenced project, which has been filed and recorded in the Official Public Records of Harris County, TX.

If you have any questions regarding this matter, please call

Texas A&M Concrete, LLC
1901 Aldine Western
Houston, TX 77038
281-405-9557

---

RP-2020-138746
03/31/2020  ER  $32.00

# LIEN AFFIDAVIT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | Lien Affidavit for Mechanic's Lien |
| | § | Contractual Retainage |
| HARRIS COUNTY | § | |

BEFORE ME, the undersigned authority, personally appeared Cris Craft, who upon his oath, deposed and stated the following:

1.    My name is Cris Craft. I am a Limited Agent of Texas A&M Concrete, LLC (the "Lien Claimant"). I have knowledge of the facts set forth below and am competent and authorized to make this affidavit. The facts set forth herein are true and correct based upon my knowledge.

2.    The Lien Claimant's business and mailing address is 1901 Aldine Western, Houston, TX 77038. The Lien Claimant entered into a contract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, and its last known mailing address is 1219 Wunsche Loop, Spring, TX 77373.

3.    Under its contract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, the Lien Claimant agreed to furnish material relating turnkey concrete work for site concrete for the improvement of the property known as 24 Hour Fitness Jester Village, located at 1513 W. 18th St, Houston, TX 77008.

Property Number: 1402700010001, in Harris County, Texas

Legal: RES A BLK 1 JESTER VILLAGE

4.    The date of Substantial Completion of the work was December 18th, 2019, Attached as Exhibit A.

5.    The Owner or reputed owner of the real property described herein, is Bre Retail Residual Owner I, LLC dba Brixmor, whose mailing address is 1525 Farday Ave, Suite 350 Carlsbad, CA 92008. The General Contractor or Construction Manager for the project was Axiom DR Construction, LLC dba Axiom Construction Company, LLC.

6.    The real property sought to be charged with a lien is the property located at 1513 W. 18th St, Houston, TX 77008, with the legal description attached as Exhibit B.

7.    The total amount due to the Lien Claimant is $18,358.00 in retainage. These amounts are just, due, and correct, after allowing all just credits, offsets, and payments. The Lien Claimant claims a lien on said property and improvements to secure payment of said amount.

Prepared by and Return to:
Baker Lien Solutions
20501 Katy Freeway, Suite 214
Houston, TX 77450

8.    Notice of Contractual Retainage was mailed to the Project Owner/General Contractor by certified mail.  A copy of this letter is attached hereto and incorporated by reference as Exhibit C.

By: 

Cris Craft, Limited Agent
of Texas A&M Concrete, LLC

Subscribed and sworn to before me on this 27th day of March, 2020.

BRITTANY MABRY
Notary ID #129595286
My Commission Expires
October 15, 2021

Notary Public, State of Texas

STATE OF TEXAS                              §
                                           §
COUNTY OF HARRIS                           §

Acknowledgement

BEFORE ME, the undersigned authority, on this day personally appeared Cris Craft, Limited Agent of Texas A&M Concrete, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the facts were true, and he executed the same for the purposes therein expressed, in the capacity therein stated, and as the act and deed of said corporation.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 27th day of March, 2020.

BRITTANY MABRY
Notary ID #129595286
My Commission Expires
October 15, 2021


NOTARY PUBLIC

RP-2020-138746

Prepared by and Return to:
Baker Lien Solutions
20501 Katy Freeway, Suite 214
Houston, TX 77450

**Texas A&M Concrete, LLC**
1902 Aldine Western Rd.
Houston TX, 77038
Ph: 281-405-8567 Fax: 281-405-8553

Date:          December 20, 2019

To:            Axbia Construction

Project:       24 Hr Fitness Houston Heights

Date of Substantial Completion: 12/16/2019

Texas A&M Concrete, LLC insures and warrants that all work performed by Texas A&M Concrete, LLC, whether it be movable, adjustable, or fixed, performed under this Contract, including, but not limited to, all workmanship, materials, machinery, equipment and hardware shall be free of any defects, shrinkages, warpages, defective materials and workmanship. Ordinary wear and tear is not covered by this warranty unless such wear and tear is caused by defective workmanship. Texas A&M Concrete, LLC further insures and warrants to repair or replace, at his own expense, such defective materials and workmanship for a period of one year from the Date of Substantial Completion.

Nothing herein intends or implies that this warranty shall apply to work which has been abused or neglected by the Owner or his successor interests.



Authorized Signature

    Vice President
Title

STATE:      Texas
COUNTY OF: Harris

This instrument was acknowledged before me on ___ 20 ___ day of ___ December, 2019 ___
By ___ David Buzzell ___ On behalf of ___ Texas A&M Concrete, LLC ___

Notary public in and for Harris County, Houston, Texas



EXHIBIT

A

RP-2020-138746

HARRIS COUNTY APPRAISAL DISTRICT
REAL PROPERTY ACCOUNT INFORMATION
24022709010001

Tax Year: 2019

Print

## Owner and Property Information

| Owner Name & Mailing Address: | RES RETAIL BENEFICIAL OWNER I LLC<br>1 FAYETTE ST STE 150<br>CONSHOHOCKEN PA 19428-2021 | Legal Description: | RES A BLK 1<br>JESTER VILLAGE |
| --- | --- | --- | --- |
| | | Property Address: | 1281 W 18TH ST<br>HOUSTON TX 77008 |

| State Class Code | Land Use Code | Building Class | Total Units | Land Area | Building Area | Net Rentable Area | Neighborhood | Market Area | Map Facet | Key Map™ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F1 — Real, Commercial | 8004 — Land Neighborhood Section 4 | C | 0 | 212,150 SF | 65,740 | 64,285 | 5960 | 5020 — Heights | 5259D | 452T |

## Value Status Information

| Value Status | Notice Date | Shared CAD |
| --- | --- | --- |
| Noticed | 06/07/2019 | No |

## Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | Exemption Value | ARB Status | 2018 Rate | 2019 Rate |
| --- | --- | --- | --- | --- | --- | --- |
| None | 001 | HOUSTON ISD | | Certified 08/02/2019 | 1.206700 | 1.136700 |
| | 040 | HARRIS COUNTY | | Certified 08/02/2019 | 0.418580 | |
| | 041 | HARRIS CO FLOOD CNTRL | | Certified 08/02/2019 | 0.028770 | |
| | 042 | PORT OF HOUSTON AUTHY | | Certified 08/02/2019 | 0.011850 | |
| | 043 | HARRIS CO HOSP DIST | | Certified 08/02/2019 | 0.171060 | |
| | 044 | HARRIS CO EDUC DEPT | | Certified 08/02/2019 | 0.005190 | |
| | 048 | HOU COMMUNITY COLLEGE | | Certified 08/02/2019 | 0.100263 | |
| | 061 | CITY OF HOUSTON | | Certified 08/02/2019 | 0.588310 | 0.567920 |

Texas law prohibits us from displaying residential photographs, sketches, floor plans, or information indicating the age of a property owner on our website. You can inspect this information or get a copy at HCAD's information center at 13013 NW Freeway.

## Valuations

| | Value as of January 1, 2018 | | | Value as of January 1, 2019 | |
| --- | --- | --- | --- | --- | --- |
| | Market | Appraised | | Market | Appraised |
| Land | — | | Land | 3,810,700 | |
| Improvement | — | | Improvement | 192,686 | |
| Total | — | | Total | 4,011,386 | 4,011,386 |

## Land

### Market Value Land

| Line | Description | Size Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 8004 — Land Neighborhood Section 4 | 4343 | SF | 212,150 | 1.00 | 1.00 | 1.80 | Corner or Alley | 1.80 | 10.00 | 18.00 | 3,818,700.00 |

## Building

| Building | Year Built | Remodeled | Type | Style | Quality | Impr Sq ft | Building Details |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1970 | 2009 | Neighborhood Shopping Center | Neighborhood Shopping Ctr | Average | 21,582 | Displayed |
| 2 | 1997 | — | Neighborhood Shopping Center | Supermarket | Average | 25,536 | View |
| 3 | 1970 | 2009 | Neighborhood Shopping Center | Neighborhood Shopping Ctr | Average | 15,640 | View |

