# Court Conference

Calendar Date: 07/01/2020
Calendar Time: 03:30 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

*Amended Calendar  Jul  1 2020 12:52PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10678290 | Chase C. Alvord | (206) 682-5600 ext. | Tousley Brain Stephens P.L.L.C. | Creditor, MEPT Westwood / LISTEN ONLY |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10674752 | Olya Antle | (202) 776-2056 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671404 | Yelena Archiyan | (214) 720-4339 ext. | Akerman LLP | Creditor, Spirit Master Funding X & Spirit CC Auroa LLC / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676564 | Todd Atkinson | (346) 998-7849 ext. | Womble Bond Dickinson (US) LLP | Bankruptcy Counsel, W Hawthorne, LLC / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10664407 | Keith Aurzada | (469) 680-4211 ext. | Reed Smith LLP | Interested Party, BAFCO / LISTEN ONLY |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10667537 | William J. Barrett | (312) 629-5172 ext. | Barack Ferrazzano Kirschbaum & Nagelberg, LLP | Creditor, Terramar Retail Centers LLC / LISTEN ONLY |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671394 | Ian C. Bifferato | (302) 225-7600 ext. | Bifferato, LLC | Creditor, Spirit Master Funding X and Spirit CC Aurora / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684568 | Jason B. Binford | (512) 475-4936 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, The State of Texas / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671328 | David M. Blau | (248) 988-1817 ext. | Clark Hill PLC | Creditor, Santan Gym LLC / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676177 | Kevin Bostel | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671875 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684810 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, RNB Partners / LIVE |
| | | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684289 | Timothy J. Carter | (617) 482-1776 ext. | Goulston & Storrs PC | Creditor, HUH/DI OCP CINQUE TERR, LLC and SMBP LLC / LISTEN ONLY |

| | 24 Hour Fitness WorldWide, Inc. | 20-11558 | Hearing | 10684408 | Linda J. Casey | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
|---|---|---|---|---|---|---|---|---|
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673351 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, SCI Chino Fund, LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668718 | Janet L. Chubb | (775) 852-3900 ext. | Kaempfer Crowell | Creditor, K A N Industry / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676019 | Maria Chutchian | (646) 378-3108 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675918 | Katie B. Clark | (972) 629-7100 ext. | Thompson Coburn | Creditor, Crimson 1031 Portfolio / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676242 | Alex Cohen | (718) 363-4882 ext. | Weil Gotshal & Manges LLP | Debtor, 24 Hour Fitness Worldwide, Inc. / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669545 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, WMC Fund LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10685836 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, Taubman Landlord / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671339 | John D. Cornwell | (713) 222-4066 ext. | Munsch Hardt Kopf & Harr P.C. | Creditor, Brazos Landlords / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676160 | Ryan Dahl | (212) 310-8150 ext. | Weil, Gotshal & Manges LLP | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676248 | Ryan Dahl | (212) 310-8150 ext. | Weil Gotshal & Manges LLP | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10681013 | Sean Daly | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10686202 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668879 | John D. Demmy | (302) 421-6848 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate I / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10682426 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669117 | Karen B. Dine | (212) 940-8772 ext. | Katten Muchin Rosenman LLP | Creditor, Commonwealth Partners / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671757 | Adam C. Doupe | (206) 654-2232 ext. | Ryan Swanson & Cleveland PLLC | Interested Party, Rosen Investment Company / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675945 | Mark W. Eckard | (415) 543-8700 ext. | Reed Smith LLP | Creditor, Wells Fargo Bank / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668324 | Jamie L. Edmonson | (302) 516-1705 ext. | Robinson & Cole LLP | Creditor, MLT Station LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10670727 | Anne K. Edwards | (213) 358-7246 ext. | Smith Gambrell & Russell LLP | Creditor, Allen Fitness, LP, et al. / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671265 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Dome Entertainment Center, Inc. / LIVE |
