# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) ) | Case No. 20-11558 (KBO) |
|  | ) | Jointly Administered |
| Debtors. | ) ) ) |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Nicholas J. Lepore of Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103, to represent Frank Napolitano and Charles Huff in the above-captioned cases and all adversary proceedings commenced therein.

                   SCHNADER HARRISON SEGAL & LEWIS LLP

Dated: July 6, 2020            By: /s/ Richard A. Barkasy
                             Richard A. Barkasy (#4683)
                             Kristi J. Doughty (#3826)
                             824 N. Market Street, Suite 800
                             Wilmington, DE 19801
                             (302) 888-4554 (telephone)
                             (302) 888-1696 (facsimile)
                             rbarkasy@schnader.com
                             kdoughty@schnader.com

                             *Counsel to Frank Napolitano and Charles Huff*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Curt Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: July 6, 2020

 /s/ Nicolas J. LePore, III
Nicholas J. Lepore (Pa. I.D. No. 32196)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2286
nlepore@schnader.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: July 6th, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE