# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re

**24 HOUR FITNESS WORLDWIDE, INC.**, *et al.*,

Debtors.[1]

------------------------------------------------------------ x

:
:
:
:
:
:
:
:
:
:
:

**Chapter 11**

**Case No. 20-11558 (KBO)**

**(Jointly Administered)**

Re: Docket No. 264

### SUPPLEMENTAL DECLARATION OF DANIEL HUGO IN SUPPORT OF THE MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO RETAIN AND EMPLOY FTI CONSULTING, INC. EFFECTIVE AS OF THE PETITION DATE TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND SUPPORTING PERSONNEL AND (II) GRANTING RELATED RELIEF

Pursuant to 28 U.S.C. § 1746, I, Daniel Hugo, hereby declare the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director at FTI Consulting, Inc. ("**FTI**"), a financial advisory services firm with numerous offices throughout the country.

2. I am authorized to submit this declaration (this "**First Supplemental Declaration**") to supplement the disclosures contained in my initial declaration, dated June 23, 2020 (the "**Initial Declaration**"), in support of the *Motion of Debtors For Entry of Order (I) Authorizing Debtors to Retain and Employ FTI Consulting, Inc. Effective as of the Petition*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

*Date to Provide a Chief Restructuring Officer and Supporting Personnel and (II) Granting Related Relief* [Docket No. 264] (the "**Motion**").[2]  Unless otherwise stated in this First Supplemental Declaration, I have personal knowledge of the facts set forth herein.[3]

3.    Subsequent to the filing of the Initial Declaration, the Debtors and their advisors updated the Debtors' parties in interest list to add certain other parties in interest.  In accordance with the procedures described in the Motion and Initial Declaration, FTI has reviewed such updated parties in interest list and conducted additional searches within its records so as to include additional parties that have become involved in the Debtors' chapter 11 cases as well as other parties-in-interest.[4]

4.    Based on such additional searches, FTI makes the supplemental disclosures attached as **Schedule 2** hereto.  To the best of my knowledge, information, and belief, neither FTI nor any of its professional personnel have any relationship with the Debtors that would impair FTI's ability to perform services for the Debtors.

5.    As stated in the Initial Declaration, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, FTI (i) is not a creditor, or equity security holder; (ii) has not been, within three (3) years before the Petition Date, (a) an investment banker for a security of the Debtors or (b) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; (iii) was not, within two (2) years before the Petition Date, a director, officer, or employee or of any investment

---

[2]    All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion or the Initial Declaration, as applicable.

[3]    Certain disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[4]    These additional parties, along with all other parties for which FTI has conducted searches of its client relationships, are identified on **Schedule 1**.

banker as specified in part (ii) of this paragraph; and (iv) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

*[remainder of page intentionally left blank]*

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 6, 2020
     Chicago, Illinois

                         FTI CONSULTING, INC.


                         */s/ Daniel Hugo*
                         NAME:  Daniel Hugo
                         TITLE:   Senior Managing Director
                                    FTI Consulting, Inc.

## Schedule 1

**Potential Parties in Interest**

## **24 Hour Fitness Retention Checklist**

- Debtors
- Debtors' Trade Names and Aliases
- Bank Accounts
- Bankruptcy Judges and Staff
- Committee Members and Professionals
- Contract Counterparties
- Current Officers and Directors and Affiliations
- Debtholders (Prepetition Lenders/Noteholders/Prepetition Agent/DIP Lenders/DIP Agent/Indenture Trustee)
- Debtors Professionals
- Former Officers and Directors and Affiliations
- Insurance/Insurance Provider/Surety Bonds
- Landlords
- Litigation Counterparties/Litigation Pending Lawsuits
- Members of Ad Hoc Group
- Non-Debtor Affiliates and Subsidiaries
- Non-Debtor Professionals
- Ordinary Course Professionals
- Other Secured Parties
- Partnerships
- Regulatory and Government
- Significant Competitors
- Significant Customers
- Significant Shareholders
- Taxing Authorities
- Top 30 Unsecured Creditors
- UCC Lien Search Results
- Unions
- United States Trustee and Staff
- Utility Providers/Utility Brokers
- Vendors/Suppliers
- Notice of Appearance Parties/Interested Parties

**Debtors**
24 Hour Fitness Worldwide, Inc.
24 Hour Holdings II LLC
24 Hour Fitness United States, Inc.
24 Hour Fitness USA, Inc.
24 Hour Fitness Holdings
24 San Francisco
24 New York
24 Denver
RS FIT Holdings
RS FIT CA LLC
RS FIT NW LLC

**Debtors' Trade Names and Aliases**
24 Hour Fitness
24 Hour Fitness Shaq Clubs
APEX Fitness
Bally Sports Clubs
Bally Total Fitness Holding Corporation
BFFit
BFit Gyms
RD: Fresh, A Day Spa
Winston W. Hutchins
24 Hour Fitness Centers

**Non-Debtor Affiliates and Subsidiaries**
24 Hour Fitness Helping Hands Foundation

**Bank Accounts**
Bank of Hawaii
Fidelity Investments Money Market
Wells Fargo
Wells Fargo Corporate & Investment Banking

**Bankruptcy Judges and Staff and Clerk of the Court of Delaware**
Honorable Christopher S. Sontchi
Honorable Ashely M. Chan
Honorable Brendan L. Shannon
Honorable John T. Dorsey
Honorable Karen B. Owens
Honorable Laurie S. Silverstein
Honorable Mary F. Walrath
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady

Danielle Gadson
Donna Grottini
Janet Moore
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court**
Una O'Boyle

**Committee Members and Professionals**
Cooley LLP
Morris James LLP
AlixPartners
A.T. Kearney Inc.
Brookfield Properties Retail Inc.
Geneva Crossing Carol Stream IL LLC
Kellermeyer Bergensons Services LLC
Precor Inc.
SMA Architects PC
Wells Fargo N.A.

**Contract Counterparties**
Adobe Inc. (ADUS)
Adobe Systems Incorporated
Brightview Enterprises Solutions, LLC (f/k/a/ Brickman Facility Solutions, LLC)

**Credit Card Processors**
American Express
Discover

**Current Officers and Directors and Affiliations**

**Officers**
Alexandre Mehfar
Amy Christensen
Anthony J. Ueber
Barbara L. Burns
Benjamin Randall

Beth Smiths
Carolina Marzagao
Cathy Benson
Charles Huff
Chris Nelson
Christopher Schmidt
Christopher Mortensen
Daniel Hugo
Dean Myatt
Fern Hall
Gregg Meheriuk
Jason Carter
Jeremy Franke
Jeremy Gottlieb
Karl Sanft
Kevin Bradshaw
Kimberly Griffin
Kristina Stebbins
Marta Monetti
Martin Eltrich III
Matthew Calchera
Maxine Valenzuela
Meredith Klausner
Nelson Williams IV
Rodger Meads
Raymond Dewhirst
Steven E. DeCillis II
Tami Majer
Timothy Segneri

**<u>Directors</u>**
Alexandre Mehfar (AEA)
Anthony Ueber (24HF)
Chris Nelson
David Patchell-Evans (Resigned)
Frank Napolitano
Kevin Mansfield (OTTP)
Raymond Shiu (OTTP)
Kurt Holstein
Mark Harms (FCP)
Martin C. Eltrich III (AEA)
Robert L. Berner III (FCP)
Roland Smith, Chairman

**<u>Board of Managers</u>**
Roland Smith

Martin Eltrich III
Robert L. Berner  III
Mark Harms
Alexandre Mehfar
Kevin Mansfield
Raymond Shiu
Anthony Ueber
Marc Beilinson
Stephen Hare

**Debtholders (Noteholders/Prepetition Agent/DIP Lenders/DIP Agent/ Indenture Trustees)**
Amundi Pioneer Asset Management, Inc.
Muam Global Cayman Trust-Multi Sector Value Bond Fund
Stichting Pensioenfond Medisch Specialisten
Pioneer Series Trust VI-Pioneer Floating Rate Fund
Pioneer Floating Rate Trust
Pioneer Strategic Income Fund
Pioneer Variable Contracts Trust-Pioneer Multi-Sector Fixed Income Trust
Institutional Multiple Investment Fund, LLC-Institutional Multi-Sector Fixed Income Portfolio
Ares Management, LLC
Ares XLVII CLO Ltd.
Ares LI CLO Ltd.
Ares XLVIII CLO Ltd.
Ares XXXIIR CLO Ltd.
Ares LIII CLO Ltd.
Ares XXXIR CLO Ltd.
Ares XLIX CLO Ltd.
Ares LII CLO Ltd.
BNP Paribas Asset Management Europe
Cardif BNPP IP Global Senior Corporate Loans
BNP Paribas Global Senior Corporate Loans
Bank of America, N.A.
Barclays Bank PLC
Barings LLC
Barings US Loan Limited
Barings CLO Ltd. 2013-I
Barings CLO Ltd. 2015-I
Barings CLO Ltd. 2015-II
Barings CLO Ltd. 2016-I
Barings CLO Ltd. 2017-I
Barings CLO Ltd. 2018-I
Barings CLO Ltd. 2019-III
Barings CLO Ltd. 2018-IV
Barings CLO Ltd. 2019-I
Barings CLO Ltd. 2019-II
Tryon Street Funding III Ltd.

Barings BDC Static CLO Ltd. 2019-I
Barings CLO Ltd. 2019-IV
Baloise Alternative Invest S.A. Sicav-Raif-Baloise Senior Secured Loan Fund I
Bel-Air Loan Fund LLC
Barings BDC Senior Funding I, LLC
Jocassee Partners LLC
City of New York Trust Group
Benefit Street Partners LLC
Benefit Street Partners CLO II, Ltd.
Benefit Street Partners CLO III, Ltd.
Benefit Street Partners CLO IV, Ltd.
Benefit Street Partners CLO VI, Ltd.
Benefit Street Partners CLO VII, Ltd.
Benefit Street Partners CLO VIII, Ltd.
Benefit Street Partners CLO X, Ltd.
Benefit Street Partners CLO XI, Ltd.
Benefit Street Partners CLO XV, Ltd.
Benefit Street Partners CLO XVI, Ltd.
Benefit Street Partners CLO V-B, Ltd.
Benefit Street Partners CLO XVII, Ltd.
Benefit Street Partners CLO XVIII, Ltd
Black Diamond Capital Management LLC
Black Diamond CLO 2016-1 Ltd.
CBAM Partners LLC
CBAM 2017-1, Ltd.
CBAM 2017-2, Ltd.
CBAM 2017-3, Ltd.
CBAM 2017-4, Ltd.
CBAM 2017-5, Ltd.
CBAM 2018-5, Ltd.
CBAM 2018-6, Ltd.
CBAM 2018-7, Ltd.
CBAM 2018-8, Ltd.
CBAM 2019-9, Ltd.
CBAM 2019-11, Ltd.
CBAM 2019-10, Ltd.
CVC Credit Partners
Apidos CLO XII
Apidos CLO XX
Apidos CLO XXI
Apidos CLO XXIII
Apidos CLO XXIV
Apidos CLO XXV
Apidos CLO XXVI
Apidos CLO XXVII
Apidos CLO XXVIII

Apidos CLO XXIX
Apidos CLO XXX
Apidos CLO XXXI
Apidos CLO XVIII-R
Apidos CLO XI
Carval Investors, L.P.
Carval CLO I Ltd.
Carval CLO II Ltd.
Carval CLO III Ltd.
Canaras Capital Management LLC
Saranac CLO V Limited
Saranac CLO VII Limited
Saranac CLO III Limited
Saranac CLO VI Limited
Saranac CLO VIII Limited
Canyon Capital Advisors LLC
Canyon Capital CLO 2014-1, Ltd.
Canyon Capital CLO 2014-2, Ltd.
Canyon Capital CLO 2015-1, Ltd.
Canyon CLO 2012-1 R, Ltd.
Canyon CLO 2016-1, Ltd.
Canyon CLO 2016-2, Ltd.
Canyon CLO 2017-1, Ltd.
Canyon CLO 2018-1, Ltd.
Canyon CLO 2019-1, Ltd.
Canyon CLO 2019-2, Ltd.
Multi Manager Global Investment Trust-River Canyon Single B U.S. loan Fund 2018
Canyon CLO Advisors LLC
Canyon CLO 2012-1 R, Ltd.
Canyon CLO 2016-1, Ltd.
Canyon CLO 2016-2, Ltd.
Canyon CLO 2017-1, Ltd.
Canyon CLO 2018-1, Ltd.
Canyon CLO 2019-1, Ltd.
Canyon CLO 2019-2, Ltd.
Cerberus Capital Management, L.P. Cerberus Capital Management, L.P.
Cerberus Corporate Credit Associates, LLC
Cerberus Corporate Credit Fund, L.P.
Citibank NA
Citizens Bank, National Association /Citizens Bank, N.A
Columbia Management Investment Advisers, LLC
Cent CLO 21 Limited
Cent CLO 24 Limited
Columbia Cent CLO 27 Limited
Columbia Cent CLO 28 Limited
Columbia Funds Series Trust II-Columbia Floating Rate Fund

6

Crestline Denali Capital, L.P.
Crestline Denali CLO XIV, Ltd.
Crestline Denali CLO XV, Ltd.
Crestline Denali CLO XVI, Ltd.
Crestline Denali CLO XVII, Ltd.
Denali Capital CLO X, Ltd.
Cyrus Capital Partners, L.P.
Denali Capital
Denali Capital CLO XI, Ltd.
Denali Capital CLO XII, Ltd.
Deutsche Bank AG
DoubleLine Capital, LP
Parallel 2018-2 Ltd.
Parallel 2019-1 Ltd.
EQ Advisors Trust – EQ/Franklin Strategic Income Portfolio
Ellington CLO Management LLC
Ellington CLO I, Ltd.
Ellington CLO II, Ltd.
Ellington CLO III, Ltd.
Fidelity Investments
Ballyrock CLO 2016-1 Ltd.
Ballyrock CLO 2018-1 Ltd.
Ballyrock CLO 2019-1 Ltd.
Ballyrock CLO 2019-2 Ltd.
Five Arrows Managers North America LLC
Ocean Trails CLO V
Ocean Trails CLO VI
Ocean Trails CLO VII
Oberon USA Investments SARL
Franklin Floating Rate Trust
Franklin U.S. Monthly Income Fund
Franklin Templeton Series II Funds-Franklin Floating Rate II Fund
Nebraska Investment Council
Kansas Public Employees Retirement System
Franklin Floating Rate Master Trust-Franklin Middle Tier Floating Rate Fund
Forethought Variable Insurance Trust-Global Atlantic Franklin Dividend and Income Managed
Risk Portfolio
EQ Advisors Trust-EQ/Franklin Strategic Income Portfolio
Franklin Investors Securities Trust-Franklin Floating Rate Daily Access Fund
Franklin Floating Rate Master Trust-Franklin Floating Rate Master Series
Franklin Custodian Funds-Franklin Income Fund
Franklin Ltd Duration Income Trust
Franklin Investors Securities Trust-Franklin Total Return Fund
Franklin Templeton Variable Insurance Products Trust-Franklin Income Securities Fund
JNL Series Trust-JNL/Franklin Templeton Income Fund
EQ Advisors Trust-AXA/Franklin Balanced Managed Volatility Portfolio

Franklin
Franklin Adviser, Inc.
Franklin Floating Rate Master Trust – Franklin Floating Rate Master Series
Franklin Floating Rate Master Trust – Franklin Middle Tier Floating Rate Fund
Franklin Investors Securities Trust – Franklin Floating Rate Daily Access Fund
Franklin Investors Securities Trust – Franklin Total Return Fund
Franklin Limited Duration Income Trust
Franklin Templeton Series II Funds – Franklin Floating Rate II Fund
Global Atlantic Franklin Dividend and Income Managed Risk Portfolio
Goldman Sachs
Goldman Sachs Lending Partners LLC
H.I.G. WhiteHorse Capital, LLC
Whitehorse X, Ltd.
Whitehorse XII Ltd.
H.I.G.
HPS
HPS Investment Partners, LLC
Highbridge Loan Management 5-2015, Ltd.
HPS Loan Management 10-2016, Ltd.
HPS Loan Management 11-2017, Ltd.
HPS Loan Management 12-2018, Ltd.
HPS Loan Management 13-2018, Ltd.
HPS Loan Management 14-2019, Ltd.
HPS Loan Management 15-2019, Ltd.
HPS Loan Management 2013-2, Ltd.
HPS Loan Management 3-2014, Ltd.
HPS Loan Management 4-2014, Ltd.
HPS Loan Management 5-2015, Ltd.
HPS Loan Management 6-2015, Ltd.
HPS Loan Management 7-2015, Ltd.
HPS Loan Management 8-2016, Ltd.
HPS Loan Management 9-2016, Ltd.
Liquid Loan Opportunities Master Fund, L.P.
MJ Bank Loan Fund Series 2 A Series Trust of Multi Manager Global Investment Trust
MJ Loan Fund Series 3 A Series Trust of Multi Manager Global Investment Trust
MJ Loan Fund Series 4 A Series Trust of Multi Manager Global Investment Trust
Multi Manager Global Investment Trust-AMJ Bank Loan Fund Series 2
Multi Manager Global Investment Trust-AMJ Loan Fund Series 3
Multi Manager Global Investment Trust-AMJ Loan Fund Series 4
Partner Reinsurance Company Ltd.
Partner Reinsurance Company of The U.S.
SWRBS Credit Trading Subsidiary, Ltd.
Insight North America LLC
Cutwater 2015-I, Ltd.
Invesco Senior Secured Management, Inc.
Harbourview CLO VII-R, Ltd.

