# **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2020, I served or caused to be served the foregoing *Joinder of the AVG Entities to the Limited Objections of Various Landlords to the Debtors' Motion for Entry of a Final Postpetition Financing Order* by electronic notice upon all parties registered in these cases to receive notices through the Court's CM/ECF filing system and by U.S. first-class mail, postage fully pre-paid upon the following persons:

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
  Attn:  Laura Davis Jones
          Timothy P. Cairns
          Peter J. Keane

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
  Attn:  Ray C. Schrock, P.C.
          Ryan Preston Dahl
          Kevin Bostel
          Kyle R. Satterfield

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
  Attn:  John J. Rapisardi
          Daniel S. Shamah
          Diana M. Perez
          Adam P. Haberkorn

Covington & Burling LLP
620 Eighth Avenue
New York, New York 10018
  Attn:  Ronald Hewitt

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Attn: Richard A. Levy

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
  Attn:  Eric J. Monzo
          Brya M. Keilson

Cooley LLP
55 Hudson Yards
New York, NY 10001
  Attn:  Cathy Hershcopf
          Michael Klein
          Lauren A. Reichardt

Cooley LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
  Attn:  Cullen D. Speckhart
          Olya Antle

Office of United States Trustee for the
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
  Attn:   Linda J. Casey

 

                                */s/ Victoria A. Guilfoyle*
                                Victoria A. Guilfoyle, Esq. (DE Bar No. 5183)