# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No. 20-11558 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2020, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the:

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (IV) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via US mail on the parties listed below.

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)

Laura Davis Jones, Esquire
Peter J Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
pkeane@pszjlaw.com
*Proposed Counsel for Debtors and Debtors in Possession*

Ray C. Schrock, P.C.
Ryan Preston Dahl, Esquire
Kevin Bostel, Esquire
Kyle R. Satterfield, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
ryan.dahl@weil.com
kevin.bostel@weil.com
kyle.satterfield@weil.com
*Proposed Counsel for Debtors and Debtors in Possession*

Ronald Hewitt, Esquire
Martin E. Beeler, Esquire
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
rhewitt@cov.com
mbeeler@cov.com
*Counsel for Wilmington Trust, National Association, as DIP Agent*

David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 1500
1313 N. Market Street
Wilmington, DE 19801
fournierd@pepperlaw.com
*Counsel for Wilmington Trust, National Association, as DIP Agent*

Richard A. Levy, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
richard.levy@lw.com
*Counsel to the Prepetition Agent*

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
David T. Queroli, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
queroli@rlf.com
*Counsel for the Ad Hoc Group of term loan lenders*

Daniel S. Shamah, Esquire
Diana M. Perez, Esquire
Adam P. Haberkorn, Esquire
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
dshamah@omm.com
dperez@omm.com
ahaberkorn@omm.com
*Counsel for the Ad Hoc Group of term loan lenders*

Linda Casey, Esquire
Office of The United States Trustee
844 King Street, Suite 2207 Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov