# **CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2020, I served or caused to be served the foregoing document by electronic notice upon all parties registered in these cases to receive notices through the Court's CM/ECF filing system and by U.S. first-class mail, postage fully pre-paid upon the following persons:

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
  Attn:   Laura Davis Jones
           Timothy P. Cairns
           Peter J. Keane

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
  Attn:   Ray C. Schrock, P.C.
           Ryan Preston Dahl
           Kevin Bostel
           Kyle R. Satterfield

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
  Attn:   John J. Rapisardi
           Daniel S. Shamah
           Diana M. Perez
           Adam P. Haberkorn

Covington & Burling LLP
620 Eighth Avenue
New York, New York 10018
  Attn:   Ronald Hewitt

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Attn: Richard A. Levy

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
  Attn:   Eric J. Monzo
           Brya M. Keilson

Cooley LLP
55 Hudson Yards
New York, NY 10001
  Attn:   Cathy Hershcopf
           Michael Klein
           Lauren A. Reichardt

Cooley LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
  Attn:   Cullen D. Speckhart
           Olya Antle

Office of United States Trustee
for the District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
  Attn:   Linda J. Casey

      Under penalty of perjury, I declare that the foregoing is true and correct.

                                                */s/ Christopher A Lewis*
                                                Christopher A. Lewis