UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **24 HOUR FITNESS WORLDWIDE, INC.**, *et al.*, | : | Case No. 20–11558 (KBO) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | Re: Docket Nos. 12, 14, 127 |

---

## CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION OBLIGATIONS TO CRITICAL VENDORS AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On June 15, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Obligations to Critical Vendors and (II) Granting Related Relief* (the "**Motion**") [Docket No. 12] and *Supplemental Declaration of Daniel Hugo in Support of the Debtors' Critical Vendors Motion* [Docket No. 14].

2. On June 16, 2020, the Court entered the *Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Obligations to Critical Vendors and (II) Granting Related Relief* (the "**Interim Order**") [Docket No. 127].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

3. The deadline to object to final relief requested by the Motion was July 7, 2020 at 4:00 p.m. Eastern Time (the "**Objection Deadline**"). The Objection Deadline was extended to July 10, 2020 at 10:00 a.m. Eastern Time for the United States Trustee (the "**UST**") and July 10, 2020 at 12:00 p.m. Eastern Time for the Official Committee of Unsecured Creditors.

4. The Debtors received informal comments from the UST.

5. Attached hereto as **Exhibit A** is a proposed form of final order (the "**Proposed Final Order**").

6. The informal comments have been resolved. The UST has no objection to entry of the Proposed Final Order.

7. Attached hereto as **Exhibit B** is a blackline showing changes to the Proposed Final Order against the proposed final order filed with the Motion.

8. Accordingly, the Debtors request entry of the Proposed Final Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 13, 2020      **PACHULSKI STANG ZIEHL & JONES LLP**
      Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*