IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-11558 (KBO) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: July 22, 2020 at 4:00 p.m. (ET)** <br> **Hearing Date: July 29, 2020 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION OF HARRY PROVOST, III FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on July 15, 2020, Harry Provost, III filed his *Verified Motion of Harry Provost, III for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order granting the relief requested in the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 22, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline").  At the same time, you must serve such Objection upon the undersigned counsel for the Baughs so as to be received on or before the Objection Deadline..

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **July 29, 2020 at 10:00 a.m. (ET)** before the Honorable Karen S. Owens, United States Bankruptcy Court for the District of Delaware, by telephone via CourtCall and by video via Zoom.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 15, 2020

        **SAUL EWING ARNSTEIN & LEHR LLP**

        By: */s/ John D. Demmy*
           John D. Demmy (DE Bar No. 2802)
           1201 N. Market Street, Suite 2300
           P.O. Box 1266
           Wilmington, DE 19899
           Telephone:  (302) 421-6848
           Facsimile:  (302) 421-5881
           john.demmy@saul.com

        *Attorneys for Harry Provost, III*