IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No. 20-11558 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, John D. Demmy, hereby certify that on July 15, 2020, I caused a copy of the foregoing *Verified Motion of Harry Provost, III for Relief from the Automatic Stay* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via First Class Mail.

                      **SAUL EWING ARNSTEIN & LEHR LLP**

                      By: */s/ John D. Demmy*
                          John D. Demmy (No. 2802)
                          1201 North Market Street, Suite 2300
                          P.O. Box 1266
                          Wilmington, DE 19899
                          (302) 421-6848

Dated: July 15, 2020

**24 HOUR FITNESS WORLDWIDE, INC.**
Service List

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Eric J. Monzo, Esquire
Brya M. Keilson, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Ray C. Schrock, P.C.
Ryan Preston Dahl, Esquire
Kevin Bostel, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Cathy Hershcopf, Esquire
Michael Klein, Esquire
Lauren A. Reichardt, Esquire
Cooley LLP
55 Hudson Yards
New York, NY 10001

Cullen D. Speckhart, Esquire
Olya Antle, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

37180951.2.docx