# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| 24 HOUR FITNESS WORLDWIDE, INC., § | | Case No. 20-11558 (KBO) |
| et al, § | | |
| § | | (Jointly Administered) |
| Debtors[1]. | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **TRI CITIES HARRIMAN LLC** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

**E-mail: jcarruth@wkpz.com**

Dated: August 12, 2020    Respectfully submitted:

                                   WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                   By: */s/ Jeff Carruth*
                                       JEFF CARRUTH
                                       State Bar No. 24001846
                                       11 Greenway Plaza, Suite 1400
                                       Houston, TX 77046
                                       Direct: (713) 341-1158
                                       Facsimile: (866) 666-5322
                                       jcarruth@wkpz.com

                                   ATTORNEYS FOR
                                   TRI CITIES HARRIMAN LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS Fit Holdings LLC (3064); RS Fit CA LLC (7007); and RS Fit NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

_____
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES – Page 1** Notice of Appearance NOA - 24 HOUR FITNESS (1842747x7ACE3).

## **CERTIFICATE OF SERVICE**

       On August 12, 2020, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

                                              /s/ Jeff Carruth
                                              JEFF CARRUTH