IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 20-11558 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of AV Now, Inc. ("Creditor"); and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, that copies of all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned attorneys at the addresses set forth below:

| Thomas J. Francella, Jr.<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>tfrancella@cozen.com | Paul Jasper<br>RIMON, P.C.<br>One Embarcadero Center<br>Suite 400<br>San Francisco, CA 94111<br>Telephone: (415) 870-4296<br>Facsimile: (415) 683-5472<br>paul.jasper@rimonlaw.com | Phillip K. Wang<br>RIMON, P.C.<br>One Embarcadero Center<br>Suite 400<br>San Francisco, CA 94111<br>Telephone: (415) 968-2002<br>phillip.wang@rimonlaw.com |
|---|---|---|

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC(N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA94583.

LEGAL\46607544\1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) Creditor's rights (i) to have final orders in matters entered only after *de novo* review by a District Court judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments which the Creditor hereby expressly reserves.

Dated: August 14, 2020  COZEN O'CONNOR

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esquire (No. 3835)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
tfrancella@cozen.com

*Counsel for AV Now, Inc.*