# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11558 (KBO)<br>Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that that the undersigned hereby appears as counsel to the United States Olympic and Paralympic Committee ("USOPC"), a creditor in the chapter 11 case of the above-captioned debtors and debtors-in-possession. Under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules") and Sections 342 and 1109(b) of the Bankruptcy Code, the USOPC requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

COVINGTON & BURLING LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Attention: Gabriella B. Zahn-Bielski
Telephone: (212) 841-1255
Facsimile: (212) 841-1010
Email: gzahnbielski@cov.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the USOPC or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases, or (e) property or proceeds thereof in the possession, custody, or control of the USOPC or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the USOPC or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the USOPC (1)

2

to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 17, 2020<br>New York, New York | COVINGTON & BURLING LLP<br><br>By: */s/Gabriella B. Zahn-Bielski*<br>      Gabriella B. Zahn-Bielski<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 841-1255<br>Facsimile: (212) 841-1010<br>Email: gzahbielski@cov.com<br><br>*Counsel to the United States Olympic and Paralympic Committee* |

# CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties who have filed an appearance. Copies of this pleading may be accessed through the Court's electronic filing system.

Dated: August 17, 2020
      New York, New York

COVINGTON & BURLING LLP

By: */s/Gabriella B. Zahn-Bielski*
    Gabriella B. Zahn-Bielski

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1255
Facsimile: (212) 841-1010
Email: gzahbielski@cov.com

*Counsel to the United States Olympic and Paralympic Committee*