UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                 :

In re                                       :        **Chapter 11**

                                                  :

**24 HOUR FITNESS**                :        **Case No. 20– 11558 (KBO)**
**WORLDWIDE, INC.,** *et al.,*     :

                                                  :

                 **Debtors.**[1]     :        **(Jointly Administered)**

                                                      :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Kendrick Ajayi, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail and email on the OCP Service List attached hereto as **Exhibit A**:

- Declaration of Randy S. Faust Esq., on behalf of Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone LLP [Docket No. 684]

- First Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for period June 15, 2020 through June 30, 2020 [Docket No. 686] ("***Weil Fee Statement*** ")

- Notice of Adjourned Rejection Date for Certain Leases Subject to Notice of Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 687] ("***Notice of Adjourned Lease Rejection Date*** ")

- Notice of Withdrawal of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 688] ( "***Notice of Withdrawal of Lease Rejection*** ")

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372).  The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

- Certification of Counsel regarding Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon Property in Connection Therewith and (II) Granting Related Relief [Docket No. 689] ( "*Certification of Counsel regarding Lease Rejection Order* ")

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjourned Lease Rejection Date, Notice of Withdrawal of Lease Rejection, and Certification of Counsel regarding Lease Rejection Order to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B**.

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjourned Lease Rejection Date to be served via first class mail on the DN 687 Service List attached hereto as **Exhibit C.**

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Withdrawal of Lease Rejection to be served via first class mail on the DN 688 Service List attached hereto as **Exhibit D.**

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Certification of Counsel regarding Lease Rejection Order to be served via first class mail on the DN 689 Service List attached hereto as **Exhibit E.**

On August 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Weil Fee Statement to be served via first class mail and by email on August 8, 2020 on the Debtors, c/o 24 Hour Fitness Worldwide, Inc, Attn: Dean Myatt, 12467 Alcosta Blvd, San Ramon, CA, 94583, dmyatt@24hourfit.com; rmeads@24hourfit.com; dan.hugo@fticonsulting.com

Dated: August 17, 2020

/s/ Kendrick Ajayi
Kendrick Ajayi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 17, 2020, by Kendrick Ajayi proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 44931

**Exhibit A**

# Exhibit A

OCP Service List

Served via first class mail and email

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| Cooley LLP | Attn: Cathy Hershcopf, Michael Klein, Lauren A. Reichardt | 55 Hudson Yards | New York | NY | 10001 | chershcopf@cooley.com; mklein@cooley.com; lreichardt@cooley.com |
| Cooley LLP | Attn: Cullen D. Speckhardt, Olya Antle | 1299 Pennsylvania Avenue, NW | Washington | DC | 20004 | cspeckhart@cooley.com; oantle@cooley.com |
| Covington & Burling LLP | Attn: Ronald Hewitt, Martin E. Beeler, Todd A. Mortensen | 620 Eighth Avenue | New York | NY | 10018 | rhewitt@cov.com; mbeeler@cov.com; tmortensen@cov.com |
| Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| O'Melveny & Myers LLP | Attn: Daniel S Shamah Esq, Diana M Perez Esq, Adam P Haberkorn, Esq, John J. Rapisardi, Adam C. Rogoff | 7 Times Square | New York | NY | 10036 | mparks@omm.com; spak@omm.com; dshamah@omm.com; DPerez@omm.com; AHaberkorn@omm.com; jrapisardi@omm.com; adamrogoff@omm.com |
| Office of the United States Trustee | Attn: Linda J. Casey | 844 King St Ste 2207 | Wilmington | DE | 19801 | Linda.Casey@usdoj.gov |

