<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 20, 2020 a true and correct copy of the foregoing *Motion of K-5 Signs and Graphics, Inc. for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code* has been served on the parties identified on the Rule 2002 and Core service lists in Case No. 20-11558 (KBO) via this Court's ECF filing system and via electronic mail:

                */s/ Michael Joyce*
                Michael J. Joyce