# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 20-11558-KBO |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mark Group Partnership No. 6, ("Mark Group") requests that all notices and pleadings given or required to be given to Mark Group in this bankruptcy proceeding be given to and served upon its attorneys of record at the following address:

> Brian J. McLaughlin, Esquire (Bar ID. 2462)
> Offit Kurman, P.A.
> 222 Delaware Avenue, Suite 1105
> Wilmington, DE 19801
> Telephone: (302) 351-0900
> Brian.mclaughlin@offitkurman.com

Mark Group also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Mark Group intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Mark Group to have final orders in non-core matters entered only after de novo review by a District Judge, (b) the right of Mark Group to trial

by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Mark Group to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Mark Group may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Mark Group expressly reserves.

OFFIT KURMAN, P.A.

*/s/ Brian J. McLaughlin*
Brian J. McLaughlin, Esq. (ID 2462)
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone: (302) 351-0900
Facsimile: (302) 351-0915
E-mail: Brian.Mclaughlin@offitkurman.com

*Counsel for Mark Group Partnership No. 6*

Dated: August 24, 2020