IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re : Chapter 11
:
24 HOUR FITNESS : Case No. 20-11558 (KBO)
WORLDWIDE, INC., *et al.*, :
: (Jointly Administered)
Debtors.[1] :
------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR MERCURY TIC LLC

PLEASE TAKE NOTICE that the law firms of Allen Matkins Leck Gamble Mallory & Natsis LLP and Ballard Spahr LLP and all attorneys therein hereby withdraw their appearances as counsel for Mercury TIC LLC in the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the law firm of Womble Bond Dickinson (US) LLP, including the undersigned attorneys, hereby substitute and appear as counsel for Mercury TIC LLC in the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal does not affect the appearances by Allen Matkins Leck Gamble Mallory & Natsis LLP and Ballard Spahr LLP on behalf of other parties in these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

| BALLARD SPAHR LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Laurel D. Roglen* | */s/ Morgan L. Patterson* |
| Leslie C. Heilman (No. 4716) | Morgan L. Patterson (No. 5388) |
| Laurel D. Roglen (No. 5759) | Ericka F. Johnson (No. 5024) |
| 919 N. Market Street, 11th Floor | Todd A. Atkinson (No. 4825) |
| Wilmington, DE 19801 | 1313 N. Market Street, Suite 1200 |
| Telephone: (302) 252-4465 | Wilmington, DE 19801 |
| Facsimile: (302) 252-4466 | Telephone: (302) 252-4320 |
| E-mail: heilmanl@ballardspahr.com | Facsimile: (302) 252-4330 |
| E-mail: roglenl@ballardspahr.com | Email: morgan.patterson@wbd-us.com |
|  | Email: ericka.johnson@wbd-us.com |
| -and- | Email: todd.atkinson@wbd-us.com |
|  |  |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | *Appearing Counsel for Mercury TIC, LLC* |
|  | Dated: August 28, 2020 |
| */s/ Ivan M. Gold* |  |
| Ivan M. Gold, Esq. (admitted *pro hac vice*) |  |
| Three Embarcadero Center, 12th Floor |  |
| San Francisco, CA 94111-4074 |  |
| Telephone: (415) 837-1515 |  |
| Facsimile: (415) 837-1516 |  |
| E-mail: igold@allenmatkins.com |  |
|  |  |
| *Withdrawing Counsel for Mercury TIC, LLC* |  |
| Dated: August 28, 2020 |  |