# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>24 HOUR FITNESS WORLDWIDE, INC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-11558 (KBO)<br><br>Jointly Administered<br><br>**Hearing Date: October 21, 2020 at 1:00 p.m.**<br>**Objection Deadline: October 14, 2020 at 4:00 p.m.** |

**BROOKFIELD PROPERTIES RETAIL, INC., CENTERCO PROPERTIES, LLC., REGENCY CENTERS, L.P. AND SITE CENTERS CORP'S. APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Brookfield Properties Retail, Inc. ("Brookfield"), Centerco Properties, LLC. ("Centerco"), Regency Centers, L.P. ("Regency") and SITE Centers Corp. ("SITE Centers"), (collectively, the "Landlords") file this *Application for Allowance of Administrative Expensive Claim* (the "Application"). In support of this Application, the Landlords respectfully state as follows:

## BACKGROUND

1.  The Landlords are the owners, affiliates, or managing agents for the owners of properties where the Debtors rent non-residential real estate pursuant to written leases (each, a "Lease," and, collectively, the "Leases") for the locations listed on the attached **Exhibit A** (collectively, the "Leased Premises"). Most or all of the Leased Premises are located in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

shopping centers as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

2. On June 15, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court. To date, the Debtors continue to manage their businesses as debtors and debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On August 24, 2020, the Court entered the Bar Date Order [Docket No. 785], setting October 2, 2020 as the deadline for creditors to file administrative expense claims.

4. As more particularly set forth in Exhibit B hereto, from June 15, 2020 to October 2, 2020, the Debtors failed to pay the Landlords the post-petition amounts under the Leases set forth in Exhibit A in rent and related charges due under the Leases. The Leases further provide that the Debtor must indemnify and hold/save the Landlords harmless under certain circumstances. Attached hereto as Exhibit B are copies of the ledgers. The amounts set forth on Exhibit A are exclusive of any indemnity obligations, amounts subject to setoff and/or recoupment, professional and paraprofessional fees, and other accrued but unknown charges, all of which the Landlords also claim, subject to future liquidation.

### REQUEST FOR ADMINISTRATIVE EXPENSE CLAIM

5. Section 365(d)(3) provides in relevant part as follows:

> The trustee shall timely perform all of the obligations of the debtor . . . arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title.

11 U.S.C. § 365(d)(3). Most courts that have considered the operation of Section 365(d)(3) have concluded that costs and expenses incurred for post-petition, pre-rejection performance under an unexpired nonresidential real estate lease must be allowed as an administrative expense

regardless of Section 503(b)(1)(A) limitations. *In re CHS Elecs., Inc.*, 265 B.R. 339, 341-42 (Bankr. S.D. Fla. 2001) (agreeing with "a majority of courts" that post-petition rent is entitled to administrative priority without regard to § 503(b)(1)); *In re Liberty Outdoors, Inc.*, 205 B.R. 414, 417 (Bankr. E.D. Mo. 1997) (lessor entitled to recover unpaid expenses pursuant to section 365(d)(3) of the Bankruptcy Code regardless of whether such "expenses benefited or preserved the estate"); *In re Worths Stores Corp.*, 135 B.R. 112, 115 (Bankr. E.D. Mo. 1991) (same); *In re S. Lincoln Med. Grp., P.C.*, Case No. BK07-41636-TLS, 2008 WL 506086, at *2 (Bankr. D. Neb. Feb. 21, 2008) (citing *In re Brewer*, 233 B.R. 825, 829 (Bankr. E.D. Ark. 1999)).

6. The obligations arising or accruing under the Lease between the Petition Date and October 2, 2020 are entitled to allowance and payment as an administrative expense claim under Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code.

7. Section 503(b) of the Bankruptcy Code provides in pertinent part that allowed administrative expense claims exist for "the actual, necessary costs and expenses of preserving the estate. . . ." 11 U.S.C. § 503(b)(1)(A). Section 507(a) of the Bankruptcy Code provides that administrative expense claims that are allowed under section 503(b) of the Bankruptcy Code have first priority. 11 U.S.C § 507(a)(2).

8. The post-petition amounts due under the Lease are an administrative expense claim pursuant to Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code because they were incurred by the Debtor's estate and preserved the going concern value of the Debtors' businesses. As a result, 24 Hour Fitness benefited from the Debtors' post-petition use and occupancy of the premises.

9. For the foregoing reasons, Landlords respectfully requests that the Court enter an order allowing its administrative expense claim in the amount set forth in Exhibit A (plus any

indemnity obligations, amounts subject to setoff and/or recoupment, attorneys' fees, and other unknown charges in an amount to be determined).

## RESERVATION OF RIGHTS

10. The Landlords reserve the right to amend and/or supplement this Application on any basis, including, without limitation, by adding and supplementing administrative amounts.

