UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                                        :     Chapter 11
                                                             :
**24 HOUR FITNESS**                                          :     Case No. 20-11558 (KBO)
**WORLDWIDE, INC.**, *et al.*,                               :
                                                             :
                                         Debtors.[1]         :     (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x

### ORDER GRANTING LIMITED RELIEF FROM
### THE AUTOMATIC STAY WITH RESPECT TO
### AXIOM DR CONSTRUCTION, LLC D/B/A AXIOM CONSTRUCTION, LLC

Upon consideration of the *Stipulation Regarding Entry of an Order Granting Limited Relief from the Automatic Stay with Respect to Axiom DR Construction, LLC d/b/a Axiom Construction, LLC* (the "**Stipulation**"),[2] attached hereto as **Exhibit A**, entered into by and among 24 Hour Fitness Worldwide, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") on the one hand and Axiom DR Construction, LLC d/b/a Axiom Construction, LLC ("**Axiom**" and, collectively with the Debtors, the "**Parties**") on the other; and the Court having jurisdiction to consider the Stipulation and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Stipulation and the requested

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

[2]   Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Stipulation.

relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and it appearing that the relief requested in the Stipulation is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order to consummate the Stipulation.

3. Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and provisions of the Stipulation shall be effective and enforceable immediately upon the Effective Date and shall thereafter be binding upon the Parties and their respective affiliates and successors.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation.

**Dated: October 7th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**