**FILED**

**2020 OCT 21  AM 9:59**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Michael Garvey
700 West E Street # 802
San Diego, CA 92101
Mgarvey1260@aol.com

Wednesday 14 October 2020

The Honorable Karen B Owens
U.S. Bankruptcy Judge
U.S. Bankruptcy Court of Delaware
824 Market Street
Wilmington, Delaware 19801

Honorable Judge Owens:

Your name came to me via an email from 24 Hour Fitness World Wide, Inc.

On October 2, 2020 24 Hour Fitness, of San Ramon, CA charged my credit card $44.99 for monthly charges. The facility I had had a membership with at the Horton Plaza, in San Diego, closed in March, 2020 because of the Covid -19 pandemic and <u>never reopened.</u>

On October 12 I received an email from 24 Hour Fitness regarding the bankruptcy filing.

To me this is **fraud.**

My membership was canceled in March 2020 when I complained to the BBB in California of charges after closing. The president & ceo of 24 Hour Fitness, Tony Ueber, was aware of this complaint and I thought this problem was eliminated.

But now, I have been charged another $44.99 with an email of bankruptcy! I should be reimbursed for this charge before bankruptcy charges can be implemented. I am a disabled veteran of the Vietnam war and I need this money to pay other bills.

Very sincerely, Thank You.

*Michael Garvey*

Michael Garvey

Copy: Tony Ueber, President / CEO, 24 Hour Fitness

MICHAEL GARVER
700 WEST E ST. #802
SAN DIEGO, CA 92101

The Honorable Karen B. Owens
US Bankruptcy Judge
US Bankruptcy Court of Delaware
824 Market Street
Wilmington Delaware 19801

U.S.W.S.

SAN DIEGO CA 920
16 OCT 2020 PM 1 L



John Fitzgerald Kennedy
1917-1963

1980183024