UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                      :

In re                                   :          Chapter 11

**24 HOUR FITNESS**             :          Case No. 20–11558 (KBO)
**WORLDWIDE, INC.,** *et al.*,

                Debtors.[1]    :          (Jointly Administered)

------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the Core/2002 Hardcopy Service List attached hereto as **Exhibit A**; and (2) via overnight mail on the Lease Rejection Service List attached hereto as **Exhibit B**:

- Notice of (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Property in Connection Therewith [Docket No. 1076] (the "***Abandonment Notice***")

On October 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Abandonment Notice and the following document to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit C**:

- Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Removal of Property in Connection Therewith [Docket No. 1077] (the "***Removal Notice***")

On October 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Removal Notice to be served (1) via first class mail the Core/2002 Hardcopy Service List attached hereto as **Exhibit A**; and (2) via overnight mail on the Lease Rejection Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

At my direction and under my supervision, employees of Prime Clerk caused the Abandonment Notice and the Removal Notice to be served via facsimile and email on October 17, 2020, and via overnight mail on October 22, 2020, on Fitness International, LLC (MMLID: 11314560), Attention: Robert A. Wilson, Esq., 3161 Michelson Drive, St 600, Irvine, CA 92612, Facsimile: (866) 430-1079, robert.wilson@lafitness.com.

Dated: October 23, 2020

/s/ *Kelsey L. Gordon*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 23, 2020, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

**Exhibit A**

Case 20-11558-KBO    Doc 1119    Filed 10/23/20    Page 3 of 20

Exhibit A
Core/2002 Hardcopy Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 30 Unsecured Creditors | Annapolis Towne Center at Parole LLC | c/o PGIM Real Estate<br>Attn  Michael Harrington<br>7 Giralda Farms<br>Madison NJ 07940 |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office | Attn: Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 |
| Top 30 Unsecured Creditors | DGC Capital Contracting | Attn: Maureen Mcfadden<br>506 South 9th Ave<br>Mount Vernon NY 10550 |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Top 30 Unsecured Creditors | Radius Global Solutions LLC | Attn: Erica Doshi<br>7831 Glenroy Rd<br>Edina MN 55439 |
| Counsel to RU Old Denton Road Fort Worth TX, LLC which is a subsidiary of BRIX REIT, INC., Landlord, RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | RU Rainbow Blvd Las Vegas, NV, LLC | 120 Newport Center Drive<br>Newport Beach CA 92660 |
| Counsel to AmCap Austin Bluffs LLC, AmCap Tiffany LLC, and ADLP-U&A, LLC, RSD Partners, LLC | S&D Law | Attn: Steven W Kelly<br>1290 Broadway<br>Suite 1650<br>Denver CO 80203 |
| Counsel to the Senior Notes Indenture Trustee | Wells Fargo, National Association | Attn: Corporate Trust Services - Administrator for 24 Hour Fitness<br>150 East 42nd St<br>New York NY 10017 |

In re: 24 Hour Fitness Worldwide, Inc., *et al.*
Case No. 20-11558 (KBO)

Page 1 of 1

**Exhibit B**

Exhibit B
Lease Rejection Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| AVG Partners LLC | 97 S Val Vista Drive | | Gilbert | AZ | 85296 |
| Grace-Power & McKellips LLC | 1919 N Power Road | Prescott Convention Center LP | Mesa | AZ | 85205 |
| KAWIPS Florida LLC | 4316 West Bell Road | | Glendale | AZ | 85308 |
| Kimco Riverview LLC | 1844 W Rio Salado Parkway | | Mesa | AZ | 85201 |
| Phoenix Metro Center Fitness LP | 10046 N Metro Parkway West | | Phoenix | AZ | 85051 |
| Santan North Investors LLC | 1085 South Arizona Avenue | Blackhawk Santan North LLC and Oak Park Santan North LLC | Chandler | AZ | 85286 |

In re: 24 Hour Fitness Worldwide, Inc., *et al.*
Case No. 20-11558 (KBO)                                        Page 1 of 1

