# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>24 HOUR FITNESS<br>WORLDWIDE, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11558 (KBO)<br><br>**Related to Docket Nos. 1145 & 1147** |

### ORDER DENYING DEBTORS' MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING WITH RESPECT TO MOTION OF DEBTORS FOR ORDER (I) APPROVING RIGHTS OFFERING PROCEDURES AND RELATED FORMS, (II) AUTHORIZING DEBTORS TO CONDUCT RIGHTS OFFERING IN CONNECTION WITH DEBTORS' PLAN OF REORGANIZATION, (III) AUTHORIZING ENTRY INTO BACKSTOP COMMITMENT AGREEMENT, (IV) APPROVING OBLIGATIONS THEREUNDER, AND (V) GRANTING RELATED RELIEF

Upon consideration of the motion [Docket No. 1145] (the "Motion to Shorten") of the above-captioned debtors and debtors-in-possession for entry of an order, pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), shortening notice and objection periods regarding the Rights Offering Motion (as defined in the Motion to Shorten) and the formal objection to the Motion to Shorten submitted by the Official Committee of Unsecured Creditors; the Court finding that it has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334 and that the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); **IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is denied.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

2

      2.      The Rights Offering Motion shall be heard on **November 16, 2020 at 1:00 p.m. (prevailing Eastern time)**.

      3.      Objections to the relief requested in Rights Offering Motion, if any, shall be filed on or before **November 9, 2020**.

Dated: November 4, 2020  
Wilmington, Delaware

                                      Karen B. Owens  
                                      United States Bankruptcy Judge