**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                          :
In re                                                     :   Chapter 11
                                                          :
**24 HOUR FITNESS**                                       :   Case No. 20–11558 (KBO)
**WORLDWIDE, INC.,** *et al.*,                            :
                                                          :   (Jointly Administered)
                    Debtors.¹                             :
                                                          :   Re: Docket No. 1065
---------------------------------------------------------- x

**CERTIFICATION OF NO OBJECTION REGARDING
FIRST MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL &
JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION, FOR THE PERIOD FROM JUNE 15, 2020 THROUGH JUNE 30, 2020**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from June 15, 2020 through June 30, 2020* (the "Application") [Docket No. 1065] filed on October 14, 2020. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than November 3, 2020 at 4:00 p.m. prevailing Eastern Time.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 544] entered on July 13, 2020, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $113,278.00 which represents 80% of the fees ($141,597.50) and $24,238.72 which represents 100% of the expenses requested in the Application, for the period from June 15, 2020 through June 30, 2020, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  November 10, 2020
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*