# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*,[1] | Case No. 20-11558 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 1037** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion to Limit Notice with Respect to Motion of John Cooper for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [D.I. 1037] (the "Motion") filed on October 9, 2020. The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than October 23, 2020 at 4:00 p.m.

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: November 10, 2020<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>By: */s/ Jason A. Gibson*<br>Frederick B. Rosner (DE 3995)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>Email: gibson@teamrosner.com<br><br>*Counsel for Plaintiff* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

{00029514. }