**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------------- x
                                                                :
In re                                                           : Chapter 11
                                                                :
**24 HOUR FITNESS**                                             : Case No. 20–11558 (KBO)
**WORLDWIDE, INC.,** *et al.*,                                  :
                                                                : (Jointly Administered)
                    Debtors.[1]                                 :
                                                                :
--------------------------------------------------------------- x

**Objection Deadline: December 10, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Lazard Frères & Co. LLC ("Lazard"), investment banker for 24 Hour Fitness Worldwide, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), has filed its *Third Monthly Fee Application of Lazard Frères & Co. LLC for Allowance of Compensation and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors in Possession for the Period from September 1, 2020 to and Including September 30, 2020* (the "Application") seeking fees in the amount of $150,000.00 and reimbursement of actual and necessary expenses in the amount of $14,784.08 for the period from September 1, 2020 through September 30, 2020.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372).  The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 10, 2020 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors c/o 24 Hour Fitness Worldwide, Inc., 12467 Alcosta Blvd., San Ramon CA 94583, Attn: Dean Myatt (dmyatt@24hourfit.com), Rodger Meads (rmeads@24hourfit.com), and Daniel Hugo (dan.hugo@fticonsulting.com); (ii) the attorneys for the Debtors, (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com), Ryan Preston Dahl, Esq. (ryan.dahl@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), and Kyle R. Satterfield, Esq. (kyle.satterfield@weil.com), and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com); (iii) counsel to the DIP Agent, (a) Covington & Burling LLP, 620 Eighth Avenue, New York, New York 10018, Attn: Ronald Hewitt, Esq. (rhewitt@cov.com), and (b) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 1500, 1313 N. Market Street, Wilmington, Delaware 19899-1709, Attn: David M. Fournier, Esq. (david.fournier@troutman.com); and (iv) counsel to the Ad Hoc Group, (a) O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036, Attn: Daniel S. Shamah, Esq. (dshamah@omm.com), Diana M. Perez, Esq. (dperez@omm.com), and Adam P. Haberkorn, Esq.(ahaberkorn@omm.com), and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq. (collins@rlf.com), Michael J. Merchant, Esq. (merchant@rlf.com), and David T. Queroli, Esq.

(queroli@rlf.com); (v) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Casey, Esq. (linda.casey@usdoj.gov); and (vi) counsel to the Official Committee of Unsecured Creditors: (a) Cooley LLP, 55 Hudson Yards, New York, New York 10001, Attn: Cathy Hershcopf, Esq. (chershcopf@cooley.com), Michael Klein, Esq. (mklein@cooley.com), and Lauren A. Reichardt, Esq. (lreichardt@cooley.com), (b) Cooley LLP, 1299 Pennsylvania Avenue, NW, Washington, DC 20004, Attn: Cullen D. Speckhart, Esq. (cspeckhart@cooley.com) and Olya Antle, Esq. (oantle@cooley.com), and (c) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, Attn: Eric J. Monzo, Esq. (emonzo@morrisjames.com) and Brya M. Keilson, Esq. (bkeilson@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE** that on July 13, 2020, the Bankruptcy Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* (the "Order") [Docket No. 544].  Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing.  All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 20, 2020<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br><br>-and-<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock, P.C. (admitted *pro hac vice*)<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Kevin Bostel (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br><br>*Attorneys for Debtors and Debtors in Possession* |