**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: 24 HOUR FITNESS USA, INC.

|  |  |
|---|---|
| § | CHAPTER 11 |
| § | |
| § | |
| § | |
| § | |
| DEBTOR(S)   § | CASE NO.: 20-11561-11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

     Now comes City of Allen, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case.  City of Allen filed its secured claim on or about June 25, 2020, in the amount of $1,660.01, which claim is designated as claim number 385 on the claims register.  That claim is not assessed for 2020 tax year.  Therefore, City of Allen hereby withdraws its claim 385.

**CERTIFICATE OF SERVICE**

I hereby certify that on _____10th_____ day of ___December____, 2020, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/Elizabeth Weller_____
    Elizabeth Weller, Attorney
    Texas Bar No. 00785514
    Laurie A. Spindler, Attorney
    Texas Bar No. 24028720
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900