**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings under Chapter 11 |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., et al.,[1] | ) ) | Case No. 20-11558 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Vantage Construction Co. d/b/a Vanstar Construction Co. in the above-captioned bankruptcy cases pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and the Sections 102(1), 342, and 1109(b) of the Bankruptcy Code and request that copies of all notices and pleadings required to be, or that otherwise are, given or served in these cases be given and served upon the law firm of Jenkins & Kling, P.C. as indicated below:

> Katherine I. McLaughlin, Esq.
> JENKINS & KLING, P.C.
> 150 North Meramec Avenue, Ste. 400
> St. Louis, Missouri 63105
> Telephone: (314) 721-2525
> Facsimile:  (314) 721-5525
> kmclaughlin@jenkinskling.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC; 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FITCA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

seek to affect in any way, any Creditor rights or interests, with respect to (a) the Debtor, (b) property or proceeds thereof in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of Creditor which the Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Creditor.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive either Creditor's: (I) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereby; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: December 10, 2020                     Respectfully submitted,

                                             JENKINS & KLING, P.C.

                                             By: /s/ Katherine I. McLaughlin
                                                 Katherine I, McLaughlin, #69734MO
                                                 150 North Meramec Avenue, Ste. 400
                                                 St. Louis, Missouri 63105
                                                 Telephone: (314) 721-2525
                                                 Facsimile:  (314) 721-5525
                                                 kmclaughlin@jenkinskling.com

                                             *Attorneys for Vantage Construction Co.*
                                             *d/b/a Vanstar Construction Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies certify that on the 10th day of December, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers (Vantage Construction Co. d/b/a Vanstar Construction Co.*)* was electronically served on counsel for the Debtors and all registered ECF users who have appeared in these cases to date through the ECF noticing system.

        /s/ *Katherine I. McLaughlin*
        Katherine I. McLaughlin