11/27/2020   AM 32066

Name AMRITPAL-SINGH
Add: 1799 S. DAYton St
APt # 314 Denver, Colorado 80247
Phone No: (720)-309-7079
Email: SINGHAMRITBANTY47@gmail.com

Chapter 11 Case No: 20-11558 (KBO)   Page 1 of

Claimant Case Number
18686
24744

No   16-6364
New $99,000.00   one claim only.

From Claimant

To The honorable Judge Karen B. Owens United State Bankruptcy Judge Wilmington, Delaware. About Case Number. 152 and 151 Case No: 24744 and 18686 This Latter I am Sending to Court After I received Legal Notice From Prime Clerk LLC About The case Chapter 11 Case No 20-11558 (KBO) district of Delaware

About Objection, Proofs of Claim, Purposeing, Voting Member Claims- Claime Amount, Reduced Amount For voting Purposes. $25000÷ Lack of Sufficient documentation-or many More.

Request: and Response    Here is My Motions and My ection about My Application Filling in This information to identify The case.
① Both Claime case against ☒ 24 Hour Fitness Worldwide, Inc not a 24 Dennver LLC it's Just Mistake.
② If Court decide I Can't Filed Two different claim case against Chapter 11 Bankruptcy Security So I am Agree With Court But Need to increased The claime Amount another case $35000÷ To $99.000÷ For many reason, Because of value of case, Taxable Claime Also if I need Attorneys and many More reason I have

3.
I am AmritPal Singh do have objection if Reduced The MY claim Amount For Both Case No 18686 and 24744 But not objection Reduced Amount For voting Purposes MY objection only About MY claim Amount $ —

4. Reason For Reduction of Amount For Voting Purposes Lack of Sufficient documentation.
I dont have any Lack of sufficient documentation I do have all correct and True documents About MY claim and record. if Court want again.

5. I say again Please combine MY Both case Number to as one case No 18686 and 24744. and MY claim against 24 Hour Fitness Worldide, Inc also Chang MY claim Amount to new Amount $ 99.000⁰⁰/₀₀
$ 99.000⁰⁰/₀₀

also I want to say I did not Find any ballot or not Much Time Left so Far I Just received This Notice on 11/27/2020

I am Agree with The Court what a ever Amount Court decide After The voting For all claiment claims. who have True documents. For Proving There claims.

I want to Tell Court I didnt include any Annual interest Rate and I am Both case Amount $ 90.000⁰⁰/₀₀ IF Court want close one claim or I am Agree with Court what aver Tha decide as of either another claiment About same kind cease Thankyou I want to decide claim Amount Fairly Like Another claiment

24 Hour Fitness Worldwide, Inc   Case No 20-11558

Also I did send all proff or paper

Need to Changing Claime Amount.

~~$ 35000.00~~   $ 99000.00

and Closed one Claime Filed BY 10/1/20 or 10/2/20.

Name of Claiment AMRITPAL-SINGH

Claime No: 18686 and 24744

Filed BY Mail and onlne.

Add: 1799 S. DAYton St # 314
Denver Co 80247.
720 309 7079.
Email: SINGHAMRITBANTY47@gmail.come.

11/30/20.   Thankyou so much.

**United States Bankruptcy Court, District of Delaware**

*[Handwritten top right: New claim Update also Amount $. 99,000%]*

### Fill in this information to identify the case
(Select only one Debtor per claim form):

- [X] 24 Hour Fitness Worldwide, Inc. (Case No. 20-11558)
- [ ] 24 New York LLC (Case No. 20-11564)
- [ ] 24 Hour Holdings II LLC (Case No. 20-11559)
- [ ] 24 Denver LLC (Case No. 20-11565)
- [ ] 24 Hour Fitness United States, Inc. (Case No. 20-11560)
- [ ] RS FIT Holdings LLC (Case No. 20-11566)
- [ ] 24 Hour Fitness USA, Inc. (Case No. 20-11561)
- [ ] RS FIT CA LLC (Case No. 20-11567)
- [ ] 24 Hour Fitness Holdings LLC (Case No. 20-11562)
- [ ] RS FIT NW LLC (Case No. 20-11568)
- [ ] 24 San Francisco LLC (Case No. 20-11563)

**Modified Form 410**

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
AMRITPAL-SINGH
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Contact phone: 720-309-7079
Contact email: SINGHAMRITBANTY47@gmail.com

Where should payments to the creditor be sent? (if different)

Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
[ ] No
[X] Yes. Claim number on court claims registry (if known) _____     Filed on 10-1-2020

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[ ] No
[X] Yes. Who made the earlier filing? self AMRITPAL-SINGH    10-2-2020

Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 1 2 3 4

**7. How much is the claim?** $ 99,000.00 . Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
~~I have a Life Time member~~ U.S. May

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

I have PrePaid Life Time Membership with 24 Hour Fitness all over the U.S Life Time

**9. Is all or part of the claim secured?**
☒ No   or May.
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☒ Other. Describe: If Tha closed all over 24 Hour Life Time and Tha did May hafe.

