# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No. 20-11558 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 1295** |

## NOTICE OF WITHDRAWAL OF DOCUMENT [DOCKET NO. 1295]

PLEASE TAKE NOTICE counsel to Andrew Andrade hereby withdraws the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) or, Alternatively, to Modify Plan Injunction* [Docket No. 1295].

Dated: December 14, 2020  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Stephen B. Gerald*  
Stephen B. Gerald (DE No. 5857)  
WHITEFORD, TAYLOR & PRESTON LLC  
The Renaissance Centre  
405 North King Street, Suite 500  
Wilmington, Delaware 19801  
Telephone: (302) 353-4144  
Email: sgerald@wtplaw.com

-and-

Robert W. Stickney, P.A.  
Robert W. Stickney, Esquire  
100 S.E. 3rd Avenue, Suite 22110  
Fort Lauderdale, Florida 33394  
Telephone: (954) 767-8908  
Fax: (954) 767-8938  
Email: rws@stickneylaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS Fit Holdings LLC (3064); RS Fit CA LLC (7007); and RS Fit NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

-and-

Warren A. Zimmerman, P.A.
Warren A. Zimmerman, Esq.
4114 Sparrow Ct.
Lutz, Florida  33558-2727
Telephone: (813) 230-1465
Email: warren@wzimmermanlaw.com

*Co-Counsel for Andrew Andrade*