**EXHIBIT 11**

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 6/14/20 | Post-Petition Charges 6/15/20-current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147101 - Baytown Shopping Center | Brixmor Holdings 12 SPE, LLC | 1471040 | 156001 - 24 Hour Fitness, Inc. | 695 | 6/12/2020 | RCAM | RCAM/RINS | 1/1/19-12/31/19 | 55,830.68 | 55,830.68 | 55,830.68 | |
| 147101 - Baytown Shopping Center | Brixmor Holdings 12 SPE, LLC | 1471040 | 156001 - 24 Hour Fitness, Inc. | 695 | 6/12/2020 | RINS | RCAM/RINS | 1/1/19-12/31/19 | 8,269.25 | 8,269.25 | 8,269.25 | |
| 147101 - Baytown Shopping Center | Brixmor Holdings 12 SPE, LLC | 1471040 | 156001 - 24 Hour Fitness, Inc. | 695 | 9/2/2020 | RRET | RRET | 1/1/19-12/31/19 | 114,637.11 | 114,637.11 | | 114,637.11 |
| 147101 - Baytown Shopping Center | Brixmor Holdings 12 SPE, LLC | 1471040 | 156001 - 24 Hour Fitness, Inc. | 695 | 12/10/2020 | RFTX | 2019 RETX Refund | 1/1/19-12/31/19 | -6,386.75 | -6,386.75 | | -6,386.75 |
| | | | | | | | | **Totals** | **172,350.29** | **172,350.29** | **64,099.93** | **108,250.36** |

Attorneys' Fees: 5,000.00

TOTAL CURE: 177,350.29

**EXHIBIT 12**

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 6/14/20 | Post-Petition Charges 6/15/20-current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 12/10/2013 | POA | Overpayment on Account | | -29,173.80 | -420.94 | -420.94 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 4/6/2016 | POA | Overpayment on Account | | -30,774.75 | -419.34 | -419.34 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 4/11/2018 | DCAM | 2016 dispute prs | | -2,336.85 | -2,336.85 | -2,336.85 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 5/14/2019 | RCAM | RCAM/RINS | 1/1/18 - 12/31/18 | 1,577.42 | 1,577.42 | 1,577.42 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 5/14/2019 | RINS | RCAM/RINS | 1/1/18 - 12/31/18 | 4,247.06 | 4,247.06 | 4,247.06 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 6/19/2019 | CRAD | Credit Adjustment | | -853.39 | -853.39 | -853.39 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 1/13/2020 | RRET | RRET | 1/1/19 - 12/31/19 | 47,240.03 | 47,240.03 | 47,240.03 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 2/14/2020 | RCAM | RCAM/RINS | 1/1/2019-12/31/2019 | 2,979.04 | 2,979.04 | 2,979.04 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 2/14/2020 | RINS | RCAM/RINS | 1/1/2019-12/31/2019 | 4,256.62 | 4,256.62 | 4,256.62 | |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 8/7/2020 | RINS | 2018 RINS Correction | 1/1/18 - 12/31/18 | -155.11 | -155.11 | | -155.11 |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 10/6/2020 | RFTX | 2019 Tax Authority Refund | 1/1/2019-12/31/2019 | -2,858.47 | -2,858.47 | | -2,858.47 |
| 141301 - Clear Lake Camino South | Brixmor Holdings 12 SPE, LLC | 1413019 | 156001 - 24 Hour Fitness, Inc. | 313 | 10/14/2020 | RFTX | 2019 Tax Refund Parcel 0002 | 1/1/2019-12/31/2019 | -1,119.00 | -1,119.00 | | -1,119.00 |
| | | | | | | | **Totals** | | **(6,971.20)** | **52,137.07** | **56,269.65** | **(4,132.58)** |
| | | | | | | | **Attorneys' Fees:** | | | **5,000.00** | | |
| | | | | | | | **TOTAL CURE:** | | | **57,137.07** | | |

