# EXHIBIT A

**Compensation By Category – Sixth Monthly Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 6.90 | $3,264.50 |
| B150 Meetings and Communications with Committee Members and Other Unsecured Creditors | 3.60 | $1,932.00 |
| B170 Fee Applications (Morris James) | 8.90 | $2,903.00 |
| B175 Fee Application (Others) | 2.40 | $906.50 |
| B310 Claims Administration and Objections | 0.40 | $226.00 |
| B320 Plan and Disclosure Statement | 14.50 | $7,972.00 |
| B430A Court Hearings: Attendance and Preparation | 4.30 | $2,297.50 |
| **Totals** | **41.00** | **$19,501.50** |

**Timekeeper Summary – Sixth Monthly Fee Period**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $565.00 | 18.30 | $10,339.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Counsel in Bankruptcy Department since 2019 | $505.00 | 14.30 | $7,221.50 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $250.00 | 2.10 | $525.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $225.00 | 6.10 | $1,372.50 |
| Joan M. Hofmann | Paralegal in Bankruptcy Department since 2020 | $215.00 | 0.20 | $43.00 |
| | Totals | | 41.00 | $19,501.50 |
| | Blended Rate: $475.64 | | | |

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of 24 Hour Fitness
Worldwide

January 12, 2021
Invoice 561197

Matter Name:     24 Hour Fitness Worldwide, Inc.; Case No. 20-11558
Matter Number:   135979-0001
Attorney:        Eric J. Monzo

**For Professional Services through December 29, 2020**

| | |
|---|---|
| **Fees** | **$19,501.50** |
| **Disbursements** | **$71.25** |
| **Total Charges** | **$19,572.75** |

## Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Partner | 18.30 | 565.00 | 10,339.50 |
| Brya M. Keilson | Counsel | 14.30 | 505.00 | 7,221.50 |
| Douglas J. Depta | Paralegal | 6.10 | 225.00 | 1,372.50 |
| Joan M. Hofmann | Paralegal | 0.20 | 215.00 | 43.00 |
| Stephanie A. Lisko | Paralegal | 2.10 | 250.00 | 525.00 |
| | **Totals** | **41.00** | | **19,501.50** |

