# EXHIBIT B

**Summary of Expenses – Sixth Monthly Application**

|  | Total |
|---|---|
| CourtCall | **$71.25** |
| **TOTAL:** | **$71.25** |

**Summary of Expenses – Final Fee Application**

|  | First Interim Application | Third Monthly Application | Fourth Monthly Application | Fifth Monthly Application | Sixth Monthly Application | Total |
|---|---|---|---|---|---|---|
| Reproduction/Service (DLS) | $4,604.50 | n/a | n/a | $94.40 | n/a | $4,698.90 |
| Reliable (Filing Services) | $185.00 | $150.00 | $50.00 | n/a | n/a | $385.00 |
| CourtCall | $616.50 | $45.00 | $179.25 | $45.00 | $71.25 | $957.00 |
| USDC Fees | $75.00 | $25.00 | n/a | n/a | n/a | $100.00 |
| **TOTAL:** | **$5,481.00** | **$220.00** | **$229.25** | **$139.40** | **$71.25** | **$6,140.90** |

1