# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>Debtors.[1] | Chapter: 11<br><br>Case No. 20-11558 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: February 4, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: March 16, 2021 at 10:00 a.m. (ET)** |

**NOTICE OF COMBINED SIXTH MONTHLY AND FINAL FEE APPLICATION OF MORRIS JAMES LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 26, 2020 THROUGH AND INCLUDING DECEMBER 29, 2020**

**PLEASE TAKE NOTICE** that on January 14, 2021, Morris James LLP ("Morris James"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 544] (the "Compensation Order") filed its Combined Sixth Monthly and Final Fee Application ("Application") seeking allowance of fees in the amount of $214,862.50 and reimbursement of expenses in the amount of $6,140.90 for the period June 26, 2020 through December 29, 2020 (the "Final Fee Period").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **February 4, 2021 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Committee's counsel:

| | | |
|---|---|---|
| Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com | Cathy Hershcopf, Esq.<br>*(admitted pro hac vice)*<br>Michael Klein, Esq.<br>*(admitted pro hac vice)*<br>Lauren A. Reichardt, Esq.<br>*(admitted pro hac vice)*<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>E-mail: chershcopf@cooley.com<br>E-mail: mklein@cooley.com<br>E-mail: lreichardt@cooley.com | Cullen D. Speckhart, Esq.<br>*(admitted pro hac vice)*<br>Olya Antle, Esq.<br>*(admitted pro hac vice)*<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>E-mail: cspeckhart@cooley.com<br>E-mail: oantle@cooley.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Boulevard., Suite 500, San Ramon, California 94583.

12493413

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER.**

**A HEARING ON THE APPLICATION WILL BE HELD ON MARCH 16, 2021 AT 10:00 A.M. (ET).**

Dated: January 14, 2021                              */s/ Brya M. Keilson*
                                                     Brya M. Keilson (DE Bar No. 4643)