# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC. *et al.,* | Case No. 20-11558 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. No. 1384** |

### NOTICE OF WITHDRAWAL OF CONDITIONAL OBJECTION AND RESERVATION BY SHAPELL CALAVERAS LLC., A DELAWARE LIMITED TO DEBTOR 24 HOUR FITNESS' NOTICE OF PROPOSED CURE AMOUNTS AND RESERVATION OF RIGHTS

Shapell Calaveras LLC, a Delaware limited liability company, ("Shapell"), through its managing member Shapell Norcal Rental Properties, LLC, and by and through its undersigned counsel, did previously assert its Conditional Objection to Debtor's Motion re: (1) Possible Assumption or Assumption and Assignment of Executory Contracts or Unexpired Leases (II) Notice Fixing Cure Amounts and (III) Deadline to Object Thereto with respect to the lease of the property located at 749 East Calaveras Blvd., Milpitas, CA., [D.I. No. 1384], filed on December 14, 2020 (the "Conditional Objection"). Shapell hereby withdraws said Conditional Objection, without prejudice.

*[Signature Page to Follow]*

1

Dated: February 2, 2021

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 388-1944
Email: mjoyce@mjlawoffices.com

*Local Counsel to Shapell Calavaras, LLC.*

-and-

Allan D. Sarver, Esquire
LAW OFFICES OF ALLAN D. SARVER
16000 Ventura Boulevard
Suite 1000
Encino, CA
Telephone: (818) 981-0581
Facsimile: (818) 981-0026
Email: ads@asarverlaw.com

*Lead Counsel to Shapell Calavaras, LLC.*
.
