# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No. 20-11558 (KBO) (Jointly Administered) |
| Debtors.[1] | **RE D.I. 1590** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On January 11, 2021, AlixPartners, LLP ("AlixPartners"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), filed its *Sixth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period December 1, 2020 through December 29, 2020* (the "Application") [Docket No. 1590].

The deadline to object to the Application was February 1, 2021.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [D.I. 544], no further order is required and AlixPartners is entitled to receive 80% of its fees ($71,514.00) and 100% of its expenses ($0.00).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Boulevard., Suite 500, San Ramon, California 94583.

| | |
|---|---|
| Dated: February 2, 2021 | **MORRIS JAMES LLP** |
| | |
| | */s/ Brya M. Keilson* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | -and- |
| | |
| | Cathy Hershcopf (*admitted pro hac vice*) |
| | Michael Klein (*admitted pro hac vice*) |
| | Lauren A. Reichardt (*admitted pro hac vice*) |
| | **COOLEY LLP** |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | Telephone: (212) 479-6000 |
| | E-mail: chershcopf@cooley.com |
| |        mklein@cooley.com |
| |        lreichardt@cooley.com |
| | |
| | -and- |
| | |
| | Cullen D. Speckhart (*admitted pro hac vice*) |
| | Olya Antle (*admitted pro hac vice*) |
| | **COOLEY LLP** |
| | 1299 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 842-7800 |
| | E-mail: cspeckhart@cooley.com |
| |        oantle@cooley.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors of 24 Hour Fitness Worldwide, Inc., et al.,* |