UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| 24 HOUR FITNESS WORLDWIDE, INC., et al.,[1] <br>     Reorganized Debtors. | § Case No. 20-11558 (KBO) <br> § <br> § Jointly Administered <br> § |

**CERTIFICATE OF SERVICE**

I, Melissa Membrino, depose and say that I am employed by Stretto.

On February 25, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as Exhibit A:

- **REQUEST OF MGP XI-GPI LAUREL PLAZA, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AGAINST 24 HOUR FITNESS USA, INC.**

- **Exhibit 1 (Amended Proof of Claim)**

On February 26, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on Ropes & Gray, Attn: Ryan Dahl, Cristine Schwartzman & Lindsay Lersner at 1211 Avenue of the Americas, New York, NY 10036:

- **REQUEST OF MGP XI-GPI LAUREL PLAZA, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AGAINST 24 HOUR FITNESS USA, INC.**

- **Exhibit 1 (Amended Proof of Claim)**

Dated: February 26, 2021

                                                            */s/ Melissa Membrino*
                                                            Melissa Membrino
                                                            STRETTO
                                                            410 Exchange, Suite 100
                                                            Irvine, CA 92602
                                                            Telephone: 714-716-1849

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Overnight Mail

| arial | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 24 Hour Fitness Claims Processing Center | c/o Prime Clerk LLC | 850 3rd Avenue Suite 412 | | | Brooklyn | NY | 11232 |
| 24 Hour Fitness USA Inc | | 1265 Laurel Tree Lane | | | Carlsbad | CA | 92011 |
| 24 Hour Fitness Worldwide Inc | Attn Dean Myatt | 12647 Alcosta Blvd Suite 500 | | | San Ramon | CA | 94583 |
| Office of the United States Trustee | Linda J Casey | 844 King Street | Suite 2207 | | Wilmington | DE | 19801 |
| Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones (No 2436) | Timothy P Cairns (No 4228) | Peter J. Keane (No. 5503) | 919 North Market Street 17th Floor | Wilmington | DE | 19801 |
| Weil Gotshal & Manges LLP | Ray C Schrock PC | Kevin Bostel | Kyle R Satterfield | 1211 Avenue of the Americas | New York | NY | 10036 |

In re: 24 HOUR FITNESS WORLDWIDE, INC., et al
Case No. 20-11558 (KBO)