**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
                                                          :

In re                                            :          Chapter 11

**24 HOUR FITNESS**                         :          Case No. 20–11558 (KBO)
**WORLDWIDE, INC.,** *et al.***,**            :

         **Reorganized Debtors.**    :         (Jointly Administered)

------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| May 19, 2021 (Omnibus Hearing) | 10:00 a.m. prevailing Eastern Time |
| June 22, 2021 (Omnibus Hearing) | 10:00 a.m. prevailing Eastern Time |