IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-11558 (KBO) <br><br> (Jointly Administered) |

### NOTICE OF REMOVAL OF APPEARANCE

Eric A. Berg, of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., hereby notifies the Clerk of this Court that his client, Ozinga Ready Mix Concrete, Inc., ("Ozinga"), has/have resolved any interests or issues in the case, they no longer wish to receive CM/ECF electronic notices in this particular case, and they respectfully request that they be taken off of the electronic notices (and any other) service list herein going forward in this particular bankruptcy case.

DATED: November 10, 2022

Respectfully submitted,

OZINGA READY MIX CONCRETE, INC.

By: ___/s/ *Eric A. Berg*___
One of Its Attorneys

Eric A. Berg (ARDC No. 6209624)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: 312-558-1424
Fax: 312-807-3619
eric.berg@ogletree.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2022, I electronically filed the foregoing *Notice of Removal of Appearance* with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all parties of record and/or registered parties for electronic notice through the CM/ECF filing system.

/s/  *Eric A. Berg*
Attorney for Ozinga Ready Mix Concrete, Inc.