**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No. 20-11558 (KBO) |
| | Jointly Administered |

**NOTICE OF REMOVAL OF APPEARANCE**

Carol Chow, Esquire of the law firm Freeman, Freeman & Smiley, LLP, Theodore B. Stolman, hereby notifies the Clerk of this Court that their Client(s) in this bankruptcy case has/have resolved any interests or issues in the case, they no longer wish to receive CM/ECF electronic notices in this particular case, and **they respectfully request that they be taken off of the electronic (and any other) service list herein going forward in this particular bankruptcy case.**

DATED:  November 22, 2022          FREEMAN, FREEMAN & SMILEY, LLP


By:     */s/ Carol Chow*
          CAROL CHOW
          THEODORE B. STOLMAN
          Attorneys for Creditor
          Continental 1500 Rosecrans LLC

5377813.1
24992-823

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court, District of Delaware by using the CM/ECF system.

I certify that all parties of record to this case/matter either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

By:     */s/ Carol Chow*
Carol Chow