**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:

24 HOUR FITNESS WORLDWIDE, INC., *et al.*,

Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Chapter 11

Case No.:  20-11558 (KBO)

(Jointly Administered)

**NOTICE OF CHANGE OF FIRM ADDRESS**

**PLEASE TAKE NOTICE**, that the firm of Rubin LLC (the "Firm") hereby notifies the

Court and all parties of its change of address and requests that all future pleadings, notices and/or

correspondence in this case be sent to the following address, effective as of January 12, 2023:

> Rubin LLC
> 11 Broadway, Suite 715
> New York, New York 10004
> Tel:  212. 390.8054
> Fax: 212.390.8064
> Attention:  Paul A. Rubin
> Hanh Huynh
> E-mail:  prubin@rubinlawllc.com
> hhuynh@rubinlawlllc.com

**PLEASE TAKE FURTHER NOTICE**, the Firm's telephone and fax numbers and email

addresses remain unchanged.

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

Dated:  New York, New York
        January 12, 2023

                                    RUBIN LLC

                                    By:  ___*/s/ Paul A. Rubin*___
                                         Paul A. Rubin
                                         Hanh V. Huynh

                                    11 Broadway, Suite 715
                                    New York, New York 10004
                                    Tel: 212.390.8054
                                    prubin@rubinlawllc.com
                                    hhuynh@rubinlawllc.com