# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 24 HOUR FITNESS WORLDWIDE, INC., et al., | § | Case No.: 20-11558 (KBO) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtors. | § | |

## NOTICE OF REMOVAL OF APPEARANCE

**Hershel R. Chapin** of **H. R. Chapin, Attorney & Counselor, PLLC**, hereby notifies the Clerk of this Court that he no longer wishes to receive CM/ECF electronic notices in this particular case, and respectfully requests that he be taken off of the electronic notices (and any other) service list herein going forward in this particular bankruptcy case.

Dated: January 16, 2023

*/s/ Hershel R. Chapin*
Hershel R. Chapin
Texas State Bar No. 24074020
**H. R. CHAPIN, ATTORNEY & COUNSELOR, PLLC**
4301 Alpha Rd   Dallas, TX 75244
(972) 707-7482 Telephone
hchapin@gmail.com Email

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2023, I electronically filed the foregoing Notice of Removal of Appearance with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all parties of record and/or registered parties for electronic notice through the CM/ECF filing system.

*/s/ Hershel R. Chapin*
Hershel R. Chapin