## Building Details (1)

### Building Data

| Element | Detail |
| --- | --- |
| Cooling Type | Central / Forced |
| Functional Utility | Avg/Normal |
| Heating Type | Hot Air |
| Partition Type | Normal |
| Physical Condition | Good |
| Plumbing Type | Adequate |
| Sprinkler Type | None |
| Exterior Wall | Brick / Concr Block |
| Economic Obsolescence | Normal |
| Element | Units |
| Wall Height | 4 |
| Interior Finish Percent | 100 |

### Building Areas

| Description | Area |
| --- | --- |
| BASE AREA PRI | 21,582 |
| CNPY ROOF W/ SLAB -C | 3,533 |

EXHIBIT
B

## Extra Features

| Line | Description | Quality | Condition | Units | Year Built |
| --- | --- | --- | --- | --- | --- |
| 1 | CANOPY ROOF AND SLAB | Average | Average | 3,533.00 | 1990 |
| 2 | Paving - Asphalt | Average | Average | 120,000.00 | 1990 |
| 3 | Truck - Train Wells | Average | Average | 1,594.00 | 1997 |
| 4 | CANOPY ROOF AND SLAB | Average | Average | 1,113.00 | 1990 |
| 5 | CANOPY ROOF AND SLAB | Average | Average | 310.00 | 1997 |
| 6 | CANOPY ROOF AND SLAB | Average | Average | 2,622.00 | 1970 |
| 7 | CANOPY ROOF AND SLAB | Average | Average | 144.00 | 1970 |

RP-2020-138746

**Notice of Contractual Retainage**

October 15, 2019

Sent Certified Mail RRR #
9414811899561968933149
Bre Retail Residual Owner I, LLC dba
Brixmor
1525 Farday Ave, Suite 350
Carlsbad, CA 92008

Sent Certified Mail RRR #
9414811899561968935174
Bre Retail Residual Owner I, LLC dba
Brixmor
1 Fayette St Ste 150
Conshohocken, PA 19428

Sent Certified Mail RRR #
9414811899561968934351
Axiom DR Construction, LLC
dba Axiom Construction Company, LLC
c/o Richard Otwell
1219 Wunsche Loop
Spring, TX 77373

RE:    Turnkey Concrete Work and/or labor for improvements
At 24 Hour Fitness Jester Village located at 1513 W. 18th St, Houston, TX 77008
Legal: RES A BLK 1 JESTER VILLAGE

Dear Owner and Contractor:

In accordance with Section 53.057 of the Texas Property Code, we are writing to advise you that under our subcontract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, whose address is 1219 Wunsche Loop, Spring, TX 77373, there is a requirement for retainage to be paid to us. The approximate amount of that retainage is $18,358.00.

Our complete company name is Texas A&M Concrete, LLC, and our address for future communications is 1901 Aldine Western Rd, Houston, TX 77038. Our subcontractual agreement was completed on October 3rd, 2019, which is within 30 days of the sending of this notice.

We request that you provide to us notice if the general contractor is terminated or if the contract for construction is abandoned.

Yours very truly,

Cris W. Craft

Cris W. Craft, Limited Agent of
Texas A&M Concrete, LLC

EXHIBIT
C

RP-2020-138746

RP-2020-138746

# Pages 6

03/31/2020 08:56 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees  $32.00

RP-2020-138746

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

RP-2020-138747
03/31/2020  ER   $32.00

**LIEN AFFIDAVIT**

STATE OF TEXAS         §
                      §     Lien Affidavit for Mechanic's Lien
                      §     Contractual Retainage

HARRIS COUNTY       §

BEFORE ME, the undersigned authority, personally appeared Cris Craft, who upon his oath, deposed and stated the following:

1.      My name is Cris Craft. I am a Limited Agent of Texas A&M Concrete, LLC (the "Lien Claimant"). I have knowledge of the facts set forth below and am competent and authorized to make this affidavit. The facts set forth herein are true and correct based upon my knowledge.

2.      The Lien Claimant's business and mailing address is 1901 Aldine Western, Houston, TX 77038. The Lien Claimant entered into a contract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, and its last known mailing address is 1219 Wunsche Loop, Spring, TX 77373.

3.      Under its contract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, the Lien Claimant agreed to furnish material relating turnkey concrete for building for the improvement of the property known as 24 Hour Fitness Jester Village, located at 1513 W. 18th St, Houston, TX 77008.

Property Number: 1402700010001, in Harris County, Texas

Legal: RES A BLK 1 JESTER VILLAGE

4.      The date of Substantial Completion of the work was December 20th, 2019, Attached as Exhibit A.

5.      The Owner or reputed owner of the real property described herein, is Bre Retail Residual Owner I, LLC dba Brixmor, whose mailing address is 1525 Farday Ave, Suite 350 Carlsbad, CA 92008. The General Contractor or Construction Manager for the project was Axiom DR Construction, LLC dba Axiom Construction Company, LLC.

6.      The real property sought to be charged with a lien is the property located at 1513 W. 18th St, Houston, TX 77008, with the legal description attached as Exhibit B.

7.      The total amount due to the Lien Claimant is $62,148.90 in retainage. These amounts are just, due, and correct, after allowing all just credits, offsets, and payments. The Lien Claimant claims a lien on said property and improvements to secure payment of said amount.

Prepared by and Return to:
Baker Lien Solutions
20501 Katy Freeway, Suite 214
Houston, TX 77450

8.    Notice of Contractual Retainage was mailed to the Project Owner/General Contractor by certified mail.  A copy of this letter is attached hereto and incorporated by reference as Exhibit C.

By: 

Cris Craft, Limited Agent
of Texas A&M Concrete, LLC

Subscribed and sworn to before me on this 27th day of March, 2020.



Notary Public, State of Texas

BRITTANY MABRY
Notary ID #129595286
My Commission Expires
October 15, 2021

STATE OF TEXAS                          §
                                        §
COUNTY OF HARRIS                        §

### Acknowledgement

BEFORE ME, the undersigned authority, on this day personally appeared Cris Craft, Limited Agent of Texas A&M Concrete, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the facts were true, and he executed the same for the purposes therein expressed, in the capacity therein stated, and as the act and deed of said corporation.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 27th day of March, 2020.

BRITTANY MABRY
Notary ID #129595286
My Commission Expires
October 15, 2021

NOTARY PUBLIC

RP-2020-138747

Prepared by and Return to:
Baker Lien Solutions
20501 Katy Freeway, Suite 214
Houston, TX 77450



**Texas A&M Concrete, LLC**
1901 XXXX XXXXX RD
Houston, TX 77XXX
Ph: 281-XXX-XXXX Fax: 281-XXX-XXXX

Date:        December 20, 2019

To:          Axiom Construction

Project:     24 Hr Fitness Jester Village Site

Date of Substantial Completion: 12/20/2019

Texas A&M Concrete, LLC insures and warrants that all work performed by Texas A&M Concrete, LLC, whether it be movable, immovable, or fixed, performed under this Contract, including, but not limited to, all workmanship, materials, machinery, equipment and hardware shall be free of any defects, shrinkages, warpages, defective materials and workmanship. Ordinary wear and tear is not covered by this warranty unless such wear and tear is caused by defective workmanship. Texas A&M Concrete, LLC, further insures and warrants to repair or replace, at his own expense, such defective materials and workmanship for a period of one year from the Date of Substantial Completion.

Nothing herein intends or implies that this warranty shall apply to work which has been abused or neglected by the Owner or his successor interests.