| | 24 hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10663804 | William P. Fennell | (619) 325-1560 ext. | Law Office of William Fennell | Court Appointed Attorney, 5 Points Partners LP / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10660763 | Gregg M. Ficks | (415) 391-4800 ext. | Coblentz Patch Duffy & Bass LLP | Creditor, 1301 East Gladstone Street Investors LLC; Vestar California XXI, L.L.C / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10663427 | David M. Fournier | (302) 777-6565 ext. | Pepper Hamilton LLP | Representing, Wilmington Trust, National Association, as DIP Agent / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669826 | Thomas Francella | (302) 295-2022 ext. | Cozen O'Connor | Creditor, LaSalle LP & AAP Trust / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668093 | Stephen Gerald | (302) 357-3287 ext. | Whiteford, Taylor & Preston, LLP | Creditor, United Parcel Service, Inc. and BT-OH, LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675661 | Ivan M. Gold | (415) 273-7431 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, Weingarten Realty et al / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673307 | Bernard S. Greenfield | (408) 995-5600 ext. | Greenfield LLP | Creditor, Lasalle LP and AAP Trust / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668952 | Victoria A. Guilfoyle | (302) 425-6404 ext. | Blank Rome LLP | Creditor, AG Upland, LLC., et. al. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10665638 | Adam Haberkorn | (212) 728-5862 ext. | O'Melveny & Myers LLP | Interested Party, Ad Hoc Group / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668914 | Bryan Hall | (302) 425-6425 ext. | Blank Rome LLP | Creditor, Kin Properties Inc. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684243 | Ashley L. Harper | (713) 220-4013 ext. | Hunton Andrews Kurth LLP | Representing, 2300 Forth Worth Ave LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10683285 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675682 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP, et al. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10674730 | Cathy Hershcopf | (212) 479-6138 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675090 | Ronald A. Hewitt | (212) 841-1000 ext. | Covington & Burling LLP | DIP Agent, Wilmington Trust, National Association / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675612 | Jarret P. Hitchings | (302) 657-4900 ext. | Duane Morris LLP | Creditor, US VI Downey, LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673991 | Richard F. Holley | (702) 791-0308 ext. | Holley Driggs Walch Fine Puzey Stein & Thompson | Interested Party, Great America Capital / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676251 | Daniel Hugo | (214) 762-5574 ext. | FTI Consulting, Inc. | Witness, 24 Hour Fitness Worldwide, Inc. and FTI Consulting, Inc. / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676616 | Jenny Hyun | (713) 866-6897 ext. | Weingarten Realty Investors | Creditor, Weingarten Realty Investors / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10664536 | Lawrence M. Jacobson | (310) 550-7222 ext. | Glickfeld, Fields & Jacobson LLP | Bankruptcy Counsel, 525 Colorado LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10670148 | Josh Judd | (713) 850-8218 ext. | Andrews Myers, P.C. | Creditor, RSL Contractors / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671456 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Creditor, Simon Property Group & Taubman Landlords / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10686225 | Peter J. Keane | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675698 | Brya M. Keilson | (302) 888-6959 ext. | Morris James LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684505 | Muryum Khalid | (212) 875-5125 ext. | Goulston & Storrs PC | Interested Party, HUH/DI OCP CINQUE TERR, LLC and SMBP LLC / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673677 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Creditor, Keller Myer Bergensons Services / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10674746 | Michael A. Klein | (212) 479-6461 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10650851 | Harris Koroglu | (305) 347-7314 ext. | Shutts & Bowen, LLP | Creditor, MSKP River Bridge, LLC and Catalina Shoppes, Fla., LLC / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684449 | Jeffrey A. Krieger | (310) 785-6869 ext. | Greenberg Glusker Fields Claman & Machtinger LLP | Creditor, SR19 Mark ll Portfolio, LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673708 | James Ktsanes | (312) 777-7112 ext. | Latham & Watkins LLP | Creditor, Lender / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10672148 | Joyce Kuhns | (410) 209-6463 