AIM Counselor Series Trust (Invesco Counselor Series Trust)-Invesco Oppenheimer Master Loan Fund
AIM Counselor Series Trust (Invesco Counselor Series Trust)-Invesco Oppenheimer Senior Floating Rate Fund
AIM Counselor Series Trust (Invesco Counselor Series Trust)-Invesco Oppenheimer Senior Floating Rate Plus Fund
AIM Investment Funds (Invesco Investment Funds)-Invesco Oppenheimer Fundamental Alternatives Fund
Jefferies
Jefferies Leveraged Credit Products LLC
Kansas Public Employees Retirement System
Kayne Anderson Capital Advisors, L.P.
Kayne CLO I, Ltd.
Kayne CLO II, Ltd.
Kayne CLO III, Ltd.
Kayne CLO 4, Ltd.
Kayne CLO 5, Ltd.
Kayne CLO 6, Ltd.
Keyframe Capital Partners, L.P.
LCM
LCM Asset Management LLC
LCM XIV Limited Partnership
LCM XV Limited Partnership
LCM XVI Limited Partnership
LCM XVII Limited Partnership
LCM XVIII Limited Partnership
LCM XIX Limited Partnership
LCM XX Limited Partnership
LCM XXIV Ltd.
LCM 26 Ltd.
LCM 27 Ltd.
LCM 28 Ltd.
MJX Asset Management, LLC
Venture XIII CLO, Limited
Venture XVI CLO, Limited
Venture XVII CLO, L Limited
Venture XVIII CLO, Limited
Venture XIX CLO, Limited
Venture XXI CLO, Limited
Venture XXV CLO, Limited
Venture XXVII CLO, Limited
Venture XXVI CLO, Limited
Venture XXVIII CLO, Limited
Venture 28A CLO, Limited
Venture XXX CLO, Limited
Venture 31 CLO, Limited

Venture 33 CLO, Limited
Venture 34 CLO, Limited
Venture 36 CLO, Limited
Venture XII CLO Limited
MSD Partners, L.P.
MSD Credit Opportunity Master Fund, L.P.
Marble Point Credit Management LLC
MPLF Funding Limited
MP CLO IV, Ltd.
MP CLO VII, Ltd.
MP CLO VIII, Ltd.
Marble Point CLO X Ltd.
Marble Point CLO XI Ltd.
Marble Point CLO XII Ltd.
Marble Point CLO XIV Ltd
MPSFR Financing 1 Ltd.
Marble Point CLO XV Ltd.
MP CLO III, Ltd.
Merrill Lynch, Pierce, Fenner & Smith IncorporatedMesirow
Mesirow Financial Investment Management, Inc.
Blue Falcon Limited
Mercer Investment Fund 1
Mercer QIF Fund Plc
Mesirow Financial Collective Investment Master Trust-Mesirow Financial High Yield CIT
Mesirow Financial High Yield CIT
Mesirow Financial High Yield Fund
The Advisors' Inner Circle Fund III-Mesirow Financial High Yield Fund
MidOcean Partners
MidOcean Credit CLO II
MidOcean Credit CLO III
MidOcean Credit CLO VII
MidOcean Credit CLO IX
Morgan Stanley
Morgan Stanley Bank, N.A.
Morgan Stanley Senior Funding, Inc.
Morgan Stanley Cap 1 Tr
Nassau Corporate Credit LLC
Nassau 2017-I Ltd.
Nassau 2017-II Ltd.
Nassau 2018-I Ltd.
Nassau 2018-II Ltd.
Nassau 2019-I Ltd.
Nassau 2019-II Ltd.
Nebraska Investment Council
Nuveen Senior Income Fund
Nuveen Diversified Dividend and Income Fund

Nuveen Tax-Advantaged Total Return Strategy Fund
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Short Duration Credit Opportunities Fund
PPM America, Inc.
Eastspring Investments US Bank Loan Special Asset Mother Investment Trust [Loan Claim]
PPM CLO 2018-1 Ltd.
PPM CLO 2 Ltd.
PPM CLO 3 Ltd.
PPM Funds-PPM Floating Rate Income Fund
JNL Series Trust- JNL/PPM America Floating Rate Income Fund
Pacific Life Insurance
Trestles CLO 2017-1, Ltd.
Trestles CLO II, Ltd.
Par-Four Investment Management, LLC
Tralee CLO IV, Ltd.
Tralee CLO V, Ltd.
Tralee CLO VI, Ltd.
RBC Capital Markets / Royal Bank of Canada
Royal Bank of Canada
Saratoga Partners
Saratoga Investment Corp. CLO 2013-1, Ltd.
Sculptor CLO Management LLC
OZLM Funding Ltd.
OZLM Funding XVI, Ltd.
OZLM Funding XVII, Ltd.
OZLM Funding XIX, Ltd.
OZLM Funding XXI, Ltd.
OZLM Funding XXII, Ltd.
Sculptor Capital Holding Corporation
Sculptor Special Master Fund, Ltd.
Sculptor Capital Investments,
Sculptor Capital LP
OZLM Funding II, Ltd.
OZLM Funding III Ltd.
OZLM Funding IV, Ltd.
OZLM Funding, Ltd.
OZLM IX, Ltd.
OZLM VI, Ltd.
OZLM VII, Ltd.
OZLM VIII, Ltd.
OZLM XI, Ltd.
OZLM XII, Ltd.
OZLM XIII, Ltd.
OZLM XIV, Ltd.
OZLM XIX, Ltd.

OZLM XV, Ltd
OZLM XVI Ltd.
OZLM XVII, Ltd.
OZLM XVIII, Ltd.
OZLM XX, Ltd.
OZLM XXI, Ltd.
OZLM XXII, Ltd.
OZLM XXIII, Ltd.
OZLM XXIV, Ltd.
Sculptor Special Master Fund, Ltd.
Sculptor Loan Management LP
OZLM Funding II, Ltd.
OZLM Funding III, Ltd.
OZLM Funding VI, Ltd.
OZLM Funding VII, Ltd.
OZLM Funding VIII, Ltd.
OZLM Funding IX, Ltd.
OZLM Funding XI, Ltd.
OZLM Funding XII, Ltd.
OZLM Funding XIII, Ltd.
OZLM Funding XIV, Ltd.
OZLM Funding XV, Ltd.
OZLM Funding XVIII, Ltd.
OZLM Funding XX, Ltd.
OZLM Funding XXIII, Ltd.
OZLM Funding XXIV, Ltd.
Sculptor Loan Management LLC
OZLM Funding II, Ltd.
OZLM Funding III, Ltd.
OZLM Funding IV, Ltd.
OZLM Funding VI, Ltd.
OZLM Funding VII, Ltd.
OZLM Funding VIII, Ltd.
OZLM Funding IX, Ltd.
OZLM Funding XI, Ltd.
OZLM Funding XII, Ltd.
OZLM Funding XIII, Ltd.
OZLM Funding XIV, Ltd.
OZLM Funding XV, Ltd.
OZLM Funding XVIII, Ltd.
OZLM Funding XX, Ltd.
OZLM Funding XXIII, Ltd.
OZLM Funding XXIV, Ltd.
Silvermine Capital
MAN GLG US CLO 2018-2 Ltd.
MAN GLG US CLO 2018-1 Ltd.

Steele Creek Investment Management LLC
Steele Creek CLO 2015-1, Ltd.
Steele Creek CLO 2017-1, Ltd.
Steele Creek CLO 2018-1, Ltd.
Steele Creek CLO 2018-2, Ltd.
Steele Creek CLO 2019-2, Ltd.
Steele Creek CLO 2014-1R, Ltd.
Steele Creek Loan Funding I, LLC
Symphony Asset Management LLC
BayCity Credit Opportunities Fund L.P.
BayCity High Yield Income Fund L.P.
BayCity Long-Short Credit Master Fund Ltd.
BayCity Long-Short Credit Master Fund Ltd.
California Street CLO IX Limited Partnership
California Street CLO XII, Ltd.
Credit Opportunities Fund
Nuveen Diversified Dividend & Income Fund
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Investment Trust III-Nuveen Symphony Credit Opportunities Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony High Yield Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
SCOF-2 Ltd.
Symphony CLO XIX, Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII, Ltd
Symphony CLO XVIII, Ltd
Symphony CLO XX, Ltd.
Symphony CLO XXI, Ltd.
TCI-Symphony CLO 2016-1 Ltd.
TCI-Symphony CLO 2017-1 Ltd.
TICP CLO I Management, LLC
TICP CLO I-2, Ltd.
TICP CLO II Management, LLC
TICP CLO II-2, Ltd.
TICP CLO III Management, LLC
TICP CLO III-2, Ltd.
TICP CLO IV Management, LLC
TICP CLO IV, Ltd.
TICP CLO IX Management, LLC
TICP CLO IX, Ltd.
TICP CLO V 2016-1 Management, LLC
TICP CLO V 2016-1, Ltd.

TICP CLO VI 2016-2 Management, LLC
TICP CLO VI 2016-2, Ltd.
TICP CLO VII Management, LLC
TICP CLO VII, Ltd.
TICP CLO VIII Management, LLC
TICP CLO VIII, Ltd.
TICP CLO X Management, LLC
TICP CLO X, Ltd.
TICP CLO XI Management, LLC
TICP CLO XI, Ltd.
TICP CLO XII Management, LLC
TICP CLO XII, Ltd.
TICP CLO XIII Management, LLC
TICP CLO XIII, Ltd.
TPG Opportunities Partners, L.P.
TICP CLO IV, Ltd.
TICP CLO V 2016-1, Ltd.
TICP CLO VI 2016-2, Ltd.
TICP CLO VII, Ltd.
TICP CLO IX, Ltd.
TICP CLO VIII, Ltd.
TICP CLO X, Ltd.
TICP CLO II-2, Ltd.
TICP CLO III-2, Ltd.
TICP CLO I-2, Ltd.
TICP CLO XI, Ltd.
TICP CLO XII, Ltd.
TICP CLO XIII, Ltd.
TIAA Global Public Investments, LLC
TIAA-CREF Investment
TPG
Tall Tree Investment Management, LLC
Lockwood Grove CLO, Ltd.
Monarch Grove CLO, Ltd.
Evans Grove CLO, Ltd.
Voya Alternative Asset Management LLC
Voya CLO 2012-4, Ltd.
Voya CLO 2013-1, Ltd.
Voya CLO 2013-2, Ltd.
Voya CLO 2013-3, Ltd.
Voya CLO 2014-1, Ltd.
Voya CLO 2014-2, Ltd.
Voya CLO 2014-3, Ltd.
Voya CLO 2014-4, Ltd.
Voya CLO 2015-1, Ltd.
Voya CLO 2015-2, Ltd.

Voya CLO 2015-3, Ltd.
Voya CLO 2016-1, Ltd.
Voya CLO 2016-2, Ltd.
Voya CLO 2016-3, Ltd.
Voya CLO 2016-4, Ltd.
Voya CLO 2017-1, Ltd.
Voya CLO 2017-2, Ltd.
Voya CLO 2017-3, Ltd.
Voya CLO 2017-4, Ltd.
Voya CLO 2018-1, Ltd.
Voya CLO 2018-2, Ltd.
Voya CLO 2018-3, Ltd.
Voya CLO 2018-4, Ltd.
Voya CLO 2019-1, Ltd.
Voya CLO 2019-2, Ltd.
Voya CLO 2019-3, Ltd.
Voya Credit Opportunities Master Fund
Voya Investment Management (Scottsdale) /Voya Investment Management Co. LLC
Axis Specialty Limited
Medronic Holdings Sarl.
Multi Manager Global Investment Trust-Voya Single B Senior Loan Fund
NN (L) Flex-Senior Loans
Voya CLO 2012-4, Ltd.
Voya CLO 2013-1, Ltd.
Voya CLO 2013-2, Ltd.
Voya CLO 2013-3, Ltd.
Voya CLO 2014-1, Ltd.
Voya CLO 2014-2, Ltd.
Voya CLO 2014-3 Ltd.
Voya CLO 2014-4, Ltd.
Voya CLO 2015-1, Ltd.
Voya CLO 2015-2, Ltd.
Voya CLO 2015-3, Ltd.
Voya CLO 2016-1, Ltd.
Voya CLO 2016-2, Ltd.
Voya CLO 2016-3, Ltd.
Voya CLO 2016-4, Ltd.
Voya CLO 2017-1, Ltd.
Voya CLO 2017-2, Ltd.
Voya CLO 2017-3, Ltd.
Voya CLO 2017-4, Ltd.
Voya CLO 2018-1, Ltd.
Voya CLO 2018-2, Ltd.
Voya CLO 2018-3, Ltd.
Voya CLO 2018-4, Ltd.
Voya CLO 2019-1, Ltd.

Voya CLO 2019-2, Ltd.
Voya CLO 2019-3, Ltd.
Voya Floating Rate Fund
Voya Funds Trust-Voya Floating Rate Fund
Voya Funds Trust-Voya Strategic Income Opportunities Fund
Voya Investment Trust Co. Plan For Common Trust Funds-Senior Loan Fund
Voya Investment Trust Co.-Voya Senior Loan Trust Fund
Voya Prime Rate Trust
Voya Senior Income Fund
Voya Single B Senior Loan Fund A Series Trust of Multi Manger Global Investment Trust
Voya Strategic Income Opportunities Fund
Voya Investment Trust Co.
Voya Investment Trust Co. – Senior Loan Common Trust Fund
Voya Investment Trust Co. – Voya Senior Loan Trust Fund
Wells Fargo Bank, National Association
Wilmington Trust, National Association
ZAIS Group LLC
ZAIS CLO 3, Limited
ZAIS CLO 5, Limited
ZAIS CLO 6, Limited
ZAIS CLO 7, Limited
ZAIS CLO 8, Limited
ZAIS CLO 9, Limited
ZAIS CLO 11, Limited
ZAIS CLO 13, Limited

**Debtors Professionals (law firms, accountants and other professionals)**
FTI Consulting, Inc.
Hilco Real Estate, LLC
Lazard Frères & Co. LLC
Pachulski Stang Ziehl & Jones LLP
Prime Clerk LLC
Weil, Gotshal & Manges LLP

**Former Officers and Directors**
Andrea Morales
Andrew Dottermusch
Antoinette Dale
Christopher Roussos
Elizabeth Eve
Frank Napolitano
Gregory Ivy
James Ho
Jane Borden
Jill Waite
Julius Soriano

Mark Smith
Michael Carney
Michael Moghaddam
Patrick Flanagan
Randall (Randy) Drake
Ricard Boyd
Robert Swigart
Ronald Smith
Steve Ford
Thomas Lanahan
Thomas Lapcevic
Troy Croghan

**Insurance/Insurance Provider/Surety Bonds**
ACE American Ins. Co
ADP ACA Compliance
ADP Benefit Administration
AFCO Acceptance Corporation
Allianz
Allianz Global Risk US
Allianz Global Risks US Insurance Company
Allied World Alliance Co.
Allied World National Assurance
AON
AON Risk Services, Inc. of Northern CA
Arch Specialty Ins. Co.
Arrowhead
AWAC
AXA Equitable Life Insurance
AXA XL
Beazley/Lloyd's Syndicate
Berkley Insurance Company
Berkshire-National Fire
Blue Shield of California
Blue Shield of California Life & Health Insurance Company
Chubb Insurance Company
Chubb-ACE American Ins.
Clinical Health Appraisals Inc.
CNA
Cobbs Allen Capital, LLC
Continental Casualty Co
Delta Dental Plans Association
Endurance American Specialty [Sompo]
Endurance Risk Solutions
Everest Indemnity Insurance Co.
Everest National Insurance Company

General Security Indemnity Co of AZ
Great American
Hawaii Dental Service
Hawaii Medical Service Association
Health Equity Inc.
HealthEquity, Inc.
Hiscox Insurance Company
HMSA
Indian Harbor Insurance Company
Ironshore Indemnity Inc.
IronStarr
Kaiser Foundation Health
Kaiser Foundation Health Plan Inc.
Kaiser Foundation Health Plan, Inc. CO
Kaiser Foundation Health Plan, Inc. HI
Kaiser Foundation Health Plan, Inc. NO
Kaiser Foundation Health Plan, Inc. NW
Kaiser Foundation Health Plan, Inc. SO
Kaiser Foundation Hospitals
Liberty
Liberty Mutual
Liberty Mutual Fire Ins. Co.
Liberty Mutual Insurance Company
Liberty Specialty Markets
Liberty-American Fire & Casualty
Lloyd's of London
Lockton Companies
Lockton Companies International
Magna Carta (Everest)
Magna Carta (Liberty)
Metropolitan Life Insurance Company
National Fire & Marine Ins. Co
Navigators Insurance Company
Northrock (CNA)
Old Republic Insurance Company
Pacific Guardian Life
QBE Specialty Ins. Co.
SOMPO America Insurance Co.
Sompo-Endurance Risk Solutions
Standard Insurance Company
Starr Indemnity & Liability Company
Starr Insurance & Reinsurance Ltd
Starr Specialty Insurance Co.
Starr Specialty Lines
Steadfast Insurance Company
The Standard

UCLA Department of Med Prof Grp
UNUM - Life & AD&D
UNUM - LTD/STD
UNUM - STD - Self-Funded
Unum Life Insurance Company of America
Vision Service Plan Insurance Company
XL - Greenwich Ins. Co.
XL Ins. America Inc.

**Surtey Bonds**
City of Burbank, Commission Development Department License & Code Services Division
City of Palmdale, California
County of Orange, California
Non Resident Employer- Administrative Work
State of Wyoming
Westchester Fire Ins. Co.