**Exhibit B**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | 1680 Kapiolani LLC | Attn: John Stokke, Property Manager<br>3810 Katella Avenue<br>Los Alamitos CA 94583 | jstokkecrms@gmail.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | 225 5th Avenue NY LLC | Attn: Legal Department<br>6922 Hollywood Boulevard<br>Suite 900<br>Bethesda MD 20814 | trandolph@cimgroup.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | 600 Broadway Partners LLC | Attn: Alex Adjmi<br>1412 Broadway 3rd floor<br>New York NY 10018 | alex@achsny.com | First Class Mail and Email |
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd<br>Ste 300<br>McKinney TX 75069 | ctimmons@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | First Class Mail and Email |
| Counsel for Diane Mueller | Adams Law Firm, LLC | Attn: Roger K. Adams<br>4155 E. Jewell Ave., Suite 612<br>Denver CO 80222 | rogerkadams@rka-law.com | First Class Mail and Email |
| Counsel for Spirit Master Funding X and Spirit CC Aurora, LLC | Akerman LLP | Attn: John E. Mitchell, Esq., Yelena E. Archiyan, Esq.<br>2001 Ross Avenue<br>Suite 3600<br>Dallas TX 75201 | John.mitchell@akerman.com<br>yelena.archiyan@akerman.com | First Class Mail and Email |
| Counsel to Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, Mercury TIC, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | Attn: Ivan M. Gold<br>Three Embarcadero Center<br>12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Annapolis Towne Center at Parole LLC | c/o PGIM Real Estate<br>Attn Michael Harrington<br>7 Giralda Farms<br>Madison NJ 07940 | | First Class Mail |
| Attorneys for Los Altos School District | Arent Fox, LLC | Attn: Annie Y. Stoops<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013 | annie.stoops@arentfox.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | AT Kearney Inc | Attn: John Fiorentino, William Guthrie<br>227 West Monroe Street<br>Chicago IL 60606 | northamericafinance@atkearney.com<br>Will.Guthrie@kearney.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for Diane Mueller | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | maustria@austriallc.com | First Class Mail and Email |
| Counsel for AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC | AVG Partners | Attn: Scott D. Mayer<br>9595 Wilshire Blvd.<br>Suite 700<br>Beverly Hills CA 90212 | sdmayer@avgpartners.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Axiom Construction Company LLC | Attn: Brian Melton<br>1219 Wunsche Loop<br>Spring  TX 77373 | bmelton@axiomconstruction.com | First Class Mail and Email |
| Counsel for Seven Hills Properties 31, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Katherine E. Anderson Sanchez<br>1 E. Washington Street, Suite 2300<br>Phoenix AZ 85004 | ganzc@ballardspahr.com<br>andersonsanchezk@ballardspahr.com | First Class Mail and Email |
| Counsel for Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | First Class Mail and Email |
| Counsel for Seven Hills Properties 31, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company, Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, Mercury TIC, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for Terramar Retail Centers, LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: William J.Barrett<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | william.barrett@bfkn.com | First Class Mail and Email |
| Westfield, LLC and its affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland, Esq., Ilan Markus, Esq<br>545 Long Wharf Drive<br>9th Floor<br>New Haven CT 06511 | nferland@barclaydamon.com<br>imarkus@barclaydamon.com | First Class Mail and Email |
| Westfield, LLC and its affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | First Class Mail and Email |
| Counsel to RNB Partners, LLC | Benesch Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801 | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | First Class Mail and Email |
| Counsel to Spring Shopping Center LLC, Irvine Spectrum Center LLC, a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn St., Suite 510<br>Whittier  CA 90602 | ernie.park@bewleylaw.com | First Class Mail and Email |
| Counsel to Kellermeyer Bergensons Services, LLC | Bielli & Klauder, LLC | Attn: David M. Klauder, Esquire<br>1204 N. King Street<br>Wilmington DE 19801 | dklauder@bk-legal.com | First Class Mail and Email |
| Attorneys for Kin Properties, Inc. and Masue LLC | Blank Rome LLP | Attn: Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington DC 20006 | jrhodes@blankrome.com | First Class Mail and Email |
| Counsel for AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC, Kin Properties, Inc. and Masue LLC | Blank Rome LLP | Attn: Victoria A. Guilfoyle & Bryan J. Hall<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | guilfoyle@blankrome.com<br>bhall@blankrome.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | BP-CGCenter I LLC | Attn: Robert Selsam<br>599 Lexington Avenue<br>Suite 1800<br>New York NY 10022 | acameron@bostonproperties.com | First Class Mail and Email |
| Counsel for Brookfield Properties Retail, Inc. as Agent | Brookfield Properties Retail, Inc. | Attn: Kristen N. Pate, Julie Minnick Bowden<br>350 N. Orleans Street, Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertiesretail.com<br>julie.bowden@brookfieldpropertiesretail.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Broward County, Florida | Broward County Attorney | Attn: Andrew J. Meyers<br>Governmental Center, Suite 423<br>115 South Andrews Avenue<br>Fort Lauderdale FL 33301 | sandron@broward.org | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel for CentiMark Corporation | Buchanan Ingersoll & Rooney PC | Attn: Mary F. Caloway<br>919 North Market Street<br>Suite 990<br>Wilmington DE 19801 | mary.caloway@bipc.com | First Class Mail and Email |
| Counsel for CentiMark Corporation | Buchanan Ingersoll & Rooney PC | Attn: Timothy P. Palmer<br>501 Grant Street<br>Suite 200<br>Pittsburgh PA 15219 | timothy.palmer@bipc.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Cal Select Builders, Inc | Attn: Gail Newton<br>23253 La Palma Ave<br>Yorba Linda CA 92887 | gnewton@calselect.com | First Class Mail and Email |
| Counsel to 24 HR – TX (TX) Limited Partnership;<br>FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.;<br>AND FIT (UT) QRS 14-92, INC. | Chaffetz Lindsey LLP | Attn: Alan J. Lipkin<br>1700 Broadway<br>33rd Floor<br>New York NY 10019 | a.lipkin@chaffetzlindsey.com | First Class Mail and Email |
| Counsel for Santan Gem, LLC | Clark Hill PLC | Attn:  David M. Blau, Esq.<br>151 S. Old Woodward Ave<br>Ste. 200<br>Birmingham MI 48009 | dblau@clarkhill.com | First Class Mail and Email |
| Counsel for Santan Gem, LLC | Clark Hill PLC | Attn: Karen M. Grivner, Esq.<br>824 N. Market St.<br>Ste. 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Club Resource Group Inc | Attn: Jennifer<br>1875 N Macarthur Drive<br>Tracy CA 95376 | kkovenich@crgus.com | First Class Mail and Email |
| Counsel to Seritage SRC Finance LLC | COLE SCHOTZ P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | First Class Mail and Email |