## CONCLUSION

**WHEREFORE**, the Landlord respectfully requests that the Court (a) approve the Application, and (b) grant such other and further relief as this Court deems just and proper.

Dated: October 2, 2020

**KELLEY DRYE & WARREN LLP**

*/s/ Robert L. LeHane*
Robert LeHane
Sean T. Wilson
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Email:  rlehane@kelleydrye.com
            swilson@kelleydrye.com

*Counsel for Brookfield Properties Retail, Inc., Centerco Properties, LLC, Regency Centers, L.P. and SITE Centers Corp.*

# **EXHIBIT A**

### **BROOKFIELD PROPERTIES RETAIL, INC.**

| Store No. | Mall Name | Location | Landlord | Administrative Claim Amount |
|---|---|---|---|---|
| 894 | The Shoppes at Carlsbad | Carlsbad, CA | RPI Carlsbad, L.P. | $10,600 |
|  | Willowbrook Mall (TX) | Houston, TX | Willowbrook Mall (TX) LLC | $10,600 |
| 875 | NewPark Mall | Newark, CA | NewPark Mall LP | $10,600 |

### **CENTERCO PROPERTIES LLC**

| Store No. | Mall Name | Location | Landlord | Administrative Claim Amount |
|---|---|---|---|---|
|  | Club 642 | Englewood Cliffs, NJ | Centerco Properties LLC | $204,907.34 |

### **REGENCY CENTERS, L.P.**

| Store No. | Mall Name | Location | Landlord | Administrative Claim Amount |
|---|---|---|---|---|
| 103 | Point Loma Plaza | San Diego, CA | FW CA-Point Loma Plaza, LLC | $170,067.12 |
|  | Potrero Center | San Francisco, CA | Equity One (West Coast Portfolio) Inc. | $547,020.44 |
|  | Hancock Shopping Center | Austin, TX | Regency Centers, L.P. | $59,704.04 |
|  | Rancho San Diego | San Diego, CA | U S Retail Partners, LLC | $168,392.73 |

### **SITE CENTERS CORP.**

| Store No. | Mall Name | Location | Landlord | Administrative Claim Amount |
|---|---|---|---|---|
| 663 | Cornerstar | Aurora, CO | BRE DDR BR Cornerstar CO LLC | $76,752.90 |
|  | Falcon Ridge Town Center | Fontana, CO | BRE DDR Crocodile Falcon Ridge Town Center I LLC | $220,624.99 |
|  | Flat Acres Market Center (Parker Pavillion) | Parker, CO | BRE DDR Flatacres Marketplace LLC | $183,158.20 |

4830-2943-7133v.4

## **EXHIBIT B**

4830-2943-7133v.4

AR Expenses 6/15/2020 through 10/2/2020
Englewood Cliffs Club # 642

|  | RE Taxes | Insurance | CAM (monthly) | CAM (repairs/replace) | Rent |
|---|---|---|---|---|---|
| June 15-30 |  | $ 688.09 | $ 2,298.48 |  | $ 38,091.63 |
| July |  | $ 1,376.18 | $ 4,596.96 |  | $ 76,183.26 |
| August | $ 26,781.27 | $ 5,179.84 | $ 4,596.96 | $ 2,630.01 | $ 55,417.00 |
| September |  | $ 6,461.97 | $ 4,596.96 | $ 1,891.79 |  |
| October 1-2 |  | $ 91.75 | $ 306.46 |  |  |
|  |  |  |  |  |  |
| Totals |  | $13,797.83 | $ 16,395.82 | $ 4,521.80 | $ 169,691.89 | $ 204,407.34 |

| | | | | |
|---|---|---|---|---|
| 24 Hour Fitness | Lease # 9000410 | | | |
| Brea Marketplace | Tenant # 585067 | | | |
| Acceleration of Rent | | | | |

| | |
|---|---|
| Lease Begin Date: | 10/28/02 |
| Lease End Date: | 10/27/22 |
| Actual Moveout Date: | |
| Date filed BK | 06/15/20 |