**Exhibit C**

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Top 30 Unsecured Creditors | 1680 Kapiolani LLC | jstokkecrms@gmail.com |
| Top 30 Unsecured Creditors | 225 5th Avenue NY LLC | trandolph@cimgroup.com |
| Top 30 Unsecured Creditors | 600 Broadway Partners LLC | alex@achsny.com |
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | ctimmons@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com |
| Counsel to Diane Mueller | Adams Law Firm, LLC | rogerkadams@rka-law.com |
| Counsel to Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, Mercury TIC, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | Allen Matkins Leck Gamble Mallory & Natsis LLP | igold@allenmatkins.com |
| Counsel to Los Altos School District | Arent Fox, LLC | annie.stoops@arentfox.com |
| Top 30 Unsecured Creditors | AT Kearney Inc | northamericafinance@atkearney.com<br>Will.Guthrie@kearney.com |
| Counsel to Diane Mueller | Austria Legal, LLC | maustria@austriallc.com |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC | AVG Partners | sdmayer@avgpartners.com |
| Top 30 Unsecured Creditors | Axiom Construction Company LLC | bmelton@axiomconstruction.com |
| Counsel to Seven Hills Properties 31, LLC | Ballard Spahr LLP | ganzc@ballardspahr.com<br>andersonsanchezk@ballardspahr.com |
| Counsel to Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company | Ballard Spahr LLP | branchd@ballardspahr.com |

In re: 24 Hour Fitness Worldwide, Inc., et al.
Case No. 20-11558 (KBO)

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Seven Hills Properties 31, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, Centennial Real Estate Company, LLC, Citivest Commercial Investments, LLC, GS Pacific ER, LLC, Houston Willowbrook LLC, PGIM Real Estate, Starwood Retail Partners, LLC and The Macerich Company, Weingarten Realty Investors, Weingarten Nostat, Inc., WRI West Gate South, L.P., WRI Southern Industrial Pool, LLC, Mercury TIC, LLC, SIC-Lakeside Drive, LLC, W/GL Ocean Avenue LB Holdings VII, LLC, OTR, an Ohio general partnership, CLPF Gateway Towne Center LP, 100 California Street LLC, and Triangle Center, LLC | Ballard Spahr LLP | heilmanl@ballardspahr.com roglenl@ballardspahr.com |
| Counsel to Terramar Retail Centers, LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | william.barrett@bfkn.com |
| Westfield, LLC and its affiliates | Barclay Damon LLP | nferland@barclaydamon.com imarkus@barclaydamon.com |
| Westfield, LLC and its affiliates | Barclay Damon LLP | sfleischer@barclaydamon.com |
| Counsel to RNB Partners, LLC | Benesch Friedlander, Coplan & Aronoff LLP | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to Spring Shopping Center LLC, Irvine Spectrum Center LLC, a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | ernie.park@bewleylaw.com |
| Counsel to Kellermeyer Bergensons Services, LLC | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Counsel to Kin Properties, Inc. and Masue LLC | Blank Rome LLP | jrhodes@blankrome.com |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG Cypress LP; SW3LH, LLC; Builders Associates #3 (Rockwall); Arnold & Sheri Schlesinger; Builders Associates #3, LLC; Peak Holdings, LLC; AG Upland, LLC; AVG Puyallup, LLC, Kin Properties, Inc. and Masue LLC | Blank Rome LLP | guilfoyle@blankrome.com bhall@blankrome.com |
| Top 30 Unsecured Creditors | BP-CGCenter I LLC | acameron@bostonproperties.com |