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ 200,000.00 at lest.

Amount of the claim that is secured: $ 99000.00

Amount of the claim that is unsecured: $ 99,000.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) ____% its depende on court.
☐ Fixed
☒ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☐ No
☒ Yes. Identify the property: Life Time Membership allows The U.S. have agreements with 24Hours.

Modified Official Form 410     Proof of Claim     page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☒ Yes. Check one: <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. <br><br> * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | Amount entitled to priority <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No <br> ☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 99,000.00 |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/1/20  (mm/dd/yyyy)

Signature: _Amritpal Singh_

Print the name of the person who is completing and signing this claim:

Name: AMRITPAL             SINGH
       First name   Middle name   Last name

Title: Claim agensteel. 24 Hours

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1799 S. Dayton St, Apt # 314
         Number   Street
         Denver                    Co      80247
         City                      State   ZIP Code

Contact phone: 720 3097079     Email: SINGHAMRITBAN47@gmail.com

Modified Official Form 410          Proof of Claim          page 3

About Claim 18686 on 24744 Chapter

# United States Bankruptcy Court for the District of Delaware

**Fill in this information to identify the debtor:**

○ TK Holdings Inc. (Case No. 17-11375)
○ Takata Americas (Case No. 17-11372)
○ TK Finance, LLC (Case No. 17-11373)
○ TK China, LLC (Case No. 17-11374)
○ Takata Protection Systems Inc. (Case No. 17-11376)
○ Interiors in Flight Inc. (Case No. 17-11377)
○ TK Mexico Inc. (Case No. 17-11378)
○ TK Mexico LLC (Case No. 17-11379)
○ TK Holdings de Mexico S. de R.L. de C.V. (Case No. 17-11380)
○ Industrias Irvin de Mexico, S.A. de C.V. (Case No. 17-11381)
○ Takata de Mexico, S.A. de C.V. (Case No. 17-11382)
○ Strosshe-Mex, S. de R.L. de C.V. (Case No. 17-11383)

## Claim Withdrawal Form

### Part 1: Identify the Claim

**Creditor Name and Address:**
Name: AMRITPAL-SINGH
Address: 1799 S. DAYTON ST. #APT-314
City: DENVER  State: CO  Zip Code: 80247

**Claim Number (if known):** I have Two claims so closed any one only.

**Date Claim Filed:** 10/1/20  10/2/20 · But I Need correction For Amount $99,000.00

**Total Amount of Claim Filed:** $Oled. 35000:- Each one know only on Amount. 99,000:-
18686 on 24744 I Need to closed one if you ok with chang Claim Amount 35000 To 99.000:-

### Part 2: Sign Below

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date: 11/30/2020

Signature: Amritpal Singh
Print Name: AMRITPAL SINGH.
Title (if applicable): I have two claim 35000:- each. I want to closed if you Allow Me to Changing. Another one claim Amount 35000:- To $99,000:- if not Then Like Both Claim

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

TK Holdings Inc. Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Or by email to:
takatainfo@primeclerk.com

# Certificate Service

I am AmeritPal Singh Send The True and correct Copy to Below Parties By Email to Attorney By Mail to U.S Court on 11/30/2020.

1 To 3 Party.

1. Court

Bankruptcy Court For The District of Delaware, 824 Market Street 6th Floor, Court Room No. 3, Wilmington Delaware, 19801 Email helpdeskd@deb.uscourt.gov

2. Attorney For Debtors.

WEIL, Gotshal & Manges LLP.
Ray C. Schrock, PC (admitted pro hac vice)
Ryan Preston Dahl (admitted pro hac vice)
Kevin Bostel (Admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone (212 310-8000
Facsimile (212 310-8007.
Email: ray.schrock@weil.com and

3. 24 Hour Fitness Claim Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850.