**EXHIBIT 13**

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 6/14/20 | Post-Petition Charges 6/15/20-current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 6/5/2020 | FREE | Jun 2020 Free Rent backbill | | 70,916.67 | 25,163.98 | 25,163.98 | |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 6/12/2020 | LATE | Generated Fee or Interest | 6/1/20 - 6/30/20 | 4,065.38 | 4,065.38 | | 4,065.38 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 7/1/2020 | CAM | CAM (Escrow / Deposit) | 7/1/20 - 7/31/20 | 3,545.83 | 3,545.83 | | 3,545.83 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 7/1/2020 | RETX | Real Estate Tax (Escrow) | 7/1/20 - 7/31/20 | 6,845.00 | 6,845.00 | | 6,845.00 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 8/1/2020 | AMR | Annual Minimum Rent | 8/1/20 - 8/30/20 | 70,916.67 | 41,177.42 | | 41,177.42 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 8/1/2020 | CAM | CAM (Escrow / Deposit) | 8/1/20 - 8/30/20 | 3,545.83 | 3,545.83 | | 3,545.83 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 8/1/2020 | RETX | Real Estate Tax (Escrow) | 8/1/20 - 8/30/20 | 6,845.00 | 6,845.00 | | 6,845.00 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 8/10/2020 | RCAM | RCAM/RINS | 1/1/19-12/31/19 | -495.44 | -495.44 | | -495.44 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 8/10/2020 | RINS | RCAM/RINS | 1/1/19-12/31/19 | 266.55 | 266.55 | | 266.55 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 9/2/2020 | RRET | RRET | 1/1/19-12/31/19 | -700.37 | -700.37 | | -700.37 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 11/1/2020 | AMR | Annual Minimum Rent | 11/1/20 - 11/30/20 | 70,916.67 | 35,458.33 | | 35,458.33 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 11/1/2020 | CAM | CAM (Escrow / Deposit) | 11/1/20 - 11/30/20 | 3,545.83 | 3,545.83 | | 3,545.83 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 11/1/2020 | RETX | Real Estate Tax (Escrow) | 11/1/20 - 11/30/20 | 6,845.00 | 6,845.00 | | 6,845.00 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 11/12/2020 | POA | Overpayment on Account. | | -229,644.19 | -997.15 | | -997.15 |
| 143601 - Jester Village | BRE Retail Residual Owner 1  LLC | 1436047 | 156001 - 24 Hour Fitness, Inc. | 672 | 12/1/2020 | RETX | Real Estate Tax (Escrow) | 12/1/20 - 12/31/20 | 6,845.00 | 6,596.78 | | 6,596.78 |
| | | | | | | | | | | | | |

| | | |
|---|---|---|
| Totals | 24,259.43 | 141,707.97 | 25,163.98 | 116,543.99 |
| Attorneys' Fees: | 5,000.00 | |
| TOTAL CURE: | 146,707.97 | |

**EXHIBIT 14**

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 6/14/20 | Post-Petition Charges 6/15/20-current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 2/12/2020 | RRET | RRET | 1/1/19-12/31/19 | 102,180.82 | 102,180.82 | 102,180.82 | |
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 2/27/2020 | POA | Overpament on Account | | -5,415.38 | -5,000.00 | -5,000.00 | |
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 7/22/2020 | RCAM | RCAM/RINS | 1/1/19-12/31/19 | 2,342.20 | 2,342.20 | | 2,342.20 |
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 7/22/2020 | RINS | RCAM/RINS | 1/1/19-12/31/19 | 7,403.63 | 7,403.63 | | 7,403.63 |
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 11/23/2020 | NOTC | 50AprJunAMRNNNs50NovAMR | | -104,935.32 | -2,176.10 | | -2,176.10 |
| 520401 - Orange Grove | Brixmor GA Apollo III TX LP | 5204019 | 156001 - 24 Hour Fitness, Inc. | 301 | 12/14/2020 | NOTC | 50DecAMR | | -23,866.67 | -20.10 | | -20.10 |
| | | | | | | | **Totals** | | **(22,290.72)** | **104,730.45** | **97,180.82** | **7,549.63** |
| | | | | | | | **Attorneys' Fees:** | | | **5,000.00** | | |
| | | | | | | | **TOTAL CURE:** | | | **109,730.45** | | |