Matter Number: 135979-0001  
January 12, 2021  
Page 2

## Services by Task Code

|  |  | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 6.90 | 3,264.50 |
| B150 | Meetings/Communications with Committee and/or Creditors | 3.60 | 1,932.00 |
| B170 | Fee Applications (MJ) | 8.90 | 2,903.00 |
| B175 | Fee Applications (Others) | 2.40 | 906.50 |
| B310 | Claims Administration and Objections | 0.40 | 226.00 |
| B320 | Plan and Disclosure Statement | 14.50 | 7,972.00 |
| B430A | Court Hearings: Attendance and Preparation | 4.30 | 2,297.50 |
| | **Totals** | **41.00** | **$19,501.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 12/01/20 | EJM | Review withdrawal of appearance. | 0.10 | 565.00 | 56.50 |
| 12/01/20 | EJM | Emails re contract rejection notices. | 0.20 | 565.00 | 113.00 |
| 12/04/20 | DJD | Review for payments yet to be received in case, email B. Keilson re same. | 0.20 | 225.00 | 45.00 |
| 12/04/20 | BMK | Emails with co-counsel regarding updates and review critical dates memo. | 0.40 | 505.00 | 202.00 |
| 12/07/20 | EJM | Email update to committee from professionals re case update. | 0.20 | 565.00 | 113.00 |
| 12/07/20 | SAL | Review of order scheduling omnibus hearing date and update case calendar. | 0.10 | 250.00 | 25.00 |
| 12/07/20 | EJM | Review filings in case re additional counsel. | 0.20 | 565.00 | 113.00 |
| 12/09/20 | SAL | Review of notice of hearing on motion to terminate and update case calendar. | 0.10 | 250.00 | 25.00 |
| 12/09/20 | EJM | Emails with creditor re case inquiry. | 0.10 | 565.00 | 56.50 |
| 12/09/20 | EJM | Review notice re employee termination motion and internal emails on scheduling. | 0.10 | 565.00 | 56.50 |
| 12/09/20 | BMK | Review critical dates memo and emails regarding same. | 0.40 | 505.00 | 202.00 |
| 12/10/20 | JMH | Arrange CourtCall appearances for E. Monzo and B. Keilson for 12/17/2020 hearing at 1 PM. | 0.20 | 215.00 | 43.00 |
| 12/10/20 | DJD | Emails with J. Hoffman re hearing, update calendar re same. | 0.10 | 225.00 | 22.50 |
| 12/10/20 | BMK | Emails with co-counsel and UST regarding open issues. | 0.60 | 505.00 | 303.00 |
| 12/11/20 | EJM | Review lease rejection certification. | 0.10 | 565.00 | 56.50 |
| 12/15/20 | SAL | Review of agenda for December 17, 2020 hearing, update case folder and case calendar re same. | 0.10 | 250.00 | 25.00 |
| 12/15/20 | BMK | Review recently filed pleadings. | 0.80 | 505.00 | 404.00 |
| 12/15/20 | BMK | Review updated critical dates memo and emails with co-counsel regarding same. | 0.50 | 505.00 | 252.50 |
| 12/17/20 | SAL | Review of agenda for December 17, 2020 haring, update case folder and case calendar re same. | 0.10 | 250.00 | 25.00 |
| 12/17/20 | BMK | Emails regarding filed pleadings and hearing and review pleadings. | 0.70 | 505.00 | 353.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/20 | EJM | Review lease rejection notice. | 0.20 | 565.00 | 113.00 |
| 12/20/20 | DJD | Review docket, download relevant pleadings, update case folder and update calendar re same. | 0.10 | 225.00 | 22.50 |
| 12/20/20 | DJD | Review docket, download relevant pleadings, update calendar, and update case folder re same. | 0.10 | 225.00 | 22.50 |
| 12/21/20 | DJD | Review second amended agenda, update calendar, and update case folder re same. | 0.10 | 225.00 | 22.50 |
| 12/21/20 | EJM | Review monthly operating report. | 0.40 | 565.00 | 226.00 |
| 12/21/20 | EJM | Review agenda. | 0.20 | 565.00 | 113.00 |
| 12/22/20 | BMK | Review pleadings and critical dates memo. | 0.50 | 505.00 | 252.50 |
| | | **Task Code Subtotal** | **6.90** | | **3,264.50** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/20 | EJM | Emails with co-counsel and committee re case update. | 0.10 | 565.00 | 56.50 |
| 12/02/20 | BMK | Emails with co-counsel and committee regarding update. | 0.30 | 505.00 | 151.50 |