Authorized Signature

Vice President
Title

STATE:       Texas
COUNTY OF:   Harris

This instrument was acknowledged before me on ___20___ day of ___December, 2019___
By: ___David Buzzelli___ on behalf of ___Texas A&M Concrete, LLC___



Notary public in and for Harris County, Houston, Texas



EXHIBIT
A

HARRIS COUNTY APPRAISAL DISTRICT
REAL PROPERTY ACCOUNT INFORMATION
1402700030001

Tax Year: 2019

🖨 Print

### Owner and Property Information

| Owner Name & Mailing Address: | RRS RETAIL RESIDUAL OWNER I LLC<br>1 FAYETTE ST STE 150<br>CONSHOHOCKEN PA 19428-2821 | Legal Description: | RRS A BLK 1<br>KEETER VILLAGE |
| --- | --- | --- | --- |
| | | Property Address: | 1301 W 26TH ST<br>HOUSTON TX 77008 |

| State Class Code | Land Use Code | Building Class | Total Units | Land Area | Building Area | Net Rentable Area | Neighborhood | Market Area | Map Facet | Key Map |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F1 -- Real, Commercial | 5004 -- Land Neighborhood Section 4 | C | 0 | 212,190 SF | 66,140 | 64,285 | 3950 | 5020 -- Heights | 5260D | 453T |

### Value Status Information

| Value Status | Notice Date | Shared CAD |
| --- | --- | --- |
| Noticed | 06/07/2019 | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | Exemption Value | ARB Status | 2018 Rate | 2019 Rate |
| --- | --- | --- | --- | --- | --- | --- |
| None | 001 | HOUSTON ISD | | Certified 08/02/2019 | 1.206700 | 1.136700 |
| | 040 | HARRIS COUNTY | | Certified 08/02/2019 | 0.418580 | |
| | 041 | HARRIS CO FLOOD CNTRL | | Certified 08/02/2019 | 0.028770 | |
| | 042 | PORT OF HOUSTON AUTHY | | Certified 08/02/2019 | 0.011550 | |
| | 043 | HARRIS CO HOSP DIST | | Certified 08/02/2019 | 0.171050 | |
| | 044 | HARRIS CO EDUC DEPT | | Certified 08/02/2019 | 0.005190 | |
| | 048 | HOU COMMUNITY COLLEGE | | Certified 08/02/2019 | 0.100263 | |
| | 061 | CITY OF HOUSTON | | Certified 08/02/2019 | 0.588310 | 0.567920 |

Texas law prohibits us from displaying residential photographs, sketches, floor plans, or information indicating the age of a property owner on our website. You can inspect this information or get a copy at HCAD's information center at 13013 NW Freeway.

### Valuations

| Values as of January 1, 2018 | | | | Values as of January 1, 2019 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Market | | Appraised | | Market | | Appraised |
| Land | -- | | | Land | 3,818,700 | | |
| Improvement | -- | | | Improvement | 192,688 | | |
| Total | -- | | | Total | 4,011,388 | | 4,011,388 |

### Land

**Market Value Land**

| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 5004 -- Land Neighborhood Section 4 | 4343 | SF | 212,190 | 1.00 | 1.00 | 1.80 | Corner or Alley | 1.80 | 10.00 | 18.00 | 3,818,700.00 |

### Building

| Building | Year Built | Remodeled | Type | Style | Quality | Impr Sq Ft | Building Details |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1976 | 2009 | Neighborhood Shopping Center | Neighborhood Shopping Ctr | Average | 21,562 | Displayed |
| 2 | 1967 | -- | Neighborhood Shopping Center | Supermarket | Average | 25,938 | Value |
| 3 | 1970 | 2009 | Neighborhood Shopping Center | Neighborhood Shopping Ctr | Average | 18,640 | Value |

### Building Details (1)

| Building Data | |
| --- | --- |
| Element | Detail |
| Cooling Type | Central / Forced |
| Functional Utility | Avg/Normal |
| Heating Type | Hot Air |
| Partition Type | Normal |
| Physical Condition | Good |
| Plumbing Type | Adequate |
| Sprinkler Type | None |
| Exterior Wall | Brick / Concr Block |
| Economic Obsolescence | Normal |
| Element | Units |
| Wall Height | 4 |
| Interior Finish Percent | 100 |

| Building Areas | |
| --- | --- |
| Description | Area |
| BASE AREA PRI | 21,562 |
| CNPY ROOF W/ SLAB -C | 2,853 |



EXHIBIT B

### Extra Features

| Line | Description | Quality | Condition | Units | Year Built |
| --- | --- | --- | --- | --- | --- |
| 1 | CANOPY ROOF AND SLAB | Average | Average | 3,553.00 | 2990 |
| 2 | Paving -- Asphalt | Average | Average | 122,000.00 | 1990 |
| 3 | Truck -- Train Wells | Average | Average | 1,584.00 | 1997 |
| 4 | CANOPY ROOF AND SLAB | Average | Average | 1,113.00 | 1990 |
| 5 | CANOPY ROOF AND SLAB | Average | Average | 310.00 | 1997 |
| 6 | CANOPY ROOF AND SLAB | Average | Average | 2,632.00 | 1970 |
| 7 | CANOPY ROOF AND SLAB | Average | Average | 144.00 | 1970 |

RP-2020-138747

RP-2020-138747

**Notice of Contractual Retainage**

October 15, 2019

Sent Certified Mail RRR #
941481189956196897925
Bre Retail Residual Owner I, LLC dba
Brixmor
1525 Farday Ave, Suite 350
Carlsbad, CA 92008

Sent Certified Mail RRR #
941481189956196897104
Bre Retail Residual Owner I, LLC dba
Brixmor
1 Fayette St Ste 150
Conshohocken, PA 19428

Sent Certified Mail RRR #
941481189956196897336
Axiom DR Construction, LLC
dba Axiom Construction Company, LLC
c/o Richard Otwell
1219 Wunsche Loop
Spring, TX 77373

RE:   Turnkey Concrete Work and/or labor for improvements
      At 24 Hour Fitness Jester Village located at 1513 W. 18th St, Houston, TX 77008
      Legal: RES A BLK 1 JESTER VILLAGE

Dear Owner and Contractor:

In accordance with Section 53.057 of the Texas Property Code, we are writing to advise you that under our subcontract with Axiom DR Construction, LLC dba Axiom Construction Company, LLC, whose address is 1219 Wunsche Loop, Spring, TX 77373, there is a requirement for retainage to be paid to us. The approximate amount of that retainage is $62,148.90.

Our complete company name is Texas A&M Concrete, LLC, and our address for future communications is 1901 Aldine Western Rd, Houston, TX 77038. Our subcontractual agreement was completed on October 3rd, 2019, which is within 30 days of the sending of this notice.

We request that you provide to us notice if the general contractor is terminated or if the contract for construction is abandoned.

Yours very truly,

Cris W. Craft

Cris W. Craft, Limited Agent of
Texas A&M Concrete, LLC


EXHIBIT
C

RP-2020-138747

RP-2020-138747
# Pages 6
03/31/2020 08:56 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
DIANE TRAUTMAN
COUNTY CLERK
Fees  $32.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.


Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS



Andrews Myers
Attorneys at Law

CARL L. WILLIAMS
ASSOCIATE

DIRECT DIAL  713.351.0363
CWILLIAMS@ANDREWSMYERS.COM

April 8, 2020

*Via U.S. Mail and CM/RRR*

BRE Retail Residual Owner 1, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

*Via U.S. Mail and CM/RRR*

24 Hour Fitness USA, Inc.
12647 Alcosta Boulevard, Suite 500
San Ramon, California 94583

*Via U.S. Mail and CM/RRR*

Axiom DR Construction, LLC
1219 Wunsche Loop
Spring, Texas 77373

Re:   Project:              24 Hour Fitness—Jester Village Site-Remodel
                            1513 West 18th Street
                            Houston, Harris County, Texas 77008
      Real Property Owner:  BRE Retail Residual Owner 1, LLC
      Leasehold Owner:      24 Hour Fitness USA, Inc.
      Original Contractor:  Axiom DR Construction, LLC ("Axiom
                            Construction")
      Claimant:             RSL Contractors, Ltd. ("RSL")
      Claim Amount:         $11,893.07

Dear Sir/Madam:

    This law firm represents RSL. RSL furnished labor, equipment and
materials to the above-referenced Project under an agreement with Axiom
Construction. There remains due and owing $11,893.07, in retainage, for the
labor, equipment and materials RSL furnished to Axiom Construction and to

**Andrews Myers**
1885 Saint James Place, 15th Floor · Houston, Texas 77056-4110
T 713.850.4200  F 713.850.4211 · andrewsmyers.com

4819-1724-2041, v. 1
2818.34

Sienna Cypress, LLC
24 Hour Fitness USA, Inc.
April 8, 2020
Page 2

the Project located in Harris County, Texas during the months of January, 2020. This amount does not include any attorney's fees, interest or costs which may be recoverable at law.

This notice is given to you pursuant to the TEXAS PROPERTY CODE: **IF THIS ACCOUNT REMAINS UNPAID, YOU MAY BE PERSONALLY LIABLE AND YOUR PROPERTY SUBJECTED TO A LIEN UNLESS YOU WITHHOLD PAYMENT FROM YOUR ORIGINAL CONTRACTOR FOR THE PAYMENT OF THE CLAIM OR UNLESS THE CLAIM IS OTHERWISE PAID OR SETTLED.**

RSL's agreement provides that a portion of the contract price is to be retained until substantial completion in the amount of 10% percent of progress payments pursuant to § 53.057 of the TEXAS PROPERTY CODE.