ext. | Offit Kurman, Attorneys at Law | Creditor, Wollbright Wekiva, Llc / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10672677 | Alexander K. Lee | (415) 362-0449 ext. | Macdonald Fernandez, LLP | Creditor, Crane Court, LLC and Nazareth Retail Holdings, LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10680695 | Jaime Leggett | (305) 379-7904 ext. | Bast Amron, LLP | Creditor/Claimant, Pembroke Miami Fitness, LP c/o ROSS REALTY INVESTMENTS, INC. / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10660830 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, 525 Colorado LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10667583 | Thomas A. Lerner | (206) 892-2147 ext. | Stokes Lawrence, P.S. | Creditor, MLT Station LLC. / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673701 | Richard A. Levy | (312) 876-7692 ext. | Latham & Watkins LLP | Creditor, Lender / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673689 | Donna Lieberman | (212) 765-9100 ext. 107 | Halperin Battaglia Benzija, LLP | Creditor, Keller Myer Bergensons Services / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673366 | Alan Lipkin | (212) 257-6960 ext. | Chaffetz Lindsey LLP | Interested Party, 24 HR TX Limited, et al / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10665069 | Andrew Magaziner | (302) 576-3592 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Morgan Stanley Sr. Funding, Inc. / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673302 | Ilan Markus | (203) 672-2661 ext. | Barclay Damon LLP | Creditor, Westfield, LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10683908 | Scott Mayer | (925) 301-3909 ext. | Keller Benvenutti & Kim LLP | Creditor, AVG Partners / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675477 | Laura McCarthy | (617) 235-7255 ext. | Morgan Lewis & Bockius LLP | Representing, Kimco Realty Corporation / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10665627 | Michael Merchant | (302) 651-7854 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ad Hoc Group / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673342 | Curtis S. Miller | (302) 351-9412 ext. | Morris, Nichols, Arsht & Tunnell LLP | Interested Party, 24 HR TX Limited, et al / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675692 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10685479 | Phillip W. Nelson | (312) 578-6584 ext. | Holland & Knight LLP | Creditor, Fairbourne Properties / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673684 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Morgan Stanley Sr. Funding, Inc. / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10648350 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, Levin Management Corporation / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10678744 | Barbra Parlin | (212) 513-3200 ext. | Holland & Knight LLP | Creditor, TR Wateridge LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671335 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Creditor, Brazos Landlords / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10642760 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CIM/225 5th Avenue (NY) / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671770 | Jennifer L. Pruski | (916) 929-7000 ext. | Trainor Fairbrook | Creditor, Donahue Schriber / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675780 | David T. Queroli | (302) 651-7648 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ad Hoc Group / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10686420 | Evan W. Rassman | (856) 778-8950 ext. | Reger Rizzo & Darnall LLP | Representing, Evan W. Rassman / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669712 | Patricia Redmond | (305) 789-3553 ext. | Stearns Weaver Miller Weissler Alhadeff & Siterson, PA | Creditor, S & C Venture, a joint venture / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10674749 | Lauren Reichardt | (212) 479-6512 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675880 | Michael Reining | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, The Woodmont Company / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668977 | Jeffrey Rhodes | (202) 420-3150 ext. | Blank Rome LLP | Creditor, Kin Properties Inc. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10668700 | Erica Richards | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, United Parcel Service Inc. & BT-OH,LLC. / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669139 | Dana Robbins | (205) 458-5348 ext. | Burr & Forman LLP | Creditor, Dome Entertainment Center, Inc. / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10664364 | Lindsey Robin | (469) 680-4222 ext. | Reed Smith LLP | Interested Party, BAFCO / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684841 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP and Federal Realty Investment Trust / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676104 | adam Rogoff | (212) 326-2277 ext. | O'Melveny & Myers, LLP | Interested Party, AD Hoc Group / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669202 | Alan Root | (302) 356-6623 ext. | Archer & Greiner, PC | Interested Party, Grove at Winter Park, LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671270 | Edward Ross | (516) 747-7400 ext. | Rosenberg Calica & Birney LLP | Creditor, Rudeth Realty LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10684086 | Katherine Sanchez | (602) 798-5400 ext. 5422 | Ballard Spahr LLP | Lessor, Realty Income; Seven Hills; Padis Jewelry / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10676192 | Kyle Satterfield | (718) 363-4882 ext. | Weil Gotshal & Manges LLP | Debtor, 24 Hour Fitness Worldwide, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10685928 | Arnold Schlesinger | (925) 301-3909 ext. | Keller Benvenutti & Kim LLP | Creditor, AVG Partners / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673808 | Samuel A. Schwartz | (702) 385-5544 ext. | Schwartz Law PLLC | Creditor, CK Pecos / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10672815 | Joel Shafferman | (212) 509-1802 ext. | Shafferman & Feldman | Interested Party, Joel Shafferman / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10677831 | joel Shafferman | (212) 509-1802 ext. | Shafferman & Feldman | Bankruptcy Counsel, BMS Realty / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10665632 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers LLP | Interested Party, Ad Hoc Group / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10680192 | Peter B. Siroka | (212) 859-8506 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Matthew Rowe / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10675627 | Luke A. Sizemore | (412) 288-3514 ext. | Reed Smith LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10669000 | Berry Spears | (512) 413-9796 ext. | Keller Benvenutti Kim | Creditor, AG Upland, LLC., et. al. / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671263 | William Sullivan | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, Rudeth Realty LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673350 | Matthew O. Talmo | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, 24 HR TX Limited, et al / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10681999 | Damien N. Tancredi | (215) 587-5675 ext. | Flaster Greenberg, P.C. | Creditor, Crimson 1031 Portfolio LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10646383 | Amer Tiwana | (646) 616-3052 ext. | Cowen and Company LLC | Interested Party, Cowen and Company LLC / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10671620 | Ethan Trotz | (312) 902-5516 ext. | Katten Muchin Rosenman LLP | Creditor, Sacramento Kings Limited Partnership / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10686393 | John W. Wauson | (281) 242-0303 ext. | John W. Wauson, Attorney at Law | Interested Party, John W. Wauson / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10673537 | Joseph M. Welch | (949) 760-1121 ext. 6257 | Buchalter, APC | Representing, (Landlord) SCI Chino Fund, LLC / LIVE |
| 24 Hour Fitness Worldwide, Inc. | 20-11558 | Hearing | 10677848 | John Wiest | (801) 578-6910 ext. | Greenberg Traurig, P.A. | Creditor, Merlone Geier Partners / LISTEN ONLY |
| 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10669059 | Charles J. Brown III | (302) 425-5813 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Rosen Investment Company Holdings, LLC; Sunnyvale Shopping Ctr/La Costa Town Ctr / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10671751 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Creditor, Caplow Denver, LLC; Denver Exchange, LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10657015 | Bradley D. Doucette | (626) 243-1100 ext. | Collins Collins Muir + Stewart LLP | Defendant(s), Club Resource / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10662758 | Gary M. Kaplan | (415) 954-4940 ext. | Farella Braun & Martel LLP | Creditor, Ballybrack Group, LLC / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10667989 | Lawrence A. Lichtman | (313) 465 7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, 1830-1850 Ocean Avenue LLC and Agree Littleton CO LLC / LISTEN ONLY |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10674785 | Cullen D. Speckhart | (202) 776-2052 ext. | Cooley LLP ( All Offices) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10671088 | Michael St. James | (415) 391-7566 ext. | St. James Law, P.C. | Lessor, 111 Sutter Street Owner / LIVE |
| | 24 Hour Fitness Worldwide, Inc. | 20–11558 | Hearing | 10671879 | Timothy Swanson | (303) 292-2900 ext. | Moye White LLP | Creditor, Caplow Denver, LLC; Denver Exchange, LLC / LISTEN ONLY |