**Third Party Employee Benefits**
A Alliance Moving and Storage
AON Consulting & Insurance Services
AON Consulting, Inc.
Delta Dental Plans Association
Nor-Cal Moving Services
SageView Advisory Group
State Street
State Street Bank and Trust Company
Transamerica Retirement Solutions
Unum Life Insurance Company of America

**Landlords**
100 California Street LLC
111 Sutter Street Owner LP
1301 East Gladstone Street Investors LLC
13395 Beach Blvd, LLC
14 Dundee Rd LLC
147 Metro, LLC
150 Sylvan Avenue LLC
16000 Pines Retail Investments LLC
1601 PCH, LP
1680 Kapiolani, LLC
17017 Ventura LLC
1830-1850 Ocean Avenue LLC
21515 Hawthorne Owner LLC
21614 TOMBALL LLC
225 5th Avenue NY LLC
24 BB Investments Partners, LLP

24 FIT, LLC
24 Hour Arvada LLLP
24 Hour Tropicana LLC
24 LLC
24 Mount Prospect LLLP
24 Retail Hunter Plaza LLC
24 Salem Partners LLC
2ML Atascocita, LLC
3201 Louisiana, L.P.
33 Journal Square Owner LLC
3501 E. Chapman, LLC
3699 Wilshire Blvd, LLC
460 South College Avenue LLC
5 Points Partners LP
5100 Belt Line Road Investors LLC
525 Colorado LLC
5307 Sepulveda Boulevard LLC
600 Broadway Partners LLC
80-02 Leasehold Company L P
93 Bovet Lease Partners LLC
A & J Properties LLC
Aborn Square Shopping Center
ABP Pearl Highlands LLC
ABS RM Lease Owner LLC
ACD Enterprises LLC
ACRE Investment Co, LLC
AG Upland LLC
AGRE River Bridge Owner, LLC
Agree Fort Worth TX LLC
Agree Littleton Co. LLC
Agree Realty Corporation
Albee Properties, LLC
Alessandro Group LLC
Alkitsa Investments Limited, Inc.
Allen Fitness, LP
Almaden Fitness, LP
Altadena Lincoln Crossing LLC
AmCap Austin Bluffs, LLC
AMCAP Denver Limited Partnership
AmCap Tiffany LLC
Anaheim Gateway, LLC
Annapolis Towne Center at Parole LLC
Antelope Marketplace Station LLC
Anthony M Fernicola
Apple Way Market LLC
ARC HRPWOTX001 LP

ARC PTSCHIL001, LLC
Armstrong CO Roseville, LLC
Arnold Schlesinger
Art Place AT FT Totten, LLC
A-S 108 Friendswood Crossing LP
A-S 117 Shops at the Reserve, LP
A-S 144 Grand Parkway-W. Airport LP
A-S 76 Hwy 290-Bingle, L.P.
A-S 79 Fry-Saums, L.P.
A-S 86 FM 1960-Veterans Memorial, L.P.
A-S 93 SH 130 - SH 45 LP
Atlantic Times Square X, LLC
Atomic Investments, Inc.
AVG - Austin LP
AVG - Oceanside, LLC
AVG Chula Vista, LLC
AVG Club 7, LLC
AVG Cypress LP
AVG Laguna, LLC
AVG Oakland, LLC
AVG Partners
AVG Partners I LLC
AVG Puyallup LLC
AVG-AUSTIN, LP
AVG-Overland Park, LLC
Bai Park Place LP
Ballybrack Group Llc
Basser Kaufman 222 LLC
Belmar Commercial Owner LP
Berkadia Commercial Mortgage LLC
Betty Jean Louie III Limited Partnership
BHF, A California Limited Partnership
Big Creekwood Commons LLC
Black Cherry LLC
Bloch Schoolhouse LLC
BMS Realty Co.
BMS Realty Company LLC
Board of the State Teachers' Retirement System of Ohio ("B
Borello Management Co., LLC
BP-Cgcenter I LLC - V0000414132
BPP Southern Palm LLC
Bradshaw Corporate Plaza, LP
Brazos TC South - Partnership B, LP
Brazos TC South-Partnership D LP
BRE DDR BR Cornerstar CO LLC
BRE DDR Crocodile Falcon RGE Twn Cntr II

BRE DDR Crocodile Falcon Ridge
BRE DDR Flatacres Marketplace LLC
BRE Retail Residual Owner 1, LLC
Brentwood Holding Company
Briarwood Rowlett LLC
Brixmor GA Apollo III TX LP
Brixmor Holdings 1 SPE LLC
Brixmor Holdings 12 SPE, LLC
Brixmor Operating Partnership LP
Brixmor SPE 2 LLC
Brixton-Alto Rainbow II LLC
Brookfield Properties Retail, Inc.
Brooklyn Yard Watumull
BT Carrollton, LP
Builders Associates
Builders Associates #3
Builders Associates 3
Camino Verde Associates
Canepa, Angelo J. & Lucille
Capital Mall Land LLC
Caplow Denver, LLC
Catalina Shoppes Fla LLC
Catalina Shoppes FLA, LLC-V
Cedar Carmans LLC
Cedar Park Town Center LP
Cedar-Carmans LLC
Centennial Properties, Inc.
Centennial Real Estate Company, LP
Centennial Square LLC
Cerritos Retail CenterCal, LLC
Che Chen Liu & Shu Fen Liu, Trustees
Chi Chiu Lo Trust
Chino Central Group LLC
Chisholm Bass Round Rock KC Ltd.
Citivest Commercial Investments, LLC
CJ Segerstroms & Sons
CLPF Gateway Towne Center LP
CMF MP South LLC
COJAMA 2 LP
COLE 24 Fort Worth TX LLC
Cole 24 Orlando FL LLC
Cole LA Edmond OK, LLC
Colorado Springs Fitness LP
Columbia Tech Center, LLC
Columbus Avenue II LLC
Copperwood Square IA, LLC

CP Books Inc.
Crane Court LLC
CRICQ Arlington Trust
CRICQ Arlington Trust
CRICQ Plano Trust
CRICQ Richardson Trust
Crimson 1031 Portfolio LLC
Crimson/RELP/Springwoods 24HFP, LLC
CSRA 5901 Golden Triangle Master Lessee, LLC
Cub Square Centre LLC
Cub Square Centre, LLC
Dallas Kessler Park, Ltd.
DDR MCH West LLC
Del Rey Partners
Dome Center, LLC
Doral Court Retail Investments
Douglas Emmett 2016 LLC
DS Fountain Valley LP
DS Fountain Valley LP
DS Properties 17 LP
Durham Business Properties LLC
Durham Business Properties, LLC and Saturn Properties, LLC
Dwyer-Curlett & Co
East Broad Street LLC
Edward F Plant
Edward F. Plant c/o Harman Asset Management
Ella Paseo LLC
Ella Paseo, LLC
EPR FITNESS LLC
EPR Fitness LLC
Eqyinvest Owner II Ltd LLP
EQYInvest Owner II, Ltd., LLP
Everett Washington Fitness LP
EWH Escondido Associates LP & North County Fair LP
Facchino LaBarbera Tennant Station LLC
Federal Realty Investment Trust
Fernicola Delaware LLC
FHR Community Center LLC
FIT (TX), LP
FIT (UT) QRS 14-92, Inc.
Fit TX LP
Flatbush Delaware Holding LLC
Fordham Associates DE LLC
Fordham Associates LLC
Fourth Plain Portland Shopping Center LLC
Fr San Antonio Center LLC

Fred Straus Inc.
Fremont Property LLC
Fremont Property, LLC
Frisco Fitness LP
Frisco Fitness, LP
FSP South Flower Street Associates LLC
FW CA-Brea Marketplace LLC
FW CA-Brea Marketplace, LLC
FW CA-Point Loma Plaza LLC
FW CA-Point Loma Plaza, LLC
FW Ca-Rancho San Diego Village LLC
FW CA-Rancho San Diego Village, LLC
G&I VIII Piedmont Plaza LLC
G&I VIII Piedmont Plaza LLC
Gahrahmat Properties
Gainesville Holdings, LLC
Geneva Crossing Carol Stream IL LLC
GGP Staten Island Mall LLC
Giavista Investment LLC
Glade Infrastructure, LLC
Glade Inline 2 LLC
Glanbia Performance Nutrition NA Inc.
Golden Springs Development Co LLC
GP Partners NC, LLC
Grace-Power & McKellips, LLC
Grandway Capital Holdings III LLC
Grandway Capital Holdings III, LLC
Green Acres Adjacent LLC
Green Banker LLC
GRI Woodlands Crossing LLC
Griffin Farm at Midtown, LLC
Grove at Winter Park Property LLC
Grove at Winter Park Property, LLC
GS Pacific ER, LLC
H & A Properties LP
H & A Properties, LP
HAI Murray Gym LLC
Hancock Fitness LP
Hancock Fitness, LP
Hanover 3201 Realty LLC
Hawaiian Gardens Lakewood Retail LLC
Hawaiian Gardens Lakewood Retail VIII, LLC
Hawthorne X, LLC
Hayward 880 LLC
Heights Plaza LLC
HGGA Promenade LP

HGGA Promenade, LP
HGV Commercial LLC
HGV Commercial, LLC
Highland Fitness Ltd.
Highland Shopping Center LLC
Highland Shopping Center, LLC
Highlands Fitness, L.T.D.
HMC Lewisville TC LLC
HMC Lewisville TC LLC
Hollywood Station Partners LLC
Houston Willowbrook Llc
HREH LLC
HREH, LLC
HSC Lafayette LLC
HSC Lafayette, LLC
HSG Algonquin LLC
HSG-KRE Oak Lawn Property Owner LLC
Hudson Met Park North LLC
Huh DI OCP Cinque Terre LLC
HUH DI/OCP Cinque Terre, LLC
Huntington South Center LLC
Husite LP
Husite Nevada LP
IA Cypress Cyfair
IA Cypress CyFair Limited Partnership
IA League City Bay Colony
IA League City Bay Colony Limited Partnership Bldg #40106
Icon Owner Pool 1 West Southwest LLC
Icon Owner Pool I West/Southwest, LLC
IGI19 FC VA LLC
Industry East Land Retail II LLC
Industry East Land Retail II, LLC
Industry Investment Company LLC
Inland Iowa Property LLC
Inland US Mgmt. LLC/Lakewood Towne Center
Invesco U.S. Income REIT, LLC
Irvine Company, The
Irvine Retail Properties Co.
ISCM Great America Parkway LLC
ISCM/Great America Parkway, LLC
J.R. Black Properties Ltd
Jacques Straus and Evelyn Wells Trustees
James Lindsay
Jaws Sugarland LLC
JBC Santa Rosa LP
JBL Asset Management LLC

Jess Ranch Brea Retail XVI LLC
Jess Ranch Brea Retail XVI, LLC
JGA Texas Legacy Partners LLC
JSW Greeley LLC
JTVP Corporation
K & K Lumber
KA&N Industries
Kapolei Hawaii Property Company LLC
Kapolei Hawaii Property Company, LLC
Kawips Florida, LLC
Kelly/JRM Palomar Airport Road I, LLC
Kimco East Bank 689 Inc.
Kimco Lake Prairie TC LP
Kimco Riverview LLC
Kimridge Development Group
Kimzay Of Florida Inc.
KIR Fairfax LP
KIR Vista Balboa LP
Kirkwood Missouri Fitness, LP
Koko Marina Holdings, LLC
KRG Las Vegas Centennial Gateway LLC
Kuk Chung
KW Fund V - Brand, LLC
KW Fund V Brand LLC
La Costa Town Center LLC
La Paz Shopping Center LP
La Salle, LP and Goodman Enterprises, LLC
Laguna Village Investors, LLC
Lakeline Austin Fitness LP
Lakeline Austin Fitness, L.P.
Lakeshore Land Lessee PT LLC
Lakha Kent Properties LLC
Lakha Kent Properties, LLC
LAP Empire Evenue, LLC
LBG Hilltop LLC
Ledgewood Investors LLC
Legacy Retail LLC
LETC Dunhill, LLC
LHE Mount Prospect LLLP
Lindley Terrace LLC
Los Altos School District
Lowry Denver Fitness LP
Lowry Denver Fitness, L.P.
LRIC Lewisville LP
LTG South Hills LLC
Lyons Market Street LLC

M&M North Brunswick, LLC
M-4 LLC
M-4, LLC
Macerich Buenaventura Limited Partnership
Macerich Buenaventura LP
Macerich Lakewood LLC
Macerich Lakewood, LLC Club 890
Madison 3721 LLC
Madison 3721, LLC
Magna Investments & Development Ltd.
Magna Investments & Development, Ltd
MainPlace Shoppingtown LLC
Maiochi Launderland 24th Street Family
Maionchi/Launderland 24th Street Family Partnership, LP
Mall 205 GARP, LLC
Mani Anand Vjay Sawh, LLC
Mann Enterprises Inc.
Mapleleaf Investments LLC
Marc Ittah
Marin Country Mart LLC
Mark Group No. 6, dba Fifth Ave. Bldg
Masha Grupp Trust Two Dtd 2 78
Masue LLC
Masue Trust c/o Kin Properties, Inc.
McKinney SH I LTD
MDC Coast 21 LLC
MEPT Westwood Village, LLC
Mercury TIC, LLC
Mesa Verde Associates
Metro Alp LLC
Metro ALP, LLC
Metroplex Plaza LP
Metroplex Plaza, L.P., c/o CNA Enterprises, Inc.
Meyerland Retail Associates, LLC
MGP Fund X Laguna Hills LLC
MGP XI-GPI Laurel Plaza LLC
Mililani Shopping Center LLC
Mililani Shopping Center, LLC (548)
Miracle Mile Properties
MIRAMAR EQUITY I LLC
Miramar Equity I LLC
Mission Valley Shoppingtown LLC
Mission Valley Shoppingtown, LLC
MKD Great Petaluma Mill LLC
MLT Station LLC
MM/PG (Bayfair) Properties LLC

Mockingbird Park, Ltd
Monterey Property Associates Anaheim LLC
Monterey Property Associates Anaheim, LLC
Mountain Grove Partners LLC
Mountain Grove Partners, LLC
MRE Commercial Real Estate
MS Shopping Center LLC
Murphy Marketplace Station LLC
Murray Scholls LLC
Murray Scholls, LLC
Nazareth Retail Holdings LLC
NBC Partners, LLC
New Haven WG LLC
Newage PHM, LLC
Newkoa LLC
Newpark Mall LP
NewPark Mall, LP
NFF IMPERIAL LLC
Nibs Management Inc.
Nickie Investments, Inc.
NoHo Meadowridge Retail IX, LLC
Norman H. Scheiner
North Halstead Associates, LLC
North Natomas Town Center East LLC
North Richland Fitness LP
North Richland Fitness, LP
Northgate Mall Partnership
NorthPoint Investors
OB Frank Properties LLC
Ocean Ice Palace
Ocean Ranch II, LLC
Oceanview 1 LLC
Oceanview 1, LLC
Ochoyuno Investment Company
Olive Drive Partners
Ontario Retail Partners
Orange Center Tower Owner LLC
Oregon DPP, LLC
Oregon Metro LLC
Orris Family LLC
OTR - Anaheim Hills Festival
Oxford Spectrum Wilson
Oxford Spectrum Wilson LLC
Pac Trust - Unit 72
Pacific Realty Associates LP
Pacific Resources Associates

Pacific Solana Beach Holdings LLC
Pacific Solana Beach Holdings, L.P.
Pacwal LLC
PacWal, LLC
Palms 24, LLC
Palomar Fitness Partner LP
Panorama Capital LP
Panorama Capital, L.P.
Park Square UCF, LLC
Parker Central Plaza Ltd.
Parker Central Plaza, Ltd
Parkway Center LLC
Parkway Center, LLC
Parole Holding LLC
Pavillion West Ltd.
PCW Properties
Peak Holdings LLC
Peak Holdings, LLC
Pembroke Miami Fitness Ltd.
Pembroke Miami Fitness, LP
Peninsula Retail Partners IV, LLC
Pero and Anka Margaretic and the Trust Entities
PGIM Real Estate
Phillips Ranch Business Center LLC
Phoenix Metro Center Fitness LP
Pine Castle NV
Pine Castle, NV
Pinecrest Diamond LLC
PK I BELAIR VILLAGE II LP
PK I Gresham Town Fair LLC
PK II Brookvale SC LP
Platform Cedar MT, LLC
Platform Cedar Mt. LLC
Platform Mansfield MT, LLC
Platform Mansfield Mt. LLC
Plaza Edinger LLC
POR LP
Post Road Plaza Leasehold LLC
PR II MCC South Coast Property Owner LLC
PR II/MCC South Coast Property Owner LLC
Prime/FRIT Mission Hills, LLC
Prince Del Rey Partners
Princeton Plaza
Protea Holdings
Protea Pacific Beach LLC
Prp Commercial Real State Services Inc.

PWR17 - 691 W Hampden Ave, LLC
PWR17- 691 W Hampden Ave LLC
PWRP - Kent LLC
PWRP Kent LLC
Rainier Pacific Equity LLC
Rainier Pacific Equity, LLC
Ralphs Grocery Company
Rand Industries Inc.
Realty Income
Realty Income Corporation
Realty Income Properties 4 LLC
Realty Income Texas Properties 1, LLC
Reddy Partnership-Parkair & Cypresswood
Reddy Partnership-Parkair and Cypresswood
Regency Centers LP
Regency Centers, LP
Renaissance Commercial Property LLC
Revesco (USA) Properties of Ft. Collins LLLP
RHET Florin, LLC
Rising Sail Westlake LLC
RNB Partners LLC
Robert N. Ruggles
Robhana Investments III, LLC
ROIC California LLC
ROIC California, LLC
ROIC Oregon LLC
Rolling Hills Plaza, LLC
Rosen Investment Co Holdings LLC
Rosen Investment Company
Round Rock Fitness LP
Round Rock Fitness, L.P.
RPAI US Management LLC
RPAI Lakewood, LLC
RPG, LLC
RPI Carlsbad, LP
RPI Management Company LLC
RPI Management Company, LLC
RRPV 601 Midtown Raleigh LP
RS Partners LP
RSD Partners LLC
RU Old Denton Fort Worth TX LLC
Rudeth Realty Company LLC
Rudeth Realty LLC
S & C Venture
S&C Venture
Safeway Inc.