| Counsel to Seritage SRC Finance LLC | COLE SCHOTZ P.C. | Attn: Ryan T. Jareck<br>Court Plaza North<br>25 Main Street<br>Hackensack NJ 07601- | rjareck@coleschotz.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for Wedt Industries, Inc. dba Club Resources Group | Collins Collins Muir + Stewart LLP | Attn: Edward J. Riffle, Esq., Bradley D. Doucette, Esq. 1100 El Centro Street South Pasadena  CA 91030 | eriffle@ccmslaw.com bdoucette@ccmslaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Colorado Pool Systems | Attn: Patrick Kitowski 2801 Youngfield Street Suite 260 Golden CO 80401 | linda@copools.com | First Class Mail and Email |
| Counsel to RPAI Lakewood, LLC | CONNOLLY GALLAGHER LLP | Attn: Karen C. Bifferato & Kelly M. Conlan 1201 N. Market Street 20th Floor Wilmington DE 19801 | kbifferato@connollygallagher.com kconlan@connollygallagher.com | First Class Mail and Email |
| Official Commite of Unsecured Creditors | Cooley LLP | Attn: Cathy Hershcopf, Michael Klein, Lauren A. Reichardt 55 Hudson Yards New York NY 10001 | chershcopf@cooley.com mklein@cooley.com lreichardt@cooley.com | Email |
| Official Commite of Unsecured Creditors | Cooley LLP | Attn: Cullen D. Speckhardt, Olya Antle 1299 Pennsylvania Avenue, NW Washington DC 20004 | cspeckhart@cooley.com oantle@cooley.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Costco Wholesale | Attn: Stacy Wells PO Box 34331 Seattle WA 98124 | swells@costco.com | First Class Mail and Email |
| Counsel to DIP Agent, Wilmington Trust, National Association | Covington & Burling LLP | Attn: Ronald Hewitt, Martin E. Beeler, Todd A. Mortensen 620 Eighth Avenue New York NY 10018 | rhewitt@cov.com mbeeler@cov.com tmortensen@cov.com | First Class Mail and Email |
| Counsel to LASALLE, LP and AAP Trust | Cozen O'Connor | Attn: Thomas J. Francella, Jr. 1201 N. Market Street Suite 1001 Wilmington DE 19801 | tfrancella@cozen.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Cumming Construction Company Inc | Attn: Adam Lopes 1483 East 3850 South StGeorge UT 84790 | trevor@cciutah.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept Carvel State Office Bldg 820 N French St 6th Fl Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton 820 N French St Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Top 30 Unsecured Creditors | DGC Capital Contracting | Attn: Maureen Mcfadden<br>506 South 9th Ave<br>Mount Vernon NY 10550 | | First Class Mail |
| Counsel to US VI Downey, LLC | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801-1659 | jphitchings@duanemorris.com | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Top 30 Unsecured Creditors | Epsilon Agency LLC | Attn: Sekinat Fakoya<br>3787 Momentum Place<br>Chicago IL 60689-5337 | chrisschulte@epsilon.com | First Class Mail and Email |
| Attorneys for Copperwood Square IA, LLC, | Ervin Cohen & Jessup LLP | c/o Byron Z. Moldo<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | First Class Mail and Email |
| Counsel to PepsiCo, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>1327 W. Washington Blvd., Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | First Class Mail and Email |
| Counsel for Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | First Class Mail and Email |
| Attorney for CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | GAWTHROP GREENWOOD, PC | Attn: David W. deBruin<br>3711 Kennett Pike<br>Suite 100<br>Wilmington DE 19807 | ddebruin@gawthrop.com | First Class Mail and Email |
| Counsel for OB Frank Properties, LLC, Cal Select Builders | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy Brown<br>1201 N. Orange St.<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Geneva Crossing Carol Stream IL LLC | Attn: Kumar Bhavanasi<br>551 S. Washington Ave., Ste. 402A<br>Piscataway NJ 08554 | kumar.bhavanasi@first-tek.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | Attn: Howard A. Cohen<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761 | hcohen@gibbonslaw.com | First Class Mail and Email |
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | Attn: Mark Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | mconlan@gibbonslaw.com | First Class Mail and Email |
| Counsel for Creditor and Interested Party 525 Colorado LLC | Glickfeld, Fields & Jacobson LLP | Attn: Lawrence M. Jacobson<br>8383 Wilshire Boulevard<br>Suite 408<br>Beverly Hills CA 90211 | lmj@gfjlawfirm.com | First Class Mail and Email |
| Counsel to RU Old Denton Road Fort Worth TX, LLC<br>which is a subsidiary of BRIX REIT, INC., RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | Goe Forsythe & Hodges LLP | Attn: Marc C. Forsythe<br>18101 Von Karman, Suite 1200<br>Irvine CA 92612 | mforsythe@goeforlaw.com | First Class Mail and Email |
| Counsel HUH/DI OCP Cinque Terre, LLC, BP/CGCENTER II, LLC, and CA-Santa Monica Business Park Limited Partnership | Goulston & Storrs PC | Attn: Douglas B. Rosner, Esq., Vanessa P. Moody, Esq.<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com | First Class Mail and Email |
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC | GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER LLP | Attn: Jeffrey A. Krieger<br>2049 Century Park East, Suite 2600<br>Los Angeles CA 90067 | JKrieger@ggfirm.com | First Class Mail and Email |
| Counsel to LASALLE, LP and AAP Trust | Greenfield LLP | Attn: Bernard S. Greenfield, Edward T. Colbert<br>55 S. Market Street, Suite 1500<br>San Jose CA 95113 | bgreenfield@greenfieldlaw.com<br>ecolbert@greenfieldlaw.com | First Class Mail and Email |
| Counsel to Custom Locations, LLC | Guaglardi & Meliti, LLP | Attn: Jason S. Nunnermacker<br>365 West Passaic Street, Suite 130<br>Rochelle Park NJ 07662 | jnunnermacker@adgmlaw.com | First Class Mail and Email |
| Counsel to Kellermeyer Bergensons Services, LLC | Halperin Battaglia Benjija, LLP | Attn: Donna H. Lieberman, Esquire<br>40 Wall Street, 37th Floor<br>New York NY 10005 | dlieberman@halperinlaw.net | First Class Mail and Email |
| Counsel for ACRE Investment Company, LLC, Marin Country Mart, LLC | Hanson Bridgett LLP | Attn: Nancy J. Newman, Jordan A. Lavinsky<br>425 Market Street<br>26th Floor<br>San Franciso CA 94105 | nnewman@hansonbridgett.com<br>jlavinsky@hansonbridgett.com | First Class Mail and Email |
| Counsel for Greenway Electrical Services, LLC | HAYES & NEWMAN, PL | Attn: Carly M. Newman, Esq.<br>830 Lucerne Terrace<br>Orlando FL 32801 | cnewman@const-law.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for Kruger Litle d/b/a TCS Plumbing | Hicks Law Group PLLC | Attn: Kevin S. Wiley, Jr., Rebecca A. Hicks<br>325 N. St. Paul St.<br>Dallas TX 75201 | KWiley@HicksLawGroup.com<br>RHicks@HicksLawGroup.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Hoist Fitness Systems | Attn: Jason Evenskaas<br>11900 Community Road<br>Poway CA 92064 | jmcdonald@hoistfitness.com | First Class Mail and Email |
| Counsel to TR Wateridge LLC | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | First Class Mail and Email |
| Counsel to Agree Littleton CO LLC, assignee of Denver Oaks, LP, 1830-1850 Ocean Avenue LLC | Honigman LLP | Attn: Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detriot MI 48226 | llichtman@honigman.com | First Class Mail and Email |
| Counsel for POYUAN LU | Hoover Law Group, PLLC | Attn: Gregory Scott Hoover<br>1805 - 136th Place NE #203<br>Bellevue WA 98005 | greg@gshlaw.net | First Class Mail and Email |