| | |
|---|---|
| Security Deposit: | - |
| Applied to: | - |
| | $ - |

**AR Balance as of 06/14/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/20/2019 | CAMP | (147.12) | CAM REC PRIOR YEAR |
| 6/20/2019 | INSP | (5.28) | INSURANCE REC PRIOR YEAR |
| 2/20/2020 | TNNT | 735.03 | Replace Roof Hatch |
| 4/1/2020 | BASE | 71,876.10 | BASE RENT |
| 4/1/2020 | BASE | 4,440.62 | BASE RENT - TENANT IMPROVEMENT |
| 4/1/2020 | CAM | 4,699.20 | CAM |
| 4/1/2020 | INS | 1,792.95 | INSURANCE |
| 4/1/2020 | RET | 20,798.37 | REAL ESTATE TAX |
| 5/1/2020 | BASE | 71,876.10 | BASE RENT |
| 5/1/2020 | BASE | 4,440.62 | BASE RENT - TENANT IMPROVEMENT |
| 5/1/2020 | CAM | 4,699.20 | CAM |
| 5/1/2020 | INS | 1,792.95 | INSURANCE |
| 5/1/2020 | RET | 20,798.37 | REAL ESTATE TAX |
| 5/20/2020 | CAMP | 22,150.07 | CAM REC PRIOR YEAR |
| 5/20/2020 | INSP | 1,903.70 | INSURANCE REC PRIOR YEAR |
| 6/1/2020 | BASE | 33,542.18 | BASE RENT (6/1 - 6/14) |
| 6/1/2020 | BASE | 2,072.29 | BASE RENT - TENANT IMPROVEMENT (6/1 - 6/14) |
| 6/1/2020 | CAM | 2,192.96 | CAM (6/1 - 6/14) |
| 6/1/2020 | INS | 836.71 | INSURANCE (6/1 - 6/14) |
| 6/1/2020 | RET | 9,705.91 | REAL ESTATE TAX (6/1 - 6/14) |

**Balance on pre-petition rents through 06/14/20**  $ 280,200.93

**Stub rents due 06/15/20 - 06/30/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/1/2020 | BASE | 38,333.92 | BASE RENT (6/15 - 6/30) |
| 6/1/2020 | BASE | 2,368.33 | BASE RENT - TENANT IMPROVEMENT (6/15 - 6/30) |
| 6/1/2020 | CAM | 2,506.24 | CAM (6/15 - 6/30) |
| 6/1/2020 | INS | 956.24 | INSURANCE (6/15 - 6/30) |
| 6/1/2020 | RET | 11,092.46 | REAL ESTATE TAX (6/15 - 6/30) |

**Balance on Stub rents due through 06/30/20**  $ 55,257.19

**Post Petition rents due through 10/31/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 7/1/2020 | BASE | 29,214.15 | BASE RENT |
| 7/1/2020 | BASE | 1,804.90 | BASE RENT - TENANT IMPROVEMENT |
| 7/1/2020 | CAM | 1,910.00 | CAM |
| 7/1/2020 | INS | 728.75 | INSURANCE |
| 7/1/2020 | RET | 8,453.53 | REAL ESTATE TAX |
| 8/1/2020 | BASE | 50,313.27 | BASE RENT |
| 8/1/2020 | BASE | 3,108.43 | BASE RENT - TENANT IMPROVEMENT |
| 8/1/2020 | CAM | 3,289.44 | CAM |
| 8/1/2020 | INS | 1,255.06 | INSURANCE |
| 8/1/2020 | RET | 14,558.86 | REAL ESTATE TAX |
| 9/1/2020 | BASE | 13,557.65 | BASE RENT |
| 9/1/2020 | BASE | 688.14 | BASE RENT - TENANT IMPROVEMENT |
| 9/1/2020 | CAM | 877.18 | CAM |
| 9/1/2020 | INS | 334.68 | INSURANCE |
| 9/1/2020 | RET | 3,882.36 | REAL ESTATE TAX |

**Balance on Post petition rents due through 10/31/20**  $ 133,976.40

**Total Administrative Claim (stub + post-petition)**  $ 189,233.59

Total AR Balance as of 10/02/20  $ 469,434.52

**Post-petition rents due 11/01/20 - 10/27/22**

| | | |
|---|---|---|
| BASE 11/01/20 - 10/27/22 | (71,876.10 x 24 months) | 1,725,026.40 |
| BASE - TI 11/01/20 - 10/27/22 | (4,440.62 x 24 months) | 106,574.88 |
| CAM 11/01/20 - 10/27/22 | (4,699.20 x 24 months) | 112,780.80 |
| INS 11/01/20 - 10/27/22 | (1,792.95 x 24 months) | 43,030.80 |
| RET 11/01/20 - 10/27/22 | (20,798.37 x 24 months) | 499,160.88 |
| **Balance on Post petition rents due for 11/01/20 - 10/27/22** | | $ 2,486,573.76 |

**Total Amt Due through end of term (10/27/22)**  $ 2,956,008.28

**1 years rent**

| | | |
|---|---|---|
| BASE | (71,876.10 x 12 months) | 862,513.20 |
| BASE - TI | (4,440.62 x 12 months) | 53,287.44 |
| CAM | (4,699.20 x 12 months) | 56,390.40 |
| INS | (1,792.95 x 12 months) | 21,515.40 |
| RET | (20,798.37 x 12 months) | 249,580.44 |
| **1 Year's worth of rent** | | $ 1,243,286.88 |