## Exhibit C
### Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Brookfield Properties Retail, Inc. as Agent | Brookfield Properties Retail, Inc. | bk@brookfieldpropertiesretail.com<br>julie.bowden@brookfieldpropertiesretail.com |
| Counsel to Broward County, Florida | Broward County Attorney | sandron@broward.org |
| Counsel to 507 Northgate LLC | Buchalter, a Professional Corporation | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | schristianson@buchalter.com |
| Counsel to CentiMark Corporation | Buchanan Ingersoll & Rooney PC | mary.caloway@bipc.com |
| Counsel to CentiMark Corporation | Buchanan Ingersoll & Rooney PC | timothy.palmer@bipc.com |
| Top 30 Unsecured Creditors | Cal Select Builders, Inc | gnewton@calselect.com |
| Counsel to Evelyn Wells, Trustee u/w/o Fred Straus, 231st SRS, LLC and 231st CGS, LLC | Carter Ledyard & Milburn LLP | bankruptcy@clm.com |
| Counsel to 24 HR – TX (TX) Limited Partnership; FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.; AND FIT (UT) QRS 14-92, INC. | Chaffetz Lindsey LLP | a.lipkin@chaffetzlindsey.com |
| Counsel to Santan Gem, LLC | Clark Hill PLC | dblau@clarkhill.com |
| Counsel to Santan Gem, LLC | Clark Hill PLC | kgrivner@clarkhill.com |
| Top 30 Unsecured Creditors | Club Resource Group Inc | kkovenich@crgus.com |
| Counsel to Seritage SRC Finance LLC | Cole Schotz P.C. | preilley@coleschotz.com |
| Counsel to Seritage SRC Finance LLC | Cole Schotz P.C. | rjareck@coleschotz.com |
| Counsel to Wedt Industries, Inc. dba Club Resources Group | Collins Collins Muir + Stewart LLP | eriffle@ccmslaw.com<br>bdoucette@ccmslaw.com |
| Top 30 Unsecured Creditors | Colorado Pool Systems | linda@copools.com |
| Counsel to RPAI Lakewood, LLC | Connolly Gallagher LLP | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com |
| Official Committee of Unsecured Creditors | Cooley LLP | chershcopf@cooley.com<br>mklein@cooley.com<br>lreichardt@cooley.com |
| Official Committee of Unsecured Creditors | Cooley LLP | cspeckhart@cooley.com<br>oantle@cooley.com |
| Top 30 Unsecured Creditors | Costco Wholesale | swells@costco.com |

## Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to DIP Agent, Wilmington Trust, National Association, USOPC | Covington & Burling LLP | rhewitt@cov.com<br>mbeeler@cov.com<br>tmortensen@cov.com<br>gzahnbielski@cov.com |
| Counsel to LaSalle, LP, AAP Trust, and AV Now, Inc. | Cozen O'Connor | tfrancella@cozen.com |
| Counsel to Pine Castle, N.V | Culhane Meadows PLLC | mkurth@cm.law |
| Top 30 Unsecured Creditors | Cumming Construction Company Inc | trevor@cciutah.com |
| Delaware Attorney General | Delaware Attorney General | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | statetreasurer@state.de.us |
| Counsel to Olive Drive Partners | Dessy & Dessy, a Professional Corporation | Dessylaw@aol.com |
| Counsel to US VI Downey, LLC | Duane Morris LLP | jphitchings@duanemorris.com |
| Counsel to Epsilon Agency LLC | Dunnington, Bartholow & Miller LLP | slewis@dunnington.com |
| Top 30 Unsecured Creditors | Epsilon Agency LLC | chrisschulte@epsilon.com |
| Counsel to Copperwood Square IA, LLC, | Ervin Cohen & Jessup LLP | bmoldo@ecjlaw.com |
| Counsel to PepsiCo, Inc. | FrankGecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Attorney for CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | Gawthrop Greenwood, PC | ddebruin@gawthrop.com |
| Counsel to OB Frank Properties, LLC, Cal Select Builders | Gellert Scali Busenkell & Brown, LLC | mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com |
| Top 30 Unsecured Creditors | Geneva Crossing Carol Stream IL LLC | kumar.bhavanasi@first-tek.com |
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | hcohen@gibbonslaw.com |
| Counsel to Hanover 3201 Realty L.L.C. | Gibbons P.C. | mconlan@gibbonslaw.com |
| Counsel to Creditor and Interested Party 525 Colorado LLC | Glickfeld, Fields & Jacobson LLP | lmj@gfjlawfirm.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to RU Old Denton Road Fort Worth TX, LLC which is a subsidiary of BRIX REIT, INC., RU Rainbow Blvd Las Vegas, NV, LLC which is a subsidiary of RW Holdings NNN REIT Operating Partnership, LP, a subsidiary of RW Holdings NNN REIT., Inc. | Goe Forsythe & Hodges LLP | mforsythe@goeforlaw.com |
| Counsel HUH/DI OCP Cinque Terre, LLC, BP/CGCENTER II, LLC, and CA-Santa Monica Business Park Limited Partnership | Goulston & Storrs PC | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | guessd@gtlaw.com |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | melorod@gtlaw.com |
| Counsel to MGP XI Ballinger, LLC, MGP Fund X Laguna Hills, LLC, and MGP XI-GPI Laurel Plaza, LLC | Greenberg Traurig, LLP | kieselbachp@gtlaw.com |
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC | Greenberg, Glusker, Fields, Claman & Machtinger LLP | JKrieger@ggfirm.com |
| Counsel to LaSalle, LP and AAP Trust | Greenfield LLP | bgreenfield@greenfieldlaw.com<br>ecolbert@greenfieldlaw.com |
| Counsel to Custom Locations, LLC | Guaglardi & Meliti, LLP | jnunnermacker@adgmlaw.com |
| Counsel to Kellermeyer Bergensons Services, LLC | Halperin Battaglia Benzija, LLP | dlieberman@halperinlaw.net |
| Counsel to ACRE Investment Company, LLC, Marin Country Mart, LLC | Hanson Bridgett LLP | nnewman@hansonbridgett.com<br>jlavinsky@hansonbridgett.com |
| Counsel to Greenway Electrical Services, LLC | Hayes & Newman, Pl | cnewman@const-law.com |
| Counsel to Kruger Litle d/b/a TCS Plumbing | Hicks Law Group PLLC | KWiley@HicksLawGroup.com<br>RHicks@HicksLawGroup.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Wiedenbach-Brown Co., Inc. | Hogan McDaniel | dckerrick@dkhogan.com |
| Top 30 Unsecured Creditors | Hoist Fitness Systems | jmcdonald@hoistfitness.com |
| Counsel to TR Wateridge LLC | Holland & Knight LLP | barbra.parlin@hklaw.com |
| Counsel to Agree Littleton CO LLC, assignee of Denver Oaks, LP, 1830-1850 Ocean Avenue LLC | Honigman LLP | llichtman@honigman.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to POYUAN LU | Hoover Law Group, PLLC | greg@gshlaw.net |
| Counsel to Columbus Avenue II, LLC, Croactive Property Group, Inc., 93 Bovet Lease Partners, LLC, and Pacific Bay Masonry, Inc. | Hopkins & Carley | jross@hopkinscarley.com<br>mjb@hopkinscarley.com<br>sjk@hopkinscarley.com<br>loconnor@hopkinscarley.com |
| Counsel to OUTFRONT Media LLC | Iannitelli Marcolini, P.C. | cei@imlawpc.com |
| Counsel to Columbus Avenue II, LLC, Croactive Property Group, Inc., Marsau Enterprises, Inc, Pacific Bay Masonry, Inc. | Jack Shrum, PA | jshrum@jshrumlaw.com |
| Counsel to Bellevue Pacific, LLC | Jameson Pepple Cantu PLLC | jhawkinson@jpclaw.com |
| Interested Party | Jayne Malkenson RN | jayne1125@aol.com |
| Counsel to Spirit Master Funding X and Spirit CC Aurora, LLC | Katten Muchin Rosenman LLP | john.mitchell@katten.com<br>yelena.archiyan@katten.com |
| Counsel to AVG Partners GP; AVG Partners I, LLC; AVG Austin, LP; AVG Chula Vista, LLC; AVG Laguna LLC; AVG Oakland, LLC; AVG | Keller Benvenutti Kim LLP | tkeller@kbkllp.com<br>bspears@kbkllp.com |
| Top 30 Unsecured Creditors | Kellermeyer Bergensons Services | ar-ca@kbs-services.com<br>vandres@kbs-services.com |
| Counsel to Basser-Kaufman, Inc., Brookfield Property REIT Inc., Regency Centers L.P., SITE Centers Corp. and Woodmont Properties, Inc. | Kelley Drye & Warren LLP | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com |
| Top 30 Unsecured Creditors | Keono | accounting@keono.com |
| Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | bankruptcy@kerncounty.com |
| Counsel to 525 Colorado LLC | Klehr Harrison Harvey Branzburg LLP | rlemisch@klehr.com |
| Counsel to Axiom DR Construction LLC d/b/a Axiom Construction LLC | Kraemer Burns, P.A. | rpatella@kraemerburns.com |
| Counsel to BT Carrolton, LP | Kurtzman Steady, LLC | kurtzman@kurtzmansteady.com |
| Counsel to First Agent | Latham & Watkins LLP | AlfredXue@lw.com |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | Latham & Watkins LLP | james.ktsanes@lw.com |
| Counsel to PCW Properties, LLC | Law Office of Corey E. Taylor | corey@taylorlawoc.com |

In re: 24 Hour Fitness Worldwide, Inc., et al.
Case No. 20-11558 (KBO)