**EXHIBIT 15**

## 2180 Lincoln Ave, Altadena, CA 91001 (Club# 62)

**Lease Assumption Cure Amount**

**Pre-Petition - 03/19/20 - 06/14/20**

| | | |
|---|---|---|
| CAM | $ | 7,594.11 |
| Utilities | $ | 1,529.74 |
| Insurance | $ | 28,108.64 |
| Property Taxes | $ | 40,338.21 |
| | | |
| Total | $ | 77,570.69 |
| less 24HF paid in March | | ($2,223.41) |
| **Total Due Prior to Petition** | **$** | **75,347.28** |

**Post-Petition**

| | | | |
|---|---|---|---|
| CAM | $ | 2,323.43 | Dec Estimated |
| Utility | $ | 958.20 | Dec Estimated |
| Insurance | $ | 10,280.44 | Dec Actual |
| | | | 2020-2021 1st installment property tax $69,339.86 due |
| Property Taxes | $ | 44,134.82 | 12/20/20 (paid 11/30/20)  24 HF pro-rata share 63.65% |
| | | | |
| **Total Due December 2020** | **$** | **57,696.89** | |

**Total Pre and Post Petition\***    **$**    **133,044.17**    + $5,000 IN ATTY FEES = $138,044.17

**\*Amounts stated are as of 12/10/2020 and assume a Plan Effective Date on or before 12/31/2020 with all rights to update, correct and supplement reserved.**

Tenant:  24 Hour Fitness USA, Inc. t/a 24 Hour Fitness #874
Landlord:  Prime/FRIT Mission Hills, LLC                                      **EXHIBIT 16**
Olivo at Mission Hills, Mission Hills, California
Security Deposit:  None
Guarantor:  None
Date: December 10, 2020
Chapter 11 File Date: June 15, 2020
Lease Expiration Date:   December 31, 2032

**Pre-petition**

| | | |
|---|---|---:|
| 4/1/2019 | Balance of Minimum Rent | 0.01 |
| 7/27/2019 | OTH:  Supervisory Off | 712.50 |
| 8/1/2019 | Balance of Minimum Rent | 0.01 |
| 9/1/2019 | Balance of Minimum Rent | 0.01 |
| 10/23/2019 | 2018 CAM Year End Adjustment | 63,099.48 |
| 10/23/2019 | 2018 Insurance Year End Adjustment | 18,397.42 |
| 3/1/2020 | Balance of Minimum Rent | 0.01 |
| 4/1/2020 | Minimum Rent | 99,514.67 |
| 4/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 4/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 5/1/2020 | Minimum Rent | 99,514.67 |
| 5/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 5/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 6/1/2020 | Minimum Rent (6/1 - 6/14/2020 - 14 days) | 46,440.18 |
| 6/1/2020 | CAM Monthly Estimates (6/1 - 6/14/2020 - 14 days) | 6,530.65 |
| 6/1/2020 | Real Estate Taxes Monthly Estimates (6/1 - 6/14/2020 - 14 days) | 6,533.33 |
| Total: | | 396,731.44 |

**Post-petition**

| | | |
|---|---|---:|
| 6/1/2020 | Minimum Rent (6/15 - 6/30/2020 - 16 days) | 53,074.49 |
| 6/1/2020 | CAM Monthly Estimates (6/15 - 6/30/2020 - 16 days) | 7,463.60 |
| 6/1/2020 | Real Estate Taxes Monthly Estimates (6/15 - 6/30/2020 - 16 days) | 7,466.67 |
| 7/1/2020 | Minimum Rent | 99,514.67 |
| 7/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 7/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 7/14/2020 | 2019 RE Taxes Year End Adjustment | 28,274.02 |
| 7/14/2020 | 2019 CAM Year End Adjustment, including insurance | 105,740.29 |
| 8/1/2020 | Minimum Rent | 99,514.67 |
| 8/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 8/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 8/17/2020 | Check | (113,935.38) |
| 9/1/2020 | Minimum Rent | 99,514.67 |
| 9/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 9/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 9/8/2020 | Check | (38,252.67) |
| 10/1/2020 | Minimum Rent | 99,514.67 |
| 10/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 10/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 10/6/2020 | Check | (38,252.67) |
| 11/1/2020 | Minimum Rent | 99,514.67 |
| 11/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 11/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| 11/6/2020 | Check | (38,252.67) |
| 12/1/2020 | Minimum Rent | 99,514.67 |
| 12/1/2020 | CAM Monthly Estimates | 13,994.25 |
| 12/1/2020 | Real Estate Taxes Monthly Estimates | 14,000.00 |
| To be billed | 2020 RE Taxes Year End Adjustment | 0.00 |
| To be billed | 2020 CAM Year End Adjustment, including insurance | 0.00 |
| Total: | | 738,379.20 |
| | Plus, Attorney Fees: | 5,000.00 |