| 12/07/20 | EJM | Emails with co-counsel and committee re case update and call. | 0.20 | 565.00 | 113.00 |
| 12/07/20 | EJM | Review draft motion re deferred compensation plan; emails with commitee and professionals. | 0.60 | 565.00 | 339.00 |
| 12/07/20 | BMK | Emails with committee and co-counsel regarding updates. | 0.30 | 505.00 | 151.50 |
| 12/10/20 | EJM | Attend weekly committee call. | 0.60 | 565.00 | 339.00 |
| 12/21/20 | EJM | Emails to committee with update. | 0.20 | 565.00 | 113.00 |
| 12/21/20 | BMK | Emails with committee and co-counsel regarding confirmation hearing. | 0.50 | 505.00 | 252.50 |
| 12/22/20 | BMK | Emails with committee and co-counsel regarding plan confirmation and updates. | 0.40 | 505.00 | 202.00 |
| 12/29/20 | EJM | Emails re notice of effective date. | 0.20 | 565.00 | 113.00 |
| 12/29/20 | BMK | Emails with co-counsel and committee regarding updates and plan going effective. | 0.20 | 505.00 | 101.00 |
| | | **Task Code Subtotal** | **3.60** | | **1,932.00** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/20 | DJD | Review MJ November invoice, email with S. Lisko re same. | 0.80 | 225.00 | 180.00 |
| 12/09/20 | SAL | Emails with D. Depta and review of invoice re monthly fee application. | 0.60 | 250.00 | 150.00 |
| 12/10/20 | DJD | Draft certificate of no objection re fourth monthly fee application. | 0.20 | 225.00 | 45.00 |
| 12/11/20 | DJD | Finalize and file certificate of no objection re fourth monthly fee application, email. B. Keilson and update case folder re same. | 0.30 | 225.00 | 67.50 |
| 12/11/20 | BMK | Emails with D. Depta regarding CNO for fee application and review same. | 0.50 | 505.00 | 252.50 |
| 12/15/20 | SAL | Emails with D. Depta re November monthly fee application and review and revise prebill for same. | 0.70 | 250.00 | 175.00 |
| 12/15/20 | DJD | Draft fifth monthly fee application. | 0.70 | 225.00 | 157.50 |
| 12/16/20 | DJD | Update fifth monthly fee application. | 0.40 | 225.00 | 90.00 |
| 12/16/20 | BMK | Emails with D. Depta regarding fee application. | 0.60 | 505.00 | 303.00 |
| 12/20/20 | DJD | Update fifth monthly fee app, email B. Keilson re same. | 0.20 | 225.00 | 45.00 |
| 12/20/20 | BMK | Emails with D. Depta regarding fee application and review and edit draft. | 1.10 | 505.00 | 555.50 |
| 12/21/20 | DJD | Update, finalize, file and serve fifth monthly fee application, email B. Keilson, update calendar and update | 0.70 | 225.00 | 157.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | case folder re same. | | | |
| 12/21/20 | BMK | Emails with S. Lisko and D. Depta regarding fee application (.4); review and edit same (.5). | 0.90 | 505.00 | 454.50 |
| 12/28/20 | DJD | Draft second interim fee application. | 1.20 | 225.00 | 270.00 |
| | | **Task Code Subtotal** | **8.90** | | **2,903.00** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/20 | DJD | Draft, finalize and file certificate of no objection re Cooley's fourth monthly fee application, email B. Keilson, and update case folder re same. | 0.40 | 225.00 | 90.00 |
| 12/15/20 | BMK | Emails with D. Depta regarding Cooley fee application (.5); review same (.4). | 0.90 | 505.00 | 454.50 |
| 12/16/20 | DJD | Draft, and file certificate of no objection re Alix Partners fourth monthly fee application, email B. Keilson, and update case folder re same. | 0.50 | 225.00 | 112.50 |
| 12/17/20 | DJD | Emails with E. Monzo and counsel re Cooley certificate of no objection. | 0.10 | 225.00 | 22.50 |
| 12/29/20 | SAL | Emails with B. Keilson re hearing and objection information for interim fee applications. | 0.10 | 250.00 | 25.00 |
| 12/29/20 | BMK | Emails with co-counsel and D. Depta and S. Lisko regarding fee applications. | 0.40 | 505.00 | 202.00 |
| | | **Task Code Subtotal** | **2.40** | | **906.50** |