This claim is past-due under the terms of the agreement referenced above and TEXAS PROPERTY CODE § 53.053. Demand is hereby made under TEXAS PROPERTY CODE § 53.083 for payment of the amount set forth above.

Pursuant to TEXAS PROPERTY CODE § 53.055, we are enclosing a copy of the Affidavit for Mechanic's and Materialmen's Lien - Leasehold filed on April 8, 2020 with the Real Property Records of Harris County, Texas.

Demand is made for the payment of this claim. Please call me if you have any questions or comments.

Sincerely,

*/s/ Carl L. Williams*

Carl L. Williams

CLW:cc
Enclosure

cc:

*Via CM/RRR*

Corporation Service Company
d/b/a CSC-Lawyers Incorporating Service Company
As Registered Agent for:
BRE Retail Residual Owner 1, LLC
211 E. 7th St., Suite 620
Austin, Texas 78701

Sienna Cypress, LLC
24 Hour Fitness USA, Inc.
April 8, 2020
Page 3

*Via CM/RRR*

BRE Retail Residual Owner 1, LLC
1 Fayette Street, Suite 150
Conshohocken, Pennsylvania 19428

*Via CM/RRR*

24 Hour Fitness USA, Inc.
1513 West 18th Street
Houston, Texas 77008

Andrews ⦉ Myers

Attorneys at Law

1885 Saint James Place, 15th Floor • Houston, Texas 77056-4110



FIRST-CLASS MAIL

$06.90°

ZIP 77027
041L11226711

neopost☆
04/08/2020
US POSTAGE

9414 7266 9904 2154 3701 71

RETURN RECEIPT REQUESTED

Corporation Service Company
D/b/a CSC-Lawyers Incorporating Service Company
As Registered Agent for:
BRE Retail Residual Owner 1, LLC
211 E. 7th St., Suite 620
Austin, TX 78701

# DML HVAC, INC.

32111 Tamina Road
Magnolia, Texas 77354
281-356-2293
License# TACLB017539E

## *Intent to Lien Notice*

Private Projects – Notice to General Contractor First Notice 3/25/20
(Pursuant to Section 53.056 of Texas Property Code)

Brixmor Property Group                    Certified Mail: <u>7015 1730 0000 0828 7290</u>
1525 Faraday Ave. #350
Carlsbad, CA. 92008

**Project: 24 Hour Fitness – Jester Village**
**Tenant: 24 Hour Fitness – 14275 Midway Rd., Suite #200, Addison, TX. 75001**
**General Contractor: Axiom Construction Co – 1219 Wunsche Loop, Spring, Tx. 77373**
**Location: 1513 W. 18ᵗʰ Street, Houston, TX. 77008**

**DML HVAC, Inc.** has furnished labor and/or materials necessary to furnish and/or install the following general description:  HVAC parts or equipment, building controls, and labor on the referenced project to you as a subcontractor per our contract with **Axiom Construction Co.**  Our records indicate an unpaid balance is due on the above named project in the amount of $ <u>21,454.70</u>.  This notice is to protect our rights under the mechanic's lien laws of Texas.  If this claim remains unpaid you may be personally liable and your property may be subject to a lien unless: *You withhold payments from the General Contractor for payment of the claim, or * the claim is otherwise paid or settled.

Invoice(s) as follows: 33738

Please not that if the claim owing DML HVAC, Inc. remains unpaid, DML HVAC, Inc. will seek to hold the owner liable and the Owner's property may be subject to a lien unless:

- The owner withholds payment from the General Contractor (Axiom Construction Co.) for payment of the claim, or
- The claim is otherwise paid or settled

Demand is hereby made for the payment of our claim from funds by owner unless the General Contractor disputes this claim as required by law.

Thank you,

Kristi Lowery
DML HVAC, Inc.
32111 Tamina Rd.
Magnolia, TX 77354
Office 281-356-2293
Email dmlhvac@yahoo.com
General Contractor CERTIFIED MAIL: <u>7015 1730 0000 0828 7337</u>
Tenant CERTIFIED MAIL: <u>7016 0750 0000 4554 5274</u>

**DML HVAC Inc.**
32111 TAMINA
MAGNOLIA, TX  77354 US
281-356-2293
dmlhvac@yahoo.com

# INVOICE

**BILL TO**
Axiom Construction, LLC
1219 Wunsche Loop
Spring, Texas  77373 USA

**INVOICE #** 33738
**DATE** 11/14/2019
**DUE DATE** 12/14/2019
**TERMS** Net 30

**JOB NAME**
24 Hr - Heights

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Retention** | 10% Retention on all invoices to complete the job<br>Original Contract $209,200.00<br>Change Order #1 $2,400.00<br>Change Order #2 $1,984.00<br>Change Order #3 $963.00 | 1 | 21,454.70 | 21,454.70 |

BALANCE DUE          **$21,454.70**



*Via Certified Mail Return Receipt Requested*

**March 26, 2020**

**To:**   **BRF Retail Residual Owner 1 LLC,**
          **Axiom Construction**

Re:        Mechanic's & Materialman's Lien on the Property Located at <u>1513 W. 18th St.</u>
           <u>Houston, TX 77008, more particular describes as;</u>

To All Concerned:

You, <u>BRF Retail Residual Owner 1, LLC,</u> have been identified as the owner of the record
of the property located at <u>1513 W. 18th St. Houston, TX 77008, more particular describes</u>
<u>as;</u> Please be advised that Kirtley Roofing & Sheet Metal, Inc. ("KSM") has a claim for
services performed on and materials installed in this property which arose pursuant to a
written agreement between <u>Axiom Construction</u> and KSM. This claim is unpaid and is in
the principal amount of <u>$7,927.00 (Retainage).</u> Please accept this letter as a formal
demand for payment on this claim.

If payment is not received upon this claim within thirty (30) days from the date of this
letter then KSM shall be entitled to file for a Mechanic's and Materialman's lien ("M&M
lien), upon the property located at <u>1513 W. 18th St. Houston, TX 77008, more particular</u>
<u>describes as;</u> and upon which the aforementioned services were performed, and materials
were installed. The goods and materials supplied and delivered to this property are
identified, itemized and listed on Exhibit A **[INSERT COPY OF CONTRACT**
**AND/OR INVOICES FOR PAYMENT]**, which is incorporated herein by reference as
if set out in full.

The M&M lien KSM shall claim is asserted pursuant to Chapter 53 of Texas
Property Code and arises from the delinquency of this account, as well as the services
performed on and materials installed in the property located at <u>1513 W. 18th St. Houston,</u>
<u>TX 77008, more particular describes as;</u> If this account remains unpaid, then the property
will remain subject to a lien, and this lien shall exist unless and until the account is paid
or otherwise settled.

    Pursuant to Chapter 53 of the Texas Property Code, please accept this as further written
notice of the owner and/or tenant's right to withhold any and all payments now due and owing to
<u>Axiom Construction.</u> If the claim presented to the general contractor remains unpaid then <u>BRF</u>
<u>Retail Residual Owner 1, LLC,</u> owner of the referenced property, may be personally liable and
the referenced property may be subject to a lien unless you withhold payments from the
contractor for the claim or the claim is otherwise paid and settled. Additionally, please accept
this as further notice of KSM's right to any claim for retainage under the Texas Property Code.



**Kirtley Roofing & Sheet Metal, LLC.**

Pursuant to the parties' arrangement, KSM asserts its right to (10%) of the work contracted for $7,927.00 (Retainage). Payment of this amount may be directed to our offices.

       If a payment bond exists, please provide us a copy of it. We will reimburse you for your copying expenses.

       In closing, we thank you for your time and attention to this matter and invite you to contact us if we may be of further assistance.