Salisbury Partners LLC
Salvatore LLC
San Diego Grove, LP
San Jose Central Travel Inc.
San Jose Central Travel, Inc.
Sancals Group LLC
Santa Susana Garp LLC
Santa Susana GRF2, LLC
Santan North Investors, LLC
Santee Trolley Square 991, LP
SASKAWAY SIX LP
Saskaway Six LP
SCB, Inc
Scotti and Associates Inc.
SDC7, LLC
Seabridge Partners, LP
Second & S.M. Blvd. Associates, LLC
Selv Enterprises LLC
Seritage SRC Finance LL
Seritage SRC Finance LLC
Seven Hills Properties 31, LLC
SF (TX), LP
SFP 24 Hour Taylorsville LLC
SG Downtown LLC
Shapell Calaveras LLC
Shapell Calaveras, LLC.
Shapell Norcal Rental Properties LLC
Shapell Properties, Inc. (Club 601)
Shopping Center LLC, commonly known as Sunvalley Shopping Center
Shops at Bella Terra Owner LP
SIC - Lakeside Drive, LLC
Sienna Cypress LLC
Silverado Ranch Center II LLC
Simon Property Group, Inc.
Skolem Group, LLC
SMBP LLC
So - McKinley LLC
SOCM I LLC
SOCM I, LLC
SO-McKinley LLC
Southglenn Property Holdings LLC
Spirit CC Aurora Co. LLC
Spirit Master Funding X LLC
Spirit Master Funding X, LLC
Spring Shopping Center LLC
Spring Shopping Center, LLC

SR19 Mark II Portfolio LLC
SSL:  AG Upland, LLC
SSL:  Spectrum Club Holding Company, SL:
SSS Highland Plaza LLC
SSS Highland Plaza, LLC
Stahl Investments LP
Starboard Florin LLC
Starboard Management Services LLC
Star-West Solano, LLC
Starwood Retail Partners, LLC
STC Gardenwalk LLC
STC GardenWalk, LLC
Steve Padis Jewelry Plus Enterprises Inc.
Strata Fitness Center LP
SunBrewer Partners, L.P. (Rancho Penasquitos Plaza)
Sunnybrook Ridge Owners Care of Doug
Sunnyvale Shopping Center
Sunnyvale Shopping Center, LLC
Sunshine MZL LLC c/o Katz Properties
Sunvalley Shopping Center LLC
Sunvalley Shopping Center, LLC
SVIIB/Beacon Lakes LLC
SW Properties, LLC
SW3LH LLC
SW3LH, LLC
T24 LLC
T24, LLC
TA Brentwood LLC
Taubman Landlords
Temecula Town Center Owner LLC
Temecula Town Center Owner, LLC
Tencom Associates LLC
The Hagers LP
The Harry and Jeanette Weinberg
The Irvine Company LLC
The Macerich Company
The Masha Grupp Trust II under the Will of Mash Grupp
The Retail Property Trust
The Round Owner LLC
TKG Murrietta Plaza LLC
TKG Nordhoff-Tampa Plaza LLC
TKG Nordhoff-Tampa Plaza, LLC
TR Costa Mesa Courtyards LLC
TR Wateridge LLC
Transform Holdco LLC
Tri Cities Harriman LLC

Tri Cities Harriman, LLC
Triangle 17 Center LLC
Triangle Center LLC
Tri-State Commercial Realty LLC
Trop 2015 Holdings LLC
TVE Inc., LLC
Tysons West Retail LLC
UE Bergen East LLC
United Parcel Service Inc.
University Towne Centre LLC
US VI Downey LLC
US VI Downey, LLC
Vallejo CC LLC
Vallejo Investments, LLC
Van Ness Post Center, LLC
Vann Investments General Partnership
Vann Realty Co.
VEREIT Real Estate LP
Vestar CA XXI LLC
Vestar California XXI, L.L.C.
VF4 Crystal Lake LLC
Village 35 LP
Village FV, Ltd
Village Hillcrest Partners LP
VNO Wayne Towne Center LLC
W Gl Ocean Avenue LB Holdings VII LLC
W/GL Ocean Avenue LB Holdings VII LLC
Watumull Properties Corp.
WCSC, LLC
Weatherby Realty Inc.
Weingarten Nostat Inc.
Weingarten Realty Investors
West Hollywood Development Co, LLC
West Valley Owner LLC
West Valley Owner, LLC
Westfield, LLC
WESTLAKE DMD LLC
Westmar I DFW LLC
Westmar II LP
Whittwood 1768 Inc.
Whittwood 1768, Inc.
Willowbrook LLC
Wilmington Victorville LLC
WKF, INC.
WMC Fund LLC
WMC Fund, LLC

Woodbridge Avenel, LLC
Woodmore Town Centre LLC
Woodmore Towne Centre LLC
WPC Holdco LLC
WRI Southern Industrial Pool, LLC
WRI West Gate South LP
Ygnacio Center Owner LLC
Ygnacio Center Owner, LLC
YIP Holdings Two LLC
YNS Enterprise No. 1, LLC
Zelprop 24 LLC

**<u>Litigation Counterparties/Litigation Pending Lawsuits</u>**
Richard Conn vs. 24HR
CLRA Demand Letter on behalf of Dick Ling and Class (Kazerouni Law Firm)
Alana Allen, Sharlene Ligons v. 24HR
Stewart Jones
Matt Wilson v. 24 Hour Fitness
Andre Williams
Brenda Labib vs. 24HR
Heney Shihad vs. 24 HR
Christina McPherson v. 24HR
Reginald Boatwright and 2 minors
Andrew Alexander Andrade
Milas Clark
Julienne Sialeu vs. 24HR
Vincent Gravina v. 24HR
Cesar Rowe
Won Wilson, Inc.
Jack Kang
Amber Trujillo
Andres Diaz
Andrew David
Angelina Clary
Anna Ochoa
Asim Grebo
Barbara Dias
Brenda Orleski
Carlos Paterina
Charlie Hampton
Chris Razo
Christina Biondo
David Drachand
Dedrick Brooks
Florian v. Kellerymeyer Building Services
Frank Lucatuorto

German Garcia
Guitierrez v. Kimberley's Cleaning Service
Jarrett Tooley
Jasmine Pendelton
Jay Richie
Jessica Daniel
Joseph Nobile
Joshua Diaz
Julius Domingo
Justin Ghadery
Justin Vorise
Jyima Ofori-Atta
Katrina Hawry
Kenon Eikerenkoetter
Kimberly Burton
Leo Arehart
Lloyd Jodah
Maria Pardesi
Maurice French
Michael Trecek
Milas Clark
Paul Edney
Peyton Hopkins
Phoenix Wright
Ricardo Cazares
Roosevelt RobyA59
Sarah Riqueros
Tamara Weiner
Aceituno, Nancy
Aghishian, Marissa
Anderson/Gutierrez
Bailey, Trevor Complaint
Biru, Bersabeh
Buckner, Tristian
Butler, Michael
Carrillo, Joseph
Criner, Tyler
Delacruz, Mark
Diaz, Ernest
Diaz, Natalia
EEOC Nationwide Investigation - Insurance Coverage
Fermin-Rivera, Rosily
Ferrer, Maria Silvana
Fisher, Gregory
Goforth, Jeremy
Hagen, David

Harris Gomez, John
Ibarra, Jose
Jenkins, Russ
Kossow, Mikenna
Long, Eric - Wage Claim
Long, Eric
Malhas, Sam
Medrano, Carlos (DLSE)
Mitchell, Kourtney
Moya, Jonathan
Nationwide EEOC Investigation: Gender
O'Brien, Melissa
Padhiar, Kayla
Richardson, Trinity
Sargent, Joseph
Silva, Larissa
Staples, Ezekiel
Stephenson, Kyle
Taylor Jones, Bailey
Toma, Helen
Verma, Sanjay
White, Joshalyn
Mejia, Estiban
Cocco Robert
Garcia, Julio
Anderson, Avrey
Miller, James
Cooper, John
Garcia, Jocabee
Rivera, Rosa
Martinez, Ana
Hill, Jem
Robinson, Brandon
Malveaux, Troy
Kurti,Arseda
Haddad, Veronika
Tivoli, Andrew
Baize,Michael
Provost, Trey
Furie, Sarah
Harrison, Alrad
Monteza, Herminia
Johnson, Jerrick
Salas, Luis
Smack, Sheryl
Ghanem, Yolla

Steppan, Silvia
Blacher, Jessica
Jobity, Antonio
Ward, Sheliah
Avetisyan Takush
Lara, Monica
Feinblatt-Grushka Susan
Galvez, Herminia
Fulin, Bruce
Ilco, George
Galicia, Martha
Cantena, Karen
Smith, Robert
Guerra, Albert
Hergert, Mathew
Allford, Michael
Fleming, Carla
Alan, Roger
Crump, Givon
Vialpando, Marissa
Bravo, Victoria
Sauls, Harold
Mueller, Diane
Collins, Ashley
De Arboleda, Margarita
Hill-Johnson, Mariette
Lara De Salazar,Angelita
Chinh, Maureen
Black Ii, Kenneth
Tesfai, Nigisti
Kieffer, Stephen
Mccoy, William
Sangsick, Kyeong
Diaz, Lomberto
Golden, Richard
Gernshteyn, Serge
Thomas, Warren
Salvador, Bernadette
Aguinaga, Daniel
Villegas, Jayden
Hernandez, Darrick
Sezavarmanesh, Mohammad
Waluyo, Kornelius
Andrango, Gladys
Atkins, Stephanie
Ayaz, Paulina

Fernandez, Rosa
Hertz
Nunez, Johnny
Pensado, Guadalupe

**Members and Counsel of Any Ad Hoc Committee**
N/A

**Non-Debtors Professionals**
Arnold & Porter Kaye Scholer LLP
Covington & Burling LLP
Ducera Partners
Latham & Watkins LLP
Milbank LLP
O'Melveny & Myers LLP
PJT Partners LP
Richards, Layton & Finger, PA

**Ordinary Course Professionals**
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
Accessible Systems, Inc.
Akin Gump Strauss Hauer & Feld LLP
Anderson Kill and Olick P C
Barger Law Group, PC
Brown Sims
Colbalt LLP
Colliers International
Cremer, Spina, Shaughnessy, Jansen + Siegert, LLC
Daijogo & Pederson, LLP
Declaration Services, Inc.
Dietze and Davis, P.C.
DLA Piper LLP
Ernst & Young
Foley & Lardner LLC
Ford Richardson, PC
Fox Rothschild LLP
Fried Frank Harris
Goldberg Segalla
Greenberg Traurig LLP
Greenup, Hartston & Rosenfeld LLP
Hinshaw & Culbertson LLP
Horvitz & Levy LLP
Hudson & Calleja, LLC
Jeffer Mangels Butler & Mitchell LLP
Jeffrey Samel & Partners
Kalbaugh, Pfund & Messersmith, P.C.

Kelley Drye & Warren LLP
Kennedy & Couvillier
Kennedys CMK LLP
Kirkland & Ellis LLP
Latham & Watkins LLP
Laughlin, Falbo, Levy & Moresi LLP
Lewis Brisbois
Littler Mendelson, P.C.
Lopez & Morales P.A.
Marshall And Stevens
Mckinsey & Company Inc. United States
Morgan Lewis & Bockius LLP
Morrison & Foerster LLP
Morse, Giesler, Calister & Karlin LLP
Navigant Consulting Inc.
Pillsbury Winthrop Shaw Pittman LLP
PricewaterhouseCoopers LLP
Prindle, Goetz, Barnes & Reinholtz LLP
Property Tax Solutions
Reed Smith
Ritsema & Lyon, P.C. Attorneys at Law
Ryan LLC
Samuelsen, Gonzalez, Valenzuela & Brown
Seyfarth & Shaw
Seyfarth Shaw
Shook, Hardy & Bacon
Stewart Greenblatt, Manning & Baez
Tax Advisors Group
Thorndal Armstrong Delk Balkenbush & Eisnger
Venable LLP
Wendel Rosen Black & Dean
Wendel Rosen LLP

**Other Secured Parties**
ACE American Insurance Company
Adyen
Arrowood Indemnity Company
Constellation NewEnergy, Inc.
Liberty Mutual Insurance Company
Southern California Electric
Starr Indemnity and Liability Company
Wells Fargo Bank, N.A.

**Partnerships**
N/A

**Regulatory and Government**
Consumer Protection Division
Food and Drug Administration (FDA)
Internal Revenue Service (the)
International Health, Racquet & Sportsclub Association (IHRSA)
Securities and Exchange Commission (the)
The Federal Trade Commission (FTC)
United States Attorney's Office for the District Delaware (the)

**State Consumer Protection Authorities**
State of Alabama Consumer Protection Division
State of Arizona Consumer Information and Complaints
State of Arkansas Consumer Protection Division
State of California Consumer Information Division
State of Colorado Consumer Protection Section
State of Connecticut Consumer Protection Division
State of Delaware Consumer Protection Division
District of Columbia Consumer Protection Division
State of Florida Consumer Protection Division
State of Georgia Consumer Protection Division
State of Hawaii Consumer Protection Division
State of Idaho Consumer Protection Division
State of Illinois Consumer Fraud Bureau
State of Indiana Consumer Protection Division
State of Iowa Consumer Protection Division
State of Kansas Consumer Protection Division
State of Kentucky Consumer Protection Division
State of Louisiana Consumer Protection Section
State of Maine Consumer Protection Division
State of Maryland Consumer Protection Division
Commonwealth of Massachusetts Consumer Protection Division
State of Michigan Consumer Protection Division
State of Minnesota Consumer Services Division
State of Mississippi Consumer Protection Unit
State of Missouri Consumer Protection Unit
State of Nebraska Consumer Protection Division
State of Nevada Consumer Protection Division
State of New Hampshire Consumer Protection and Antitrust Bureau
State of New Jersey Consumer Affairs Division
State of New Mexico Consumer Protection Division
State of New York Consumer Protection Division
State of North Carolina Consumer Protection Division
State of Ohio Consumer Protection Section
State of Oklahoma Consumer Protection Division
State of Oregon Financial Fraud/Consumer Protection Section
State of Pennsylvania Bureau of Consumer Protection
State of Rhode Island Consumer Protection Division

State of South Carolina Consumer Protection Division
State of Tennessee Consumer Affairs Division
State of Texas Consumer Protection Division
State of Utah Consumer Protection Division
State of Vermont Consumer Protection Division
State of Virginia Consumer Protection Section
State of Washington Consumer Protection Division
State of Wisconsin Consumer Protection Division

**Secured Creditors**
See Lenders

**Significant Competitors**
9Round
Anytime Fitness
Chelsea Piers
Chuze
ClubCorp.
Crunch
Curves International, Inc.
Equinox Holdings
EXOS
Gold's Gym
IdealShape
L.A. Fitness, Inc.
Life Time Fitness, Inc.
Orangetheory Fitness
Planet Fitness
Power World Gyms
Snap Fitness,
The Bay Club Co.
Town Sports International Holdings, Inc.
UFC Gym
Vasa
XSport Fitness (Capital Fitness)

**Significant Customers**
Aldine ISD
Alert Communications
AlliedUniversal Security Services @ Facebook
Aloha Petroleum, Ltd.
Amerant Bank
Animal Emergency Hospital of Mansfield
Anomali
Anschutz Entertainment Group
Aperia Solutions

Appian Corporation
Aquila, Ltd.
Ariat International
Arrowhead Products Company
Attabotics (US) Corp
AutoAlert, LLC
Bay Federal Credit Union
BFIT PT License
Business Solutions, LLC
BuzzFeed
CA Thoroughbred Horsemen's Foundation
Canadian Solar (Recurrent Energy)
Cardenas Markets Inc.
CIT Aerospace LLC
City of Florida City
City of Homestead
Cleveland Clinic
Club Com (Zoom)
Coast Guard Cutter Narwhal (Corona Del Mar, CA)
Colorado Premier Basketball
Community Health Group
Compeat
Cornerstar Healthcare Plaza, LLC
Costco
Cricut
Crisp Imaging
Cyanco
Deacon Development LLC
Dignity Health St. Mary Medical Center
ecoATM LLC
EHE Health
Elliott Group
Essence Global - Seattle
Express Contractors
Fastaff Travel Nurses
Finance Factors Ltd.
Fitch Ratings
Fremont Bank
FrontPoint Security
Gavin de Becker & Associates
G-Can of Oregon LLC
GenMark Automation
Genmega
Golden Adult Day Care
Healthy Life Recovery
Heavy Motions

Holland Residential - The Rodney
Horizon Management Co.
IMT Residential
InsideSource
Instructure
IntelePeer/Advantone
Interceramic
iRobot
Jackson Walker LLP
Kane Russell Coleman & Logan PC
Kitty Hawk Corporation
Knowles Electronics, LLC
Legacy Community Health
Lehigh Heidelberg Cement Group
L'Oreal
Loyal Source Government Services
MAC Container Line
Malibu Hills Treatment
Mathis Brothers (Ontario)
McLane Company
Mellanox Technologies
Mike Counsil Plumbing
Milender White
Monarch Beach Resort
Monarch Landscape Companies
Mosaic
Motive Energy, Inc.
Motor Vehicle Software
Natural Alternatives International, Inc.
NextGen Healthcare
Northwest Enforcement
NOVO Construction, Inc.
Pacific Coast Trane Service
Pacific Medical
Peaceful Adult Day Care Center
Pecan Deluxe Candy Company
Platinum Equity, LLC
PPG Bothell
Prime Healthcare Services
PROS, Inc.
Puyallup Tribe
QualiTest Group
Rackspace
Ravenswood Solutions
Renewable Funding LLC - Roseville
Robinhood Properties

Sac Housing & Redevelopment Agency
SafeSplash
San Diego Housing Commission
San Francisco Fire Credit Union
Santa Teresita
Secret Sauce F&B
Sequoia Equities
Sheehy Lexus
Sonar, Inc.
South Farmingdale FD
Southern California Indian Center, Inc.
Straus Family Creamery
Sunset Stone
TechStyle Fashion Group
TeleSign Corporation
The Alliance Group Enterprise, Inc.
The M Factor Creative
The Veggie Grill
Top Prospects Basketball Academy
TP-LINK
TP-LINK Research America Corporation
TrafFix Devices Inc.
TransAm Trucking, Inc.
Trifecta
Turner Designs, Inc.
TWIC Inc.
Valley Community Healthcare
Vera
Vicky Vending Machine
Vubiquity, Inc.
Wavestream
Wellness by Wishlist, Inc./ThrivePass
WePay Inc.
WHITE64
Wire Co World Group
Wisk Aero LLC
Yapstone