| Counsel for Landlord, Columbus Avenue II, LLC, Croactive Property Group, Inc. | Hopkins & Carley | Attn: Jay Michael Ross, Monique D. Jewett-Brewster<br>70 S 1st Street<br>San Jose CA 95113 | jross@hopkinscarley.com<br>mjb@hopkinscarley.com | First Class Mail and Email |
| Counsel for OUTFRONT Media LLC | Iannitelli Marcolini, P.C. | Attn: Claudio E. Iannitelli<br>5353 North 16th Street, Suite 315<br>Phoenix AZ 85016 | cei@imlawpc.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Columbus Avenue II, LLC, Croactive Property Group, Inc. and Marsau Enterprises, Inc | Jack Shrum, PA | Attn: Jackson Shrum<br>919 N. Market Street, Suite 1410<br>Wilmington DE 19801 | jshrum@jshrumlaw.com | First Class Mail and Email |
| Counsel to Bellevue Pacific, LLC | Jameson Pepple Cantu PLLC | Attn: Jeffrey M. Hawkinson<br>801 Second Avenue, Suite 700<br>Seattle WA 98104 | jhawkinson@jpclaw.com | First Class Mail and Email |
| Interested Party | Jayne Malkenson RN | 1125 Lexington Avenue<br>Apt 5D<br>New York NY 10075 | jayne1125@aol.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Esq., Berry D. Spears, Esq.,David Taylor, Esq. 650 California Street Suite 1900 San Francisco CA 94108 | tkeller@kbkllp.com bspears@kbkllp.com dtaylor@kbkllp.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Kellermeyer Bergensons Services | Attn: Elva De La Torre, Van Andres 1575 Henthorne Drive Maumee OH 43537 | ar-ca@kbs-services.com vandres@kbs-services.com | First Class Mail and Email |
| Counsel to Basser-Kaufman, Inc., Brookfield Property REIT Inc., Regency Centers L.P., SITE Centers Corp. and Woodmont Properties, Inc. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane & Jennifer D. Raviele 101 Park Avenue New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Keono | Attn: Erika Dobrotka 205 E Butterfield Rd # 166 Elmhurst IL 60126 | accounting@keono.com | First Class Mail and Email |
| Counsel to Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division c/o Linda Delgao | bankruptcy@kerncounty.com | First Class Mail and Email |
| Counsel for 525 Colorado LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch 919 N. Market Street Suite 1000 Wilmington DE 19801-3062 | rlemisch@klehr.com | First Class Mail and Email |
| Counsel for Axiom DR Construction LLC d/b/a Axiom Construction LLC | Kraemer Burns, P.A. | Attn: Raymond M. Patella 675 Morris Ave 3rd Floor Springfield NJ 07081 | rpatella@kraemerburns.com | First Class Mail and Email |
| Counsel for BT Carrolton, LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire 401 S. 2nd Street Suite 200 Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | First Class Mail and Email |
| Counsel to First Agent | Latham & Watkins LLP | Attn: Alfred Xue, Esq 885 3rd Ave New York NY 10022 | AlfredXue@lw.com | First Class Mail and Email |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | LATHAM & WATKINS LLP | Attn: Richard A. Levy & James Ktsanes 330 North Wabash Avenue Suite 2800 Chicago IL 60611 | james.ktsanes@lw.com | First Class Mail and Email |
| Counsel to PCW Properties, LLC | Law Office of Corey E. Taylor | Attn: Corey E. Taylor 629 Camino de Los Mares, Suite 305 San Clemente CA 92673 | corey@taylorlawoc.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | Attn: Steven L. Bryson | | |
| Attorney for Schedule of Creditors | Law Office of Steven L. Bryson | 11150 W. Olympic Blvd., Ste. 1120<br>Los Angeles CA 90064 | Office@SteveBryson.com | First Class Mail and Email |
| Attorney for the Taubman Landlords, Westfield, LLC and its affiliates, Marin Country Mart, LLC, ACRE Investment Company, LLC | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman, Esq.<br>919 N. Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | First Class Mail and Email |
| Counsel to 5 Point Partners LP, a California Limited Partnership | Law Office of William P. Fennell, APLC | Attn: William P. Fennell<br>600 West Broadway<br>Ste 930<br>San Diego CA 92101 | william.fennell@fennelllaw.com | First Class Mail and Email |
| Counsel for 5 Points Partners LP | Law Office of William P. Fennell, APLC | Attn: William P. Fennell, Melissa A. Blackburn Joniaux, Yosina M. Lissebeck<br>600 West Broadway<br>Suite 930<br>San Diego CA 92101 | william.fennell@fennelllaw.com<br>mblackburnjoniaux@fennelllaw.com<br>yosina.lissebeck@fennelllaw.com | First Class Mail and Email |
| Counsel to US VI Downey, LLC | Law Offices of Kevin S. Neiman, PC | Attn: Kevin S. Neiman<br>999 18th Street<br>Suite 1230 S<br>Denver CO 80202 | kevin@ksnpc.com | First Class Mail and Email |
| Counsel for Newkoa, LLC | Law Offices of Ronald K. Brown, Jr. | Attn: Ronald K. Brown<br>901 Dove Street, Suite 120<br>Newport Beach CA 92660 | Ron@rkbrownlaw.com | First Class Mail and Email |
| Counsel for Huntington South Center LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik<br>10250 Constellation Blvd<br>Suite 1700<br>Los Angeles CA 90067 | EHK@lnbyb.com | First Class Mail and Email |
| Counsel for Huntington South Center, LLC | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles CA 90067 | EHK@lnbyb.com | First Class Mail and Email |
| Attorney for Rosen Investment Company Holdings, LLC | Levy Von Beck Comstock P.S. | Attn: Katie J. Comstock<br>1200 Fifth Ave.<br>Suite 1850<br>Seattle WA 98101 | katie@levy-law.com | First Class Mail and Email |
| Counsel for Rockwall Cad, City of Frisco, Allen ISD, Dallas County, Tarrant County, and City of Allen | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Precor Incorporated | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Lindsay Sklar<br>1251 Avenue of the Americas<br>New York NY 10020 | jcohen@lowenstein.com<br>lsklar@lowenstein.com | First Class Mail and Email |
| Counsel for Eurpac Service, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller<br>600 Montgomery Street, 14th Floor<br>San Francisco CA 94111 | dmiller@lubinolson.com | First Class Mail and Email |
| Counsel to Nazareth Retail Holdings, LLC and Crane Court, LLC | Macdonald Fernandez LLP | Attn: Alexander K. Lee, Reno F.R. Fernandez<br>221 Sansome Street, Third Floor<br>San Francisco CA 94104 | reno@macfern.com<br>alex@macfern.com | First Class Mail and Email |
| Counsel to Vilage Hillcrest Partners Lp | Malcolm Cisneros, a Law Corporation | Attn: Nathan F. Smith, William G. Malcolm<br>2112 Business Center Drive<br>Irvine CA 92612 | nathan@mclaw.org<br>bill@mclaw.org<br>bill@mclaw.com | First Class Mail and Email |
| Counsel for The County of Denton, Texas and The County of Williamson, Texas, (the "Texas Taxing Authorities") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P. O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | First Class Mail and Email |
| Counsel for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale  MA 20737-1385 | bdept@mrrlaw.net | First Class Mail and Email |
| Top 30 Unsecured Creditors | Microsoft Corporation | Attn: Taimah Vaber<br>6100 Neil Road<br>Reno NV 89511-1137 | mscredit@microsoft.com | First Class Mail and Email |
| Counsel to Softtek Integration Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson<br>150 West Jefferson<br>Suite 2500<br>Detroit MI 48226 | swansonm@millercanfield.com | First Class Mail and Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe<br>101 Park Avenue<br>New York NY 10178-0600 | craig.wolfe@morganlewis.com | First Class Mail and Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare<br>Nemours Buidling<br>1007 Orange Street, Suite 501<br>Wilmington DE 19801 | jbarillare@morganlewis.com | First Class Mail and Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy<br>One Federal Street - 32nd Floor<br>Boston MA 02110-1726 | laura.mccarthy@morganlewis.com | First Class Mail and Email |