**15% of remaining TERM**

Using 06/15/20 as beginning of remaining term

| | |
|---|---|
| Balance of Stub rent from 06/15/20 - 06/30/20 | 55,257.19 |
| Balance on Post petition rents due through 10/31/20 | 133,976.40 |
| Balance on Post petition rents due for 11/01/20 - 10/27/22 | 2,486,573.76 |
| **Total of amt for remaining term** | 2,675,807.35 |
| | 15% |
| **15% of remaining TERM** | $ 401,371.10 |

**24 Hour Fitness**  
**Hancock**  
**Acceleration of Rent**

Lease # 66531  
Tenant # 572431

| | | | | |
|---|---|---|---|---|
| Lease Begin Date: | 10/01/03 | | | |
| Lease End Date: | 09/30/23 | | | |
| Actual Moveout Date: | | | | |

Date filed BK    06/15/20

Security Deposit:                                         -  
    Applied to:                                    -  
                                                   $         -

**AR Balance as of 06/14/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 10/12/2018 | UTNT | 750.47 | Water/Sewer 08.20.18-09.19.18 |
| 12/13/2018 | UTNT | (2,478.98) | Water/Sewer 10.18.18-11.19.18 |
| 7/10/2019 | UTNT | 1,031.64 | Water/Sewer 05.20.19-06.19.19 |
| 2/18/2020 | UTNT | 2,120.76 | Water/Sewer 12.18.19-01.20.20 |
| 3/16/2020 | UTNT | 3,041.80 | Water/Sewer 01.20.20-02.19.20 |
| 4/1/2020 | BASE | 49,943.73 | BASE RENT |
| 4/1/2020 | CAM | 6,565.49 | CAM |
| 4/1/2020 | INS | 746.25 | INSURANCE |
| 4/1/2020 | RET | 12,489.61 | REAL ESTATE TAX |
| 4/16/2020 | UTNT | 2,279.43 | Water/Sewer 02.19.20-03.19.20 |
| 5/1/2020 | BASE | 49,943.73 | BASE RENT |
| 5/1/2020 | CAM | 6,565.49 | CAM |
| 5/1/2020 | INS | 746.25 | INSURANCE |
| 5/1/2020 | RET | 12,489.61 | REAL ESTATE TAX |
| 5/18/2020 | UTNT | 165.31 | Water/Sewer 03.19.20-04.20.20 |
| 6/1/2020 | BASE | 23,307.07 | BASE RENT (6/1 - 6/14) |
| 6/1/2020 | CAM | 3,063.90 | CAM (6/1 - 6/14) |
| 6/1/2020 | INS | 348.25 | INSURANCE (6/1 - 6/14) |
| 6/1/2020 | RET | 5,828.48 | REAL ESTATE TAX (6/1 - 6/14) |

**Balance on pre-petition rents through 06/14/20**                $ 178,948.29

**Stub rents due 06/15/20 - 06/30/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/1/2020 | BASE | 26,636.66 | BASE RENT (6/15 - 6/30) |
| 6/1/2020 | CAM | 3,501.59 | CAM (6/15 - 6/30) |
| 6/1/2020 | INS | 398.00 | INSURANCE (6/15 - 6/30) |
| 6/1/2020 | RET | 6,661.13 | REAL ESTATE TAX (6/15 - 6/30) |

**Balance on Stub rents due through 06/30/20**                $ 37,197.38

**Post Petition rents due through 10/31/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/15/2020 | CAMP | (9,688.11) | CAM REC PRIOR YEAR |
| 6/15/2020 | INSP | 654.36 | INSURANCE REC PRIOR YEAR |
| 6/15/2020 | RETP | (6,790.53) | REAL ESTATE TAX REC PRIOR YEAR |
| 6/18/2020 | UTNT | 5.06 | Water/Sewer 04.20.20-05.19.20 |
| 7/17/2020 | UTNT | 5.06 | Water/Sewer 05.19.20-06.18.20 |
| 8/18/2020 | UTNT | 5.06 | Water/Sewer 06.18.20-07.20.20 |
| 10/1/2020 | BASE | 49,943.73 | BASE RENT |
| 10/1/2020 | CAM | 6,565.49 | CAM |
| 10/1/2020 | INS | 746.25 | INSURANCE |
| 10/1/2020 | RET | 12,489.61 | REAL ESTATE TAX |

**Balance on Post petition rents due through 10/31/20**                $ 53,935.98

**Total Administrative Claim (stub + post-petition)**                $ 91,133.36

Total AR Balance as of 10/02/20                $ 270,081.65

**Post-petition rents due 11/01/20 - 09/30/23**

| | | |
|---|---|---|
| BASE 11/01/20 - 09/30/23 | (49,943.73 x 35 months) | 1,748,030.55 |
| CAM 11/01/20 - 09/30/23 | (6,565.49 x 35 months) | 229,792.15 |
| INS 11/01/20 - 09/30/23 | (746.25 x 35 months) | 26,118.75 |
| RET 11/01/20 - 09/30/23 | (12,489.61 x 35 months) | 437,136.35 |
| **Balance on Post petition rents due for 11/01/20 - 09/30/23** | | **$ 2,441,077.80** |