Page 6 of 13

Exhibit C

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Schedule of Creditors | Law Office of Steven L. Bryson | Office@SteveBryson.com |
| Attorney for the Taubman Landlords, Westfield, LLC and its affiliates, Marin Country Mart, LLC, ACRE Investment Company, LLC | Law Office of Susan E. Kaufman, LLC | skaufman@skaufmanlaw.com |
| Counsel to 5 Point Partners LP, a California Limited Partnership | Law Office of William P. Fennell, APLC | william.fennell@fennelllaw.com |
| Counsel to 5 Points Partners LP | Law Office of William P. Fennell, APLC | william.fennell@fennelllaw.com<br>mblackburnjoniaux@fennelllaw.com<br>yosina.lissebeck@fennelllaw.com |
| Counsel to US VI Downey, LLC | Law Offices of Kevin S. Neiman, PC | kevin@ksnpc.com |
| Counsel to Newkoa, LLC | Law Offices of Ronald K. Brown, Jr. | Ron@rkbrownlaw.com |
| Counsel to Huntington South Center LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | EHK@lnbyb.com |
| Counsel to Huntington South Center, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | EHK@lnbyb.com |
| Counsel to HSG-KRE Oak Lawn Property Owner, LLC and HSG Algonquin, LLC | Levin Ginsburg | rbowman@lgattorneys.com |
| Attorney for Rosen Investment Company Holdings, LLC | Levy Von Beck Comstock P.S. | katie@levy-law.com |
| Counsel to Rockwall Cad, City of Frisco, Allen ISD, Dallas County, Tarrant County, and City of Allen | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@publicans.com |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Counsel to Precor Incorporated | Lowenstein Sandler LLP | jcohen@lowenstein.com<br>lsklar@lowenstein.com |
| Counsel to Eurpac Service, Inc. | Lubin Olson & Niewiadomski LLP | dmiller@lubinolson.com |
| Counsel to Nazareth Retail Holdings, LLC and Crane Court, LLC | Macdonald Fernandez LLP | reno@macfern.com<br>alex@macfern.com |
| Counsel to Vilage Hillcrest Partners Lp | Malcolm Cisneros, a Law Corporation | nathan@mclaw.org<br>bill@mclaw.org<br>bill@mclaw.org |
| Counsel to The County of Denton, Texas and The County of Williamson, Texas, (the "Texas Taxing Authorities") | McCreary, Veselka, Bragg & Allen, P.C. | tleday@mvbalaw.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | bdept@mrrlaw.net |

In re: 24 Hour Fitness Worldwide, Inc., *et al.*

Case No. 20-11558 (KBO)