**Total:**                                                                    **1,140,110.64**

Tenant:  24 Hour Fitness USA, Inc. t/a 24 Hour Club Nautilus #513
Landlord:  FR San Antonio Center, LLC
San Antonio Center, Mountain View, California                                                    **EXHIBIT 17**
Security Deposit:  None
Guarantor:  None
Date: December 10, 2020
Chapter 11 File Date: June 15, 2020
Lease Expiration Date:  March 31, 2026

### Pre-petition

| | |
|---|---:|
| 8/7/2017 Unapplied Payment | (4,451.41) |
| 7/19/2019 2018 CAM Year End Adjustment | (1,527.81) |
| 1/1/2020 Balance of CAM Monthly Estimates | 1,371.66 |
| 2/1/2020 Balance of CAM Monthly Estimates | 1,371.66 |
| 3/1/2020 Balance of CAM Monthly Estimates | 1,371.66 |
| 3/23/2020 2019 RE Taxes Year End Adjustment | (46,092.18) |
| 4/1/2020 Minimum Rent | 55,748.00 |
| 4/1/2020 CAM Monthly Estimates | 15,071.87 |
| 4/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 5/1/2020 Minimum Rent | 55,748.00 |
| 5/1/2020 CAM Monthly Estimates | 15,071.87 |
| 5/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 6/1/2020 Minimum Rent (6/1 - 6/14/2020 - 14 days) | 26,015.73 |
| 6/1/2020 CAM Monthly Estimates (6/1 - 6/14/2020 - 14 days) | 7,033.54 |
| 6/1/2020 Real Estate Taxes Monthly Estimates (6/1 - 6/14/2020 - 14 days) | 3,103.31 |
| Total: | 143,135.78 |

### Post-petition

| | |
|---|---:|
| 6/1/2020 Minimum Rent (6/15 - 6/30/2020 - 16 days) | 29,732.27 |
| 6/1/2020 CAM Monthly Estimates (6/15 - 6/30/2020 - 16 days) | 8,038.33 |
| 6/1/2020 Real Estate Taxes Monthly Estimates (6/15 - 6/30/2020 - 16 days) | 3,546.63 |
| 7/1/2020 Minimum Rent | 55,748.00 |
| 7/1/2020 CAM Monthly Estimates | 15,071.87 |
| 7/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 8/1/2020 Minimum Rent | 55,748.00 |
| 8/1/2020 CAM Monthly Estimates | 15,071.87 |
| 8/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 8/17/2020 Check | (45,658.90) |
| 9/1/2020 Minimum Rent | 55,748.00 |
| 9/1/2020 CAM Monthly Estimates | 15,071.87 |
| 9/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 9/8/2020 Check | (22,829.45) |
| 9/21/2020 2019 CAM Year End Adjustment | (9,620.22) |
| 9/28/2020 Check | (35,512.47) |
| 10/1/2020 Minimum Rent | 55,748.00 |
| 10/1/2020 CAM Monthly Estimates | 15,071.87 |
| 10/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 10/6/2020 Payment | (76,098.15) |
| 11/1/2020 Minimum Rent | 55,748.00 |
| 11/1/2020 CAM Monthly Estimates | 15,071.87 |
| 11/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| 11/6/2020 Payment | (76,098.15) |
| 11/9/2020 Payment | (1,775.62) |
| 12/1/2020 Minimum Rent | 55,748.00 |
| 12/1/2020 CAM Monthly Estimates | 15,071.87 |
| 12/1/2020 Real Estate Taxes Monthly Estimates | 6,649.94 |
| To be billed 2020 RE Taxes Year End Adjustment | 0.00 |
| To be billed 2020 CAM Year End Adjustment | 0.00 |
| Total: | 238,543.13 |
| Plus, Attorney Fees: | 5,000.00 |