**B310 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/20 | EJM | Review motion for administrative expense. | 0.20 | 565.00 | 113.00 |
| 12/10/20 | EJM | Review claim objections. | 0.20 | 565.00 | 113.00 |
| | | **Task Code Subtotal** | **0.40** | | **226.00** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/20 | EJM | Review motion re deferred compensation plan termination. | 0.80 | 565.00 | 452.00 |
| 12/08/20 | EJM | Emails with creditor re plan inquiry. | 0.20 | 565.00 | 113.00 |
| 12/08/20 | EJM | Review plan re inquiry. | 0.50 | 565.00 | 282.50 |
| 12/10/20 | EJM | Emails internally re confirmation hearing logistics. | 0.20 | 565.00 | 113.00 |
| 12/11/20 | EJM | Review plan objections. | 0.40 | 565.00 | 226.00 |
| 12/14/20 | EJM | Review filings re plan objections and lease rejections. | 0.50 | 565.00 | 282.50 |
| 12/15/20 | SAL | Review of notice adjourning confirmation hearing, update case folder and case calendar re same. | 0.10 | 250.00 | 25.00 |
| 12/15/20 | EJM | Emails with committee and co-counsel re confirmation hearing status. | 0.40 | 565.00 | 226.00 |
| 12/15/20 | EJM | Review notice of continuation of confirmation hearing and agenda and confer internally re rescheduling appearance. | 0.40 | 565.00 | 226.00 |
| 12/15/20 | EJM | Review various objections to plan confirmation. | 1.10 | 565.00 | 621.50 |
| 12/16/20 | EJM | Review objections to plan confirmation. | 0.60 | 565.00 | 339.00 |
| 12/18/20 | EJM | Review amended notice re confirmation hearing. | 0.20 | 565.00 | 113.00 |
| 12/18/20 | EJM | Review plan objections. | 0.30 | 565.00 | 169.50 |
| 12/18/20 | BMK | Review amended plan and other related documents. | 0.70 | 505.00 | 353.50 |
| 12/19/20 | EJM | Review amended plan. | 1.60 | 565.00 | 904.00 |
| 12/21/20 | EJM | Review amended plan and related documents including assumption list. | 1.60 | 565.00 | 904.00 |
| 12/22/20 | EJM | Review certification of counsel and form of order re | 1.20 | 565.00 | 678.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | confirmation. | | | |
| 12/22/20 | EJM | Review plan confirmation order and inquiries with debtors' financial advisors re plan's effective date. | 1.40 | 565.00 | 791.00 |
| 12/22/20 | SAL | Review of order confirming plan and update case calendar re same. | 0.20 | 250.00 | 50.00 |
| 12/23/20 | BMK | Review cure objections and other pleadings. | 0.70 | 505.00 | 353.50 |
| 12/28/20 | EJM | Review objections to cure. | 0.20 | 565.00 | 113.00 |
| 12/28/20 | EJM | Review executory contract notices. | 0.40 | 565.00 | 226.00 |
| 12/28/20 | BMK | Review recently filed objections. | 0.70 | 505.00 | 353.50 |
| 12/29/20 | EJM | Review of notice of effective date. | 0.10 | 565.00 | 56.50 |
| | | **Task Code Subtotal** | **14.50** | | **7,972.00** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/20 | EJM | Attend hearing on claim objections and other pre-confirmation issues. | 0.50 | 565.00 | 282.50 |
| 12/17/20 | BMK | Attend hearing. | 0.50 | 505.00 | 252.50 |
| 12/21/20 | BMK | Attend confirmation hearing. | 1.70 | 505.00 | 858.50 |
| 12/21/20 | EJM | Attend plan confirmation hearing. | 1.60 | 565.00 | 904.00 |
| | | **Task Code Subtotal** | **4.30** | | **2,297.50** |
| | | | | **Sub-Total Fees:** | **19,501.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 12/08/20 | PAYEE: Cardmember Services; REQUEST#: 288084; DATE: 12/8/2020. - Courtcall fee for E.Monzo hearing on November 16, 2020 | 33.00 |
| 12/08/20 | PAYEE: Cardmember Services; REQUEST#: 288084; DATE: 12/8/2020. - Courtcall fee for B.Keilson hearing on November 16, 2020 | 38.25 |
| **Total Disbursements** | | **71.25** |