       Respectfully,

       James West-Vice President



# Kirtley Roofing & Sheet Metal, LLC
18902 Hamish Rd
Tomball, TX 77377

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/18/2019 | 7928 |

**Bill To**

Axiom Construction Co, Inc.
1219 Wunsche Loop
Spring, TX 77373

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | 19-898 24HR Fitness-Jester Village Site |

| Description | Amount |
|-------------|--------|
| Agreement # SC-KK522R-18,39<br>Job Name: 24HR Fitness-Jester Village Site-Remodel<br>Scope:<br>Exterior Walls $27,500.00<br>TPO tie in $12,320.00<br>New Cap Metal $18,030.00<br>Wall panels on backside of new parapet wall $21,420.00<br><br>Contract: $79,270.00<br><br>INVOICE FOR RETAINAGE | 7,927.00 |

THIS DOCUMENT IS YOUR NOTICE OF OUR INTENT TO FILE LIEN IF OUR
PAYMENT TERMS ARE NOT FOLLOWED

| Phone # |
|---------|
| 281-351-1022 |

| | |
|---|---|
| **Subtotal** | $7,927.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $7,927.00 |

JSC Services, LLC
13924 E. FM 1097 Rd
Willis, TX 77378
(936) 672-1418

Date: 3/27/20

OWNER:
Brixmor Property Group
3901 Bellaire Blvd
Houston, TX 77025

GENERAL CONTRACTOR:
Axiom DR Construction, LLC   (Axiom Construction Co, LLC)
1219 Wunsche Loop
Spring, TX 77373

## NOTICE OF UNPAID ACCOUNT

Project Name:  24 Hour Fitness – Jester Village Site
Project Address:  1513 W. 18th Street, Houston TX 77008
Amount past due:  $47,517.90

Greetings:

      Please consider this formal notice under the laws of Texas that an unpaid account is due and owing from the undersigned firm AXIOM CONSTRUCTION CO., LLC, on the above referenced project for labor and materials furnished on the project.

      It is our understanding that you are the owner of the real property on which the improvements are being made. If you are not the owner of the property, please advise us at once.

      The principal amount of our claim is $47,517.90 and is unpaid. Attached is a true and correct statement of account that is due and owing.

      We must provide you with the following notice required by the Texas Property Code: IF THIS CLAIM REMAINS UNPAID, YOU MAY BE PERSONALLY LIABLE AND YOUR PROPERTY SUBJECT TO A LIEN UNLESS YOU WITHHOLD PAYMENT FROM THE CONTRACTOR FOR THE PAYMENT OF THIS CLAIM OR UNLESS THIS CLAIM IS OTHERWISE PAID OR SETTLED.

      This claim has accrued under Section 53.053 of the Texas Property Code and/or is past due according to the agreement between the parties. Demand is hereby made upon you as owner and representative for payment in full of this account.

Unpaid Invoice:
JSC Invoice 4093-R       $43,802.90
JSC Invoice 4093-CO14  $3,715.00

JSC SERVICES, LLC  *  13924 E. FM 1097 RD, WILLIS TX 77878  *  James Callihan (owner)  (936) 672-1418



J. Robin Lindley, Partner

2229 San Felipe Road, Suite 1000
Houston, Texas 77019
Main:  713-225-4500
Fax:    713-225-3719
www.buckkeenan.com
lindley@buckkeenan.com

April 14, 2020

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd, Suite 500
San Ramon, CA 94583
Attn:  Property Administration

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn: Legal Department

24 Hour Fitness USA, Inc                                     *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn:  Construction

Re:     24 Hour Fitness Lease dated May 16, 2018 (the "Lease") between BRE Retail Residual
        Owner 1 LLC ("Landlord") and 24 Hour Fitness USA, Inc. ("Tenant") covering the
        Premises at the Jester Village Shopping Center, Houston, Texas

To Whom It May Concern:

        The undersigned represents Landlord regarding the matters set forth herein.  Any defined
terms used herein and not otherwise defined shall have the meaning set forth in the Lease.

        Landlord has received correspondence from attorneys for DML HVAC, Inc ("DML")
enclosing copies of an affidavit claiming a lien against Landlord's interests in the Premises arising
from Tenant's construction of the Initial Improvements. Copies of DML's correspondence and
affidavit claiming a lien are attached for your convenience.

        It is Landlord's position that Landlord has no liability for amounts owed any contractor or
subcontractor for Tenant's construction of the Initial Improvements. It is also Landlord's position
that its ownership interests in the Premises are not subject to any lien claims. Nonetheless,
Landlord expects that Tenant will comply with its obligations under the Lease to keep the Premises
free and clear from any mechanic's lien filings.  In that regard, Landlord requests that Tenant
comply with its obligations under section 9.3 of the Lease and discharge the DML lien within

BUCK KEENAN LLP

April 14, 2020
Page 2

forty-five (45) days of this notice. Furthermore, Landlord insists that Tenant resolve any outstanding claims and secure the required affidavits from the general contractor and all Major Subcontractors before Landlord is able to pay over any remaining Initial Improvements Allowance, including Retainage, to Tenant.

No delayed action or inaction by Landlord in exercising any of its rights or remedies under the Lease shall operate as a waiver of any of its rights or remedies, and Landlord expressly reserves the right to take action or exercise remedies available to it under the Lease at law, or in equity, now or at any time in the future as Landlord may determine in its sole discretion.

If you have any questions regarding this matter, please direct them to the undersigned.

Yours very truly,

J. Robin Lindley

JRL/tlw

**MURRAY | LOBB, PLLC**
ATTORNEYS & COUNSELORS AT LAW
700 GEMINI, SUITE 115
HOUSTON, TEXAS 77058-2735

Phone: (281) 488-0630 Fax: (281) 488-2039
Web Site: www.murray-lobb.com

April 9, 2020

| | |
|---|---|
| Axiom Construction Company, LLC<br>1219 Wunsche Loop<br>Spring, Texas 77373 | Via Certified Mail/RRR<br># 7015 1520 0002 9395 1079<br>And Regular 1st Class Mail |
| Brixmor Property Group<br>1525 Faraday Ave., Suite 350<br>Carlsbad, CA 92008 | Via Certified Mail/RRR<br># 7015 1520 0002 9395 1086<br>And Regular 1st Class Mail |
| Sienna Cypress, LLC.<br>One Riverway, Suite 1870<br>Houston, Texas 77056 | Via Certified Mail/RRR<br># 7015 1520 0002 9395 1093<br>And Regular 1st Class Mail |
| Williamsburg Enterprises Ltd.<br>One Riverway, Suite 1870<br>Houston, Texas 77056 | Via Certified Mail/RRR<br># 7015 1520 0002 9395 1109<br>And Regular 1st Class Mail |
| Crimson/Relp/Springwoods 24HFP, LLC.<br>c/o Patrinely Group, LLC.<br>1980 Post Oak Blvd., Suite 1600<br>Houston, Texas 77056 | Via Certified Mail/RRR<br># 7015 1520 0002 9395 1116<br>And Regular 1st Class Mail |

Re:    The projects known as: 24 Hour Fitness – Jester Village; 24 Hour Fitness – Missouri City; and 24 Hour Fitness – City Place/Springwoods

Dear Sir or Madam:

We have enclosed copies of three (3) Affidavits for Mechanic's, Contractor's or Materialman's Liens for the above referenced projects that are being recorded in the Real Property Records Harris County and/or Fort Bend County, Texas.

Yours very truly,

Murray | Lobb, PLLC

Michele J. Parker
Paralegal

c:    DML HVAC, Inc.                                                      Via E-mail

## AFFIDAVIT FOR MECHANIC'S, CONTRACTOR'S, OR MATERIALMAN'S LIEN
### (Retainage)

State of Texas     §
               §
County of Harris    §

Before me, the undersigned authority, personally appeared Kristi Lowery, for and on behalf of DML HVAC, Inc., who, upon oath, deposed and stated:

"My name is Kristi Lowery. I am the operations manager of DML HVAC, Inc., ("Claimant"), and as such, I am authorized to make this affidavit on Claimant's behalf. I have personal knowledge of the facts stated in this affidavit. I am over eighteen years of age, never been convicted of a felony crime, and am fully competent to make this affidavit.

Claimant supplied labor and materials including, but not limited to concrete to Axiom Construction Company, LLC. at a construction project known as the 24 Hour Fitness Jester Village project, located at 1513 W. 18th Street, Houston, Texas 77008 and more particularly described as:

**The leasehold interest of 24 Hour Fitness at: See Attached Exhibit "A"**

Claimant's business physical and mailing address is 32111 Tamina Road, Magnolia, Texas 77354.