**Significant Shareholders**
2411967 Ontario Limited
AEA Investors LP [AEA Investors Fund V LP, AEA Investors Fund V-A LP, AEA Investors
Fund V-B LP, AEA Investors Fund V QP Participant Fund LP, AEA Investors Fund V
Participant Fund LP]
Bain & Company, Inc.
Connecticut General Life Insurance Company
Fitness Capital Partners LP

Fitness Capital Partners GP LLC
Hartford Investment Management Company
Squam Lake Investors
Ontario Teachers' Pension Plan

**Taxing Authorities**

| | |
|---|---|
| ADAMS COUNTY TREASURER | Colorado |
| ALAMEDA COUNTY TAX COLLECTOR | California |
| ANNE ARUNDEL COUNTY | Maryland |
| ARAPAHOE COUNTY TREASURER | Colorado |
| ARIZONA DEPARTMENT OF  REVENUE | Arizona |
| AUSTIN POLICE DEPARTMENT | Texas |
| AUSTIN-TRAVIS COUNTY HEALTH | Texas |
| BEDFORD FIRE DEPARTMENT | Texas |
| BEDFORD POLICE DEPARTMENT | Texas |
| BOULDER COUNTY TREASURER | Colorado |
| BRAZORIA COUNTY TAX ASSESSOR-COLLECTOR | Texas |
| BRICK TOWNSHIP | New Jersey |
| BROWARD COUNTY BOARD OF COMMISSIONERS | Florida |
| BROWARD COUNTY REVENUE COLLECTION | Florida |
| CALIFORNIA FRANCHISE TAX BOARD | California |
| CITY & COUNTY OF DENVER | Colorado |
| CITY AND COUNTY OF DENVER ALARMS | Colorado |
| CITY AND COUNTY OF HONOLULU | Hawaii |
| CITY OF  PETALUMA | California |
| CITY OF ALLEN | Texas |
| CITY OF ALLEN ALARM PROGRAM | Texas |
| CITY OF ANAHEIM | California |
| CITY OF ANTIOCH | California |
| CITY OF APOPKA | Florida |
| CITY OF ARCADIA | California |
| CITY OF ARLINGTON | Texas |
| CITY OF ARVADA | Colorado |
| CITY OF AUBURN | Washington |
| CITY OF AURORA | Colorado |
| CITY OF BAYTOWN | Texas |
| CITY OF BEAVERTON | Oregon |
| CITY OF BELLEVUE | Washington |
| CITY OF BERKELEY | California |
| CITY OF BOTHELL | Washington |
| CITY OF BOULDER | Colorado |

| | |
|---|---|
| CITY OF BOYNTON BEACH | Florida |
| CITY OF BREA | California |
| CITY OF BURBANK | California |
| CITY OF CAMARILLO | California |
| CITY OF CARLSBAD | California |
| CITY OF CARSON | California |
| CITY OF CEDAR HILL | Texas |
| CITY OF CENTENNIAL | Colorado |
| CITY OF CERRITOS | California |
| CITY OF CHINO HILLS | California |
| CITY OF CHULA VISTA | California |
| CITY OF CITRUS HEIGHTS | California |
| CITY OF COLORADO SPRINGS | Colorado |
| CITY OF COMPTON | California |
| CITY OF CONCORD | California |
| CITY OF CORONA | California |
| CITY OF COSTA  MESA | California |
| CITY OF CYPRESS | California |
| CITY OF DALLAS | Texas |
| CITY OF DALY CITY | California |
| CITY OF DOWNEY | California |
| CITY OF EL CAJON, CA | California |
| CITY OF EL CERRITO | California |
| CITY OF ELK GROVE | California |
| CITY OF ENCINITAS | California |
| CITY OF ENGLEWOOD | Colorado |
| CITY OF ESCONDIDO | California |
| CITY OF EVERETT | Washington |
| CITY OF FAIRFIELD | California |
| CITY OF FALLS CHURCH | Virginia |
| CITY OF FOLSOM | California |
| CITY OF FONTANA - BUSINESS LICENSE | California |
| CITY OF FORT COLLINS | Colorado |
| CITY OF FORT WORTH | Texas |
| CITY OF FOUNTAIN VALLEY | California |
| CITY OF FREMONT | California |
| CITY OF FREMONT POLICE DEPARTMENT | California |
| CITY OF FRIENDSWOOD | Texas |
| CITY OF FRISCO | Texas |
| CITY OF FULLERTON | California |
| CITY OF GARDEN GROVE | California |
| CITY OF GLADSTONE | Oregon |
| CITY OF GLENARDEN | Maryland |
| CITY OF GLENDORA | California |

| | |
|---|---|
| CITY OF GRAND PRAIRIE | Texas |
| CITY OF GREENACRES | Florida |
| CITY OF GRESHAM OREGON | Oregon |
| CITY OF HAPPY VALLEY | Oregon |
| CITY OF HAWTHORNE | California |
| CITY OF HAYWARD | California |
| CITY OF HENDERSON | Nevada |
| CITY OF HERMOSA BEACH | California |
| CITY OF HILLSBORO | Oregon |
| CITY OF HOMESTEAD | Florida |
| CITY OF HOUSTON | Texas |
| CITY OF HOUSTON FIRE DEPARTMENT | Texas |
| CITY OF HOUSTON POLICE DEPARTMENT | Texas |
| CITY OF HUNTINGTON BEACH | California |
| CITY OF INDIO | California |
| CITY OF IRVINE | California |
| CITY OF IRVING | Texas |
| CITY OF ISSAQUAH | Washington |
| CITY OF JACINTO CITY | Texas |
| CITY OF KENT | Washington |
| CITY OF LA MIRADA | California |
| CITY OF LAFAYETTE | Colorado |
| CITY OF LAKE MARY | Florida |
| CITY OF LAKEWOOD | California |
| CITY OF LANCASTER | California |
| CITY OF LARKSPUR | California |
| CITY OF LAS VEGAS | Nevada |
| CITY OF LEWISVILLE | Texas |
| CITY OF LITTLETON | Colorado |
| CITY OF LIVERMORE | California |
| CITY OF LONG  BEACH | California |
| CITY OF LONG BEACH | California |
| CITY OF LOS ANGELES | California |
| CITY OF MANHATTAN BEACH | California |
| CITY OF MANTECA | California |
| CITY OF MCKINNEY | Texas |
| CITY OF MESQUITE | Texas |
| CITY OF MIAMI | Florida |
| CITY OF MILLBRAE | California |
| CITY OF MILPITAS | California |
| CITY OF MIRAMAR | Florida |
| CITY OF MONROVIA | California |
| CITY OF MONTCLAIR | California |
| CITY OF MONTEREY PARK | California |

| | |
|---|---|
| CITY OF MORENO VALLEY | California |
| CITY OF MORGAN HILL | California |
| CITY OF MOUNTAIN VIEW | California |
| CITY OF MURPHY | Texas |
| CITY OF MURRIETA | California |
| CITY OF NEWARK | California |
| CITY OF NORTH LAS VEGAS | Nevada |
| CITY OF NORTH RICHLAND HILLS | Texas |
| CITY OF OAKLAND | California |
| CITY OF OCEANSIDE | California |
| CITY OF OLYMPIA | Washington |
| CITY OF ONTARIO | California |
| CITY OF ORANGE | California |
| CITY OF ORLANDO | Florida |
| CITY OF OXNARD | California |
| CITY OF PACIFICA | California |
| CITY OF PALMDALE | California |
| CITY OF PASADENA | California |
| CITY OF PEMBROKE PINES | Florida |
| CITY OF PETALUMA | California |
| CITY OF PFLUGERVILLE | Texas |
| CITY OF PLANO | Texas |
| CITY OF PLANTATION | Florida |
| CITY OF PORTLAND | Oregon |
| CITY OF RANCHO CORDOVA | California |
| CITY OF REDLANDS | California |
| CITY OF REDWOOD CITY | California |
| CITY OF RENO | Nevada |
| CITY OF RENTON | Washington |
| CITY OF RIALTO | California |
| CITY OF RICHARDSON HEALTH DIST. | Texas |
| CITY OF RICHMOND | California |
| CITY OF RIVERSIDE BLDG & SAFETY | California |
| CITY OF ROCKWALL ALARM PROGRAM | Texas |
| CITY OF ROHNERT PARK | California |
| CITY OF SACRAMENTO | California |
| CITY OF SAN BERNARDINO | California |
| CITY OF SAN CARLOS | California |
| CITY OF SAN CLEMENTE | California |
| CITY OF SAN DIEGO | California |
| CITY OF SAN JOSE | California |
| CITY OF SAN JOSE TREASURER | California |
| CITY OF SAN LEANDRO | California |
| CITY OF SAN MARCOS | California |

| | |
|---|---|
| CITY OF SAN MATEO | California |
| CITY OF SAN RAMON | California |
| CITY OF SANTA ANA | California |
| CITY OF SANTA BARBARA | California |
| CITY OF SANTA CRUZ | California |
| CITY OF SANTA FE SPRINGS | California |
| CITY OF SANTA MONICA | California |
| CITY OF SANTA ROSA | California |
| CITY OF SANTEE | California |
| CITY OF SEATTLE | Washington |
| CITY OF SHORELINE | Washington |
| CITY OF SIMI VALLEY | California |
| CITY OF STOCKTON | California |
| CITY OF STOCKTON -  FINAR | California |
| CITY OF SUNNYVALE | California |
| CITY OF SUNRISE | Florida |
| CITY OF TACOMA WASHINGTON | Washington |
| CITY OF TAMARAC | Florida |
| CITY OF TAYLORSVILLE | Utah |
| CITY OF TEMECULA | California |
| CITY OF THORNTON | Colorado |
| CITY OF THOUSAND OAKS | California |
| CITY OF TIGARD | Oregon |
| CITY OF TORRANCE | California |
| CITY OF TUALATIN, OR | Oregon |
| CITY OF UPLAND | California |
| CITY OF VALLEJO | California |
| CITY OF VANCOUVER | Washington |
| CITY OF VENTURA | California |
| CITY OF VISTA | California |
| CITY OF WALNUT | California |
| CITY OF WEST HOLLYWOOD | California |
| CITY OF WESTMINSTER | California |
| CITY OF WHITTIER | California |
| CITY OF YONKERS | New York |
| CITY OF YORBA LINDA | California |
| CITY OFVICTORVILLE | California |
| CITY TREASURER | California |
| CLACKAMAS COUNTY | Oregon |
| CLACKAMAS COUNTY SHERIFF | Oregon |
| CLACKAMAS COUNTY TAX COLLECTOR | Oregon |
| CLARK COUNTY DEPT. OF BUSINESS LICENSE | Nevada |
| CLARK COUNTY HEALTH DEPT. | Washington |

| | |
|---|---|
| CLARK COUNTY TREASURER | Nevada |
| CLEAR LAKE CITY W.A. | Texas |
| COLORADO BOILER INSPECTION BRANCH | Colorado |
| COMMONWEALTH OF VIRGINIA | Virginia |
| COMPTROLLER OF MARYLAND | Maryland |
| CONTRA COSTA COUNTY | California |
| CONTRA COSTA COUNTY FIRE DISTRICT | California |
| CONTRA COSTA COUNTY TAX COLLECTOR | |
| COUNTY OF ALAMEDA | California |
| COUNTY OF LOS ANGELES | California |
| COUNTY OF RIVERSIDE | California |
| COUNTY OF SACRAMENTO | California |
| COUNTY OF SAN BERNARDINO | California |
| COUNTY OF SAN DIEGO | California |
| COUNTY OF SANTA BARBARA | California |
| COUNTY OF SANTA CRUZ | California |
| COUNTY OF SONOMA | California |
| COUNTY OF VENTURA | California |
| COUNTY ROAD PROPERTIES | California |
| DALLAS COUNTY TAX COLLECTOR | Texas |
| DENTON COUNTY | Texas |
| DENVER FIRE DEPARTMENT | Colorado |
| DEPARTMENT OF HEALTH | New Jersey |
| DEPARTMENT OF PUBLIC HEALTH | California |
| DEPT. OF CONSUMER & BUSINESS SERVICES | Oregon |
| DEPT. OF LABOR & INDUSTRIAL RELATIONS | Hawaii |
| DOUGLAS COUNTY TREASURER | Colorado |
| EL PASO COUNTY | Colorado |
| EL PASO COUNTY TREASURER | Colorado |
| FAIRFAX COUNTY | Virginia |
| FINANCE DEPARTMENT - SEATTLE | Washington |
| FLORIDA DEPARTMENT OF HEALTH | Florida |
| FLORIDA DEPT OF AGRICULTURE AND CONSUMER | Florida |
| FORT BEND COUNTY MUD # 161 | Texas |
| FORT BEND COUNTY MUD # 167 | Texas |
| FORT BEND COUNTY TAX ASSESSOR | Texas |
| GALVESTON CO TAX COLLECTOR | Texas |
| GALVESTON COUNTY HEALTH DISTRICT | Texas |
| HARRIS COUNTY ALARM DETAIL | Texas |
| HARRIS COUNTY MUD #132 | Texas |
| HARRIS COUNTY MUD #186 | Texas |
| HARRIS COUNTY MUD #275 TAX | Texas |
| HARRIS COUNTY TAX ASSESSOR-COLLECTOR | Texas |

| | |
|---|---|
| HARRIS COUNTY TREASURER | Texas |
| HARRIS COUNTY WCID #145 | Texas |
| HAWAII STATE TAX COLLECTOR | Hawaii |
| HOUSTON DEPT. OF HEALTH & HUMAN SERVICES | Texas |
| JEFFERSON COUNTY TREASURER | Colorado |
| JERSEY CITY | New Jersey |
| KANSAS SECRETARY OF STATE | Kansas |
| KERN COUNTY | California |
| KERN, COUNTY OF | California |
| KIMZAY OF FLORIDA INC | Florida |
| KING COUNTY TREASURY | Washington |
| L.A. COUNTY AGRIC. | California |
| L.A. COUNTY TREASURER | California |
| LARIMER COUNTY TREASURER | Colorado |
| LOS ANGELES COUNTY FIRE DEPARTMENT | California |
| LOS ANGELES COUNTY TAX COLLECTOR | California |
| MARIN COUNTY TAX COLLECTOR | California |
| MARION COUNTY | Oregon |
| MARION COUNTY SHERIFF'S OFFICE | Oregon |
| MARION COUNTY TAX COLLECTOR | Oregon |
| MARYLAND SECRETARY OF STATE | Maryland |
| MIAMI DADE COUNTY | Florida |
| MONTGOMERY CO. TAX COLLECTOR | Texas |
| MONTGOMERY COUNTY ALARM DETAIL | Texas |
| MONTGOMERY COUNTY MUD #60 | Texas |
| MORAGA ORINDA FIRE DISTRICT | California |
| MULTNOMAH COUNTY | Oregon |
| MULTNOMAH COUNTY TAX COLLECTOR | Oregon |
| MURRAY CITY | Utah |
| N.W. HARRIS COUNTY MUD #21 | Texas |
| NASSAU COUNTY DEPARTMENT OF HEALTH | New York |
| NASSAU COUNTY TREASURER | New York |
| NEVADA DEPARTMENT OF TAXATION | Nevada |
| NEVADA STATE FIRE MARSHAL | Nevada |
| NEW YORK CITY DEPARTMENT OF HEALTH AND | New York |
| NEW YORK STATE | New York |
| NEW YORK STATE SALES TAX | New York |
| NORTH COUNTY FAIR LP | California |
| NYC DEPARTMENT OF FINANCE | New York |
| NYC DEPT . OF BUILDING | New York |
| NYC FIRE DEPARTMENT | New York |
| NYS DEPARTMENT OF LAW | New York |
| OFFICE OF THE SECRETARY OF STATE | |

| | |
|---|---|
| ORANGE COUNTY FIRE AUTHORITY | California |
| ORANGE COUNTY TAX COLLECTOR | California |
| ORANGE COUNTY TREASURER | California |
| ORANGE COUNTY, HEALTH CARE AGENCY | California |
| OREGON DEPARTMENT OF JUSTICE | Oregon |
| OREGON DEPT. OF REVENUE | Oregon |
| OSCEOLA COUNTY TAX COLLECTOR | Florida |
| PALM BEACH COUNTY | Florida |
| PALM BEACH COUNTY HEALTH DEPARTMENT | Florida |
| PALM BEACH COUNTY TAX COLLECTOR | Florida |
| PASADENA INDEPENDENT SCHOOL DISTRICT | Texas |
| PIERCE COUNTY  BUDGET & FINANCE | Washington |
| PISCATAWAY TOWNSHIP | New Jersey |
| PLACER COUNTY ENVIRONMENTAL HEALTH | California |
| PLACER COUNTY TAX COLLECTOR | California |
| POUDRE FIRE AUTHORITY | Colorado |
| PRINCE GEORGES COUNTY | Maryland |
| PRP COMMERCIAL REAL STATE SERVICES INC | California |
| RENTON REGIONAL FIRE AUTHORITY | Washington |
| RIVERSIDE COUNTY TREASURER | California |
| ROCKLAND COUNTY DEPARTMENT OF HEALTH | New York |
| ROCKWALL CENTRAL APPRAISAL DISTRICT | Texas |
| ROSEVILLE FIRE DEPARTMENT | California |
| SACRAMENTO COUNTY TAX COLLECTOR | California |
| SALT LAKE CITY CORPORATION | Utah |
| SALT LAKE COUNTY ASSESSOR | Utah |
| SALT LAKE COUNTY TREASURER | Utah |
| SALT LAKE VALLEY HEALTH DEPT | Utah |
| SAN BERNARDINO COUNTY | California |
| SAN DIEGO COUNTY | California |
| SAN FRANCISCO DEPT OF PUBLIC HEALTH | California |
| SAN FRANCISCO TAX COLLECTOR | California |
| SAN JOAQUIN COUNTY PUBLIC HEALTH | California |
| SAN JOAQUIN COUNTY TAX COLLECTOR | California |
| SAN MATEO COUNTY ENVIRONMENTAL | California |
| SAN MATEO COUNTY TAX COLLECTOR | California |
| SAN MIGUEL FIRE PROTECTION DISTRICT | California |
| SANTA BARBARA COUNTY TAX COLLECTOR | California |
| SANTA CLARA COUNTY | California |
| SANTA CRUZ COUNTY TAX COLLECTOR | California |
| SEATTLE-KING COUNTY | Washington |