| Official Commite of Unsecured Creditors | Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to 24 HR – TX (TX) Limited Partnership; FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.; AND FIT (UT) QRS 14-92, INC. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Mathew O. Talmo<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | cmiller@mnat.com<br>mtalmo@mnat.com | First Class Mail and Email |
| Counsel for United Parcel Service, Inc. and BT-OH, LLC | MORRISON & FOERSTER LLP | Attn: Erica J. Richards<br>250 West 55th Street<br>New York NY 10019-9601 | erichards@mofo.com | First Class Mail and Email |
| Counsel for CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | Moye White LLP | Attn: Vikrama S. Chandrashekar<br>1400 16th Street<br>6th Floor<br>Denver CO 80202-1486 | Vika.Chandrashekar@moyewhite.com | First Class Mail and Email |
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P. | MUNSCH HARDT KOPF & HARR, P.C. | Attn: John D. Cornwell, Thomas D. Berghman<br>700 Milam Street, Suite 2700<br>Houston TX 77002 | jcornwell@munsch.com<br>tberghman@munsch.com | First Class Mail and Email |
| Counsel for CSRA 5901 Golden Triangle Master Lessee, LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Esq.<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | klippman@munsch.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Muscle Foods USA | Attn: Mike Banisch<br>PO Box 791126<br>Baltimore MD 21279-1126 | mikeb@musclefoodsusa.com | First Class Mail and Email |
| Counsel for Axiom DR Construction LLC d/b/a Axiom Construction LLC | Nance & Simpson, LLP | Attn: Michael W. Adams<br>2603 Augusta<br>Suite 1000<br>Houston TX 77057 | madams@nancesimpson.com | First Class Mail and Email |
| Counsel to the Ad Hoc Crossover Group | O'Melveny & Myers LLP | Attn: Daniel S Shamah Esq, Diana M Perez Esq, Adam P Haberkorn, Esq, John J. Rapisardi, Adam C. Rogoff<br>7 Times Square<br>New York NY 10036 | mparks@omm.com<br>spak@omm.com<br>dshamah@omm.com<br>DPerez@omm.com<br>AHaberkorn@omm.com<br>jrapisardi@omm.com<br>adamrogoff@omm.com | First Class Mail and Email |
| Counsel for the State of Texas, Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Bankruptcy & Collections Division<br>Attn J Binford, J Roy, Courtney J. Hull<br>P.O. Box 12548 MC 008<br>Austin TX 78711-2548 | jason.binford@oag.texas.gov<br>casey.roy@oag.texas.gov<br>bk-chull@oag.texas.gov | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey<br>844 King St Ste 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane<br>919 North Market Street<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com | Email |
| Top 30 Unsecured Creditors | Palomar Fitness Partner LP | c/o Pacific Development Partners<br>Attn  Janet Tanasugarn<br>11601 Wilshire Blvd Suite 2110<br>Los Angeles CA 90025 | jtanasugarn@tiarna.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | PCM Sales Inc | Attn: Hillarie Rubin<br>4995 Murphy Canyon Rd<br>Ste 300<br>San Diego CA 92123 | cashposting@pcm.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association,<br>as DIP Agent | Pepper Hamilton LLP | Attn: David M. Fournier, Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | fournierd@pepperlaw.com<br>listwakk@pepperlaw.com<br>wlbank@pepperlaw.com<br>smithda@pepperlaw.com<br>molitorm@pepperlaw.com<br>hardinp@pepperlaw.com | First Class Mail and Email |
| Counsel for Richardson ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, Frisco ISD, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | First Class Mail and Email |
| Counsel for Spring Branch Independent School District, Klein Independent School District, Humble Independent School District, Spring Independent School District, Alief Independent School District, Pasadena Independent School District, Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston  TX 77008 | osonik@pbfcm.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Piranha Industries | Attn: Gail Spencer<br>2801 Youngfield St<br>Suite 260<br>Golden CO 80401 | gspencer@piranhaind.com | First Class Mail and Email |
| Counsel for Huntington South Center, LLC | POLSINELLI PC | Attn: Christopher A. Ward, Brenna A. Dolphin, Shanti M. Katona<br>222 Delaware Ave.<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>bdolphin@polsinelli.com<br>skatona@polsinelli.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | Precor Inc | Attn: Shawna Arneson<br>20031 142nd Ave NE<br>Woodinville WA 98072-4002 | shawna.arneson@precor.com | First Class Mail and Email |
| Attorney for Mann Enterprises, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq.<br>525 B Street<br>Suite 2200<br>San Diego  CA 92101 | gerald.kennedy@procopio.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Radius Global Solutions LLC | Attn: Erica Doshi<br>7831 Glenroy Rd<br>Edina MN 55439 | | First Class Mail |
| Counsel for EQYInvest Owner II, Ltd, LLP | Rashti and Mitchell, Attroneys at law | c/o Timothy T. Mitchell<br>4422 Ridgeside Drive<br>Dallas TX 75244 | tim@rashtiandmitchell.com<br>dkrm@aol.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Raymond Construction Inc | Attn: Dawn Quin<br>4407 N Beltwood Parkway # 106<br>Dallas TX 75244 | tdailey@raymondconstruction.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | Attn: Eric A. Schaffer Esq., Luke A. Sizemore Esq.<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | Attn: Mark W. Eckard<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | meckard@reedsmith.com | First Class Mail and Email |
| Counsel to Che Chen Liu and Shu Fen Liu Revocable Trust (as successor in interest to Moreno Valley Twenty-Four Hour, LLC), San Jose Central Travel, Inc | Reger Rizzo & Darnall LLP | Attn: Evan W, Rassman, Esq.<br>1521 Concord Pike, Suite 305<br>Brandywine Plaza West<br>Wilmington DE 19803 | erassman@regerlaw.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>merchant@rlf.com<br>queroli@rlf.com | First Class Mail and Email |
| Counsel to MLT Station, L.L.C. | Robinson & Cole LLP | Attn: Jamie L. Edmonson<br>1201 North Market Street<br>Suite 1406<br>Wilmington DE 19801 | jedmonson@rc.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to RU Old Denton Road Fort Worth TX, LLC which is a subsidiary of BRIX REIT, INC., Landlord, RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | RU Rainbow Blvd Las Vegas, NV, LLC | 120 Newport Center Drive Newport Beach CA 92660 | | First Class Mail |
| Counsel for Centennial Square, LLC | Rubin LLC | Attn: Paul A. Rubin, Hanh Huynh 345 Seventh Avenue 21st Floor New York NY 10001 | prubin@rubinlawllc.com hhuynh@rubinlawllc.com | First Class Mail and Email |
| Counsel to AmCap Austin Bluffs LLC, AmCap Tiffany LLC, and ADLP-U&A, LLC, RSD Partners, LLC | S&D Law | Attn: Steven W Kelly 1290 Broadway Suite 1650 Denver CO 80203 | | First Class Mail |
| Counsel to BMS Realty Company | Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman The Omni - 333 Earle Ovington Boulevard Suite 601 Uniondale NY 11553 | jshafferman@swc-law.com | First Class Mail and Email |