**Total Amt Due through end of term (09/30/23)**                $ 2,711,159.45

---

**1 years rent**

| | | |
|---|---|---|
| BASE | (49,943.73 x 12 months) | 599,324.76 |
| CAM | (6,565.49 x 12 months) | 78,785.88 |
| INS | (746.25 x 12 months) | 8,955.00 |
| RET | (12,489.61 x 12 months) | 149,875.32 |
| **1 Year's worth of rent** | | **$ 836,940.96** |

**15% of remaining TERM**

Using 06/15/20 as beginning of remaining term

| | |
|---|---|
| Balance of Stub rent from 06/15/20 - 06/30/20 | 37,197.38 |
| Balance on Post petition rents due through 10/31/20 | 53,935.98 |
| Balance on Post petition rents due for 11/01/20 - 09/30/23 | 2,441,077.80 |
| **Total of amt for remaining term** | **2,532,211.16** |
| | 15% |
| **15% of remaining TERM** | **$ 379,831.67** |

**24 Hour Fitness**  
**Potrero Center**  
**Acceleration of Rent**

Lease # 80065001  
Tenant # 741590

| | | | | |
|---|---|---|---|---|
| Lease Begin Date: | 03/02/97 | | | |
| Lease End Date: | 03/31/22 | | | |
| Actual Moveout Date: | | | | |
| Date filed BK | 06/15/20 | | | |

| | | |
|---|---|---|
| Security Deposit: | | - |
| Applied to: | | - |
| | $ | - |

**AR Balance as of 06/14/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/19/2020 | UTNT | 25,498.56 | 9/28/19 - 12/27/2019 WATER |
| 4/1/2020 | BASE | 47,799.94 | CPI ESCALATION |
| 4/1/2020 | INS | 2,064.72 | INSURANCE |
| 4/1/2020 | CAM | 12,972.87 | CAM |
| 5/1/2020 | BASE | 47,799.94 | CPI ESCALATION |
| 5/1/2020 | INS | 2,064.72 | INSURANCE |
| 5/1/2020 | CAM | 12,972.87 | CAM |
| 6/1/2020 | BASE | 22,306.64 | CPI ESCALATION (6/1 - 6/14) |
| 6/1/2020 | INS | 963.54 | INSURANCE (6/1 - 6/14) |
| 6/1/2020 | CAM | 6,054.01 | CAM (6/1 - 6/14) |

**Balance on pre-petition rents through 06/14/20**   $ 180,497.80

**Stub rents due 06/15/20 - 06/30/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/1/2020 | BASE | 25,493.30 | CPI ESCALATION (6/15 - 6/30) |
| 6/1/2020 | INS | 1,101.18 | INSURANCE (6/15 - 6/30) |
| 6/1/2020 | CAM | 6,918.86 | CAM (6/15 - 6/30) |

**Balance on Stub rents due through 06/30/20**   $ 33,513.35

**Post Petition rents due through 10/31/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/15/2020 | RETP | 105,052.68 | REAL ESTATE TAX REC PRIOR YEAR |
| 6/15/2020 | RETP | 103,041.47 | REAL ESTATE TAX REC PRIOR YEAR |
| 6/15/2020 | CAMP | 775.22 | CAM REC PRIOR YEAR |
| 6/15/2020 | INSP | 2,034.69 | INSURANCE REC PRIOR YEAR |
| 6/19/2020 | UTNT | 20,445.30 | Jan-Apr 2020 WATER |
| 7/1/2020 | BASE | 33,459.96 | CPI ESCALATION |
| 7/1/2020 | INS | 1,445.30 | INSURANCE |
| 7/1/2020 | CAM | 9,081.01 | CAM |
| 8/1/2020 | BASE | 33,459.96 | CPI ESCALATION |
| 8/1/2020 | INS | 1,445.30 | INSURANCE |
| 8/1/2020 | CAM | 9,081.01 | CAM |
| 8/20/2020 | SREP | 105,052.68 | Taxes |
| 9/1/2020 | BASE | 15,614.65 | CPI ESCALATION |
| 9/1/2020 | INS | 674.48 | INSURANCE |
| 9/1/2020 | CAM | 4,237.81 | CAM |
| 10/1/2020 | BASE | 47,799.94 | CPI ESCALATION |
| 10/1/2020 | INS | 2,064.72 | INSURANCE |
| 10/1/2020 | CAM | 12,972.87 | CAM |