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Top 30 Unsecured Creditors | Microsoft Corporation | mscredit@microsoft.com |
| Counsel to Softtek Integration Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | swansonm@millercanfield.com |
| Counsel to Waste Management | Monzack Mersky Browder and Hochman, P.A | rmersky@monlaw.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | craig.wolfe@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | jbarillare@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | laura.mccarthy@morganlewis.com |
| Official Committee of Unsecured Creditors | Morris James LLP | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Counsel to 24 HR – TX (TX) Limited Partnership; FIT (TX) LP; SF (TX) LP; FIT (CO) QRS 15-59, INC.; AND FIT (UT) QRS 14-92, INC. | Morris, Nichols, Arsht & Tunnell LLP | cmiller@mnat.com<br>mtalmo@mnat.com |
| Counsel to United Parcel Service, Inc. and BT-OH, LLC | Morrison & Foerster Llp | erichards@mofo.com |
| Counsel to CAPLOW DENVER, LLC, a California limited liability company; and DENVER EXCHANGE, LLC, a California limited liability company d/b/a DENVER EXCHANGE I, LLC | Moye White LLP | Vika.Chandrashekar@moyewhite.com |
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P. | Munsch Hardt Kopf & Harr, P.C. | jcornwell@munsch.com<br>tberghman@munsch.com |
| Counsel to CSRA 5901 Golden Triangle Master Lessee, LLC | Munsch Hardt Kopf & Harr, P.C. | klippman@munsch.com |
| Top 30 Unsecured Creditors | Muscle Foods USA | mikeb@musclefoodsusa.com |
| Counsel to Axiom DR Construction LLC d/b/a Axiom Construction LLC | Nance & Simpson, LLP | madams@nancesimpson.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Ad Hoc Crossover Group | O'Melveny & Myers LLP | mparks@omm.com<br>spak@omm.com<br>dshamah@omm.com<br>DPerez@omm.com<br>AHaberkorn@omm.com<br>jrapisardi@omm.com<br>adamrogoff@omm.com |
| Counsel to the State of Texas, Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | jason.binford@oag.texas.gov<br>casey.roy@oag.texas.gov<br>bk-chull@oag.texas.gov |
| United States Trustee District of Delaware | Office of the United States Trustee | Linda.Casey@usdoj.gov |
| Counsel to Mark Group Partnership No. 6 | Offit Kurman, P.A. | Brian.mclaughlin@offitkurman.com |
| Counsel to Ocean Ranch II, LLC | One LLP | lhilton@onellp.com |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones LLP | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com |
| Top 30 Unsecured Creditors | Palomar Fitness Partner LP | jtanasugarn@tiarna.com |
| Top 30 Unsecured Creditors | PCM Sales Inc | cashposting@pcm.com |
| Counsel to Wilmington Trust, National Association, as DIP Agent | Pepper Hamilton LLP | fournierd@pepperlaw.com<br>listwakk@pepperlaw.com<br>wlbank@pepperlaw.com<br>smithda@pepperlaw.com<br>molitorm@pepperlaw.com<br>hardinp@pepperlaw.com |
| Counsel to Richardson ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, Frisco ISD, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | ecobb@pbfcm.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Spring Branch Independent School District, Klein Independent School District, Humble Independent School District, Spring Independent School District, Alief Independent School District, Pasadena Independent School District, Clear Creek Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | osonik@pbfcm.com |
| Top 30 Unsecured Creditors | Piranha Industries | gspencer@piranhaind.com |
| Counsel to Huntington South Center, LLC | Polsinelli Pc | cward@polsinelli.com<br>bdolphin@polsinelli.com<br>skatona@polsinelli.com |
| Top 30 Unsecured Creditors | Precor Inc | shawna.arneson@precor.com |
| Attorney for Mann Enterprises, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | gerald.kennedy@procopio.com |
| Counsel to EQYInvest Owner II, Ltd, LLP | Rashti and Mitchell, Attroneys at law | tim@rashtiandmitchell.com<br>dkrm@aol.com |
| Top 30 Unsecured Creditors | Raymond Construction Inc | tdailey@raymondconstruction.com |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee | Reed Smith LLP | meckard@reedsmith.com |
| Counsel to Che Chen Liu and Shu Fen Liu Revocable Trust (as successor in interest to Moreno Valley Twenty-Four Hour, LLC), San Jose Central Travel, Inc | Reger Rizzo & Darnall LLP | erassman@regerlaw.com |
| Counsel to the Ad Hoc Group | Richards, Layton & Finger, P.A. | collins@rlf.com<br>merchant@rlf.com<br>queroli@rlf.com |
| Counsel to AV Now, Inc. | Rimon, P.C. | paul.jasper@rimonlaw.com<br>phillip.wang@rimonlaw.com |
| Counsel to MLT Station, L.L.C. | Robinson & Cole LLP | jedmonson@rc.com |
| Counsel to Centennial Square, LLC | Rubin LLC | prubin@rubinlawllc.com<br>hhuynh@rubinlawllc.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to BMS Realty Company | Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com |
| Counsel to SR19 Mark II Portfolio, LLC and Arka Miramar II, L.P. and Pacifica Real Estate III, LLC, HSG-KRE Oak Lawn Property Owner, LLC and HSG Algonquin, LLC | Saul Ewing Arnstein & Lehr LLP | john.demmy@saul.com |
| Counsel to Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | nlepore@schnader.com<br>sbanks@schnader.com |
| Counsel to Frank Napolitano and Charles Huff | Schnader Harrison Segal & Lewis LLP | rbarkasy@schnader.com<br>kdoughty@schnader.com |
| Counsel to OB Frank Properties, LLC | Schweet Linde & Coulson, Pllc | michaels@schweetlaw.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Counsel to 600 Broadway Partners LLC | Seyfarth Shaw LLP | emfox@seyfarth.com |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | rtucker@simon.com |
| Counsel to Icon Owner Pool 1 West/Southwest, LLC | Singer & Levick, P.C. | mshriro@singerlevick.com |
| Counsels for Rolling Hills Plaza LLC | Sklar Kirsh, LLP | ilandsberg@sklarkirsh.com |
| Top 30 Unsecured Creditors | SMA Architects PC | nmeier@meierarchitects.com<br>smeier@smaarchitects.com |
| Counsel to Allen Fitness, LP, Frisco Fitness, LP, Highlands Fitness, LP, Lakeline Austin Fitness, LP, North Richland Fitness, LP, Phoenix Metro Center Fitness, LP, Colorado Springs Fitness, LP, Everett Washington Fitness, LP, Kirkwood Missouri Fitness, LP, Pembroke Miami Fitness, Ltd., Round Rock Fitness, LP, BHF, a California Limited Partnership, Lowry Denver Fitness, LP, Almaden Fitness, LP, Hancock Fitness, LP | Smith, Gambrell & Russell, LLP | aedwards@sgrlaw.com |
| Counsel to SunBrewer Partners, L.P | Solomon Ward Seidenwurm & Smith, LLP | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |

In re: 24 Hour Fitness Worldwide, Inc., et al.
Case No. 20-11558 (KBO)

Page 11 of 13

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to SAN JOSE CENTRAL TRAVEL, INC | Song & Lee, LLP | Briansong@songleelaw.com |
| Counsel to 111 Sutter Street Owner LP | St. James Law, P.C. | ECF@stjames-law.com |
| Top 30 Unsecured Creditors | Staples Contract & Commercial LLC | arremittance@staples.com<br>steveseignious@staples.com |
| Counsel to Levin Management Corporation | Stark & Stark, P.C. | jlemkin@stark-stark.com<br>tonder@stark-stark.com |
| Counsel to the State of Hawaii pursuant to Hawaii Revised Statutes Chapter 487 | State of Hawaii | jevers@dcca.hawaii.gov |
| Counsel to S&C Venture, a joint venture | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | predmond@stearnsweaver.com |
| Counsel to MLT Station, L.L.C. | Stokes Lawerence, P.S. | tom.lerner@stokeslaw.com |
| Counsel to Spirit Master Funding X and Spirit CC Aurora, LLC | The Bifferato Firm, P.A. | cbifferato@tbf.legal |
| Counsel to MEPT Westwood Village, LLC | The Law Office of James Tobia, LLC | jtobia@tobialaw.com |
| Counsel to Pine Castle, N.V | The Schafer Law Firm, P.C. | john@jpschaferlaw.com |
| The State of Washington Department of Revenue | The State of Washington Department of Revenue | bcuyunker@atg.wa.gov |
| Attorney for the Taubman Landlords | The Taubman Company | aconway@taubman.com |
| Counsel to MEPT Westwood Village, LLC and Madison Marquette | Toulsey Brain Stephens PLLC | calvord@tousley.com |
| Counsel to DS FOUNTAIN VALLEY LP, a Delaware limited partnership; and DS PROPERTIES 17 LP, a Delaware limited partnership | Trainor Fairbrook | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Jason.Starks@traviscountytx.gov |
| US Attorney for the District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Unsecured Creditors | Veritas Media Group LLC | jason@veritasmediagroup.com |
| Top 30 Unsecured Creditors | Wells Fargo | lindsey.widdis@wellsfargo.com |
| Top 30 Unsecured Creditors | Wells Fargo, N.A. | Thomas.m.korsman@wellsfargo.com |
| Counsel to Tri Cities Harriman LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | jcarruth@wkpz.com |
| Counsel to United Parcel Service, Inc. and BT-OH, LLC | Whiteford, Taylor & Preston Llc | sgerald@wtplaw.com |
| Top 30 Unsecured Creditors | Wiedenbach-Brown Co, Inc | ar@blight.com |

Exhibit C
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Brazos TC South - Partnership B, L.P.; A-S 93 SH 130-SH 45, L.P.; A-S 117 Shops at the Reserve, L.P.; A-S 76 HWY 290-Bingle, L.P.; A-S 86 FM 1960 FM 1960-Veterans Memorial, L.P.; A-S 30 FM 518-FM 528, L.P.; and A-S 144 Grand Parkway-W. Airport, L.P.; Crane Court, LLC and Nazareth Retail Holdings, LLC | Womble Bond Dickinson (US) LLP | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com |
| Counsel to Morgan Stanley Senior Funding, Inc., as Administrative Agent and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | rbrady@ycst.com mnestor@ycst.com amagaziner@ycst.com |