**Total:**                                                                                                   **386,678.91**

| Database: | SHOPONE | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| | | | ShopOne Centers Management Co LLC | | | Date: | 12/15/2020 |
| | | | | | | Time: | 2:40 PM |
| | | | Date: 12/15/2020 | **EXHIBIT 18** | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 000202-001723 | | **24 Hour Fitness** | | | Master Occupant Id: 00000394-1 | | Day Due: 1 | Delq Day: 10 | |
| | | Lisa Hickson | | 275A | Current | | Last Payment: | 11/2/2020 | 15,274.29 |
| | | (925) 543-3100 | | | | | | | |
| 6/1/2019 | EIN | Monthly Estimated Insurance | CH | 128.03 | 0.00 | 0.00 | 0.00 | 0.00 | 128.03 |
| 6/1/2019 | ERE | Monthly Estimated RE Taxes | CH | 5,508.18 | 0.00 | 0.00 | 0.00 | 0.00 | 5,508.18 |
| 6/1/2019 | REN | Base Rent | CH | 68,263.86 | 0.00 | 0.00 | 0.00 | 0.00 | 68,263.86 |
| 4/1/2020 | ECM | Monthly Estimate CAM | CH | 6,496.88 | 0.00 | 0.00 | 0.00 | 0.00 | 6,496.88 |
| 4/1/2020 | EIN | Monthly Estimated Insurance | CH | 593.46 | 0.00 | 0.00 | 0.00 | 0.00 | 593.46 |
| 4/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 5,508.18 | 0.00 | 0.00 | 0.00 | 0.00 | 5,508.18 |
| 4/1/2020 | REN | Base Rent | CH | 68,263.86 | 0.00 | 0.00 | 0.00 | 0.00 | 68,263.86 |
| 5/1/2020 | ECM | Monthly Estimate CAM | CH | 6,496.88 | 0.00 | 0.00 | 0.00 | 0.00 | 6,496.88 |
| 5/1/2020 | EIN | Monthly Estimated Insurance | CH | 593.46 | 0.00 | 0.00 | 0.00 | 0.00 | 593.46 |
| 5/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 5,508.18 | 0.00 | 0.00 | 0.00 | 0.00 | 5,508.18 |
| 5/1/2020 | REN | Base Rent | CH | 68,263.86 | 0.00 | 0.00 | 0.00 | 0.00 | 68,263.86 |
| 6/1/2020 | ECM | Monthly Estimate CAM | CH | 6,496.88 | 0.00 | 0.00 | 0.00 | 0.00 | 6,496.88 |
| 6/1/2020 | EIN | Monthly Estimated Insurance | CH | 593.46 | 0.00 | 0.00 | 0.00 | 0.00 | 593.46 |
| 6/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 5,508.18 | 0.00 | 0.00 | 0.00 | 0.00 | 5,508.18 |
| 6/1/2020 | REN | Base Rent | CH | 68,263.86 | 0.00 | 0.00 | 0.00 | 0.00 | 68,263.86 |
| 6/10/2020 | ECM | Monthly Estimate CAM | CH | 3,866.82 | 0.00 | 0.00 | 0.00 | 0.00 | 3,866.82 |
| 6/10/2020 | EIN | Monthly Estimated Insurance | CH | 562.20 | 0.00 | 0.00 | 0.00 | 0.00 | 562.20 |
| 6/10/2020 | ERE | Monthly Estimated RE Taxes | NC | -2,888.04 | 0.00 | 0.00 | 0.00 | 0.00 | -2,888.04 |
| 6/10/2020 | PYC | Prior Year Reconciliation-CAM | CH | 26,434.64 | 0.00 | 0.00 | 0.00 | 0.00 | 26,434.64 |
| 6/10/2020 | PYI | Prior Year Reconciliation-INS | CH | 7,167.80 | 0.00 | 0.00 | 0.00 | 0.00 | 7,167.80 |
| 6/10/2020 | PYR | Prior Year Reconciliation-TAX | NC | -11,155.35 | 0.00 | 0.00 | 0.00 | 0.00 | -11,155.35 |
| 7/1/2020 | ECM | Monthly Estimate CAM | CH | 2,833.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,833.13 |
| 7/1/2020 | EIN | Monthly Estimated Insurance | CH | 272.61 | 0.00 | 0.00 | 0.00 | 0.00 | 272.61 |
| 7/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 1,994.25 | 0.00 | 0.00 | 0.00 | 0.00 | 1,994.25 |
| 7/1/2020 | REN | Base Rent | CH | 27,081.73 | 0.00 | 0.00 | 0.00 | 0.00 | 27,081.73 |
| 8/1/2020 | ECM | Monthly Estimate CAM | CH | 5,520.02 | 0.00 | 0.00 | 0.00 | 0.00 | 5,520.02 |
| 8/1/2020 | EIN | Monthly Estimated Insurance | CH | 477.63 | 0.00 | 0.00 | 0.00 | 0.00 | 477.63 |
| 8/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 3,494.07 | 0.00 | 0.00 | 0.00 | 0.00 | 3,494.07 |
| 8/1/2020 | REN | Base Rent | CH | 47,448.98 | 0.00 | 0.00 | 0.00 | 0.00 | 47,448.98 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |

| Database: | SHOPONE | | Aged Delinquencies | | | Page: | | 2 |
| | | | ShopOne Centers Management Co LLC | | | Date: | | 12/15/2020 |
| | | | | | | Time: | | 2:40 PM |
| | | | Date: 12/15/2020 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 8/19/2020 | GCH | Garbage Charge | NC | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 |
| 9/1/2020 | ECM | Monthly Estimate CAM | CH | 4,997.14 | 0.00 | 0.00 | 0.00 | 4,997.14 | 0.00 |
| 9/1/2020 | EIN | Monthly Estimated Insurance | CH | 481.01 | 0.00 | 0.00 | 0.00 | 481.01 | 0.00 |
| 9/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 3,374.38 | 0.00 | 0.00 | 0.00 | 3,374.38 | 0.00 |
| 9/1/2020 | REN | Base Rent | CH | 47,784.70 | 0.00 | 0.00 | 0.00 | 47,784.70 | 0.00 |
| 9/4/2020 | PPL | Prepaid Rent | CR | -66.00 | 0.00 | 0.00 | 0.00 | -66.00 | 0.00 |
| 10/2/2020 | PPL | Prepaid Rent | CR | -707.35 | 0.00 | 0.00 | -707.35 | 0.00 | 0.00 |
| 11/1/2020 | ECM | Monthly Estimate CAM | CH | 4,997.14 | 0.00 | 4,997.14 | 0.00 | 0.00 | 0.00 |
| 11/1/2020 | EIN | Monthly Estimated Insurance | CH | 481.01 | 0.00 | 481.01 | 0.00 | 0.00 | 0.00 |
| 11/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 3,374.38 | 0.00 | 3,374.38 | 0.00 | 0.00 | 0.00 |
| 11/1/2020 | REN | Base Rent | CH | 47,784.70 | 0.00 | 47,784.70 | 0.00 | 0.00 | 0.00 |
| 11/2/2020 | PPL | Prepaid Rent | CR | -15,274.29 | 0.00 | -15,274.29 | 0.00 | 0.00 | 0.00 |
| 11/4/2020 | PPL | Prepaid Rent | CR | -66.00 | 0.00 | -66.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2020 | ECM | Monthly Estimate CAM | CH | 7,141.35 | 7,141.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2020 | EIN | Monthly Estimated Insurance | CH | 687.16 | 687.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2020 | ERE | Monthly Estimated RE Taxes | CH | 5,026.84 | 5,026.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2020 | REN | Base Rent | CH | 68,263.86 | 68,263.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| **24 Hour Fitness Total:** | | | | 601,497.73 | 81,119.21 | 41,296.94 | -707.35 | 50,191.23 | 429,597.70 |
| **Grand Total:** | | | | 601,497.73 | 81,119.21 | 41,296.94 | -707.35 | 50,191.23 | 429,597.70 |