**Balance Due** $19,572.75



500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of 24 Hour Fitness
Worldwide

January 12, 2021
Invoice 561197

| | |
|---|---|
| Matter Name: | 24 Hour Fitness Worldwide, Inc.; Case No. 20-11558 |
| Matter Number: | 135979-0001 |
| Attorney: | Eric J. Monzo |

**Balance Due** $19,572.75

**To ensure proper credit to your account, please return this Remittance Page.**

**PAYMENT IS DUE UPON RECEIPT**

**Compensation By Category – Final Fee Application**

|  | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| B110 Case Administration | 74.40 | $33,389.50 | 29.50 | $15,191.50 | 6.00 | $2,693.50 | 6.00 | $2,816.00 | 6.90 | $3,264.50 | 122.80 | $57,355.00 |
| B120 Asset Analysis and Recovery | 1.90 | $1,073.50 | 0.60 | $339.00 | 2.10 | $1,155.00 | 2.30 | $1,079.00 | n/a | n/a | 6.90 | $3,646.50 |
| B130 Asset Disposition | 0.50 | $282.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 0.50 | $282.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 0.40 | $158.00 | n/a | n/a | 0.80 | $452.00 | 0.60 | $339.00 | n/a | n/a | 1.80 | $949.00 |
| B150 Meetings and Communications with Committee Members and Other Unsecured Creditors | 22.50 | $12,274.50 | 5.50 | $2,957.50 | 13.60 | $7,210.00 | 21.20 | $11,144.00 | 3.60 | $1,932.00 | 66.40 | $35,518.00 |
| B150A Meetings/Communications with Members of Creditors | 1.30 | $734.50 | 1.90 | $1,073.50 | n/a | n/a | n/a | n/a | n/a | n/a | 3.20 | $1,808.00 |
| B160 Employment & Retention Applications (Morris James) | 11.20 | $4,926.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 11.20 | $4,926.00 |
| B160B Employment & Retention Application (Others) | 11.20 | $4,744.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 11.20 | $4,744.00 |
| B170 Fee Applications (Morris James) | 2.30 | $517.50 | 10.70 | $4,262.50 | 6.70 | $1,913.50 | 5.20 | $1,700.50 | 8.90 | $2,903.00 | 33.80 | $11,297.00 |

| | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** |
| B175 Fee Applications (Others) | 2.60 | $1,313.00 | 6.50 | $2,442.50 | 10.60 | $3,989.50 | 5.20 | $1,968.50 | 2.40 | $906.50 | 27.30 | $10,620.00 |
| B180 Avoidance Action Analysis | n/a | n/a | n/a | n/a | n/a | n/a | 6.40 | $2,443.50 | n/a | n/a | 6.40 | $2,443.50 |
| B185 Assumption/Rejection of Leases and Contracts | 3.40 | $1,412.50 | 1.20 | $583.50 | 2.80 | $1,582.00 | 0.70 | $395.50 | n/a | n/a | 8.10 | $3,973.50 |
| B190A Other Contested Matters & Motions | n/a | n/a | 0.20 | $50.00 | n/a | n/a | n/a | n/a | n/a | n/a | 0.20 | $50.00 |
| B196 Litigation | 1.80 | $870.00 | 1.20 | $630.00 | n/a | n/a | n/a | n/a | n/a | n/a | 3.00 | $1,500.00 |
| B210 Business Operations | 0.10 | $22.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 0.10 | $22.50 |
| B220 Employee Benefits/Pensions | n/a | n/a | 7.80 | $4,407.00 | n/a | n/a | n/a | n/a | n/a | n/a | 7.80 | $4,407.00 |
| B230 Financing and Cash Collateral | 16.80 | $9,174.00 | 1.60 | $659.50 | 6.90 | $3,242.00 | n/a | n/a | n/a | n/a | 25.30 | $13,075.50 |
| B310 Claims Administration and Objections | n/a | n/a | 0.60 | $129.00 | n/a | n/a | 0.60 | $327.00 | 0.40 | $226.00 | 1.60 | $682.00 |
| B320 Plan and Disclosures Statement | n/a | n/a | n/a | n/a | 10.80 | $5,862.00 | 43.10 | $20,568.50 | 14.50 | $7,972.00 | 68.40 | $34,402.50 |
| B430A Court Hearings: Attendance and Preparation | 16.40 | $7,572.00 | 2.40 | $1,320.00 | 1.30 | $692.50 | 2.40 | $1,278.00 | 4.30 | $2,297.50 | 26.80 | $13,160.00 |
| **TOTAL:** | **166.80** | **$78,464.00** | **69.70** | **$34,045.50** | **61.60** | **$28,792.00** | **93.70** | **$44,059.50** | **41.00** | **$19,501.50** | **432.80** | **$204,862.50** |