The owner or reputed owner of the above-described property is Brixmor Property Group whose last known address is 1525 Faraday Ave., Suite 350, Carlsbad, CA 92008.

The person or entity that ordered the materials from claimant is Axiom Construction Company, LLC. whose last known address is 1219 Wunsche Loop, Spring, Texas 77373.

The Tenant for whom the material and labor was supplied is 24 Hour Fitness whose last known address is 14275 Midway Rd., Suite 200, Addison, Texas 75001.

The date the work under the original contract was purportedly terminated, stopped or completed was March 23, 2020. Prior notices were sent certified mail, return receipt requested, to the reputed owner and the prime contractor on March 25, 2020.

Retainage in the amount of $21,454.70 remains unpaid and is due and owing to Claimant, and Claimant claims a lien on said property and improvements under the provisions of the Texas Property Code.

DML HVAC, Inc.

By: _____
Kristi Lowery, Operations Manager

State of Texas          §
                        §
                        §
County of Harris        §

SUBSCRIBED AND SWORN TO by Kristi Lowery on April ____7____, 2020, who acknowledged to me that she is the Operations Manager of DML HVAC, Inc., and that she has signed this Affidavit for Mechanic's Lien on behalf of DML HVAC, Inc., in his stated capacity with full authority to do so.



GAYLA ROBINSON
NOTARY PUBLIC - STATE OF TEXAS
ID # 13111658-5
My Commission Expires 05-04-2021

Notary Public
State of Texas

**After recording return to:**

Charles E. Lobb, Jr.
Murray Lobb, PLLC
700 Gemini, Suite 115
Houston, Texas 77058

## EXHIBIT "A"

Property:          1501-1531 West 18th Street, Houston, TX 77008

ALL THAT CERTAIN 4.8703 ACRES OF LAND, BEING ALL THAT CERTAIN 4.8703 ACRES DESCRIBED IN A DEED DATED 01-23-1995 FROM JERRY J. MOORE ET UX TO MOORE REALTY PARTNERSHIP, L. P. FILED FOR RECORD IN THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, AT D CLERK FILE NO. R-247245, FILM CODE NO. 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, BEING COMPRISED OF THE FOLLOWING: ALL OF RESERVE "B", LAZYBROOK, SECTION 6, ACCORDING TO THE PLAT THEREOF, FILED AT VOLUME 53, PAGE 72, HARRIS COUNTY MAP RECORDS, 3.2997 ACRES OUT OF THE HENRY REINERMAN SURVEY, A-644 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A FOUND 5/8" IRON ROD WITH CAP MARKING THE SOUTHWEST CORNER OF SAID RESERVE "B", AND BEING LOCATED AT THE INTERSECTION OF THE NORTH RIGHT-OF-WAY LINE WEST T.C. JESTER BOULEVARD (120' WIDE) AND THE EAST RIGHT-OF-WAY LINE ELLA BOULEVARD (100' WIDE) AND BEING A POINT ON A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 02° 57' 08", A RADIUS OF 1,100.00', WHOSE CHORD BEARS N 18° 15' 42" E - 56.67';

THENCE WITH THE SAID EAST RIGHT-OF-WAY LINE AND SAID CURVE FOR AN ARC DISTANCE OF 56.67 FEET, TO A FOUND 5/8" IRON FOR CORNER;

THENCE S 89° 05' 20" EAST - 354.12', WITH THE SOUTH LINE OF A WHITE OAK BAYOU (300' WIDE), RECORDED IN VOLUME 2943, PAGE 111, DEED RECORDS, HARRIS COUNTY, TEXAS, TO A FOUND 5/8" IRON ROD WITH CAP FOR CORNER;

THENCE S 00° 45' 20" W - 1.40', WITH THE EAST LINE OF SAID RESERVE, TO A SET 5/8" IRON ROD WITH CAP FOR CORNER;

THENCE S 89° 01' 52" E - 116.43', CONTINUING WITH THE SOUTH LINE OF THE AFOREMENTIONED BAYOU, TO A FOUND 5/8" IRON ROD WITH CAP FOR THE POINT OF CURVATURE OF A CURVE TO THE RIGHT HAVING A CENTRAL ANGLE OF 86° 29' 49", A RADIUS OF 371.67', WHOSE CHORD BEARS S 45° 46' 56" E - 509.31';

THENCE CONTINUING WITH SAID SOUTH LINE AND WITH SAID CURVE FOR AN ARC DISTANCE OF 561.09', TO A FOUND RAILROAD SPIKE FOR CORNER;

THENCE N 89° 57' 33" W 493.76', WITH THE NORTH RIGHT-OF-WAY LINE WEST 18TH STREET (100' WIDE), TO A FOUND 5/8" IRON ROD WITH CAP FOR CORNER, BEING A POINT ON A CURVE OF A CURVE TO THE LEFT HAVING A CENTRAL ANGLE OF 22° 42' 08", A RADIUS OF 1,205.93'; WHOSE CHORD BEARS N 49° 13' 33" W - 474.70';

THENCE WITH THE AFOREMENTIONED NORTH RIGHT-OF-WAY LINE WEST T.C. JESTER AND SAID CURVE FOR AN ARC DISTANCE OF 477.82', TO THE POINT OF BEGINNING AND CONTAINING 4.8703 ACRES (212,151 SQUARE FEET) OF LAND, MORE OR LESS.



J. Robin Lindley, Partner

2229 San Felipe Road, Suite 1000
Houston, Texas 77019
Main:   713-225-4500
Fax:    713-225-3719
www.buckkeenan.com
lindley@buckkeenan.com

May 14, 2020

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd, Suite 500
San Ramon, CA 94583
Attn:  Property Administration

24 Hour Fitness USA, Inc.                                    *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn: Legal Department

24 Hour Fitness USA, Inc                                     *Via Federal Express*
12647 Alcosta Blvd., Suite 500
San Ramon, CA 94583
Attn:  Construction

Re:     24 Hour Fitness Lease dated May 16, 2018 (the "Lease") between BRE Retail Residual
        Owner 1 LLC ("Landlord") and 24 Hour Fitness USA, Inc. ("Tenant") covering the
        Premises at the Jester Village Shopping Center, Houston, Texas

To Whom It May Concern:

        The undersigned represents Landlord regarding the matters set forth herein.  Any defined
terms used herein and not otherwise defined shall have the meaning set forth in the Lease.

        Landlord has received additional correspondence from three separate subcontractors
asserting claims for unpaid invoices arising from Tenant's construction of the Initial
Improvements.  These letters provide notice of the subcontractors' intent to file liens against
Landlord's interests in the Premises and/or demand that Landlord withhold payment of amounts
owed the general contractor.  Copies of the subcontractors' correspondence are attached for your
convenience.

        It is Landlord's position that Landlord has no liability for amounts owed any contractor or
subcontractor for Tenant's construction of the Initial Improvements. It is also Landlord's position
that its ownership interests in the Premises are not subject to any lien claims. Nonetheless,
Landlord expects that Tenant will comply with its obligations under the Lease to keep the Premises

**BUCK KEENAN LLP**

May 14, 2020
Page 2

free and clear from any mechanic's lien filings.  Furthermore, Landlord insists that Tenant resolve any outstanding claims and secure the required affidavits from the general contractor and all Major Subcontractors before Landlord is able to pay over any remaining Initial Improvements Allowance, including Retainage, to Tenant.

No delayed action or inaction by Landlord in exercising any of its rights or remedies under the Lease shall operate as a waiver of any of its rights or remedies, and Landlord expressly reserves the right to take action or exercise remedies available to it under the Lease at law, or in equity, now or at any time in the future as Landlord may determine in its sole discretion.

If you have any questions regarding this matter, please direct them to the undersigned.

Yours very truly,

J. Robin Lindley

JRL/tlw



**_Via Certified Mail Return Receipt Requested_**

**March 26, 2020**

**To:    BRF Retail Residual Owner 1 LLC,**
**Axiom Construction**

Re:        Mechanic's & Materialman's Lien on the Property Located at <u>1513 W. 18th St.</u>
<u>Houston, TX 77008, more particular describes as;   </u>

To All Concerned:

You, <u>BRF Retail Residual Owner 1, LLC,</u> have been identified as the owner of the record
of the property located at <u>1513 W. 18th St. Houston, TX 77008, more particular describes</u>
<u>as;</u> Please be advised that Kirtley Roofing & Sheet Metal, Inc. ("KSM") has a claim for
services performed on and materials installed in this property which arose pursuant to a
written agreement between <u>Axiom Construction</u> and KSM. This claim is unpaid and is in
the principal amount of <u>$7,927.00 (Retainage).</u> Please accept this letter as a formal
demand for payment on this claim.