| | |
|---|---|
| SECRETARY OF STATE - SACRAMENTO | California |
| SECRETARY OF STATE - TEXAS | Texas |
| SEMINOLE COUNTY TAX COLLECTOR | Florida |
| SNOHOMISH COUNTY TREASURER | Washington |
| SNOHOMISH HEALTH DISTRICT | Washington |
| SOLANO COUNTY | California |
| SONOMA COUNTY | California |
| SOUTHERN NEVADA HEALTH DISTRICT | Nevada |
| SOUTHLAKE DEPARTMENT OF PUBLIC SAFETY | Texas |
| STATE BOARD OF EQUALIZATION | California |
| STATE OF DELAWARE DEPARTMENT OF STATE | Delaware |
| STATE OF FLORIDA DEPT. OF HEALTH | Florida |
| STATE OF FLORIDA, DEPARTMENT OF HEALTH | Florida |
| STATE OF HAWAII SANITATION BRANCH | Hawaii |
| STATE OF MARYLAND | Maryland |
| STATE OF NEVADA | Nevada |
| STATE OF NEW JERSEY | New Jersey |
| STATE OF UTAH | Utah |
| STATE OF WASHINGTON | Washington |
| SUGAR LAND CITY HALL | Texas |
| TACOMA - PIERCE COUNTY | Washington |
| TARRANT COUNTY HEALTH DEPARTMENT | Texas |
| TARRANT COUNTY TAX COLLECTOR | Texas |
| TAX ASSESSOR-COLLECTOR, COLLIN COUNTY | Texas |
| TAX COLLECTOR - ALAMEDA COUNTY | California |
| TEXAS DEPARTMENT OF LICENSING | Texas |
| TEXAS STATE CONTROLLER OF PUBLIC ACCTS. | Texas |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas |
| THE CITY OF BUENA PARK | California |
| THE CITY OF HAWAIIAN GARDENS | California |
| THURSTON COUNTY PUBLIC HEALTH & | Washington |
| THURSTON COUNTY TREASURER | Washington |
| TOWN OF ADDISON | Texas |
| TOWN OF ADDISON ENVIROMENTAL SERVICES | Texas |
| TOWN OF APPLE VALLEY | California |
| TOWN OF CASTLE ROCK | Colorado |
| TOWN OF CLARKSTOWN | New York |
| TOWN OF HEMPSTEAD | New York |
| TOWN OF LITTLE ELM | Texas |

| | |
|---|---|
| TOWN OF PARKER | Colorado |
| TOWNSHIP OF CLARK | New Jersey |
| TOWNSHIP OF HANOVER | New Jersey |
| TOWNSHIP OF SADDLE BROOK | New Jersey |
| TRAVIS COUNTY TAX COLLECTOR | Texas |
| TREASURER OF VIRGINIA | Virginia |
| TREASURER, CITY & COUNTY OF DENVER | Colorado |
| TRI-COUNTY HEALTH DEPARTMENT | Colorado |
| UNITED FIRE AUTHORITY | Utah |
| UNITED STATES TREASURY | |
| VENTURA COUNTY | California |
| VIRGINIA DEPT OF TAXATION | Virginia |
| WA STATE DEPT OF LABOR & INDUSTRIES | Washington |
| WASHINGTON COUNTY | Oregon |
| WASHINGTON COUNTY HEALTH | Oregon |
| WASHINGTON STATE DEPT OF REVENUE | Washington |
| WASHOE COUNTY HEALTH DEPARTMENT | Nevada |
| WASHOE COUNTY TREASURER | Nevada |
| WAYNE TOWNSHIP HEALTH DEPARTMENT | New Jersey |
| WEST COVINA FIRE DEPARTMENT | California |
| WESTCHESTER COUNTY HEALTH DEPARTMENT | New York |
| WILLIAMSON COUNTY TAX COLLECTOR | Texas |
| WOODBRIDGE TOWNSHIP | New Jersey |
| Allen ISD | Texas |
| Arlington ISD | Texas |
| City of Frisco | Texas |
| Crowley ISD | Texas |
| Dallas County | Texas |
| Frisco ISD | Texas |
| Grapevine-Colleyville ISD | Texas |
| Richardson ISD | Texas |
| Rockwall CAD | Texas |
| Tarrant County | Texas |
| Spring Branch Independent School District | Texas |

**<u>State Taxing Authorities</u>**
Alabama Department of Revenue
Arizona Department of Revenue
Arkansas Department of Finance and Administration
California State Board of Equalization
Colorado Department of Revenue
Connecticut Department of Revenue Services

Delaware Division of Revenue
District of Columbia Consumer Protection Division
Florida Department of Revenue
Georgia Department of Revenue
Hawaii Department of Taxation
Idaho State Taxation Commission
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue and Finance
Kansas Department of Revenue
Kentucky Department of Revenue
Louisiana Department of Revenue
Maine Revenue Services
Maryland State Comptroller
Massachusetts Department of Revenue
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Nebraska Department of Revenue
Nevada Tax Commission
New Hampshire Department of Revenue Administration Unit
New Jersey Division of Taxation
New Mexico Taxation and Revenue Department
New York Department of Taxation & Finance
North Carolina Department of Revenue
Ohio Department of Taxation
Oklahoma Tax Commission
Oregon Department of Revenue
Pennsylvania Department of Revenue
Rhode Island Department of Revenue
South Carolina Internal Revenue Service
Tennessee Revenue Services
Texas Comptroller Office
Utah State Tax Commission
Vermont Department of Taxes
Virginia Department of Taxation
Washington Department of Revenue
Wisconsin Department of Revenue

**Top 30 Unsecured Creditors**
1680 Kapiolani LLC
225 5th Avenue NY LLC
600 Broadway Partners LLC
Annapolis Towne Center at Parole LLC c/o PGIM Real Estate
AT Kearney Inc.

Axiom Construction Company LLC
BP-CGcenter I LLC
BRE DDR BR Cornerstar Co LLC
Cal Select Builders, Inc.
Club Resource Group Inc.
Colorado Pool Systems
Core Health & Fitness LLC
Costco Wholesale
Cumming Construction Company Inc.
DGC Capital Contracting
Epsilon Agency LLC
Facebook Inc.
Heights Plaza LLC c/o Levin Management Corporation
Hoist Fitness Systems
Kellermeyer Bergensons Services
Keono
Lakeshore Land Lessee Pt LLC
Levin Management Corporation
Los Angeles County Tax Collector
Microsoft Corporation
Muscle Foods USA
Oregon Metro LLC
Palomar Fitness Partner LP c/o Pacific Development Partners
PCM Sales Inc.
Piranha Industries
Precor Inc.
Radius Global Solutions LLC
Raymond Construction Inc.
SMA Architects PC
Staples Contract & Commercial LLC
UE Bergen East LLC c/o Urban Edge Properties
Veritas Media Group LLC
VPX Sports
Wells Fargo
Wiedenbach-Brown Co., Inc.

**UCC Lien Search Results**
Employment Development Department, Sacramento, CA
HB Jacinto Investors, LLC
JP Morgan Chase Bank, N.A.
Kilroy Realty 303 LLC
Mettel
Morgan Stanley Senior Funding, Inc.
ROIC California, LLC

**Unions**

N/A

**United States Trustee and Staff for District of Delaware**
Andy Vara
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Schepacarter
Robert Agarwal
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Utility Providers/Utility Brokers**
1800 Got Junk Commercial Services LLC
ACI - San Ramon
ACS Solar LLC
Action Carting
Action Carting - Bronx
Active Disposal Service Inc.
Advanced Disposal
Advanced Disposal - Jacksonville
Advanced Disposal - Melrose Park
Alameda County Water District
All States Buena Park Services
All States Mall Services
Apple Valley Ranchos Water Company
Arlington Utilities
AT&T

AT&T / AWS
AT&T Mobility
AT&T Wi Fi Services
AT&T, Inc.
Athens Services - La Puente
Athens Services, CA
Atmos Energy/78108
Aurora Water
AWS AT&T
Baltimore Gas and Electric
Bay Area Bin Support LLC
Bellevue Pacific LLC
Black Hills Energy
Blackhawk Network Inc.
Bluip Inc.
Board of Water Supply
Boro Wide Recycling
Borowide Recycling
Brask Enterprises Inc.
Bright House Networks
Burbank Water and Power
Burrtec Waste - City of San Bernardino
Burrtec Waste Industries
Burrtec Waste Industries - Riverside / Rialto Area
Cablevision
California Water Service Company
Calmet Services Inc.
Center Point Energy Services Inc.
Centurylink
Centurylink / Level 3
Centurylink Services Group LLC
Charter / Spectrum
Charter Communications
Charterwood Mud
Cingular Wireless
Citizens Utilities Company
City and County of Denver, Co.
City of  Sunnyvale
City of Allen
City of Anaheim
City of Antioch
City of Apopka
City of Arcadia
City of Auburn
City of Austin
City of Bakersfield

City of Baytown
City of Beaverton
City of Beaverton-Beaverton Central Plan
City of Bedford
City of Berkeley
City of Bothell
City of Boulder
City of Boynton Beach
City of Brea
City of Buena Park
City of Camarillo
City of Carlsbad
City of Carrollton
City of Cedar Hill, TX
City of Cerritos
City of Chino Hills
City of Chula Vista
City of Compton
City of Corona
City of Daly City
City of Daly City - Trash
City of Daly City - Water
City of Downey
City of El Cajon, Ca
City of El Cerrito
City of Englewood
City of Escondido
City of Euless
City of Fairview
City of Folsom
City of Fontana
City of Fountain Valley
City of Friendswood
City of Frisco
City of Fullerton
City of Gladstone
City of Glendale
City of Glendale (Denver)
City of Glendora
City of Grand Prairie
City of Greeley
City of Henderson - Utility Services
City of Hillsboro
City of Homestead
City of Houston, Water Department
City of Huntington Beach

City of Industry
City of Irving
City of Jacinto City
City of Katy
City of Keizer
City of Lafayette
City of Lakewood
City of Las Vegas Annual Sewer Service Fees
City of League City
City of Lewisville
City of Livermore
City of Long Beach
City of Los Angeles
City of Lynnwood
City of Mansfield
City of Manteca
City of McKinney
City of Mesquite Utilities
City of Milpitas, CA
City of Miramar, FL
City of Monrovia
City of Montclair
City of Monterey Park Ca
City of Morgan Hill
City of Mountain View
City of Murphy
City of North Las Vegas
City of North Miami Beach
City of North Richland Hills
City of Oceanside
City of Olympia, WA
City of Ontario
City of Orange
City of Oxnard
City of Oxnard - Trash
City of Pasadena - Municipal Services
City of Pasadena, Texas
City of Pearland, TX
City of Pembroke, FL
City of Petaluma
City of Pflugerville
City of Plano
City of Plantation
City of Pleasanton
City of Portland - Water
City of Puyallup

City of Redlands
City of Redmond
City of Redwood City
City of Reno
City of Renton WA
City of Richardson
City of Rocktown
City of Rohnert Park
City of Rosenberg
City of Roseville
City of Round Rock, TX
City of Salem
City of San Bernardino
City of San Clemente
City of San Jose
City of San Juan Capistrano
City of Santa Ana
City of Santa Fe Springs, CA
City of Santa Monica
City of Seattle
City of Simi Valley
City of Southlake, TX
City of Stockton
City of Sugar Land
City of Sunrise
City of Sunrise - Waste
City of Tamarac
City of Thousand Oaks
City of Torrance
City of Tualatin, OR
City of Upland
City of Upland - Burrtec Waste Industries
City of Upland, CA
City of Vancouver
City of Westminster
City of Yonkers
City Treasurer
City Treasurer - Tacoma
City Waste Services of New York Inc.
City Waste Services Of NY
Clark Public Utilities
Clark Township Sewer Utility
Cleanscapes
Clear Lake City Water, TX
Colorado Springs Utilities
Comcast

Comcast Business Communications LLC
Comcast Cable Communications Mgmt. LLC
Comcast Corporation
Comcast 660618
Comcast Corporation
Comed
Community Waste Disposal
Community Waste Disposal Inc.
Compton Municipal Water Dept.
Con Edison
Conservice
Consolidated Communications
Constellation Newenergy Gas Division LLC
Container Rental Co Inc.
Corodata Records Management Inc.
Corporate Services Consultants LLC
Corporate Services Consultants, LLC
Coserv
Cottonwood Improvement District
Cox Business
Cox Communications
CR & R Inc.
CR&R Inc. - Stanton
CRP Sanitation Inc.
Cucamonga County Water Dist.
D M Recycling Co - A Waste Connections Company
D&D Carting Co. Inc.
Dallas Kessler Park Ltd.
Dallas Water Utilities
Denton County Fresh Water Supply
Denver Water
Direct Energy Business
Direct Waste Services / T Farese & Sons
Direct Waste Services Inc.
DirecTv
Directv LLC
Dish
Dominion Virginia Power
Duke Energy
Dumpsters R Us
E.J. Harrison & Sons, Inc.
East Bay Municipal Utility
East Bay Sanitary Co Inc.
East Bay Sanitary Co.
Eastern Municipal Water Dist.
Easylink Services

Edco Disposal Corp.
Edco Disposal Corporation - Lemon Grove
EJ Harrison and Sons Inc.
Elizabethtown Gas
Entergy Gulf States, Inc.
Escondido Disposal Inc.
Fairfax Water
Fairfield Municipal Utilities
Farmers Electric Cooperative, TX
Florida City Gas
Florida Power & Light Co
Florida Public Utilities Co West Palm B
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Department
FPL Energy Services
Frontier
Frontier Communications
Fruitland Mutual Water Co.
Fusion Waste & Recycling
Fusion Waste and Recycling
Gaeta Interior Demo
Gaeta Recycling Company Inc.
Gallegos Sanitation Inc.
Gallegos Sanitation Incorporated - Fort Collins
Garden Grove, City of
GFL Environmental USA - Colorado Springs
Gladstone Disposal Co.
Global Capacity
Great Oaks Water Co.
GTT Communications
Harris Co. M.U.D. #132
Harris County Mud #275
Haulaway Storage Containers Inc.
Hawaiian Electric Co Inc.
Hawaiian Telecom
Hayward Water System
Helix Water District
Highlands Ranch Metro Districts
Homestead Public Services
Hypercore Networks
IGS Energy
Imperial Irrigation District, CA
Indio Water Authority
Industry Public Utility Commission
Integra

Integra Telecom
Interconn
Intermountain Rural Electric Association
International Environmental Mgmt. Inc.
Interstate Waste - Jersey City
Interstate Waste Services of New Jersey
Irvine Ranch Water District
Jersey Central Power & Light
Jet Sanitation Service Corp.
Junk King Franchise Systems
Jurupa Community Services District
Keter Environmental Services Inc.
Kissimmee Utility Authority
KW Fund V Brand LLC
L.A. Municipal Services
Lakewood Water District
Las Vegas Valley
Liberty Ashes Inc.
Little Neck Commons LLC
Livermore Sanitation Inc.
Lockton Companies
Loren's Sanitation & Recycling Inc.
Lorens Sanitation & Recycling Service
Los Angeles County Treasurer
Maui Electric Co. Ltd.
MCI Worldcom
Meridian Metropolitan District, Co.
Mesa Consolidated Water District
Mettel
Mettel Communications Solutions
Miami-Dade Water and Sewer Dept
Milpitas Sanitation
Milpitas Sanitation Inc.
Monta Vista Water District
Moultan Nigel Water
Mountain Side Disposal Inc.
Mud #21
Mud #60
Murray City Utilities, UT
Murreys Disposal Company Inc. - A Waste Connections Company
National Grid
Nevada Power Company
New Jersey American Water
New York American Water
Nexus Disposal
North Coast County Water District

North County Fair LP
North Richland Hills Utility
NW Natural
NYC Water Board
Ocean Ice Palace
One Ring Networks
One Ring Networks Inc.
Opentext Easylink and Xpedite
Orange & Rockland
Orlando Utilities Commission
Orlando Waste Paper Co Inc.
Otay Water District
Oxnard Utility Billing
P.U.D. No. 1 of Snohomish County
Pacific Gas & Electric
Pacific Power
Padre Dam Municipal
Palm Beach County Water Utilities Dept.
Panzarella Waste
Panzarella Waste & Recycling Services
Pepco
PG&E
Pierce County
Pierce County Refuse - A Waste Connections Company
Pierce County Refuse a Waste Connections
Pleasanton Garbage Service
Portland General Electric
Price Disposal and Mountainside Disposal
Pride Disposal Company
PSE&G
PSEG LI
Puget Sound Energy
Questar Gas
Qwest
Qwest (NL)
Rainbow Disposal Co. Inc.
Ramsey Board of Public Works
Recology Butte Colusa Counties
Recology Clean Scapes
Recology Golden Gate
Recology of The Coast
Recology San Mateo County
Recology Sunset Scavenger
Reliant
Reliant Energy - Entex
Republic Service NASSC

Republic Services
Rialto Water Services
Riverside Public Utilities
Ronald Wastewater District
Royal Waste Services Inc.
Rubicon Global LLC
Sacramento Municipal Utility District
Sacramento Suburban Water District
Salt Lake City Corp - Public Utilities
Sammamish Plateau
San Diego Gas & Electric
San Dieguito Water District
San Francisco Water Dept.
San Jose Water Company
Sandwich Isles Communications Inc.
Sandy Suburban Improvement District
Santa Clarita Water Division
Santa Cruz Municipal Utilities
Santa Margarita Water District
Santa Rosa, City of
SDC 7 LLC
Seminole County
Shoreline Water District
Siemens Industry Inc.
Sierra Pacific Power Company
Soos Creek Water & Sewer District
South Farmingdale Water District
South San Francisco Scavenger Co. Inc.
South San Francisco Scavenger Company
Southern California Edison
Southern California Gas Company
Southern California Water
Southern Union Gas
Southwest Gas Corporation
Southwestern Bell
Spectrum Business
Spring Cypress Utility TX
Sprint-National Accounts
SRS - Southeast - Miami
Standard Waste Service
Suburban East Salem Water District
Suburban Garbage
Suburban Garbage Service
Suburban Water Systems
Sunshine Recycling of SWFL LLC
Sweetwater Authority