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC | SAUL EWING ARNSTEIN & LEHR LLP | Attn: John D. Demmy 1201 N. Market Street, Suite 2300 P.O. Box 1266 Wilmington DE 19899 | john.demmy@saul.com | First Class Mail and Email |
| Counsel for Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore, Esq., Samantha Banks, Esq. 1600 Market Street Suite 3600 Philadelphia PA 19103 | nlepore@schnader.com sbanks@schnader.com | First Class Mail and Email |
| Counsel for Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Kristi J. Doughty, Esq. 824 N. Market Street Suite 800 Wilmington DE 19801-4939 | rbarkasy@schnader.com kdoughty@schnader.com | First Class Mail and Email |
| Counsel for OB Frank Properties, LLC | SCHWEET LINDE & COULSON, PLLC | Attn: Michael M. Sperry, Esq. 575 S. Michigan Street Seattle WA 98108 | michaels@schweetlaw.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury 100 F St NE Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | Attn: Bankruptcy Dept | | |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Brookfield Place 200 Vesey Street Ste 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept One Penn Center 1617 JFK Blvd Ste 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel for 600 Broadway Partners LLC | Seyfarth Shaw LLP | Attn: Edward M. Fox, Esq. 620 8th Avenue New York NY 10018 | emfox@seyfarth.com | First Class Mail and Email |
| Counsel for Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. 225 West Washington Street Indianapolis IN 46204 | rtucker@simon.com | First Class Mail and Email |
| Attorneys for Icon Owner Pool 1 West/Southwest, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq. 16200 Addison Road Suite 140 Addison TX 75001 | mshriro@singerlevick.com | First Class Mail and Email |
| Counsels for Rolling Hills Plaza LLC | Sklar Kirsh, LLP | Attn:  Ian S. Landsberg, Esq. 1880 Century Park East Suite 300 Los Angeles CA 90067 | ilandsberg@sklarkirsh.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | SMA Architects PC | Attn: Nacy Meier, Steven Meier 115 W Main St Allen TX 75013 | nmeier@meierarchitects.com smeier@smaarchitects.com | First Class Mail and Email |
| Counsel to Allen Fitness, LP, Frisco Fitness, LP, Highlands Fitness, LP, Lakeline Austin Fitness, LP, North Richland Fitness, LP, Phoenix Metro Center Fitness, LP, Colorado Springs Fitness, LP, Everett Washington Fitness, LP, Kirkwood Missouri Fitness, LP, Pembroke Miami Fitness, Ltd., Round Rock Fitness, LP, BHF, a California Limited Partnership, Lowry Denver Fitness, LP, Almaden Fitness, LP, Hancock Fitness, LP | Smith, Gambrell & Russell, LLP | Attn: Anne K. Edwards 444 South Flower Street, Suite 1700 Los Angeles CA 90071 | aedwards@sgrlaw.com | First Class Mail and Email |
| Counsel to SunBrewer Partners, L.P | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer 401 B Street, Suite 1200 San Diego CA 92101 | mbreslauer@swsslaw.com wyones@swsslaw.com | First Class Mail and Email |
| Counsel to SAN JOSE CENTRAL TRAVEL, INC | Song & Lee, LLP | Attn: Brian H. Song 2559 S. Bascom Ave Campbell CA 95008 | Briansong@songleelaw.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for 111 Sutter Street Owner LP | St. James Law, P.C. | Attn: Michael St. James, Esq.<br>22 Battery Street<br>Suite 888<br>San Francisco CA 94111 | ECF@stjames-law.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Staples Contract & Commercial LLC | Attn: Steve Seignious<br>PO Box 70242<br>Philadelphia PA 19176-0242 | arremittance@staples.com<br>steveseignious@staples.com | First Class Mail and Email |
| Counsel for Levin Management Corporation | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com | First Class Mail and Email |
| Counsel for the State of Hawaii pursuant to Hawaii Revised Statutes Chapter 487 | State of Hawaii | Attn: James F. Evers, Esq.<br>Office of Consumer Protection<br>235 S. Beretania Street, Room 801<br>Honolulu HI 96813 | jevers@dcca.hawaii.gov | First Class Mail and Email |
| Counsel for S&C Venture, a joint venture | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami FL 33130 | predmond@stearnsweaver.com | First Class Mail and Email |
| Counsel to MLT Station, L.L.C. | Stokes Lawerence, P.S. | Attn: Thomas A. Lerner<br>1420 Fifth Avenue<br>Suite 3000<br>Seattle WA 98101-2393 | tom.lerner@stokeslaw.com | First Class Mail and Email |
| Counsel for Spirit Master Funding X and Spirit CC Aurora, LLC | The Bifferato Firm, P.A. | Attn: Ian Connor Bifferato, Esq.<br>1007 N. Orange Street<br>4th Floor<br>Wilmington DE 19801 | cbifferato@tbf.legal | First Class Mail and Email |
| Counsel to MEPT Westwood Village, LLC | The Law Office of James Tobia, LLC | Attn: James Tobia<br>1716 Wawaset Street<br>Wilmington DE 19806 | jtobia@tobialaw.com | First Class Mail and Email |
| Attorney for the Taubman Landlords | The Taubman Company | Attn: Andrew S. Conway, Esq.<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | aconway@taubman.com | First Class Mail and Email |
| Counsel for MEPT Westwood Village, LLC and Madison Marquette | Toulsey Brain Stephens PLLC | Attn: Chase C. Alvord<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle WA 98101 | calvord@tousley.com | First Class Mail and Email |
| Attorneys for DS FOUNTAIN VALLEY LP, a Delaware limited partnership; and DS PROPERTIES 17 LP, a Delaware limited partnership | Trainor Fairbrook | Attn: Jennifer L. Pruski<br>Post Office Box 255824<br>Sacramento CA 95865 | jpruski@trainorfairbrook.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Travis County | Travis County Attorney | Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin TX 78767 | Jason.Starks@traviscountytx.gov | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly co Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Top 30 Unsecured Creditors | Veritas Media Group LLC | Attn: Jason Ballance<br>1111 Broadway<br>3rd Floor<br>Oakland CA 94607 | jason@veritasmediagroup.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Wells Fargo | Attn: Lindsey Widdis<br>150 East 42nd St 40th floor<br>New York NY 10017 | lindsey.widdis@wellsfargo.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Wells Fargo, N.A. | Attn: Thomas Korsman<br>600 S. 4th Street<br>MAC N9300-061<br>Minneapolis MN 55479 | Thomas.m.korsman@wellsfargo.com | First Class Mail and Email |
| Counsel to the Senior Notes Indenture Trustee | Wells Fargo, National Association | Attn: Corporate Trust Services - Administrator for 24 Hour Fitness<br>150 East 42nd St<br>New York NY 10017 | | First Class Mail |
| Counsel for United Parcel Service, Inc. and BT-OH, LLC | WHITEFORD, TAYLOR & PRESTON LLC | Attn: Stephen B. Gerald<br>405 North King Street<br>Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditors | Wiedenbach-Brown Co, Inc | Attn: Scott King<br>22901 La Palma Avenue<br>Yorba Linda CA 92887 | ar@blight.com | First Class Mail and Email |
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P.; Crane Court, LLC and Nazareth Retail Holdings, LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | First Class Mail and Email |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | YOUNG CONAWAY STARGATT & TAYLOR, LLP | Attn: Robert S. Brady, Michael R. Nestor & Andrew L. Magaziner<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | rbrady@ycst.com<br>mnestor@ycst.com<br>amagaziner@ycst.com | First Class Mail and Email |