**Balance on Post petition rents due through 10/31/20**   $ 507,739.05

**Total Administrative Claim (stub + post-petition)**   $ 541,252.40

Total AR Balance as of 10/02/20   $ 721,750.20

**Post-petition rents due 11/01/20 - 03/31/22**

| | | |
|---|---|---|
| BASE 11/01/20 - 03/31/22 | (47,799.94 x 17 months) | 812,598.98 |
| CAM 11/01/20 - 03/31/22 | (12,972.87 x 17 months) | 220,538.79 |
| INS 11/01/20 - 03/31/22 | (2,064.72 x 17 months) | 35,100.24 |
| Accrued RET 07/01/20 - 03/31/22 | (17,646.02 x 21 months) | 370,566.42 |
| **Balance on Post petition rents due for 11/01/20 - 03/31/22** | | **$ 1,438,804.43** |

**Total Amt Due through end of term (03/31/22)**   $ 2,160,554.63

**1 years rent**

| | | |
|---|---|---|
| BASE | (47,799.94 x 12 months) | 573,599.28 |
| CAM | (12,972.87 x 12 months) | 155,674.44 |
| INS | (2,064.72 x 12 months) | 24,776.64 |
| RET | (17,646.02 x 12 months) | 211,752.24 |
| **1 Year's worth of rent** | | **$ 965,802.60** |

**15% of remaining TERM**

Using 06/15/20 as beginning of remaining term

| | |
|---|---|
| Balance of Stub rent from 06/15/20 - 06/30/20 | 33,513.35 |
| Balance on Post petition rents due through 10/31/20 | 507,739.05 |
| Balance on Post petition rents due for 11/01/20 - 03/31/22 | 1,438,804.43 |
| **Total of amt for remaining term** | **1,980,056.83** |
| | 15% |
| **15% of remaining TERM** | **$ 297,008.52** |

| | | | | |
|---|---|---|---|---|
| 24 Hour Fitness | Lease # 9001103 | | | |
| Rancho San Diego Village | Tenant # 585257 | | | |
| Acceleration of Rent | | | | |

| | | |
|---|---|---|
| Lease Begin Date: | 12/01/02 | |
| Lease End Date: | 11/30/22 | |
| Actual Moveout Date: | | |
| | | |
| Date filed BK | 06/15/20 | |

| | | |
|---|---|---|
| Security Deposit: | | - |
| Applied to: | | - |
| | $ | - |

**AR Balance as of 06/14/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/14/2017 | CAMP | 364.38 | CAM REC PRIOR YEAR |
| 6/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 7/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 8/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 9/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 10/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 11/1/2017 | RES | (2.00) | RET SPECIAL CALC |
| 12/1/2017 | CAM | (2.00) | CAM |
| 3/12/2020 | CAMP | 6,887.72 | CAM REC PRIOR YEAR |
| 3/12/2020 | INSP | 14,788.84 | INSURANCE REC PRIOR YEAR |
| 4/1/2020 | BASE | 46,934.57 | BASE RENT |
| 4/1/2020 | CAM | 7,326.93 | CAM |
| 4/1/2020 | RES | 5,517.77 | RET SPECIAL CALC |
| 4/1/2020 | RET | 1,826.00 | REAL ESTATE TAX |
| 5/1/2020 | BASE | 46,934.57 | BASE RENT |
| 5/1/2020 | CAM | 7,326.93 | CAM |
| 5/1/2020 | RES | 5,517.77 | RET SPECIAL CALC |
| 5/1/2020 | RET | 1,826.00 | REAL ESTATE TAX |
| 6/1/2020 | BASE | 21,902.80 | BASE RENT (6/1 - 6/14) |
| 6/1/2020 | CAM | 3,419.23 | CAM (6/1 - 6/14) |
| 6/1/2020 | RES | 2,574.96 | RET SPECIAL CALC (6/1 - 6/14) |
| 6/1/2020 | RET | 852.13 | REAL ESTATE TAX (6/1 - 6/14) |

**Balance on pre-petition rents through 06/14/20**    $ 173,986.61

**Stub rents due 06/15/20 - 06/30/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 6/1/2020 | BASE | 25,031.77 | BASE RENT (6/15 - 6/30) |
| 6/1/2020 | CAM | 3,907.70 | CAM (6/15 - 6/30) |
| 6/1/2020 | RES | 2,942.81 | RET SPECIAL CALC (6/15 - 6/30) |
| 6/1/2020 | RET | 973.87 | REAL ESTATE TAX (6/15 - 6/30) |