Plus Attorney's Fees:     5,000.00

TOTAL CURE:     606,497.73
=========

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Database: URBANEDGEPRD | | Aged Delinquencies | | | | | Page: | 1 | |
| | | Urban Edge Properties | | | | | Date: | | 12/15/2020 |
| BLDG: RPHL | | Paramus Hegeman Parcel | | **EXHIBIT 19** | | | Time: | | 1:27 PM |
| | | Period: 12/20 | | | | | | | |

| Invoice Date | Category | Source | | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| RPHL-0003A | **24 Hour Fitness #616** | | | Master Occupant Id: | RPHL0003A-1 | | Day Due: 1 | Delq Day: | 10 |
| | | | | 02 | Current | | Last Payment: | 12/2/2020 | 230,666 |
| 1/9/2020 NTT | | RET NonMnth Pr Yr | CH | 428.80 | - | - | - | - | 428.80 |
| 2/1/2020 TTT | | Real Estate Tax | CH | 84,795.93 | - | - | - | - | 84,795.93 |
| 4/1/2020 BRR | | Base Rent - Retail | CH | 213,710.00 | - | - | - | - | 213,710.00 |
| 5/1/2020 BRR | | Base Rent - Retail | CH | 213,710.00 | - | - | - | - | 213,710.00 |
| 5/1/2020 TTT | | Real Estate Tax | CH | 84,795.93 | - | - | - | - | 84,795.93 |
| 6/1/2020 BRR | | Base Rent - Retail | CH | 213,710.00 | - | - | - | - | 213,710.00 |
| 6/5/2020 CAM | | CAM | CH | 15,106.36 | - | - | - | - | 15,106.36 |
| 6/5/2020 CAM | | CAM | CH | 15,106.36 | - | - | - | - | 15,106.36 |
| 6/5/2020 CAM | | CAM | CH | 15,106.36 | - | - | - | - | 15,106.36 |
| 6/5/2020 CAM | | CAM | NC | (5,548.83) | - | - | - | - | (5,548.83) |
| 6/5/2020 PCM | | CAM - Prior Yr | NC | (22,213.46) | - | - | - | - | (22,213.46) |
| 7/1/2020 BRR | | Base Rent - Retail | CH | 213,710.00 | - | - | - | - | 213,710.00 |
| 7/1/2020 CAM | | CAM | CH | 15,106.36 | - | - | - | - | 15,106.36 |
| 8/1/2020 BRR | | Base Rent - Retail | CH | 213,710.00 | - | - | - | - | 213,710.00 |
| 8/1/2020 CAM | | CAM | CH | 15,106.36 | - | - | - | - | 15,106.36 |
| 8/13/2020 TTT | | Real Estate Tax | CH | 89,422.18 | - | - | - | - | 89,422.18 |
| 8/17/2020 OAC | | On Account | CR | (74,286.58) | - | - | - | - | (74,286.58) |
| 9/4/2020 CAM | | CAM | CR | (1,849.61) | - | - | - | (1,849.61) | - |
| 10/2/2020 CAM | | CAM | CR | (1,849.61) | - | - | (1,849.61) | - | - |
| 11/1/2020 TTT | | Real Estate Tax | CH | 91,841.87 | - | 91,841.87 | - | - | - |
| 11/4/2020 CAM | | CAM | CR | (1,849.61) | - | (1,849.61) | - | - | - |
| 12/2/2020 CAM | | CAM | CR | (1,849.61) | (1,849.61) | - | - | - | - |
| **24 Hour Fitness #616 Total:** | | | | 1,385,919.20 | (1,849.61) | 89,992.26 | (1,849.61) | (1,849.61) | 1,301,475.77 |
| | **BLDG RPHL Total:** | | | 1,385,919.20 | (1,849.61) | 89,992.26 | (1,849.61) | (1,849.61) | 1,301,475.77 |
| | **Grand Total:** | | | 1,385,919.20 | (1,849.61) | 89,992.26 | (1,849.61) | (1,849.61) | 1,301,475.77 |

Attorneys' Fees: 5,000.00

TOTAL CURE: $1,390,919.20

===========