4

**Timekeeper Summary – Final Fee Application**

| Timekeeper | Position | Rate | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $565.00 | 68.40 | $38,646.00 | 24.70 | $13,955.50 | 24.30 | $13,729.50 | 45.30 | $25,594.50 | 18.30 | $10,339.50 | 181.00 | $10,2265.00 |
| Ian D. McCauley | Member of the Delaware Bar since 2013; Partner in Litigation Department since 2018 | $525.00 | 1.30 | $682.50 | 1.20 | $630.00 | n/a | n/a | 0.30 | $157.50 | n/a | n/a | 2.80 | $1,470.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Counsel in Bankruptcy Department since 2019 | $505.00 | 61.10 | $30,855.50 | 32.70 | $16,513.50 | 22.50 | $11,362.50 | 24.40 | $12,322.00 | 14.30 | $7,221.50 | 155.00 | $78,275.00 |
| Sarah M. Ennis | Member of the Delaware Bar since 2012; Associate in Bankruptcy Department since 2020 | $375.00 | 0.50 | $187.50 | n/a | n/a | n/a | n/a | 0.10 | $37.50 | n/a | n/a | 0.60 | $225.00 |
| Jason S. Levin | Member of the Delaware Bar since 2017; Associate in Bankruptcy Department since 2020 | $350.00 | n/a | n/a | 3.50 | $1,225.00 | 0.70 | $245.00 | 2.30 | $805.00 | n/a | n/a | 6.50 | $2,275.00 |
| William W. Weller | Paralegal in Bankruptcy Department since 2002 | $250.00 | 4.20 | $1,050.00 | 1.70 | $425.00 | n/a | n/a | n/a | n/a | n/a | n/a | 5.90 | $1,475.00 |

| Timekeeper | Position | Rate | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $250.00 | n/a | n/a | 0.80 | $200.00 | 11.30 | $2,825.00 | 14.10 | $3,525.00 | 2.10 | $250.00 | 28.30 | $6,800.00 |
| Rebecca A. Zerbe | Paralegal in Bankruptcy Department since 2019 | $225.00 | 31.30 | $7,042.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 31.30 | $7,042.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $225.00 | n/a | n/a | n/a | n/a | 2.80 | $630.00 | 7.00 | $1,575.00 | 6.10 | $225.00 | 15.90 | $2,430.00 |
| Joan M. Hofmann | Paralegal in Bankruptcy Department since 2020 | $215.00 | n/a | n/a | 0.60 | $129.00 | n/a | n/a | 0.20 | $43.00 | 0.20 | $215.00 | 1.00 | $387.00 |
| Ruth F. Salotto | Paralegal in Bankruptcy Department since 2020 | $215.00 | n/a | n/a | 4.50 | $967.50 | n/a | n/a | n/a | n/a | n/a | n/a | 4.50 | $967.50 |
| **TOTAL:** | | | 166.80 | $78,464.00 | 69.70 | $34,045.50 | 61.60 | $28,792.00 | 93.70 | $44,059.50 | 41.00 | $19,501.50 | 432.80 | $204,862.50 |

6