If payment is not received upon this claim within thirty (30) days from the date of this
letter then KSM shall be entitled to file for a Mechanic's and Materialman's lien ("M&M
lien), upon the property located at <u>1513 W. 18th St. Houston, TX 77008, more particular</u>
<u>describes as;</u> and upon which the aforementioned services were performed, and materials
were installed. The goods and materials supplied and delivered to this property are
identified, itemized and listed on Exhibit A **[INSERT COPY OF CONTRACT**
**AND/OR INVOICES FOR PAYMENT]**, which is incorporated herein by reference as
if set out in full.

The M&M lien KSM shall claim is asserted pursuant to Chapter 53 of Texas
Property Code and arises from the delinquency of this account, as well as the services
performed on and materials installed in the property located at <u>1513 W. 18th St. Houston,</u>
<u>TX 77008, more particular describes as;</u> If this account remains unpaid, then the property
will remain subject to a lien, and this lien shall exist unless and until the account is paid
or otherwise settled.

Pursuant to Chapter 53 of the Texas Property Code, please accept this as further written
notice of the owner and/or tenant's right to withhold any and all payments now due and owing to
<u>Axiom Construction.</u> If the claim presented to the general contractor remains unpaid then <u>BRF</u>
<u>Retail Residual Owner 1, LLC,</u> owner of the referenced property, may be personally liable and
the referenced property may be subject to a lien unless you withhold payments from the
contractor for the claim or the claim is otherwise paid and settled. Additionally, please accept
this as further notice of KSM's right to any claim for retainage under the Texas Property Code.



**Kirtley Roofing & Sheet Metal, LLC.**

Pursuant to the parties' arrangement, KSM asserts its right to (10%) of the work contracted for $7,927.00 (Retainage). Payment of this amount may be directed to our offices.

   If a payment bond exists, please provide us a copy of it. We will reimburse you for your copying expenses.

   In closing, we thank you for your time and attention to this matter and invite you to contact us if we may be of further assistance.

                    Respectfully,

                    James West-Vice President



# Kirtley Roofing & Sheet Metal, LLC
18902 Hamish Rd
Tomball, TX 77377

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/18/2019 | 7928 |

| Bill To |
|---------|
| Axiom Construction Co, Inc.<br>1219 Wunsche Loop<br>Spring, TX 77373 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | 19-898 24HR Fitness-Jester Village Site |

| Description | Amount |
|-------------|--------|
| Agreement # SC-KK522R-18,39<br>Job Name: 24HR Fitness-Jester Village Site-Remodel<br>Scope:<br>Exterior Walls $27,500.00<br>TPO tie in $12,320.00<br>New Cap Metal $18,030.00<br>Wall panels on backside of new parapet wall $21,420.00<br><br>Contract: $79,270.00<br><br>INVOICE FOR RETAINAGE | 7,927.00 |

THIS DOCUMENT IS YOUR NOTICE OF OUR INTENT TO FILE LIEN IF OUR
PAYMENT TERMS ARE NOT FOLLOWED

| Phone # |
|---------|
| 281-351-1022 |

| | |
|---|---|
| **Subtotal** | $7,927.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $7,927.00 |

# LMII
PAINTING • WALLCOVERING

L.M.I.
5238 Brittmoore Road
Houston, Texas 77041

**Phone:** (713) 856.8757
**Fax:** (713) 856.8186

Date: April 15, 2020

**OWNER:**
BRE Retail Residual Owner 1 LLC
1525 Faraday Avenue, Suite 350
Carlsbad, CA 92008
*Sent via Certified Mail, Return Receipt Requested*
*And Regular First-Class Mail*
*CMRRR 7018 0680 0001 5406 9753*

**CONTRACTOR:**
Axiom Construction Company, LLC
1219 Wunsche Loop
Spring, TX 77373
*Sent via Certified Mail, Return Receipt Requested*
*And Regular First-Class Mail*
*CMRRR 7018 0680 0001 5406 9760*

Re:   *Claims of LMI Painting, LLC ("Claimant") for unpaid billings totaling $6,650.76*
      *("Claim Amount"); 24 Hour Fitness – Jester Village Site – Remodel ("Project").*

To Whom It May Concern:

This is to provide you with notice that Claimant is owed the Claim Amount for its past-due and unpaid billings for labor and materials furnished on the Project. Claimant furnished **painting - labor and materials** for the Project under Claimant's agreement with General Contractor.

This notice is sent in compliance with the Texas Property Code's mechanic's lien provisions. Accordingly, we must notify you that if the Claim Amount remains unpaid, the owner of the premises may be personally liable, and the owner's property may be subjected to a lien unless the owner withholds payment from the contractor for payment of the claim or the claim is otherwise paid or settled.

Also, further notice is given that all of the Claim Amount has accrued and is past due. Accordingly, demand for payment of the claim in the Claim Amount is hereby made.

Enclosed are copies of the statements or billings that constitute this claim.

This also constitutes notice pursuant to section 162.001 et seq. of the Texas Property Code (the Trust Fund Act) that Claimant has a priority interest in the construction funds for this project in your possession now or released to you in the future. The Trust Fund Act states that project owners and contractors are trustees of the construction funds they receive. Such funds must be used to pay for the labor and materials on the Project and cannot be used for other purposes. The owner and contractor are deemed to be trustees of the Project funds for the benefit of unpaid subcontractors and suppliers, including Claimant, to see that payment is made.

Consequently, you are directed to set aside such construction funds to cover the Claim Amount. Diversion of construction trust funds constitutes violation of the Trust Fund Act.

Please contact me immediately regarding this notice.

Sincerely,

Jill Benedict
AR / Project Accountant
713-856-8757
jill@lmipaint.com

# LMI PAINTING, LLC
5238 BRITTMOORE ROAD
HOUSTON, TX 77041-5128

# INVOICE

Invoice Number:   24HR JEST-0120126

Voice:   713-856-8757
Fax:     713-856-8186

Invoice Date:  Jan 31, 2020

**Bill To:**

AXIOM CONSTRUCTION CO., INC.
1219 WUNSCHE LOOP
SPRING, TX  77373

*Submitted 1/31/2020*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AXIOM CONSTRUCTION | KK522R | Net 30 Days | |
| | | | **Due Date** |
| | Courier | | 3/1/20 |

| Description | Amount |
|---|---|
| PAY APPLICATION #7   CHANGE ORDER #2 | 2,029.75 |

| | |
|---|---|
| Subtotal | 2,029.75 |
| Sales Tax | |
| Total Invoice Amount | 2,029.75 |
| Payment/Credit Applied | |
| **TOTAL** | **2,029.75** |

Check/Credit Memo No:

**APPLICATION AND CERTIFICATE FOR PAYMENT**

DOCUMENT SUMMARY SHEET

**TO CONTRACTOR:**
Axiom Construction Company, LLC
1219 Wunsche Loop
Spring, Texas 77373

**PROJECT:**
24 Hour Fitness- Jester Village Site -Remodel
1513 W 18th St
Houston, Texas 77008

**APPLICATION NO:** 7

**INVOICE NO:** 0120126
**PERIOD:** 01/01/20 - 01/31/20

**PROJECT NO:** KK522R

**CONTRACT NO:** SC-KK522R-35

**CONTRACT DATE:** 03/20/2019

**CERTIFICATE DATE:** 01/21/2020

**SUBMITTED DATE:**

**FROM SUBCONTRACTOR:**
LMI Painting, LLC
5238 Brittmore Rd
Houston, Texas 77041

**SUBCONTRACT FOR:** All paint per specs and plans

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that cu payments shown herein is now due.

SUBCONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public:
My commission expires:
_____

**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract Continuation Sheet is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| 1. Original Contract Sum | $41,185.00 | | |
| 2. Net change by change orders | $7,054.75 | | |
| 3. Contract Sum to date (Line 1 ± 2) | $48,239.75 | | |
| 4. Total completed and stored to date (Column G on detail sheet) | $48,239.75 | | |
| 5. Retainage: | | | |
| a. 0.00% of completed work | $0.00 | | |
| b. 0.00% of stored material | $0.00 | | |
| Total retainage (Line 5a + 5b or total in column I of detail sheet) | $0.00 | | |
| 6. Total earned less retainage (Line 4 less Line 5 Total) | $48,239.75 | | |
| 7. Less previous certificates for payment (Line 6 from prior certificate) | $46,210.00 | | |
| 8. Current payment due: | $2,029.75 | | |
| 9. Balance to finish, including retainage (Line 3 less Line 6) | $0.00 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $5,025.00 | $0.00 |
| Total approved this month: | $2,029.75 | $0.00 |
| Totals: | $7,054.75 | $0.00 |
| Net change by change orders: | $7,054.75 | |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 7
APPLICATION DATE: 01/21/2020
PERIOD: 01/01/20 - 01/31/20

**Contract Lines**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| COST CODE | | | | | | | | | |
| 1 | 35 - Paint and Wallcoverings  Paint | $41,185.00 | $41,185.00 | $0.00 | $0.00 | $41,185.00 | 100.00% | $0.00 | $0.00 |
| | TOTALS: | $41,185.00 | $41,185.00 | $0.00 | $0.00 | $41,185.00 | 100.00% | $0.00 | $0.00 |

**Change Orders**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 2 | CCO # 001 Paint light poles | | | | | | | | |
| 2.1 | 35 Paint light poles | $5,025.00 | $5,025.00 | $0.00 | $0.00 | $5,025.00 | 100.00% | $0.00 | $0.00 |
| 3 | CCO # 002 Paint Exterior Handrails, post and gas line | | | | | | | | |
| 3.1 | 35 CO - paint | $2,029.75 | $0.00 | $2,029.75 | $0.00 | $2,029.75 | 100.00% | $0.00 | $0.00 |
| | TOTALS: | $7,054.75 | $5,025.00 | $2,029.75 | $0.00 | $7,054.75 | 100.00% | $0.00 | $0.00 |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | $48,239.75 | $46,210.00 | $2,029.75 | $0.00 | $48,239.75 | 100.00% | $0.00 | |

# LMI PAINTING, LLC
5238 BRITTMOORE ROAD
HOUSTON, TX 77041-5128

# INVOICE

Invoice Number:  24HRS JEST-111910R

Voice:  713-856-8757
Fax:    713-856-8186

Invoice Date:  Nov 30, 2019

**Bill To:**

AXIOM CONSTRUCTION CO., INC.
1219 WUNSCHE LOOP
SPRING, TX  77373

*Submitted 11/14/19*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AXIOM CONSTRUCTION | KK522R | Net 30 Days | |
| | | | **Due Date** |
| | Courier | | 12/30/19 |

| Description | Amount |
|---|---|
| RETAINAGE PER CONTRACT | 4,621.00 |

| | | |
|---|---|---|
| | Subtotal | 4,621.00 |
| | Sales Tax | |
| | Total Invoice Amount | 4,621.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **4,621.00** |

DOCUMENT SUMMARY SHEET

Page 1 of 2

# APPLICATION AND CERTIFICATE FOR PAYMENT

**TO CONTRACTOR:**
Axiom Construction Company, LLC
1219 Wunsche Loop
Spring, Texas 77373

**FROM SUBCONTRACTOR:**
LMI Painting, LLC
5238 Brittmore Rd
Houston, Texas 77041

**PROJECT:**
24 Hour Fitness- Jester Village Site -Remodel
1513 W 18th St
Houston, Texas 77008

**APPLICATION NO:** 6
**INVOICE NO:** 111910R
**PERIOD:** 11/01/19 - 11/30/19
**PROJECT NO:** KK522R
**CONTRACT NO:** SC-KK522R-35
**CONTRACT DATE:** 03/20/2019
**CERTIFICATE DATE:** 11/14/2019
**SUBMITTED DATE:**

**SUBCONTRACT FOR:** All paint per specs and plans

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for payment were issued and payments received from the Owner/Client, and that current payments shown herein is now due.

SUBCONTRACTOR:

By: _____    Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public:
My commission expires:

| | |
|---|---:|
| 1. Original Contract Sum | $41,185.00 |
| 2. Net change by change orders | $5,025.00 |
| 3. Contract Sum to date (Line 1 ± 2) | $46,210.00 |
| 4. Total completed and stored to date (Column G on detail sheet) | $46,210.00 |
| 5. Retainage: | |
| a. 0.00% of completed work  $0.00 | |
| b. 0.00% of stored material  $0.00 | |
| Total retainage (Line 5a + 5b or total in column I of detail sheet) | $0.00 |
| 6. Total earned less retainage (Line 4 less Line 5 Total) | $46,210.00 |
| 7. Less previous certificates for payment (Line 6 from prior certificate) | $41,588.99 |
| 8. Current payment due: | $4,621.01 |
| 9. Balance to finish, including retainage (Line 3 less Line 6) | $0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner/Client: | $5,025.00 | $0.00 |
| Total approved this month: | $0.00 | $0.00 |
| Totals: | $5,025.00 | $0.00 |
| Net change by change orders: | $5,025.00 | |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 2

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing

Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 6
APPLICATION DATE: 11/20/2019
PERIOD: 11/01/19 - 11/30/19

**Contract Lines**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 35 - Paint and Wallcoverings | Paint | $41,185.00 | $41,185.00 | $0.00 | $0.00 | $41,185.00 | 100.00% | $0.00 | $0.00 |
| | | TOTALS: | $41,185.00 | $41,185.00 | $0.00 | $0.00 | $41,185.00 | 100.00% | $0.00 | $0.00 |

**Change Orders**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 2 : | CCO # 001 Paint light poles | | | | | | | | |
| 2.1 | 35 Paint light poles | $5,025.00 | $5,025.00 | $0.00 | $0.00 | $5,025.00 | 100.00% | $0.00 | $0.00 |
| | TOTALS: | $5,025.00 | $5,025.00 | $0.00 | $0.00 | $5,025.00 | 100.00% | $0.00 | $0.00 |

**Grand Totals**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | $46,210.00 | $46,210.00 | $0.00 | $0.00 | $46,210.00 | 100.00% | $0.00 | $0.00 |



March 30, 2020

*Via CM/RRR and US Mail*
BRE RETAIL RESIDUAL OWNER 1
1 FAYETE ST, STE 150
CONCHOHOCKEN, PA 194285-2081

*Via CM/RRR and US Mail*
AXIOM CONSTRUCTION COMPANY
1219 WUNSCHE LOOP
SPRING, TX 77389

*Via CM/RRR and US Mail*
24 HR FITNESS
PO BOX 2689
CAARLSBAD, CA 92018

Re:   **Project:**          **24 HR FITNESS**
                            **1513 W. 18TH STREET**
                            **HOUSTON, TX 77008**

      **Subcontractor/**   **AFP ALARM AND DETECTION LP**
      **Claimant:**

## NOTICE OF RETAINAGE AGREEMENT

To whom it may concern:

Notice is hereby given pursuant to the Texas Property Code §53.057 that Allied Fire Protection, LP ("AFP") has furnished [is furnishing] materials, labor, and/or equipment to the above referenced Project under a written contract (the "Subcontract") with **AXIOM CONSTRUCTION COMPANY** ("General Contractor") for the completion of FIRE PROTECTION WORK.

The Subcontract allows General Contractor to withhold _10__% retainage from each monthly payment request.  AFP demands payment pursuant to Section 58.083 of the Texas Property Code.

**YOU ARE HEREBY NOTIFIED THAT IF THIS CLAIM REMAINS UNPAID, YOU MAY BE PERSONALLY LIABLE AND THE ABOVE-DESCRIBED PROPERTY SUBJECTED TO A LIEN UNLESS YOU WITHHOLD PAYMENT FROM THE CONTRACTOR FOR PAYMENT OF THE CLAIM OR THE CLAIM IS OTHERWISE PAID OR SETTLED.**

Please give me a call, if you have any questions.

Sincerely,

of Allied Fire Protection, LP

**ALLIED FIRE PROTECTION**

Corporate Office  2003 Mykawa Road, Pearland, Texas 77581    1.800.604.2600    alliedfireprotection.com

HOUSTON  |  SAN ANTONIO  |  DALLAS / FORT WORTH  |  AUSTIN  |  RIO GRANDE VALLEY  |  LAREDO