Switch Communications Group LLC
Taylorsville-Bennion Improvement Dist.
TECO
The Gas Company
The Town of Apple Valley
Time Warner Cable
Time Warner Cable Enterprises
Time Warner Cable Oceanic
TNG Utility
Toho Water Authority
Town of Castle Rock
Town of Greenburgh
Town of Little Elm
Township of Saddle Brook
Township of Wayne
Tri County Communications
Tri County Electric Cooperative
Tricounty Communications
Trolley Corners Center LLC
Truckee Meadows Water Authority, NV
Twp. of Parsippany-Troy Hills
TXU Communications
United Water New Jersey/Harrington Park
Vallecitos Water District
Ventura Water
Verizon
Verizon Business
Verizon Wireless
Victor Valley Water District
Vista Irrigation District
Walnut Creek Holdings Inc.
Walnut Valley Water District
Washington Gas
Waste Connections Lone Star Inc.
Waste Connections of Colorado - Denver
Waste Connections of Florida - Miami Hauling
Waste Connections of New York Inc.
Waste Connections of Texas LLC
Waste Connections, Inc. - Vancouver
Waste Management - LA District
Waste Management of Alameda County Dumpster Rental
Waste Management of Houston TX
Waste Management of Moreno Valley CA
Waste Management of Nebraska
Waste Management of Portland Dumpster Rental
Waste Management of Reno NV

Waste Management of Seattle Dumpster Rental
Waste Management of Tampa Dumpster Rental
Waste Resources Inc.
Webtone Productions
West Slope Water District
West Valley Water District
Westlake M.U.D. #1
Westminster
White City Water Improvement District
Woodbridge Avenell LLC
Xcel Energy
XO Communications
XO Communications Services LLC
Yorba Linda Water District

**Vendors/Suppliers**
100 California Street LLC
1000bulbs.com
1211 E Arques LP
1680 Kapiolani LLC
229 Queen Anne North LLC
24 Salem Partners LLC
24 Seven LLC
2500 Dunstan LLC
460 South College Avenue LLC
507 Northgate LLC
5100 Belt Line Road Investors LLC
6 Pack Bags LLC
AAA Steam & Sauna Inc.
ABF Data Systems Inc. d/b/a Direct Systems Support
ABM Parking Services
Accessible Systems Inc.
Accountemps
Ace Parking III LLC
ACI Worldwide f/k/a/ ISD
Adamax Inc.
Adobe Systems
Adobe Systems Incorporated
ADP Client Trust
ADP Screening and Selection Services Inc.
ADP, Inc.
ADT Security Services
Advance Displays
Advancing Women Executives LLC
Aerobic Mo LLC
Ahern Rental Centers Inc.

Air Performance Hvac Inc.
Alacrinet
Albertson's Inc.
Albertsons LLC
Allied Waste #916
Allstate Investments LLC
Alltex Glass Co. Inc.
Alorica Inc.
Altus Global Trade Solutions Inc.
Alysia Montano
Amanda Nguyen
Amanda Russell
American Arbitration Association Inc.
American Dawn, Inc.
American Express Travel Related Services
American Wholesale Lighting, Inc.
Amp Printing Inc.
Amplitude Inc.
Anaplan, Inc.
Ankura Consulting Group LLC
ANT
Applied Materials & Engineering Inc.
Apriva LLC
Aramark Corporation
ARC Hrpwotx001 LP
Articulate
A-S 117 Shops at The Reserve LP
A-S 76 Highway 290-Bingle LP
At Kearney Inc.
AT&T Corp.
AT&T, Inc.
Atlantic Times Square II LLC
AV Now Inc.
AV Now, Inc.
AVI Restoration
Avus Design LLC
Axiom Construction Company LLC
Bally Total Fitness Corporation
Ballybrack Group LLC
BAM Investment Management LLC
Barnett Associates, Inc.
Basser Kaufman Real Estate Ptrs. LLC
Beilinson Advisory Group
Ben A Trainer
Bibby Financial Services Midwest Inc.
Binswanger Glass

Bio-Engineered Supplements & Nutrition
BioNutritional Research Group
Bionutritional Research Group
BMC Software Inc.
Box 24 Studio
BP-CGCcenter I LLC
BPI Sports LLC
Bradley Allen Lock
Brightview Enterprises Solutions LLC
Brinks Incorporated
Brite Future Plumbing Inc.
Broadcast Music Inc.
Brooklyn Yard Watumull LLC
Bryan Burke
Building Technology Systems Inc.
Cadence
Cagwin & Dorward
Cal Select Builders, Inc.
California Environmental System Inc.
California Plumbing Parts
Calitho
Camunda Inc.
Carbrijar LLC
Careerbuilder.Com
Carrier Corporation
Carrier Enterprise LLC
CBRE Inc.
CDW
CDW Computer Centers, Inc.
CDW Direct
Celsius Inc.
Cen-Cal Glass
Centimark Corporation
Ceva Freight LLC
CFM Fit
Charles Brown
Cintas 463
Cintas Corporation No 2
Cipher Solutions Inc.
Circle City Roofing Inc.
Cisco Systems Inc.
Cision US Inc.
City of Rancho Cucamonga
City of Stockton - Police
Clear Channel Outdoor Inc.
Club Resource Group Inc.

Clubconnect LLC
CLX Communications
Coastal Serhoe
Cobblestone Systems Corp
Cole 24 Orlando Fl LLC
Cole Schotz P.C.
Collective Brand Management
Colliers International
Colorado Pool Systems
Colorado Rockies
Commercial Facilities Inc.
Commmvault Systems, Inc.
Comm-Works LLC
Concept2 Inc.
Conga
Continental 1500 Rosecrans LLC
Core Health & Fitness LLC
Corodata Records Management Inc.
Corona Police Department
Cortney S Cribari
Coyote Logistics LLC
CPR Solutions
Crimson Relp Springwoods 24hFP LLC
CrowdTwist
Crowdtwist Inc.
CSG Interactive Messaging Inc.
Culligan - Nevada
Culligan / US Filter - Las Vegas
Culligan International
Culligan of Denver
Culligan of Santa Ana
Culligan of Sylmar
Culligan Water Conditioning Bakersfield
Culligan Water Conditioning Santa Clara
Culligan Water Conditioning-Sacto
Culture Foundry LLC
Cumming Construction Company Inc.
Curvature LLC
Custom Locations LLC
Custom Logos Inc.
Damon Runyon Cancer Research Foundation
Daniel Rojas
Danitza Michelle Freigher
Darby Glass LLC
Dashka Slater
David Nemeschansky

Dawkins Sports Group
DB Dippert
DCC, Inc
Declaration Services, Inc.
Deloitte Consulting LLP
Deloitte Tax LLP
Denver Manager of Finance
Desiree Cocco
Development Dimensions International (DDI)
Dex Imaging LLC
DGC Capital Contracting
Diamond Fitness
Digital Envoy
Dimension Data
Direct Employers (aka My.Jobs)
Donald Allen
Douglas Emmett 2016 LLC
Dropbox
DS Naturals LLC
DS Properties 17 LP
Dymatize Enterprises LLC
E. Sam Jones Distributor, Inc.
East West Bank
Eastridge Workforce Solutions
Ecofit Networks Inc.
Ecova, Inc.
Eleiko Sport Inc.
Elite Mechanical Inc.
Elivate
Elytus Ltd.
Emergency Restoration & Cleaning Inc.
Enterprise Rent-A-Car
Entouch Controls Inc.
EOP Lewisville Ltd.
EPS Doublet
Epsilon Data Management LLC
Equity One (West Coast Portfolio) Inc.
Escape Fitness USA LLC
Escola De Ginastica E Dança Bioswim Ltda.
Everest Communications
Evotek
Extractor Corporation
Facebook Inc.
Federal Express Corporation
Fedex Freight Systems Inc.
Fedex Office and Print Services

FHR Community Center LLC
Fidelity National Title Company
Fidelity National Title Insurance Co.
Fifth Sun
Finlandia Sauna - Portland
Fire Safe Protection Services LP
Fireline Corporation
First Choice Emergency Room
First Service
Fit for Life LLC
Fitness Anywhere Inc.
Fitness Anywhere LLC
Five Star Transport
Flowater Incorporated
FLW-100 LLC
Fourth Plain Portland
FPL Energy Services
Free Motion Fitness
FSP South Flower Street Associates LLC
Gahrahmat Family Ltd Partnership II LP
Gallagher Bassett Services, Inc.
Gallup Inc.
Gat Sport
Gateway Company LLC
Geneva Crossing Carol Stream IL LLC
GFB-One LLP
Giavista Investment LLC
Gibraltar Business Capital
Glassdoor Inc.
Google LLC
Google, Inc. (fka Postini)
Grainger Inc.
Graphetal Branding Design
Green Banker LLC
Greenburgh Receiver of Taxes
Greenlawn Water District
GridGain Systems
Gridgain Systems
Griffin Farm at Midtown LLC
Grimmer Auto Mall Association
GS Pacific ER LLC
Guitar Center Inc.
Gus J Groos IV
Hampton Fitness Products Ltd.
Hancock Center
Harvard Business Review

Hawthorne X LLC
Hayward 880 LLC
Hendee Enterprises Inc.
Hertz Claim Center
Hewlett Packard Company
Hewlett Packard Enterprise Company
Hi Tech Tile & Marble
Hico Distributing
Hill and Knowlton Strategies
Hillside Farms LP
Hoist Fitness Systems
Hollywood Station Partners LLC
Home Depot USA, Inc.
Homedics USA LLC
House of Marley
HSG-KRE Oak Lawn Property Owner LLC
Hydro Flask
Hyland LLC
HYP3R
Hyp3r
Hyperice Inc.
Ibm Corporation
ID Associates
Idemia Identiy & Security USA LLC
iheartmedia + Entertainment
Imperial Parking
Implus Footcare LLC
Infield Digital (aka Bounteous)
Informatica Corporation
Informatica LLC
Information Resources Inc.
Innovative Cooling Technologies LLC
Insight Global LLC
InspireThreeSixty
Inspirethreesixty
Institute of Motion
Inter-Images Partners
International Parking Management
InTouch Technology
Intouch Technology
Intralinks
Ion Interactive, Inc.
Iron Grip Barbell Company
Iron Mountain
Irvine Spectrum Center
Irwin Naturals

Jackson Lewis PC
James Allyn Printing
Janrain
Jason Solley
JDK Electrical Inc.
JGA Texas Legacy Partners LLC
JK Spa Steam and Sauna
JLAB Audio
Joe Beckles
Johnson Controls Fire Protection LP
Johnson Controls Security Solutions
Johnson Health Tech North America
Jonathan Self
Jones Lang Lasalle Brokerage Inc.
Jonnie Veach
JRM Carlsbad I LLC
JVCKenwood USA Corporation
JW Quality Construction Inc.
K & B Enterprise Corporation
K & K Lumber Company
K5 Signs and Graphics, Inc.
Kaged Muscle LLC
Kawips Florida LLC
Keemer Plumbing LLC
Kellermeyer Bergensons Services LLC
Kennedys CMK LLP
Keono
Keter Environmental Services, Inc.
Kimco Lake Prairie TC LP
KIR Fairfax LP
Koa Management LLC
Koko Marina Shopping Center
Kone Inc.
Korn Ferry US
Kutak Rock LLP
La Costa Town Center LLC
Lakeshore Learning Materials
Lako Limited Partnership
Lap Empire Avenue LLC
Lauren Bonney
Lavante Inc.
Laz Parking California LLC
Lennox National Account Services
Lenny & Larrys Inc.
Les Mills International Limited
Les Mills United States Trading Inc.

Level 3 Communications LLC
Lexisnexis
Lexmark International, Inc.
Liberty Mutual Insurance Group
Life Fitness - Chicago
Linkedin
Lisa Lockner
Livewire Kiosks
LLA Lifeguarding Services Inc.
Lomeli's & Associates, Inc.
London BBD
Lone Star Badge & Sign Inc.
Longview of America, LLC
Longview Software Limited
Longview Solutions
Longview Solutions Canada ULC
Loomis Armored
Los Altos School District
Los Angeles Rams LLC
Louis Upholstery Shop
LTG South Hills LLC
Lucid Performance Inc.
M & R Boiler Service Inc.
Mackenzie
Magtek Inc.
Mall 205 Garp LLC
Mapquest
Mapquest (See Telecommunications Systems)
Maria Cristina Arcega-Dunn
Mark Group No 6
Marpo Kinetics Inc.
Marquette Commercial Finance
Matt Novakovich
McKinley Elevator Corporation
McMaster-Carr Supply Company
Melissa Jurado
MEPT Westwood Village LLC
Mercer US Inc.
Mercury Tic LLC
MetLife
MetTel Communications Solutions
Meyerland Retail Associates LLC
MGP Xi Ballinger LLC
Mi9 Inc.
Mi9 Integration Systems (Software Development)
Miami Dade Fire Rescue Department

Microsoft Corporation
Microsoft Licensing GP
Microsoft Online Inc.
MicroStrategy
Microstrategy
Miguel Gonzalez
Mile High Drain Cleaning, Inc.
Mind Body
Miracle Mile Properties LP
Mobile Repair Services
Mohammed Kasim
Moodys Investors Service
More Direct Inc.
Motionsoft (BFit)
Motionsoft (Bfit)
MP Plumbing Co.
MRE Commercial Real Estate
Murphy Marketplace Station LLC
Muscle Foods USA
Muscle Pharm
Mycoolcell LLC
Mye Entertainment Inc.
National Commercial Services
National Elevator Inspection Serv. Inc.
National Glass & Mirror
National Gym Supply, Inc.
Navex Global, Inc.
NBC Partners LLC
NEI Global Relocation
NetApp
Netapp
New Haven WG LLC
New York City
Newage PHM LLC
Next Level Resources Inc.
NFF Imperial LLC
Nicor Gas
Nike USA, Inc.
Nintex
Noho Meadowridge Retail IX LLC
North Coast Electric Company
North Halstead Associates LLC
Northeast Fitness Solutions Inc.
Northgate Mall Partnership
Ntconsult US Inc.
NTT Data, Inc.

Nutrabolt Nutritional Life Sciences
NYC Administrative Trials & Hearings
OB Frank Properties LLC
Ocean Ranch II LLC
Octane Fitness
Olive Drive Partners
One Brands LLC
Opentext
Optimum Nutrition Inc.
Oracle
Oracle America Inc.
Oracle Corporation - San Francisco
Otis Elevator Company
Outerstuff Ltd.
Park Square UCF LLC
Parking Concepts, Inc.
Parkway Village Provo Holdings II LLC
PCM
PCM Sales Inc.
PCW Properties LLC
People Natural Gas
Pepsi Beverages Company
Perceptive Software, LLC
Percussion Software, Inc.
Pereion Solutions LLC
Performix LLC
Perkville Inc.
Pervine Foods LLC
Petra Hygienic Systems
Phoenix Emergency Medicine of Broward
Piranha Industries
Pitney Bowes Software Inc.
Pitney Bowes Software, Inc.
PK I Belair Village II LP
Platinum Advisors LLC
Plaza De Campana LLC
Pools N More Factory Outlet
Porsha Carr Blog
Power Objects
Precor Inc.
Prime Frit Mission Hills LLC
Prism Electric
Proavcomm Inc.
Property Tax Solutions LLC
Prosupps USA LLC
PROSUPPS USA LLC

Protection One Alarm Monitoring, Inc.
Prudential Overall Supply
PTA Global
Puma United North America LLC
Quaker Sales & Distribution Inc.
Qualtrics
Quest Nutrition LLC
Quest Software Inc.
Rachlis Duff Adler Peel & Kaplan LLC
Radius Global Solutions LLC
Rapid Technologies Inc.
Raymond Construction Inc.
Recruit Rooster
Red Bull North America Inc.
Red Cone Services LLC
Reflexis Systems Inc.
Return Path Inc.
Revesco USA Prop of Fort Collins LLLP
RevStream
Revstream
RGIS LLC
Rich Uncles NNN Operating Partnership LP
Right Management Inc.
Riskonnect
Rob Cameron
Robert Half International Inc.
Rolling Hills Plaza LLC
Roofconnect
ROR Partners Inc.
Roto-Rooter (Chicago)
Royal Pump Service Inc.
RPI Carlsbad LP
RS Fit Holdings LLC
RS Partners LP
Rubicon Global LLC
Rust Consulting Inc.
RVCA
S Albert Glass Company Inc.
S Rothschild & Co Inc.
Saez Distributors
Safeway Inc.
Salesforce.com
Salesforce.Com, Inc.
Salvatore Bonaccorso
San Diego Grove LP
Santee Trolley Square 991 LP

SAP America Inc.
Saunaworkz
Sayva Solutions Inc.
Schindler Elevator Corporation
Schneider Electric It USA Inc.
Scott Cole & Associates
ScoutRFP, Inc
Scoutrfp, Inc.
Seabridge Partners LP
Sears, Roebuck And Company
Second & Santa Monica Blvd Associates
Securitas Security Services USA Inc.
Serengeti
ServiceChannel
Servicechannel
Servicechannel.Com Inc.
Shaklee Corporation
Shauna Lee Brennan
Shoreline Brokerage Co.
Shred It USA LLC
Shubh Solutions LLC
SIC-Lakeside Drive LLC
Siemens Industry, Inc.
Sigler Wholesale Distributors
Sigmanet Inc.
Signature Concepts Inc.
Signmanager Inc.
Single Pay Vendor BFIT1
Site Spect
Skolem Group LLC
Skullcandy Inc.
Slack Technologies Inc
SLI Systems, Inc.
SMA Architects PC
SmartBear Software Inc.
Smartbear Software Inc.
Smartsheet
SMBP LLC
Snap Inc.
Snell & Wilmer
Softchoice
Softtek Integration Systems Inc.
Sophos Limited
South Coast Family Medical Center
Southeastern Laundry Equipment Sales Inc.
Southern Air Solutions, Inc.