**Exhibit C**

Exhibit C

DN 687 Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 8438179 | Agree Realty Corporation | 31850 Northwestern Highway | | | Farmington Hills | MI | 48334 |
| 8492859 | AVG Laguna, LLC | 9595 Wilshire Blvd. | Ste. 700 | | Beverly Hills | CA | 90212 |
| 8492588 | BRE DDR BR Cornerstar CO LLC | EVP Leasing \| DDR Corp. | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| 8443428 | BRE DDR BR Cornerstar CO LLC | General Counsel \| DDR Corp. | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| 8492326 | Brixmor Holdings 12 SPE, LLC | c/o Brixmor Property Group Attn: Office of General Counsel, Property | 450 Lexington Avenue | 13th Floor | New York | NY | 10017 |
| 8492327 | Brixmor Holdings 12 SPE, LLC | c/o Brixmor Property Group Attn: Vice President of Legal Services | 1525 Faraday Avenue | Suite 350 | Carlsbad | CA | 92008 |
| 8443035 | Capital Premier Property LLC | Wendy Wong | 9168 Las Tunas Drive | | Temple City | CA | 91780 |
| 8492556 | Cole 24 Orlando FL LLC | Clelia Abruzzi, Property Manager \| CIM Group | 2325 East Camelback Road | 10th Floor | Phoenix | AZ | 85016 |
| 8344352 | Cub Square Centre, LLC | c/o RRI Management LLC | 7800 S. Elati St, Ste. 330 | Suite 330 | Littleton | CO | 80120 |
| 8492186 | Douglas Emmett 2016 LLC | Director of Commercial Property Management | 1299 Ocean Avenue | Ste 1000 | Santa Monica | CA | 90401 |
| 8492736 | EWH Escondido Associates LP & North County Fair LP | c/o Westfield LLC - Attn: Lease Administration | 2049 Century Park East, 41st Floor | | Los Angeles | CA | 90067 |
| 8492737 | EWH Escondido Associates LP & North County Fair LP | c/o Westfield LLC - Attn: Office of Legal Counsel | 2049 Century Park East, 41st Floor | | Los Angeles | CA | 90067 |
| 8492212 | FW CA-Point Loma Plaza, LLC | c/o Regency Centers Corporation Attn: Lease Administration | One Independent Drive, Suite 114 | | Jacksonville | FL | 32202-5019 |
| 8492213 | FW CA-Point Loma Plaza, LLC | c/o Regency Centers Corporation One Attn: Legal Department | One Independent Drive, Suite 114 | | Jacksonville | FL | 32202-5019 |
| 8492214 | FW CA-Point Loma Plaza, LLC | c/o Regency Centers Corporation One Attn: Property Management | 420 Stevens Avenue, Suite 320 | | Solana Beach | CA | 92075 |
| 8443392 | Griffin Farms at Midtown, LLC | 7940 Via Dellagio Way | Suite 200 | | Orlando | FL | 32819 |
| 8492560 | HUH DI/OCP Cinque Terre, LLC | Attn: Mark S. Rosen \| The Hampshire Companies | 22 Maple Avenue | | Morristown | NJ | 07960 |
| 8492710 | Industry Investment Company, LLC | 18 Cypress Point Lane | | | Jackson | NJ | 08527 |
| 8492711 | Industry Investment Company, LLC | Rubicon Equity Management | 1306 Cambridge Lane | | Newport Beach | CA | 92660 |
| 8438043 | Inland Iowa Property LLC | Wendy Wong | 9168 Las Tunas Drive | | Temple City | CA | 91780 |
| 8492697 | KIR Fairfax, LP | c/o Kimco Realty corporation Attn: General Counsel | 3333 New Hyde Park Road, Suite 100 | Box 5020 | New Hyde Park | NY | 10042-0020 |
| 8492698 | KIR Fairfax, LP | c/o Kimco Realty corporation Attn: Legal Department | 1954 Greenspring Drive | Suite 330 | Timonium | MD | 21093 |
| 8443082 | Legacy Retail LLC | c/o Odyssey Realty LLC | PO BOX 34976 | | Las Vegas | NV | 89133 |
| 8443242 | Mall 205 GRF2, LLC | Property Management \| Gerrity Group LLC | 973 Lomas Santa Fe Drive | | Solana Beach | CA | 92075 |
| 8492577 | Murphy Marketplace Station LLC | Attn: Robert F Myers, COO | 11501 Northlake Drive | | Cincinnati | OH | 45249 |
| 8492419 | OB Frank Properties, LLC | c/o Hansen Real Estate, LLC | 5712 E Lake Sammamish Parkway SE | #100 | Issaquah | WA | 98029 |
| 8443259 | OB Frank Properties, LLC | PO Box 726 | | | Bellevue | WA | 98009 |
| 8492561 | O'Connor Property Management | Attn: Yvonne Jones | 240 Royal Palm Way | 2nd Floor | Palm Beach | FL | 33480 |
| 8443099 | Pacific Solana Beach Holdings, L.P. | c/o American Assets Trust Management, LLC - Attn: Charise McLaughlin | 11455 El Camino Real, Suite 200 | | San Diego | CA | 92130 |
| 8443417 | Phillips Edison & Company Ltd. | Attn: Lease Administration Department | 11501 Northlake Drive | | Cincinnati | OH | 45249 |
| 8492551 | Realty Income Properties 4, LLC | Attn: Legal Department | 11995 El Camino Real | | San Diego | CA | 92130 |
| 8438612 | RPI Carlsbad, LP | c/o Brookfield Properties (R), LLC - Attn: Legal Department | 200 Vesey Street, 25th Floor | | New York | NY | 10281 |
| 8492765 | RPI Carlsbad, LP | General Manager | 2525 El Camino Real | | Carlsbad | CA | 92008 |
| 8492746 | RS PARTNERS LP | Attn: Preeti Mathur | 170 Leafy Pass | | Irvine | CA | 92602 |
| 8492215 | Santee Trolley Square 991, LP | Legal Department | 3333 New Hyde Park Rd, Suite 100 PO Box 5020 | | New Hyde Park | NY | 11042-0020 |
| 8492205 | SR19 Mark II Portfolio LLC | c/o Stos Partners | 669 2nd Street, 2nd Floor | | Encinitas | CA | 92024 |
| 8492801 | VEREIT Real Estate LP | c/o VERIT, Inc., Attn: Asset Manager | 2315 E. Camelback Road | 9th Floor | Phoenix | AZ | 85016 |