**Balance on Stub rents due through 06/30/20**    $ 32,856.14

**Post Petition rents due through 10/31/20**

| Date | Type | Amount | Description |
|---|---|---|---|
| 7/1/2020 | BASE | 19,076.63 | BASE RENT |
| 7/1/2020 | CAM | 2,978.04 | CAM |
| 7/1/2020 | RES | 2,242.71 | RET SPECIAL CALC |
| 7/1/2020 | RET | 742.18 | REAL ESTATE TAX |
| 8/1/2020 | BASE | 32,854.20 | BASE RENT |
| 8/1/2020 | CAM | 5,128.85 | CAM |
| 8/1/2020 | RES | 3,862.44 | RET SPECIAL CALC |
| 8/1/2020 | RET | 1,278.21 | REAL ESTATE TAX |
| 10/1/2020 | BASE | 46,934.57 | BASE RENT |
| 10/1/2020 | CAM | 7,326.93 | CAM |
| 10/1/2020 | RES | 5,517.77 | RET SPECIAL CALC |
| 10/1/2020 | RET | 1,826.00 | REAL ESTATE TAX |

**Balance on Post petition rents due through 10/31/20**    $ 129,768.53

**Total Administrative Claim (stub + post-petition)**    $ 162,624.67

Total AR Balance as of 10/02/20    $ 336,611.28

**Post-petition rents due 11/01/20 - 11/30/22**

| | | |
|---|---|---|
| BASE 11/01/20 - 11/30/22 | (46,934.57 x 25 months) | 1,173,364.25 |
| CAM 11/01/20 - 11/30/22 | (7,326.93 x 25 months) | 183,173.25 |
| Accrued INS 01/01/20 - 11/30/22 | (1,225.28 x 35 months) | 42,884.80 |
| RES 11/01/20 - 11/30/22 | (5,517.77 x 25 months) | 137,944.25 |
| RET 11/01/20 - 11/30/22 | (1,826.00 x 25 months) | 45,650.00 |
| **Balance on Post petition rents due for 11/01/20 - 11/30/22** | | $ 1,583,016.55 |

**Total Amt Due through end of term (11/30/22)**    $ 1,919,627.83

---

**1 years rent**

| | | |
|---|---|---|
| BASE | (46,934.57 x 12 months) | 563,214.84 |
| CAM | (7,326.93 x 12 months) | 87,923.16 |
| INS | (1,225.28 x 12 months) | 14,703.36 |
| RES | (5,517.77 x 12 months) | 66,213.24 |
| RET | (1,826.00 x 12 months) | 21,912.00 |
| **1 Year's worth of rent** | | $ 753,966.60 |

**15% of remaining TERM**

Using 06/15/20 as beginning of remaining term

| | |
|---|---|
| Balance of Stub rent from 06/15/20 - 06/30/20 | 32,856.14 |
| Balance on Post petition rents due through 10/31/20 | 129,768.53 |
| Balance on Post petition rents due for 11/01/20 - 11/30/22 | 1,583,016.55 |
| **Total of amt for remaining term** | 1,745,641.22 |
| | 15% |
| **15% of remaining TERM** | $ 261,846.18 |

## TENANT DETAILED AGED DELINQUENCY
### SITE Centers Corp.
### All Company
### As of Friday, October 2, 2020

| Building | Tenant Number | Lease Number | Bill Code | Invoice Date | Total Open | Any to 0 Days | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days | 90 to 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **24 HOUR FITNESS** | | | | | | | | | | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 2/2/2020 | 5,540.13 | | | | | | 5,540.13 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 2/2/2020 | 898.40 | | | | | | 898.40 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 2/2/2020 | 14,224.67 | | | | | | 14,224.67 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | LAT | 2/17/2020 | 23.82 | | | | | | 23.82 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 3/1/2020 | 5,540.13 | | | | | | 5,540.13 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 3/1/2020 | 898.40 | | | | | | 898.40 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 3/1/2020 | 14,224.67 | | | | | | 14,224.67 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | WSP | 3/10/2020 | 763.61 | | | | | | 763.61 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | AIN | 3/18/2020 | -858.26 | | | | | | -858.26 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 4/1/2020 | 5,540.13 | | | | | | 5,540.13 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 4/1/2020 | 898.40 | | | | | | 898.40 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 4/1/2020 | 14,224.67 | | | | | | 14,224.67 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 5/1/2020 | 5,540.13 | | | | | | 5,540.13 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 5/1/2020 | 898.40 | | | | | | 898.40 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 5/1/2020 | 14,224.67 | | | | | | 14,224.67 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 6/1/2020 | 5,540.13 | | | | | | 5,540.13 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 6/1/2020 | 898.40 | | | | | | 898.40 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 6/1/2020 | 14,224.67 | | | | | | 14,224.67 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | WSC | 6/2/2020 | 2,266.23 | | | | | | 2,266.23 |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RTB | 8/1/2020 | 18,475.16 | | | | 18,475.16 | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | WSC | 8/25/2020 | 326.44 | | | 326.44 | | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | CAM | 10/1/2020 | 5,540.13 | | 5,540.13 | | | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | INS | 10/1/2020 | 898.40 | | 898.40 | | | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RET | 10/1/2020 | 14,224.67 | | 14,224.67 | | | | |
| 21426 - FLATACRES MARKETCENTER (I) | 422939 | 00078134 | RTB | 10/1/2020 | 38,182.00 | | 38,182.00 | | | | |
| | | | | | **183,158.20** | | **58,845.20** | **326.44** | **18,475.16** | | **105,511.40** |
| | | | | | | | | | | | |
| Total 21426 - FLATACRES MARKETCENTER (I) | | | | | 183,158.20 | | 58,845.20 | 326.44 | 18,475.16 | | 105,511.40 |