Southport Marketing Inc.
Spartan Race Inc.
Specialty Fitness Systems LLC
Spencer Stuart
Spirit 24 Olathe KS LLC
Sport Tech Corporation
Sports Research Corporation
Sprinklr Inc.
Sprosty Network LLC
Stahl Investments
Stairmaster
Standard & Poor's
Standard Register Inc.
Staples Contract & Commercial LLC
Stephanie Mahoe
Stephen E Hare
Stonhard Division of Stoncor Group Inc.
Sunset Pool, Inc.
Sunshine MZL LLC
Symantec Corporation
Symantec f/k/a Veritas
Syndigo LLC
Tagboard Inc.
Tara Sue Gally
Tax Advisors Group
Tax Compliance, Inc.
Tax Trust Account
Taylor Communications Inc.
TCS Plumbing
Telecommunication Systems Inc.
Tempe Illinois LLC
Tencom Associates LLC
Teresa Goyette
Terminix International
Terri Hoffman-Reyes
Testing Engineers Inc.
Teter's Faucet Parts Corp.
Tex Air Filters
Texas Airsystems LLC
The CIT Group Commercial Services Inc.
The Irvine Company LLC
The Los Angeles Kings Hockey Club LP
The Round Owner LLC
Thermos LLC
Think Architecture Inc.
Thomson Reuters - West

Throtle Inc.
Thyssenkrupp Elevator
Tinoq
TKG Murrietta Plaza LLC
Torque Fitness LLC
Townsquare Live Events Colorado LLC
Toys R Us Montvale Regional Office
Transamerica
Transamerica Retirement Solutions Co.
Transport Workers Union Local 100
Trevco Sportswear
Tri-Dim Filter Corporation
Trintech, Inc.
True Fitness Technology, Inc.
Tumbleweed Development
TXU Energy
U S Energy Lighting Inc.
Uline, Inc.
Under Armour Inc.
United Laundry and Linen Corp.
United Parcel Service, Inc.
United Rentals Inc.
United States Olympic Committee
United States Postal Service - Carlsbad
Upland Fire Department
UPS Ground Freight Inc.
UPS Supply Chain Solutions, Inc.
US Cloud LC
US Department of Homeland Security
US Global Net
US Global Network Communications, Inc.
US Healthworks Medical Group
US Treasury
USAA Annuity Services Corporation
Valet Parking Service
Van Ness Post Center LLC
Vantage Construction Company
Vega US LLC
Veritas Media Group LLC
Verizon Communications Inc.
Vertex Systems, Inc.
VF4 Crystal Lake LLC
Vi Nguyen
Via Technical LLC
Village at Totem Lake LLC
Village Hillcrest Partners LP

Visa USA Inc.
Vital Mechanical Service, Inc.
VNO Wayne Towne Center LLC
Vooray International Inc.
Vortex Industries, Inc.
VPX Sports
W Fritz Consulting
Wageworks Inc.
Wailea Beach Resort Marriott Maui
WalkMe
Walkme
Walt Disney Parks & Resorts US Inc.
Waste Management - Florida
Waste Pro
Watertight Plumbing, Inc.
WCH Precision Color Inc.
WCSCc LLC
Wells Fargo Bank
Wells Fargo Bank 24HF - Commercial Card
Wells Fargo Bank BFit1 - Commercial Card
Wells Fargo Trade Capital Services
West Coast Commercial Pools Inc.
Westlake DMD LLC
Wexer Holding LLC
Wiedenbach-Brown Co., Inc.
William Dawson
Williams Construction Corp.
Wilson Electric Service Corporation
Wilson Sign Art Inc.
Wisetail
Wood Ris & Hames PC
Woodbridge Avenel LLC
Woodway USA
World and Main Cranbury LLC
Worldlink Supply Inc.
WP-SS LLC
Wynit Distribution LLC
Yelp, Inc
Yesco
YNS Enterprise No 1 LLC
Your Trainer Inc.
Zee Medical, Inc.
Zoho
Zone Aire Systems Inc.
Zoom Media Corp.
Zumba Fitness LLC

Zuora Inc.


**<u>Notice of Appearance Parties</u>**
100 California Street LLC,
111 Sutter Street Owner LP
1830-1850 Ocean Avenue LLC
24 HR TX (TX) Limited Partnership.
5 Point Partners LP.
525 Colorado LLC
525 Colorado LLC
600 Broadway Partners LLC
600 Broadway Partners LLC
AAP TRUST
ACRE Investment Company, LLC
ACRE Investment Company, LLC
ADLP-U&A, LLC
AG Upland, LLC (Upland)
Agree Littleton CO LLC, assignee of Denver Oaks, LP
Allen Fitness, LP.
Allen ISD
Almaden Fitness, LP,
AmCap Austin Bluffs, LLC
AmCap Tiffany LLC
Arka Miramar II, L.P.,
Arlington ISD
Arnold & Sheri Schlesinger (N. Las Vegas)
A-S 117 Shops at the Reserve, L.P.,
A-S 144 Grand Parkway-W. Airport, L.P.,
A-S 30 FM 518-FM 528, L.P.,
A-S 76 HWY 290-Bingle, L.P.,
A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.,
A-S 93 SH 130-SH 45, L.P.,
AVG Austin, LP (Austin)
AVG Chula Vista, LLC (Chula Vista)
AVG Cypress LP (Cypress)
AVG Laguna LLC (Laguna Niguel)
AVG Oakland, LLC (Oakland)
AVG Partners GP (Santa Clarita, Thousand Oaks)
AVG Partners I, LLC (Independence, North Dallas)
AVG Puyallup, LLC (Puyallup)
Axiom DR Construction LLC d/b/a Axiom Construction LLC
Basser-Kaufman Inc.
Bellevue Pacific, LLC
BHF, a California Limited Partnership,
BMS Realty Company

BP/CGCENTER II, LLC
BP/CGCENTER II, LLC, HUH/DI OCP Cinque Terre, LLC
Brazos TC South-Partnership B, L.P..
Brixmor Operating Partnership LP
Brookfield Properties Retail, Inc.
Brookfield Property REIT, Inc.
BT Carrollton, LP
BT-OH, LLC
Builders Associates #3 (Rockwall)
Builders Associates #3, LLC (Fountain Valley)
Caplow Denver, LLC
Caplow Denver, LLC
Caplow Denver, LLC
CA-Santa Monica Business Park Limited Partnership
CA-Santa Monica Business Park Limited Partnership
Centennial Real Estate Company, LP
Centennial Square, LLC
Che Chen Liu
Citivest Commercial Investments, LLC
City of Frisco
CLPF Gateway Towne Center LP
Collin County Tax Assessor/Collector
Colorado Springs Fitness, LP,
Columbus Avenue II, LLC
Columbus Avenue II, LLC.
Crane Court, LLC
Croative Property Group, Inc.
Croative Property Group, Inc..
Crowley ISD
CSRA 5901 Golden Triangle Master Lessee, LLC
Custom Locations, LLC
Cypress-Fairbanks ISD
Dallas County
Denver Exchange, LLC d/b/a Denver Exchange I, LLC
Denver Exchange, LLC d/b/a Denver Exchange I, LLC
Denver Exchange, LLC d/b/a Denver Exchange I, LLC,
DS Fountain Valley LP
DS Properties 17 LP
EQYInvest Owner II, Ltd., LLP
Everett Washington Fitness, LP,
Federal Realty Investment Trust
FIT (CO) QRS 15-59, Inc.
FIT (TX) LP
FIT (UT) QRS 14-92, Inc.
Fort Bend County
Frisco Fitness, LP,

Frisco ISD
Galveston
Grapevine-Colleyville ISD
GS Pacific ER, LLC
Hancock Fitness, LP,
Hanover 3201 Realty L.L.C..
Harris County
Highlands Fitness, LP,
HUH/DI OCP Cinque Terre, LLC
Huntington South Center LLC.
Jayne Malkenson
Kellermeyer Bergensons Services, LLC
Kimco Realty
Kin Properties, Inc.
Kirkwood Missouri Fitness, LP,
Lakeline Austin Fitness, LP,
Lasalle, LP
Levin Management Corporation
Lowry Denver Fitness, LP,
Madison Marquette Real Estate Services
Marin Country Mart, LLC
Masue LLC
MEPT Westwood Village LLC
Mercury TIC, LLC
MLT Station, L.L.C.
Montgomery County
Morgan Stanley Senior Funding, Inc.
Nazareth Retail Holdings, LLC
North Richland Fitness, LP,
Oceanside, Omaha I and II, Overland Park, Shawnee)
Oracle America, Inc.
OTR, an Ohio General Partnership,
Pacifica Real Estate III, LLC,
Peak Holdings, LLC (Lake Forest)
Pembroke Miami Fitness, Ltd.,
PGIM Real Estate
Phoenix Metro Center Fitness, LP,
Precor Incorporated
Prince George's County, Maryland
Regency Centers L.P.
Richardson ISD
RNB Partners, LLC
Rockwall CAD
Rosen Investment Company Holdings, LLC
Round Rock Fitness, LP,
RPAI Lakewood, LLC

RU Old Denton Road Fort Worth TX, LLC
RU Rainbow Blvd Las Vegas, NV, LLC
S&C Venture
Santan Gem, LLC
Seritage SRC Finance LLC
Seven Hills Properties 31, LLC
SF (TX) LP
Shopping Center LLC, commonly known as Sunvalley Shopping Center
Shu Fen Liu Revocable Trust
Shu Fen Liu Revocable Trust, Che Chen Liu
SIC Lakeside Drive, LLC
Simon Property Group, Inc.
SITE Centers Corp.
Spirit CC Aurora, LLC
Spirit Master Funding X
Spring Branch Independent School District
Spring Shopping Center LLC
Spring Shopping Center LLC
SR19 Mark II Portfolio, LLC.
Starwood Retail Partners, LLC
State of Hawaii Office of Consumer Protection
State of Texas
SW3LH, LLC (Houston)
Tarrant County
Taubman Landlords
Terramar Retail Centers, LLC
Texas Comptroller of Public Accounts, Revenue Accounting Division
The County of Denton, Texas
The County of Williamson, Texas
The Macerich Company
TR Wateridge LLC.
Travis County
Triangle Center, LLC
United Parcel Service, Inc.
US VI Downey, LLC
W/GL Ocean Avenue LB Holdings VII, LLC
Washington Prime Group Inc.
Weingarten Nostat, Inc.
Weingarten Realty Investors
Wells Fargo Bank, National Association
Wendt Industries DBA Club Resource Group
Westfield, LLC
Williamson County
Willowbrook LLC
Wilmington Trust N.A.
Woodmont Properties, Inc.

WRI Southern Industrial Pool, LLC
WRI West Gate South, L.P.

## Schedule 2

**Supplemental Disclosure Schedule**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED FTI**

| # | INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|---|
| 1 | AXA Equitable Life Insurance | Insurance/Insurance Provider/Surety Bonds | AXA Equitable Life Insurance is a current client in matters unrelated to the Debtors. |
| 2 | Hawaii Medical Service Association | Insurance/Insurance Provider/Surety Bonds | Hawaii Medical Service Association is a current client in matters unrelated to the Debtors. |
| 3 | Kaiser Foundation Health | Insurance/Insurance Provider/Surety Bonds | Kaiser Foundation Health is a current client in matters unrelated to the Debtors. |
| 4 | Kaiser Foundation Health Plan Inc CO | Insurance/Insurance Provider/Surety Bonds | Kaiser Foundation Health Plan Inc CO is a former client of the firm and the last matter was closed within the last two years. |
| 5 | Akin Gump Strauss Hauer & Feld LLP | Ordinary Course Professionals | Akin Gump Strauss Hauer & Feld LLP is a current client in matters unrelated to the Debtors. |
| 6 | Anderson Kill and Olick P C | Ordinary Course Professionals | Anderson Kill And Olick P C is a current client in matters unrelated to the Debtors. |
| 7 | DLA Piper LLP | Ordinary Course Professionals | DLA Piper LLP is a current client in matters unrelated to the Debtors. |
| 8 | Ernst & Young | Ordinary Course Professionals | Ernst & Young is a current client in matters unrelated to the Debtors. |
| 9 | Foley & Lardner LLC | Ordinary Course Professionals | Foley & Lardner LLC is a current client in matters unrelated to the Debtors. |
| 10 | Fox Rothschild LLP | Ordinary Course Professionals | Fox Rothschild LLP is a current client in matters unrelated to the Debtors. |
| 11 | Fried Frank Harris | Ordinary Course Professionals | Fried Frank Harris is a current client in matters unrelated to the Debtors. |
| 12 | Greenberg Traurig LLP | Ordinary Course Professionals | Greenberg Traurig LLP is a current client in matters unrelated to the Debtors. |
| 13 | Hinshaw & Culbertson LLP | Ordinary Course Professionals | Hinshaw & Culbertson LLP is a current client in matters unrelated to the Debtors. |
| 14 | Kelley Drye & Warren LLP | Ordinary Course Professionals | Kelley Drye & Warren LLP is a current client in matters unrelated to the Debtors. |
| 15 | Kirkland & Ellis LLP | Ordinary Course Professionals | Kirkland & Ellis LLP is a current client in matters unrelated to the Debtors. |
| 16 | Mckinsey & Company Inc United States | Ordinary Course Professionals | Mckinsey & Company Inc United States is a current client in matters unrelated to the Debtors. |
| 17 | Morgan Lewis & Bockius LLP | Ordinary Course Professionals | Morgan Lewis & Bockius LLP is a current client in matters unrelated to the Debtors. |
| 18 | Morrison & Foerster LLP | Ordinary Course Professionals | Morrison & Foerster LLP is a current client in matters unrelated to the Debtors. |
| 19 | Pillsbury Winthrop Shaw Pittman LLP | Ordinary Course Professionals | Pillsbury Winthrop Shaw Pittman LLP is a current client in matters unrelated to the Debtors. |
| 20 | Pricewaterhousecoopers LLP | Ordinary Course Professionals | Pricewaterhousecoopers LLP is a current client in matters unrelated to the Debtors. |
| 21 | Venable LLP | Ordinary Course Professionals | Venable LLP is a current client in matters unrelated to the Debtors. |
| 22 | PG&E | Utility Providers/Utility Brokers | PG&E is a current client in matters unrelated to the Debtors. |
| 23 | Allstate Investments LLC | Vendors/Suppliers | Allstate Investments LLC is a current client in matters unrelated to the Debtors. |
| 24 | American Arbitration Association Inc | Vendors/Suppliers | American Arbitration Association Inc is a current client in matters unrelated to the Debtors. |

| # | INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|---|
| 25 | American Express Travel Related Services | Vendors/Suppliers | American Express Travel Related Services is a current client in matters unrelated to the Debtors. |
| 26 | Cisco Systems Inc | Vendors/Suppliers | Cisco Systems Inc is a current client in matters unrelated to the Debtors. |
| 27 | Clear Channel Outdoor Inc | Vendors/Suppliers | Clear Channel Outdoor Inc is a current client in matters unrelated to the Debtors. |
| 28 | Colorado Rockies | Vendors/Suppliers | Colorado Rockies is a former client of the firm and the last matter was closed within the last two years. |
| 29 | Enterprise Rent-A-Car | Vendors/Suppliers | Enterprise Rent-A-Car is a current client in matters unrelated to the Debtors. |
| 30 | Gallagher Bassett Services Inc | Vendors/Suppliers | Gallagher Bassett Services Inc is a current client in matters unrelated to the Debtors. |
| 31 | Hewlett Packard Enterprise Company | Vendors/Suppliers | Hewlett Packard Enterprise Company is a former client of the firm and the last matter was closed within the last two years. |
| 32 | IBM Corporation | Vendors/Suppliers | IBM Corporation is a current client in matters unrelated to the Debtors. |
| 33 | Intralinks | Vendors/Suppliers | Intralinks is a former client of the firm and the last matter was closed within the last two years. |
| 34 | Iron Mountain | Vendors/Suppliers | Iron Mountain is a current client in matters unrelated to the Debtors. |
| 35 | Level 3 Communications LLC | Vendors/Suppliers | Level 3 Communications LLC is a current client in matters unrelated to the Debtors. |
| 36 | LexisNexis | Vendors/Suppliers | LexisNexis is a current client in matters unrelated to the Debtors. |
| 37 | Metlife | Vendors/Suppliers | Metlife is a current client in matters unrelated to the Debtors. |
| 38 | Otis Elevator Company | Vendors/Suppliers | Otis Elevator Company is a current client in matters unrelated to the Debtors. |
| 39 | SAP America Inc | Vendors/Suppliers | SAP America Inc is a current client in matters unrelated to the Debtors. |
| 40 | Schindler Elevator Corporation | Vendors/Suppliers | Schindler Elevator Corporation is a current client in matters unrelated to the Debtors. |
| 41 | Schneider Electric IT USA Inc | Vendors/Suppliers | Schneider Electric IT USA Inc is a current client in matters unrelated to the Debtors. |
| 42 | Sears, Roebuck And Company | Vendors/Suppliers | Sears, Roebuck And Company is a former client of the firm and the last matter was closed within the last two years. |
| 43 | Thyssenkrupp Elevator | Vendors/Suppliers | Thyssenkrupp Elevator is a current client in matters unrelated to the Debtors. |
| 44 | Transamerica | Vendors/Suppliers | Transamerica is a current client in matters unrelated to the Debtors. |
| 45 | US Treasury | Vendors/Suppliers | US Treasury is a current client in matters unrelated to the Debtors. |
| 46 | Visa USA Inc | Vendors/Suppliers | Visa USA Inc is a current client in matters unrelated to the Debtors. |
| 47 | Wageworks Inc | Vendors/Suppliers | Wageworks Inc is a former client of the firm and the last matter was closed within the last two years. |
| 48 | Wells Fargo Trade Capital Services | Vendors/Suppliers | Wells Fargo Trade Capital Services is a former client of the firm and the last matter was closed within the last two years. |