**Exhibit D**

Exhibit D

DN 688 Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 8492685 | ALMADEN FITNESS LP | C/O TITUS PROPERTIES LLC | 1748 W KATELLA AVE SUITE 206 | | ORANGE | CA | 92867 |
| 8492574 | Builders Associates III | c/o AVG Partners | 9595 Wilshire Boulevard | Suite 700 | Beverly Hills | CA | 90212 |
| 8492458 | MARIN COUNTRY MART LLC | 2257C Larkspur Landing Circle | | | Larkspur | CA | 94939 |
| 8492459 | MARIN COUNTRY MART LLC | c/o Wilson Meany | 4 Embarcadero Center, Suite 3300 | | San Francisco | CA | 94111 |
| 8492200 | Ocean Ranch II, LLC | c/o Shea Properties, Legal Department | 130 Vantis | Suite 200 | Aliso Viejo | CA | 92656 |
| 8492199 | Ocean Ranch II, LLC | c/o Shea Properties, Senior VP of Asset Management | 130 Vantis | Suite 200 | Aliso Viejo | CA | 92656 |
| 8492541 | Park Square UCF, LLC | 5200 Vineland Road | Suite 200 | | Orlando | FL | 32811 |
| 8492798 | Seabridge Partners, LP | Attn: Shahram Afshani | 3280 Motor Avenue | Suite 200 | Los Angeles | CA | 90034 |
| 8443042 | Village Hillcrest Partners LP | Roberto Brutocao | 6 Venture, Suite 201 | | Irvine | CA | 92618 |
| 8443043 | Village Hillcrest Partners LP | Ronald Dibelka | 3955 5th Ave, Ste 201 | | San Diego | CA | 92103 |
| 8492686 | Willow Glen Plaza, LLC Willow Glen Plaza - II, LLC Loban Willow Glen Properties, LP | c/o Willow Glen Plaza | 1155 Redmond Avenue | | San Jose | CA | 95120 |

**Exhibit E**

Exhibit E

DN 689 Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 8492191 | 13395 Beach Blvd, LLC | Joy Lee | 22500 S. Tubeway Ave | | Commerce | CA | 90040 |
| 8443352 | 24 Salem Partners LLC | Gabe Arechaederra c/o Acre Investment Company LLC | 4683 Chabot Drive | Suite 220 | Pleasanton | CA | 94588 |
| 8443442 | AVG-Austin LP | 9595 Wilshire Boulevard | Suite 700 | | Beverly Hills | CA | 90212 |
| 8492208 | Brixmor Holdings 12 SPE, LLC | General Counsel | 450 Lexington Avenue | 13th Floor | New York | NY | 10017 |
| 8492209 | Brixmor Holdings 12 SPE, LLC | Vice President of Legal Services | 1525 Faraday Avenue | Suite 3 | Carlsbad | CA | 92008 |
| 8492858 | Durham Business Properties LLC & Saturn Properties LLC | c/o Wyse Investment Services Company | 810 SE Belmont Street, Suite 100 | | Portland | OR | 97214 |
| 8492514 | Hanson Bridgett LLP | Derek A. Ridgway, Esq | 1676 North California Boulevard | Suite 620 | Walnut Creek | CA | 94596 |
| 8341277 | JAWS SUGARLAND LLC | ATTN: BRYAN GROSSMAN | 315 NORTH FEDERAL HIGHWAY | | HOLLYWOOD | FL | 33020 |
| 8443066 | K & K LUMBER COMPANY | c/o Charles Dunn Real Estate Services, Inc. Attn:Bill Punch - PM | 8222 MELROSE AVENUE, STE. 200 | | LOS ANGELES | CA | 90046 |
| 8492731 | KRG Las Vegas Centennial Gateway, LLC | 62921 Collections Center Drive | | | Chicago | IL | 60693 |
| 8492682 | Ralphs Grocery Company | Attn: Legal Department | 1100 West Artesia Boulevard | | Compton | CA | 90220 |
| 8492681 | Ralphs Grocery Company | Attn: Real Estate Dept. | 1100 West Artesia Boulevard | | Compton | CA | 90220 |
| 8344793 | STARBOARD MANAGEMENT SERVICES LLC | c/o Colliers International - Attn: Cory Austin | 1850 Mount Diablo Boulevard, Suite 200 | | Walnut Creek | CA | 94596 |
| 8443518 | STARBOARD MANAGEMENT SERVICES LLC | c/o Colliers International - Attn: Eleanor Mueller | 301 University Ave | | Sacramento | CA | 95825 |
| 8492557 | Sunshine MZL, LLC | c/o Katz Properties | 254 West 31st Street | 4th Floor | New York | NY | 10001 |
| 8492558 | Sunshine MZL, LLC | c/o Winslow Property Management LLC | 80 Hayden Avenue | | Lexington | MA | 02421 |