### TENANT DETAILED AGED DELINQUENCY
### SITE Centers Corp.
### All Company
### As of Friday, October 2, 2020

| Building | Tenant Number | Lease Number | Bill Code | Invoice Date | Total Open | Any to 0 Days | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days | 90 to 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **24 HOUR FITNESS** | | | | | | | | | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 3/5/2020 | 245.00 | | | | | | 245.00 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | CAP | 3/9/2020 | -12,928.32 | | | | | | -12,928.32 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 4/13/2020 | 245.00 | | | | | | 245.00 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | RET | 4/13/2020 | 52,631.93 | | | | | | 52,631.93 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 5/8/2020 | 122.50 | | | | | | 122.50 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | CAPA | 5/21/2020 | -957.20 | | | | | | -957.20 |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 6/8/2020 | 245.00 | | | | | 245.00 | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 7/9/2020 | 245.00 | | | | 245.00 | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | RTB | 8/1/2020 | 43,764.23 | | | | 43,764.23 | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 8/6/2020 | 245.00 | | | 245.00 | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | CAM | 9/1/2020 | 9,932.89 | | | 9,932.89 | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | RTB | 9/1/2020 | 42,472.62 | | | 42,472.62 | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | REC | 9/3/2020 | 171.50 | | 171.50 | | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | CAM | 10/1/2020 | 14,189.84 | | 14,189.84 | | | | |
| 21453 - FALCON RIDGE TOWN CENTER II | 101010 | 00058890 | RTB | 10/1/2020 | 70,000.00 | | 70,000.00 | | | | |
| | | | | | **220,624.99** | | **84,361.34** | **52,650.51** | **44,009.23** | **245.00** | **39,358.91** |
| | | | | | | | | | | | |
| Total 21453 - FALCON RIDGE TOWN CENTER II | | | | | 220,624.99 | | 84,361.34 | 52,650.51 | 44,009.23 | 245.00 | 39,358.91 |

## TENANT DETAILED AGED DELINQUENCY
## SITE Centers Corp.
## All Company
## As of Friday, October 2, 2020

| Building | Tenant Number | Lease Number | Bill Code | Invoice Date | Total Open | Any to 0 Days | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days | 90 to 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **24 HOUR FITNESS #663** | | | | | | | | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | CAP | 1/21/2020 | 6,676.36 | | | | | | 6,676.36 |
| 25125 - CORNERSTAR | 342012 | 00057742 | INP | 1/21/2020 | -756.45 | | | | | | -756.45 |
| 25125 - CORNERSTAR | 342012 | 00057742 | CAM | 10/1/2020 | 11,172.41 | | 11,172.41 | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | INS | 10/1/2020 | 1,254.17 | | 1,254.17 | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | RET | 10/1/2020 | 68,379.67 | | 68,379.67 | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | RTB | 10/1/2020 | 70,833.00 | | 70,833.00 | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | CAM | 10/2/2020 | -11,172.41 | -11,172.41 | | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | INS | 10/2/2020 | -1,254.17 | -1,254.17 | | | | | |
| 25125 - CORNERSTAR | 342012 | 00057742 | RET | 10/2/2020 | -68,379.68 | -68,379.68 | | | | | |
| | | | | | **76,752.90** | **-80,806.26** | **151,639.25** | | | | **5,919.91** |
| | | | | | | | | | | | |
| Total 25125 - CORNERSTAR | | | | | 76,752.90 | -80,806.26 | 151,639.25 | | | | 5,919.91 |

10/1/2020 8:25:50 AM

# TENANT DETAILED AGED DELINQUENCY
## SITE Centers Corp.
## All Company
### As of Friday, October 2, 2020

| Building | Tenant Number | Lease Number | Bill Code | Invoice Date | Total Open | Any to 0 Days | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days | 90 to 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 480,536.09 | -80,806.26 | 294,845.79 | 52,976.95 | 62,484.39 | 245.00 | 150,790.22 |